SEALED BY ORDER OF THE COURT

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 13 2000
at 2 o'clock and __ min. __M.
WALTER A. Y. H. CHINN, CLERK

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00145 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. § 841(a)(1)] |
| ALICIA VELORIA, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 10, 1996, in the District of Hawaii, ALICIA VELORIA, did knowingly and intentionally possess with intent to distribute in excess of 5 grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 2

The Grand Jury charges:

On or about November 22, 1996, in the District of Hawaii, ALICIA VELORIA, did knowingly and intentionally possess with intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 13, 2000, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Alicia Veloria
"Indictment"
Cr. No. _____