# MINUTES

```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF HAWAII
                                 01/06/2006 4:30 PM
                                 SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 00-00145SOM

**CASE NAME:** USA                          vs. Alicia Veloria

**ATTYS FOR PLA:**                          **ATTYS FOR DEF:**
Thomas Brady                                Samuel King, Jr.

**INTERPRETER:**

---

**JUDGE:** JUDGE SUSAN OKI MOLLWAY          **REPORTER:** NONE

**DATE:** 01/06/2006                        **TIME:**

                                            **ROOM:**

---

**COURT ACTION:** EO

Re-Sentencing set for 03/28/2006 03:00:00 PM before SOM


Submitted by: Theresa Lam, Courtroom Manager                    ✓

*Created: 01/06/2006 02:46:08 PM*                               Document: 53146361