**ORIGINAL**

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Defendant
ALICIA VELORIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff and Appellee,<br><br>vs.<br><br>ALICIA VELORIA,<br><br>Defendant and Appellant. | CR. NO. 00-00145-SOM<br>(USCC – Hawaii)<br><br>On Remand from:<br>C. A. NO. 03-10626<br><br>NOTICE OF MOTION; MOTION FOR RELEASE PENDING RE-SENTENCING; MEMORANDUM IN SUPPORT; DECLARATION OF COUNSEL; EXHIBITS "A"-"I"; CERTIFICATE OF SERVICE |

Hearing:
Date: _____, 2006
Time: _____
Honorable Leslie E. Kobayashi

Re-Sentencing Date: April 10, 2006

## NOTICE OF MOTION

TO:   The above named Plaintiff.

PLEASE TAKE NOTICE that the undersigned will bring the following motion for RELEASE PENDING RE-SENTENCING on for hearing before the Honorable Leslie E. Kobayashi, at the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, at _____ a.m./p.m., or as soon thereafter as counsel can be heard before.

DATED:  Honolulu, Hawaii, 2/27/06.

_____
SHAWN A. LUIZ
Attorney for Defendant
ALICIA VELORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 00-00145-SOM |
| | (USCC – Hawaii) |
| Plaintiff and Appellee, | |
| | On Remand from: |
| vs. | C. A. NO. 03-10626 |
| | |
| ALICIA VELORIA, | MOTION FOR RELEASE PENDING |
| | RE-SENTENCING |
| Defendant and Appellant. | |

MOTION FOR RELEASE PENDING RE-SENTENCING

COMES NOW, Defendant, by and through counsel, SHAWN A. LUIZ, and hereby moves this court for an order granting MOTION FOR RELEASE PENDING RE-SENTENCING.

This Motion is brought pursuant to Rules 46(c) and 47 of the Federal Rules of Criminal Procedure and Local Rules 12.1-12.3 and 18 USC 3143. It is based upon the attached Memorandum in Support, the Declarations and Exhibits attached thereto, and upon such further evidence and argument as may be presented prior to or during a hearing on this motion.

DATED: Honolulu, Hawaii, 2/27/06.

_____
SHAWN A. LUIZ
Attorney for Defendant
ALICIA VELORIA