IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00145-SOM |
| ) | (USCC – Hawaii) |
| Plaintiff and Appellee, ) | On remand: C. A. NO. 03-10626 |
| ) | |
| vs. ) | DECLARATION OF COUNSEL |
| ) | |
| ALICIA VELORIA, ) | |
| ) | |
| Defendant and Appellant. ) | |

## DECLARATION OF COUNSEL

I, SHAWN A. LUIZ, declare as follows:

1. I am a CJ Panel attorney representing Veloria in the above-captioned matter.

2. I have been licensed to practice law in the State of Hawaii since 1997. I am also licensed to practice law in Florida, the 9th Circuit Court of Appeals, and the United States Supreme Court.

3. I submit this declaration in support of Veloria's application for relief in the above captioned matter.

4. Veloria wrote to me on June 12, 2005 and recited the following information: she has been imprisoned since June 13, 2003. She is presently incarcerated under federal custody at the Federal Medical Center Carswell, Fort Worth Texas. Jut prior to her transfer to the Federal Medical Center Carswell, Veloria was incarcerated at the Federal prison Camp, Dublin, Califonia. Veloria has served 32 months of an improper 97 month sentence to date as set forth above and below.

5. The record on appeal shows that Veloria is not a flight risk or pose a danger to the community. Veloria's work detail at Dublin was that of Town Driver which allowed her to drive prison vehicles from the confinement of the prison to specified vendors to pick up supplies for the prison compound. Veloria was Town Driver for over a year until her transfer to Carswell.

6. The record on appeal reflects that Veloria was on pre-trial release from the District of Hawaii for a period of 2 years and 8 months during which time she maintained her residence in Anchorage, Alaska.

7. The record on appeal reflects that Veloria complied with all the restrictions imposed upon her while maintaining employment and a Bachelor of Arts Degree from the University of Alaska, Anchorage.

8. The record reflects that on June 13, 2003, record on appeal document 143, Veloria was not in custody; after the jury found her guilty of Count 1 of the

indictment, the Government's motion to detain was granted. Veloria requested for a stay with Judge Mollway which was denied.

9. The government conceded in its opening brief that in accordance with Booker, Veloria must be re-sentenced. See Exhibit B, attached hereto a true and correct copy of the State's Answering Brief addressing the issue of Veloria's enhanced sentence.

10. Judgment was filed on November 7, 2003 (ROA, p. 25, doc. 170), based on the Court's sentence. See Exhibit A, attached hereto a true and correct copy.

11. Veloria requests that she be released pending re-sentencing under the same conditions previously imposed.

12. Exhibit C attached hereto is a true and correct copy of Veloria's progress report showing no mental health concerns; satisfactory adjustment and no incident reports.

13. Exhibit D, attached hereto is a true and correct copy of Veloria's plans for a release pending appeal, a May 6 and May 8, 2005 letter.

14. Exhibit E, attached hereto is a true and correct copy of Veloria's support for employment and housing for a release pending appeal, a May 12 letter from

Wilco Contactors and a May 12, 2005 letter from Marybeth Wilkinson, Veloria's aunt.

15. Exhibit F, attached hereto is a true and correct copy of Veloria's prior release orders.

16. Exhibit G, attached hereto is a true and correct copy of Veloria's education and related activities.

17. Exhibit H, attached hereto is a true and correct copy of Veloria's Judgment and Memorandum filed in the 9th Circuit

18. Exhibit I, attached hereto is a true and correct copy of Veloria's latest plans for release.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, February 27, 2006.

SHAWN A. LUIZ

Attorney for Defendant
ALICIA VELORIA