*PROGRESS REPORT*

U.S. Department of Justice                                    Federal Bureau of Prisons

| *Federal Correctional Institution*<br>*5701 8th Street, Camp Parks*<br>*Dublin, CA 94568*<br>*Telephone: (925) 833-7500* |||
|---|---|---|
| *Alicia Veloria*<br>Inmate's Signature | Reviewed<br>4/7/05<br>Date | Linda A. Rodriguez<br>Staff Signature |

| 1. Type of Progress Report: |||
|---|---|---|
| Initial: _____<br>Transfer: XX_____ | Statutory Interim: _____<br>Triennial: _____ | Pre-Release: _____<br>Other (Specify): _____ |

| 2. **Inmate's Name:**<br>Veloria, Alicia Katrina | 3. **Register Number:**<br>14144-006 | 4. **Age (DOB)**<br>(28) 08-04-1976 |
|---|---|---|
| 5. **Present Security/Custody Level:** MINIMUM/IN |||
| 6. **Offense/Violator Offense:** Possession With Intent to Distribute Cocaine Base |||
| 7. **Sentence:** 97 Month 3559 PLRA Term; 4 Years Supervised Release; and a $100 Special Assessment Fee |||
| 8. **Sentence Began:**<br>11-03-2003 | 9. **Months Served + JCT:**<br>17 Months + 151 Days | 10. **Days GCT or EGT/SGT:**<br>54/0/0 |
| 11. **Days FSGT/WSGT/DGCT:**<br>0/0/0 | 12. **Projected Release Date:**<br>06-19-2010 via GCT Release | 13. **Last USPC Date/Action:**<br>N/A |
| 14. **Detainers/Pending Charges:** There are no known detainers noted against inmate Veloria. |||
| 15. **Co-Defendants:** N/A- New Law |||

Distribution:   Inmate File/Inmate
                U.S. Probation Office
                Parole Commission (If applicable)

EXHIBIT " C "

**PROGRESS REPORT** (continued)                                                                 Page 2

**U.S. Department of Justice**                                                **Federal Bureau of Prisons**

| Name: Veloria, Alicia Katrina | Reg. No: 14144-006 | Date: 04-07-2005 |
|---|---|---|

16. <u>INSTITUTIONAL ADJUSTMENT:</u>  Since her arrival at this facility, inmate Veloria has demonstrated satisfactory adjustment. This transfer is based on current security concerns.

   a. Program Plan - At her initial classification and subsequent Program Reviews, inmate Veloria was recommended for participation in voluntary groups, correctional counseling groups, the release preparation programs, a work assignment, the 40 hour Drug Education Program, ESL classes, the GED Program(if required), the Financial Responsibility Program, and the possibility of Community Corrections Center placement upon eligibility.  Additionally, the Unit Team recommended she participate in any educational/vocational training programs of interest during this period of incarceration.

   b. Work Assignments - Inmate Veloria is not assigned to a work detail at this time.  Prior institutional work history includes the following job assignments:

```
DUB   ADM DET     ADMINISTRATIVE DETENTION          02-17-2005 1823 CURRENT
DUB   TOWN DRIVE  DRIVER-ON OR OFF BASE             02-03-2004 0001 02-18-2005 2250
DUB   C-GARAGE    GARAGE MECHANIC                   01-29-2004 0001 02-17-2005 1823
DUB   C-A&O       CAMP-NEW COMMIT/PEND CLEARANCE    01-14-2004 1140 01-29-2004 0001
HON   FS PM       FOOD SERVICE PM (FEMALE)          12-03-2003 0001 12-06-2003 0730
HON   FS PM       FOOD SERVICE PM (FEMALE)          11-21-2003 0001 11-29-2003 0725
HON   CA FS ORD   UNIT CA FS ORDERLY                07-10-2003 0001 10-21-2003 1116
```

   c. Educational/Vocational Participation: Inmate Veloria has completed her education requirements prior to incarceration.  However, she has completed the following classes since incarceration:

```
JB SCP F   CTRY LINE DANCING/SAT/100 PM      08-30-2004 CURRENT
JB SCP F   CERAMICS, CAMP, EVENINGS          09-20-2004 CURRENT
JB SCP F   ACE INTRO TO LEGAL RESEARCH       02-02-2004 08-02-2004   P  C  P    21
JB SCP F   RPP6/ANGER MGMT - PSYCH           08-13-2003 11-13-2003   C  C  P    16
JB SCP F   RPP6/DRUG EDUCATION - 40 HR       07-10-2003 07-10-2003   C  C  P    40
JB SCP F   CTRY LINE DANCING/SAT/100 PM      05-08-2004 07-27-2004   P  C  P     3
JB SCP F   VT FORKLIFT 1230-330M-TH,ALL F    02-23-2004 04-08-2004   P  C  M   168
ON F       2 HRS. CARDIO-WELLNESS CLASS      07-15-2003 07-24-2003   P  C  P     2
```

   d. Counseling Programs - Inmate Veloria completed the 40 hour Drug Education class on September 10, 2003.  The Unit Team has made her aware of the variety of correctional counselor groups, drug programs, and Psychology classes which are offered to the inmate population.

*PROGRESS REPORT* (continued)                                               Page 3

| U.S. Department of Justice | | Federal Bureau of Prisons |
|---|---|---|
| Name: Veloria, Alicia Katrina | Reg. No: 14144-006 | Date: 04-07-2005 |

    e. Incident Reports - Inmate Veloria has maintained clear conduct throughout this period of incarceration

    f. Institutional Movement - Inmate Veloria was initially designated to FPC, Dublin, California, arriving on January 14, 2004. There has been no further movement.

    g. Physical and Mental Health - Inmate Veloria is currently classified as regular duty with no medical restrictions. There are no mental health concerns at this time.

    h. Progress on Financial Responsibility Plan - At the time of her initial sentencing, the Court for the District of Hawaii imposed a $100.00 Special Assessment Fee, which has been paid in full.

17. **RELEASE PLANNING**: To be finalized closer to her release date of June 19, 2010.

Note: Inmate Veloria is subject to notification under 18 USC 4042(b), due to her current conviction for a drug trafficking crime.

    a. Residence -         To be determined closer to release

    b. Employment -        To be determined upon release

    c. Sentencing CUSPO -  Elizabeth L. Taylor
                             United States District Court
                             C-110 Prince Kuhio Federal Building
                             300 Ala Moana Boulevard
                             Honolulu, Hawaii 6850-0110

    d. Release Preparation Program - Inmate Veloria is not required to participate in the Release Preparation Program until between 24-36 months to release.

8. Typed By: _____
            Linda A. Rodriguez, CSW (925)833-7500, ext 430

9. Date Typed: _____04-07-2005_____

0. Reviewed By: _____
              Bill Kubitz, Camp Administrator