Alicia Veloria
# 14144-006

May 6, 2005

Shawn Luiz
City Center, Suite 800
810 Richards Street
Honolulu, HI 96813

Dear Mr. Luiz:

This letter is to detail my plans for a release pending appeal   I appreciate you being willing to put forth the motion on my behalf.

After my initial arrest on this case, I was released on pre-trial status to the District of Alaska, residing in Anchorage.  I remained on pre-trial release for a period of 2 years and 8 months without any violations or concerns.  In light of the fact that I have already established my ability to follow the court's restrictions there, I believe it best to once again ask that I be released there.

If I was granted release, I would reside with my aunt and uncle in Anchorage.  Their name and address is as follows:   Howard and Mary Wilkinson

8330 Kronos Dr.

Anchorage, AK  99502

Tel. # (907) 248-3694

I would work for my other uncle doing "expediting" for his construction company. His name and address is as follows:   Bill Wilkinson

Wilco Contractors

16701 Ransom Ridge

Anchorage, AK  99516

Tel. # (907) 345-6288

Being released pending appeal would give me the opportunity to square away many of the loose ends that I left upon my having been taken into custody.  As is, my family and friends have the belongings from the condominium that I was renting stored all over their house.  I would very much like to sort through and donate much of these items so that they wouldn't be a burden on my loved ones.

Another reason I would like to be released pending appeal is so that I would not have to fly back for resentencing in custody.  I have served nearly 2 years of my sentence, plus I have already earned nearly 4 months of good time.  The B.O.P.'s Drug Abuse Program will take off 18 months from my prison sentence.  So, depending on the sentence I am entitle to upon resentencing, I may have a good portion of my sentence already served.  I believe my past history speaks for itself in demonstrating that I am not a flight risk and pose no danger to society.

If granted release, I would not have a problem getting the neccessary funds to purchase an airline ticket from the facility the I am currently designated (Carswell Federal Prison Camp in Texas) to Anchorage, Alaska. I would then fly back to Honolulu at my own expense for resentencing or a re-trial if granted.

Thank you for taking this request seriously. I appreciate your willingness to put forth this request. I assure you, there will be no problems or violations of any restrictions imposed upon me by the court.

I look forward to hearing from you. I will call to touch bases with you as soon as I am able to.

Sincerely,

*Alicia Veloria*

Alicia Veloria

Alicia Veloria
# 14144-006

Shawn Luiz
City Center, Suite 800
810 Richards Street
Honolulu, HI 96813

May 8, 2005

Dear Mr. Luiz:

Upon careful review of the Government's answer brief, I thought that I should add to my release plans.

If I am granted release pending appeal, I will not, under any circumstances seek a continuance for my resentencing, or re-trial (should the 9th Circuit order one.) In addition, I will be prepared to self-surrender or be taken into custody upon my sentencing hearing. Although I would hope that the Court would consider allowing me to purchase my own ticket and self-surrender to my designated institution, I understand that I may be taken into custody after sentencing.

Thank you again for your time in seeking my release pending appeal.

Sincerely,

*Alicia Veloria*

Alicia Veloria