

**WILCO CONTRACTORS**
7926 Old Seward #B
ANCHORAGE, ALASKA 95507
345-6288 OR 522-5443
FAX: 345-5947
MAY 12, 2005

To whom it may concern:

Wilco Contractors would hired Alicia Veloria as an expediter and laborer. We know she is a good worker and would be an asset to our company. If you have any questions please call us at 1-907-345-6288. Thank you for your time.

Sincerely,

*[signature]*

Bill Wilkinson dba Wilco Contractors LLC

EXHIBIT "E"

May 12, 2005

Shawn Luiz
City Center, Suite 800
810 Richard Street
Honolulu, HI 96813

Mr. Luiz

I am writing on behalf of my niece, Alicia Veloria. It is my understanding, from Alicia, that there is a possibility that she may be released pending appeal. If this happens, I would like to let you and the court know that she would have a place to live in Alaska, with our family. If necessary, we would also be willing to pay to fly her up here from wherever she is at that time.

I am enclosing a letter from my brother-in-law's company, letting you know that there is also work available here for Alicia.

I'm not sure what other information you would need, but I am supplying my address, etc. below. If there is anything else that you need, please don't hesitate to call me and I will be happy to supply it.

Thank you very much for your work on Alicia's case.

Sincerely,

Marybeth Wilkinson
8330 Kronos Drive
Anchorage, AK 99502
(907) 248-3694 hm
(907) 261-2609 wk
You can also e-mail me at: mwilkinson@procommak.com