```
CRWRW              *        INMATE EDUCATION DATA        *     01-23-2006
PAGE 001 OF 001 *              TRANSCRIPT                *     14:51:35

REGISTER NO: 14144-006      NAME..: VELORIA
FORMAT.....: TRANSCRIPT     RSP OF: CRW-CARSWELL FMC         FUNC: PRT

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
CRW  ESL HAS   ENGLISH PROFICIENT               01-28-2004 1500 CURRENT
CRW  GED HAS   COMPLETED GED OR HS DIPLOMA       03-23-2004 0845 CURRENT

-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV   HRS
CRW LOW     BEG WALK/RUN MC               06-15-2005  CURRENT
CRW LOW     ACE SPANISH CLASS             10-28-2005  CURRENT
CRW LOW     BEGINNING ABDOMINAL CLASS 1/MC 12-05-2005 01-16-2006   P  C  P      5
CRW LOW     BEGINNING TONING              12-05-2005  01-16-2006   P  C  P     15
CRW LOW     ADVANCED AEROBIC              12-05-2005  01-05-2006   P  C  P     15
CRW LOW     ADVANCED AEROBIC              10-24-2005  11-28-2005   P  C  P     15
CRW LOW     BEGINNING ABDOMINAL CLASS 1/MC 10-24-2005 11-28-2005   P  C  P      5
CRW LOW     BEGINNING TONING              10-24-2005  11-28-2005   P  C  P     10
CRW LOW     ACE SPANISH CLASS             07-22-2005  10-01-2005   P  C  P     12
CRW LOW     ADVANCED AEROBIC              09-12-2005  10-14-2005   P  C  P     15
CRW LOW     BEGINNING ABDOMINAL CLASS 1/MC 09-12-2005 10-14-2005   P  C  P      5
CRW LOW     BEGINNING TONING              09-12-2005  10-14-2005   P  C  P     15
CRW LOW     SELF ESTEEM CLASS             09-20-2005  09-27-2005   P  C  P      4
CRW LOW     YOGA RETREAT                  09-09-2005  09-09-2005   P  C  P      3
CRW LOW     ADVANCED AEROBIC              08-01-2005  09-02-2005   P  C  P     15
CRW LOW     BEGINNING TONING              08-01-2005  09-02-2005   P  C  P     15
CRW LOW     BEGINNING CALISTHENICS        08-01-2005  09-02-2005   P  C  P     10
CRW LOW     SUPER SET FAT BURNING CLASS   06-20-2005  07-21-2005   P  C  P     15
CRW LOW     BEGINNING TONING              06-20-2005  07-21-2005   P  C  P     15
CRW LOW     ADVANCED AEROBIC              06-20-2005  07-21-2005   P  C  P     15
DUB SCP F   ACE INTRO TO LEGAL RESEARCH   02-02-2004  08-02-2004   P  C  P     21
DUB SCP F   RPP6/ANGER MGMT - PSYCH       08-13-2003  11-13-2003   C  C  P     16
DUB SCP F   RPP6/DRUG EDUCATION - 40 HR   07-10-2003  07-10-2003   C  C  P     40
DUB SCP F   CTRY LINE DANCING/SAT/100 PM  05-08-2004  07-27-2004   P  C  P      3
DUB SCP F   VT FORKLIFT 1230-330M-TH,ALL F 02-23-2004 04-08-2004   P  C  M    168
HON F       2 HRS. CARDIO-WELLNESS CLASS  07-15-2003  07-24-2003   P  C  P      2




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```



EXHIBIT  G

```
   DUBDQ          *        PROGRAM REVIEW REPORT        *      02-07-2005
PAGE 001                                                        17:53:30

INSTITUTION: DUB  DUBLIN FCI

NAME.......: VELORIA, ALICIA KATRINA                REG. NO: 14144-006
RESIDENCE..: ANCHORAGE, AK 99508

TYPE OF REVIEW.....: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE...: _8/11/05_

