

**WILCO CONTRACTORS**
7926 Old Seward #B
ANCHORAGE, ALASKA 95507
345-6288 OR 522-5443
FAX: 345-5947
MAY 12, 2005

To whom it may concern:

Wilco Contractors would hired Alicia Veloria as an expediter and laborer. We know she is a good worker and would be an asset to our company. If you have any questions please call us at 1-907-345-6288. Thank you for your time.

Sincerely,

Bill Wilkinson dba Wilco Contractors LLC

EXHIBIT "E"

May 12, 2005

Shawn Luiz
City Center, Suite 800
810 Richard Street
Honolulu, HI  96813

Mr. Luiz

I am writing on behalf of my niece, Alicia Veloria. It is my understanding, from Alicia, that there is a possibility that she may be released pending appeal. If this happens, I would like to let you and the court know that she would have a place to live in Alaska, with our family. If necessary, we would also be willing to pay to fly her up here from wherever she is at that time.

I am enclosing a letter from my brother-in-law's company, letting you know that there is also work available here for Alicia.

I'm not sure what other information you would need, but I am supplying my address, etc. below. If there is anything else that you need, please don't hesitate to call me and I will be happy to supply it.

Thank you very much for your work on Alicia's case.

Sincerely,

Marybeth Wilkinson
8330 Kronos Drive
Anchorage, AK 99502
(907) 248-3694 hm
(907) 261-2609 wk
You can also e-mail me at: mwilkinson@procommak.com