PETER C. WOLFF, JR.
Federal Public Defender
Districts of Hawaii and Guam

ALEXANDER SILVERT
First Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545

Attorney for Defendant
ALICIA VELORIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 12 2000

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00145 SOM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO AMEND |
| ) | CONDITIONS OF PRETRIAL RELEASE |
| vs. ) | TO PERMIT DEFENDANT TO VISIT |
| ) | WITH HER FATHER |
| ALICIA VELORIA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE TO PERMIT DEFENDANT TO VISIT WITH HER FATHER

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the conditions of pretrial release are AMENDED to permit the defendant to visit with her father from Friday, October 13, 2000, through Monday, October 16, 2000. While visiting with her father, the defendant will stay at his residence at the following address:

EXHIBIT "F"

Richard Veloria
8 1/2 Mile Camp, House #20
Keaau, Hawaii  96749
(808) 966-9924

All other conditions of release remain the same.

IT IS SO STIPULATED:
DATED:  Honolulu, Hawaii, October 12, 2000.

ALEXANDER SILVERT
Attorney for Defendant
ALICIA VELORIA

THOMAS J. BRADY
Attorney for Plaintiff
UNITED STATES OF AMERICA

MARY MIHALOPOULOS
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, OCT 1 2 2000

LESLIE E. KOBAYASHI
The Honorable LESLIE E. KOBAYASHI
Magistrate Judge
District of Hawaii

UNITED STATES v. ALICIA VELORIA
CR. NO. 00-00145 SOM
STIPULATION AND ORDER TO AMEND CONDITIONS OF
PRETRIAL RELEASE TO PERMIT DEFENDANT TO VISIT WITH HER FATHER

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
Clerk of Court
Federal Building & U.S. Courthouse
222 West Seventh Avenue #4
Anchorage, Alaska  99513-7564

October 4, 2000

MICHAEL D. HALL
CLERK

CR 00-00145 SOM

Walter A.Y.H. Chinn
Clerk of Court
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0338

Dear Clerk::

    Subject:  USA v Alicia Veloria: A00-0145MJ (JDR)
               Your case No: CR 00-00145

    The above mentioned case is being transferred to your district pursuant to Rule 40. Enclosed please find certified copies of the documents filed in our case, along with a certified copy of our docket card. Please acknowledge receipt of this package by signing, dating and returning the enclosed copy of this letter. I have included a self addressed stamp envelope for your use.

Sincerely,

MICHAEL HALL
Clerk of Court

by: _____
Deputy Clerk


Enclosures:  as stated


()(LTR.WPD*Rev.1/97)

AO 466 (1/86) Waiver of Rule 40 Hearings

FILED
OCT 04 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

# United States District Court

DISTRICT OF **Alaska**

UNITED STATES OF AMERICA

v.

**Alicia Veloria**

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number: **A00-0145-MJ (JDR)**

I, **Alicia Veloria** _____, understand that in the _____ District of **Hawaii** _____, charges are pending alleging violation of **21 U.S.C. 841 (a)(1)** _____ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  ) identity hearing

(  ) preliminary examination

( X ) identity hearing and have been informed I have no right to a preliminary examination

(  ) identity hearing but request a preliminary examination be held in the prosecuting district

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____, Deputy

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_Alicia Veloria_
Defendant

**October 2, 2000**
Date

_signature_
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

FILED
OCT 04 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Alicia Veloria

CASE NO: A00-0112-cr (JDR)

Defendant Alicia Veloria,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to Christine Douts , the third
party custodian(s)

___ Paid cash bail in the amount of _____ to the Clerk of Court

___ Posted unsecured bond in the amount of _____

___ Posted bond secured by ___ property or ___ surety in the amount of _____ with the Clerk of Court

___ Surrendered passport to the Clerk of Court

___ Other _____

Dated at Anchorage , Alaska this 2 day of October , 20 00.

_____
JOHN D. ROBERTS
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal
A00-0145--MJ (JDR)
___ PROBATION
M. GEDDES (PPD)
M. ROSENBACH (US-ATTY)
US MARSHAL

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____ Deputy

AO 98 (Rev. 5/85) Appearance Bond

# United States District Court

DISTRICT OF ALASKA

**FILED OCT 04 2000**
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA
V.

Alicia Veloria
*Defendant*

## APPEARANCE BOND

CASE NUMBER: A00-0145-MJ (JDR)

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____ Deputy

Non-surety: I, the undersigned defendant acknowledge that I and my
Surety: We, the undersigned, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____, and there has been deposited in the Registry of the Court the sum of
$ 5,000 ~~in cash or~~ unsecured _____ (describe other security.).