PROJ. RELEASE DATE..: 06-19-2010        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 2/15/06    DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N       IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES.....: _None noted_

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: YES
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY   - - - - - - - -  CURRENT ASSIGNMENT - - - - - - -  EFF DATE    TIME

CMA      PROG RPT     NEXT PROGRESS REPORT DUE DATE    02-11-2007   0854
CMA      RPP NEEDS    RELEASE PREP PGM NEEDS           02-11-2004   0853
CMA      V94 CDA913   V94 CURR DRG TRAF ON/AFT 91394   02-11-2004   0853
CUS      COM          COMMUNITY CUSTODY                02-18-2004   0937
DRG      DRG E COMP   DRUG EDUCATION COMPLETED         09-10-2003   0742
DRG      DRG I RQ J   DRG INTRV REQD: JUD RECOMMEND    02-11-2004   0853
EDI      ESL HAS      ENGLISH PROFICIENT               01-28-2004   1500
EDI      GED HAS      COMPLETED GED OR HS DIPLOMA      03-23-2004   0845
FRP      COMPLT       FINANC RESP-COMPLETED            04-16-2004   1154
LEV      MINIMUM      SECURITY CLASSIFICAT'N MINIMUM   11-19-2003   1358
MDS      REG DUTY     NO MEDICAL RESTR--REGULAR DUTY   01-29-2004   0819
MDS      YES F/S      CLEARED FOR FOOD SERVICE         01-29-2004   0819
QTR      S02-022U     HOUSE S/RANGE 02/BED 022U        09-29-2004   2027
RLG      CH CHRIST    CHURCH OF CHRIST                 07-03-2003   1131
WRK      C-GARAGE     GARAGE MECHANIC                  01-29-2004   0001
WRK      TOWN DRIVE   DRIVER-ON OR OFF BASE            02-03-2004   0001
```

WORK PERFORMANCE RATING: _Exceeds wrk reviews_

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _Clear conduct maintain_

FRP PLAN/PROGRESS: _Completed_

RELEASE PREPARATION PARTICIPATION: _RPP needs —_

_Completed- Vt forklift 4/8/04 (RPP2)_
_Cardio wellness - 5/24/03 (RPP1)_
_Dry Program 40 hr (RPP6) 7/10/03_

_needs: Consumer credit_
_Money smart_
_Food Bank workshop_
_Unit release_
_renewal_

```
DUBDQ          *          PROGRAM REVIEW REPORT          *          02-07-2005
PAGE 002                                                            17:53:30
```

CCC RECOMMENDATION: 12/19/09 16% to be funды I clear to release

PROGRESS MADE SINCE LAST REVIEW:
Toast masters - Continued until cancelled.
Stress mgt - job conflicted with times

GOALS FOR NEXT PROGRAM REVIEW MEETING:
Enroll in correctional counselor group 2/16/05 to 8/11/05
Continue teaching
Enroll in Recreational classes 2/16/05 to 8/11/05

Save 5⁰⁰ per month 2/16/05 to 8/11/05

LONG TERM GOALS:
Acquire employment skills via ACE/UT classes offered 2/16/05 to 6/19/09
Complete the (6) elements of HP Program before release 2/16/05 to 6/19/08

Complete 500 Hour Drug Program 2/16/05 to 6/15/09

OTHER INMATE REQUESTS/TEAM ACTIONS:
Ms Veloria is instructing Step Arobics - twice a week Tuesday; Thursday

Black History Participate
Cardio - none

4/07/408 reviewed
for any act te
2/16/05

```
   DUBDQ          *        PROGRAM REVIEW REPORT          *      02-07-2005
PAGE 003 OF 003                                                 17:53:30
```

SIGNATURES:

UNIT MANAGER: _____        INMATE: x _____

      DATE: _____            DATE: _____

```
  CRWRA              *        PROGRAM REVIEW REPORT        *        12-02-2005
PAGE 001                                                            07:57:45