The conditions of this bond are that the defendant Alicia Veloria (name) is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 10-2-00 at Anchorage, Alaska
Defendant. ✓ /s/ Alicia Veloria     Address. ✓ 411 East ~~Place~~ 20th Ave #7, 99508

Surety. _____     Address. _____

Surety. _____     Address. _____

Signed and acknowledged before me on 10-2-00
                                       Date

                                                       Judicial Officer/Clerk

Approved: /s/ John D. Roberts
JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

6

# United States District Court

FILED
OCT 04 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

DISTRICT OF Alaska

UNITED STATES OF AMERICA

v.

Alicia Veloria
_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: A00-0145-M5 (JDR)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                         Place
_____ on As ordered
                          Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(✓) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
Five Thousand _____ dollars ($ 5,000.00 )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____

5

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

AO199B (Rev. 5/99) Additional Conditions of Release                                                                       Page ____ of ____ Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(✓) (6) The defendant is placed in the custody of:
(Name of person or organization) **Kristia Douts**
(Address) **9635 Nizki Circle**
(City and state) **Eagle River, AK**          (Tel. No.) **907 694-7609**

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: **Kristia Douts**   **10/2/00**
                        Custodian or Proxy           Date

(✓) (7) The defendant shall:
( ) (a) report to the **U.S. Pretrial Services Office once a week - 907-271-5492/1-877-765-6708**
        telephone number _____, not later than _____
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
        _____
( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
( ) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
( ) (g) surrender any passport to: _____
(✓) (h) obtain no passport.
(✓) (i) abide by the following restrictions on personal association, place of abode, or travel: **not leave State of Alaska - the greater Anchorage area or Eagle River without prior written consent of U.S. District Court Judge or Magistrate Judge, District of Alaska**
( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (l) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
( ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
(✓) (o) refrain from ( ) any (✓) excessive use of alcohol.
(✓) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(✓) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
   (Xi) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
   (Xii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
   (Xiii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
(✓) (v) **Third Party Custodian to have twice daily contact with defendant.**
(✓) (w) **Report to US marshal immediately upon arrival - Honolulu.**
( ) (x) _____

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHAL

AO 199C (Rev. 8/94) Advice of Penalties ...                                Page 3 of 3 Pages

## Advice of Penalties and Sanctions

### TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Alicia Viloria*
Signature of Defendant

4111 East 20th ave #7
Address

Anch, AK 99508             333-4005
City and State             Telephone

### Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 10-2-00

*John D. Roberts*
Signature of Judicial Officer

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

-0145--MJ (JDR)       US PROBATION
-----------------------------
GEDDES (PPO)
ROSENBAUM (US-ATTY)
MARSHAL

PINK - U.S. MARSHAL       GREEN - PRETRIAL SERVICES

AO 470 (8/85) Order of Temporary Detention

FILED

# United States District Court

SEP 27 2000

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

Alicia Veloria
_____
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: A00-0145-MJ (JDR)

Upon motion of the __government__, it is ORDERED that a detention hearing is set for __10-2-00__ at __3:30 pm__
        Date                         Time

before __U.S. MAGISTRATE JUDGE JOHN D. ROBERTS__
        Name of Judicial Officer

__Anchorage, Alaska__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
        Other Custodial Official

__September 26, 2000__
        Date

Judicial Officer  JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

A00-0145--MJ (JDR)    ✓ US PROBATION
✓ B. GEDDES (PPO)
✓ J. ROSENBAUM (US-ATTY)
✓ US MARSHAL

Certified to be a true and correct copy of original filed in my office.
Dated __10-4-00__
MICHAEL HALL, Clerk
By _____ Deputy

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. vs. Alicia Veloria
FOR: District of Alaska
AT: Anchorage

PERSON REPRESENTED (Show your full name)

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

LOCATION NUMBER: FILED SEP 27 2000
DOCKET NUMBERS: UNITED STATES DISTRICT COURT DISTRICT OF ALASKA
District Court: A00-145 M
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ 98 ; 8.00/hr
If married is your Spouse employed? ☐ Yes ☐ No (NA)
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ ck $900 Savings $1,100

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 800  DESCRIPTION: 84 Chevy Pickup

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Truck payments | $300 | $50 |
| | Student loan | $3,500 | $ |
| | | $ | $ |
| | | $ | $ |

Certified to be a true and correct copy of document filed in my office.
MICHAEL HALL, Clerk
By _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Alicia Veloria

3

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A vs ALICIA VELORIA    CASE NO. A00-0145-MJ(JDR)
Defendant: X Present   X In Custody