INSTITUTION: CRW  CARSWELL FMC
NAME.......: VELORIA, ALICIA                     REG. NO: 14144-006
RESIDENCE..: ANCHORAGE, AK 99508
TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....: June 2006
PROJ. RELEASE DATE..: 06-15-2010           RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                 HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: December 2006  DETAINERS (Y/N): N
CIM STATUS (Y/N)....: Y          IF YES, RECONCILED (Y/N): Yes
PENDING CHARGES.....: None Known
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)...: Yes
   IF YES - CIRCLE ONE - (DRUG TRAFFICKING)/CURRENT VIOLENCE/PAST VIOLENCE
CATEGORY   - - - - - -     CURRENT ASSIGNMENT - - - - - -    EFF DATE   TIME

CMA        PROG RPT      NEXT PROGRESS REPORT DUE DATE      04-07-2008  1616
CMA        RPP NEEDS     RELEASE PREP PGM NEEDS             02-11-2004  0853
CMA        V94 CDA913    V94 CURR DRG TRAF ON/AFT 91394     02-11-2004  0853
CUS        IN            IN CUSTODY                         04-04-2005  1353
DRG        DRG E COMP    DRUG EDUCATION COMPLETED           09-10-2003  0742
DRG        DRG I RQ J    DRG INTRV REQD: JUD RECOMMEND      02-11-2004  0853
EDI        ESL HAS       ENGLISH PROFICIENT                 01-28-2004  1500
EDI        GED HAS       COMPLETED GED OR HS DIPLOMA        03-23-2004  0845
FRP        COMPLT        FINANC RESP-COMPLETED              04-16-2004  1154
LEV        LOW           SECURITY CLASSIFICATION LOW        05-24-2005  1050
MDS        REG DUTY      NO MEDICAL RESTR--REGULAR DUTY     05-20-2005  1417
MDS        YES F/S       CLEARED FOR FOOD SERVICE           05-20-2005  1417
QTR        H01-124L      HOUSE H/RANGE 01/BED 124L          10-31-2005  1000
RLG        CH CHRIST     CHURCH OF CHRIST                   07-03-2003  1131
WRK        HVAC 2        HEAT/VENT/AIR CONDITIONING 2       08-18-2005  1429
```

WORK PERFORMANCE RATING: Receives good performance evaluations in HVAC 2.

Sanitation - good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _____

Clear conduct

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ N/A _____

FRP PAYMENTS PAST 6 MO: $ N/A _____     OBLG BALANCE: $ N/A _____

CURRENT FRP PLAN: $ N/A _____     PAYMENTS COMMENSURATE: YES _____ / NO _____

IF NO, NEW PAYMENT PLAN: _____

RELEASE PREPARATION PARTICIPATION: Will refer to pre-release courses 30 months

prior to release

CCC RECOMMENDATION: Will review for CCC placement 11-13 months prior to release

PROGRESS MADE SINCE LAST REVIEW: Participates in recreational activities; Completed Advanced Aerobics, Beginning Toning, Super Set Fat Burning class, Beginning Calisthenics, Self Esteem, Beginning Abdominal class, Spanish ACE. Enrolled in Spanish ACE and 500-mile Walk/Run. Began CHANGE Program, Teaches Advanced Aerobics Participates in Value 2. Enrolled in HVAC Apprenticeship.

GOALS FOR NEXT PROGRAM REVIEW MEETING:

Actively participate in CHANGE Program daily

Complete Spanish ACE

Continue to participate in recreational activities

Complete Values 2

LONG TERM GOALS: Complete the HVAC Apprenticeship by 12/2009.

Complete the 500-Hour RDAP by 6/2009, as per Judicial recommendation.

OTHER INMATE REQUESTS/TEAM ACTIONS: Submit Tort Claim for missing property.

Reviewed 407/408 - current

No Judicial recommendations noted : Publish and Substance Abuse Treatment (followed).

SIGNATURES:

UNIT MANAGER: _____    INMATE: x Alicia Velonie

DATE: 12/6/05    DATE: 12/6/05