BEFORE THE HONORABLE  JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: BONNIE BOYER

UNITED STATES ATTORNEY: MARK ROSENBAUM, AUSA

DEFENDANT'S ATTORNEY: SUE ELLEN TATTER, APPOINTED

U.S.P.O.: SYLVIA CARVAJAL

PROCEEDING: INITIAL APPEARANCE ON DISTRICT OF HAWAII WARRANT
OF ARREST (HELD 09/26/00)

FILED SEP 27 2000 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy

At 4:12 p.m. court convened.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above   Age: 24

X Financial Affidavit FILED; Federal Public Defender accepted appointment; case to be assigned to Ms. Geddes.

X Identity/Detention hearing set for October 2, 2000 at 3:30 p.m.

X Defendant detained; Order of Temporary Detention Pending hearing FILED.

At 4:25 p.m. court adjourned.

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By ___ Deputy

DATE: September 27, 2000    DEPUTY CLERK'S INITIALS: bb

A00-0145-MJ (JDR)
US PROBATION
M. GEDDES (FPD)
M. ROSENBAUM (US-ATTY)
US MARSHAL

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2000

at ___ o'clock and ___ min. __M
WALTER A. Y. H. CHINN, CLERK

FILED
SEP 26 2000
D STATES DISTRICT C.
DISTRICT OF ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ALICIA VELORIA,  Defendant. | CR. NO. CR00-00145  INDICTMENT  [21 U.S.C. § 841(a)(1)] |

A00-145 MJ (JDR)

Certified to be a true and correct copy
of original filed in my office.
Dated 10-4-00
MICHAEL BALL, Clerk
By _____ Deputy

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 10, 1996, in the District of Hawaii, ALICIA VELORIA, did knowingly and intentionally possess with intent to distribute in excess of 5 grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

A True Copy
WALTER A. Y. H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____ Deputy

COUNT 2

The Grand Jury charges:

On or about November 22, 1996, in the District of Hawaii, ALICIA VELORIA, did knowingly and intentionally possess with intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 13, 2000, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Alicia Veloria
"Indictment"
Cr. No. _____

2

AO 83 (Rev. 12/85) Warrant for Arrest

BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 00-00145 SOM |
| ALICIA VELORIA | |
| (Name and Address of Defendant) | |

**YOU ARE HEREBY COMMANDED TO ARREST ALICIA VELORIA** and bring him or her forthwith to the nearest magistrate to answer an Indictment, charging him or her with (brief description of offense)

Possess with intent to distribute cocaine base 07/10/96

in violation of Title 21 United States Code, Section(s) 841(a)(1).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | April 13, 2000 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL         By: Leslie E. Kobayashi, United States Magistrate Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0145--MJ (JDR)
               "USA V ALICIA VELORIA"
                 DEF 1.1 VELORIA, ALICIA
```

In public format, including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
    Magistrate Judge:
             Filed: 09/26/00
            Closed: 10/04/00
  No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: NO
   Needs interpreter: NO
   Counsel of record: Mary C. Geddes
                     Federal Public Defender Agency
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-271-2277
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Mark A. Rosenbaum
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____ Deputy

Counts re: DEF 1.1 VELORIA, ALICIA

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| OPENING | 1 | 21:841(a)(1) POSSESS WITH INTENT TO DISTRIBUTE COCAINE (F) | Pending |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET ENTRIES FOR CASE A00-0145--MJ (JDR)
                      "USA V ALICIA VELORIA"

              In public format, for all filing dates
```