```
  CRWJC          *          PROGRAM REVIEW REPORT          *       06-15-2005
  PAGE 001                                                         16:27:05

INSTITUTION: CRW  CARSWELL FMC

NAME.........: VELORIA, ALICIA                      REG. NO: 14144-006
RESIDENCE..: ANCHORAGE, AK 99508

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: 12/2006

PROJ. RELEASE DATE..: 06-15-2010              RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                    HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 5/2006   DETAINERS (Y/N): N

CIM STATUS (Y/N)....: Y          IF YES, RECONCILED (Y/N): Y

PENDING CHARGES.....:  None Known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: yes
    IF YES - CIRCLE ONE  DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY       - - - - - -    CURRENT ASSIGNMENT - - - - - - - -   EFF DATE    TIME

CMA        PROG RPT      NEXT PROGRESS REPORT DUE DATE       02-11-2007   0854
CMA        RPP NEEDS     RELEASE PREP PGM NEEDS              02-11-2004   0853
CMA        V94 CDA913    V94 CURR DRG TRAF ON/AFT 91394      02-11-2004   0853
CUS        IN            IN CUSTODY                          04-04-2005   1353
DRG        DRG E COMP    DRUG EDUCATION COMPLETED            09-10-2003   0742
DRG        DRG I RQ J    DRG INTRV REQD: JUD RECOMMEND       02-11-2004   0853
EDI        ESL HAS       ENGLISH PROFICIENT                  01-28-2004   1500
EDI        GED HAS       COMPLETED GED OR HS DIPLOMA         03-23-2004   0845
FRP        COMPLT        FINANC RESP-COMPLETED               04-16-2004   1154
LEV        LOW           SECURITY CLASSIFICATION LOW         05-24-2005   1050
MDS        REG DUTY      NO MEDICAL RESTR--REGULAR DUTY      05-20-2005   1417
MDS        YES F/S       CLEARED FOR FOOD SERVICE            05-20-2005   1417
QTR        I04-245U      HOUSE I/RANGE 04/BED 245U           05-25-2005   0841
RLG        CH CHRIST     CHURCH OF CHRIST                    07-03-2003   113
WRK        HVAC 2        HEAT/VENT/AIR CONDITIONING 2        05-28-2005   0656

WORK PERFORMANCE RATING: Good
                         Institution. Good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: None


FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $ Complete

FRP PAYMENTS PAST 6 MO:  $_____    OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____    PAYMENTS COMMENSURATE: YES _____ / NO _____
```

```
CRWJC           *        PROGRAM REVIEW REPORT        *        06-15-2005
PAGE 002                                                       16:27:05
```

IF NO, NEW PAYMENT PLAN: .........................................................................

RELEASE PREPARATION PARTICIPATION: *Refer to classes 30 months prior to projected release date*

CCC RECOMMENDATION: *Review 11-13 months prior to projected release date*

PROGRESS MADE SINCE LAST REVIEW: *W-des Cheron 5/18/05 Previous goals weren't accomplished*

GOALS FOR NEXT PROGRAM REVIEW MEETING:
· *Enroll in Values Track*
· *Participate in recreational activities weekly*

LONG TERM GOALS:
· *Complete Release Preparation classes Prior to*
*Complete apprenticeship program by 2008*

```
    CRWJC          *        PROGRAM REVIEW REPORT          *      06-15-2005
 PAGE 003 OF 003                                                  16:27:05
```

OTHER INMATE REQUESTS/TEAM ACTIONS: *the question about property, counselor will review*

*402. x08 .  Reviewed*

_____

_____

_____

_____

_____

_____

_____

SIGNATURES:

UNIT MANAGER: _____   INMATE: _Alicia Vilaria_____

            DATE: _6-16-05_____     DATE: _6-16-05_____