Presiding Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
Magistrate Judge:
          Filed: 09/26/00
         Closed: 10/04/00
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 09/26/00 | [Re: DEF 1] USM Notice of Arrest; defendant arrested def arrested 9/25/00. |
| 1 - 1 | 09/26/00 | [Re: DEF 1] CY OF District of HI Indt w/att cy of WOA. |
| 2 - 1 | 09/27/00 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re I/A on District of Hawaii WOA (hled 9/26/00); FPD appointed; Identity/Detention hrg set for 10/2/00 at 3:30 p.m.; def detained. cc: USA, FPD, USM, USPO |
| 3 - 1 | 09/27/00 | [Re: DEF 1] Financial Affidavit. |
| 4 - 1 | 09/27/00 | [Re: DEF 1] JDR Order of Detention Pending Hearing set for 10/2/00 at 3:30 p.m. cc: USA, FPD, USM, USPO |
| NOTE - 2 | 10/04/00 | Notation: Rule 40 letter w/ certified cy of docs & dkt sheet to District of Hawaii. |
| 5 - 1 | 10/04/00 | [Re: DEF 1] Order setting conditions of release; unsecured bond of $5,000. cc:USA, FPD, USM, PO |
| 6 - 1 | 10/04/00 | DEF 1 Appearance bond of $5,000.00 unsecured. |
| 7 - 1 | 10/04/00 | [Re: DEF 1] JDR Order of Release to Christine Douts, third party custodian. cc: USA, FPD, USM, PO |
| 8 - 1 | 10/04/00 | DEF 1 Waiver of rule 40 hearing. |
| 9 - 1 | 10/04/00 | [Re: DEF 1] JDR Order holding def to answer & to appear in district of prosecution or district having probation jurisdiction. Def to appear in Honolulu, HI on 10/10/00 at 3:00pm. cc: USA, FPD, USM, PO, Clerk for District of Hawaii |
| 10 - 1 | 10/04/00 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] Identity/Detention Hrg (held 10/02/00) def cnsl oral mot to release def into 3 pty custody of Christine Douts GRANTED; Order setting conditions of release FILED; Appearance Bond FILED; Release order FILED; def advised to appear in Honolulu, HI for hrg on 10/10/00 at 3pm; Order holding def to answer and to appear in district of prosecution or district having probation jurisdiction FILED; crt & cnsl hrd re: identity hrg; def waived identity, waiver of rule 40 hrg FILED. cc:USA, FPD, USM, PO |

AO 467 (1/86) Order Holding Defenda...

FILED
OCT 04 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

# United States District Court

DISTRICT OF __Alaska__

UNITED STATES OF AMERICA

v.

Alicia Valoria

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: A00-0145-MJ (JDR)

Charging District Case Number:

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____ Deputy

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of __Hawaii__ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) __Honolulu, Hawaii__
                                                                 Place and Address

on __October 10 2000 at 3:00 pm__
        Date and Time

-0145--MJ (JDR)
------------------
EDDES (PPO)
OSEHBAUM (US-ATTY)
MARSHAL

D- PROBATION
Clerk of Hawaii Court

_____
Signature of Judicial Officer

__October 2 2000__          JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
        Date                    Name and Title of Judicial Officer

OCT 04 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A vs ALICIA VELORIA           CASE NO. A00-0145--MJ (JDR)
Defendant: X Present    X In Custody

BEFORE THE HONORABLE    JOHN D. ROBERTS

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk

DEPUTY CLERK/RECORDER:  BONNIE BOYER

UNITED STATES ATTORNEY: AUDREY RENSCHEN, AUSA

DEFENDANT'S ATTORNEY:   MARY GEDDES, APPOINTED

PROCEEDING: IDENTITY/DETENTION HEARING (HELD 10/02/00)

---

At 4:01 p.m. court convened.

Copy of Indictment read to defendant.

Court and counsel heard re detention hearing; defense counsel made an oral motion to release the defendant into the third party custody of Christine Douts.

Christine Douts sworn and testified on behalf of the defendant.

Court GRANTED defendant's motion to release the defendant into the third party custody of Christine Douts with a $5,000 unsecured bond; Order Setting Conditions of Release FILED; Appearance Bond FILED; Release Order SIGNED.

Court advised defendant she is to appear in Honolulu, Hawaii for a hearing on October 10, 2000 at 3:00 p.m.; Order Holding Defendant To Answer And To Appear In District Of Prosecution Or District Having Probation Jurisdiction FILED.

Court and counsel heard re identity hearing; defendant waived identity; Waiver of Rule 40 Hearing FILED.

At 4:40 p.m. court adjourned.

NOTE: Witness and Exhibit List attached

DATE: October 4, 2000        DEPUTY CLERK'S INITIALS: bb

A00-0145--MJ (JDR)      US PROBATION
------------------
M. GEDDES (FPD)
M. ROSENBACH (US-ATTY)
US MARSHAL

LIST OF EXHIBITS AND WITNESSES

Case No. H00-0145-MB(JDR) Magistrate Judge: John D. Roberts

Title U.S.A.
vs
Alicia Douts

Date(s) of Hearing/Trial: 10-2-00

Deputy Clerk/Recorder: Bonnie Boyer

Attorneys for Plf-Libelnt                    Attorneys for Deft-Respdt
Audrey Renschen, AUSA                        Mary Geddes, Appointed

| EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| Plf-Libeln | | | Dft-Respdt | | WITNESSES | Called by |
| Ex No | id | ad | Ex No | id | ad | |
| | | | (w.l) | | Christine Douts | Δ |