```
CRWRW                  *     INMATE EDUCATION DATA      *    01-23-2006
PAGE 001 OF 001 *                 TRANSCRIPT            *    14:51:35

REGISTER NO: 14144-006       NAME..: VELORIA               FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: CRW-CARSWELL FMC
```

------------------------------ EDUCATION INFORMATION ------------------------------

```
FACL ASSIGNMENT DESCRIPTION                       START DATE/TIME  STOP DATE/TIME
CRW  ESL HAS    ENGLISH PROFICIENT                01-28-2004 1500  CURRENT
CRW  GED HAS    COMPLETED GED OR HS DIPLOMA       03-23-2004 0845  CURRENT
```

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| CRW LOW | BEG WALK/RUN MC | 06-15-2005 | CURRENT | | | | |
| CRW LOW | ACE SPANISH CLASS | 10-28-2005 | CURRENT | | | | |
| CRW LOW | BEGINNING ABDOMINAL CLASS 1/MC | 12-05-2005 | 01-16-2006 | P | C | P | 5 |
| CRW LOW | BEGINNING TONING | 12-05-2005 | 01-16-2006 | P | C | P | 15 |
| CRW LOW | ADVANCED AEROBIC | 12-05-2005 | 01-05-2006 | P | C | P | 15 |
| CRW LOW | ADVANCED AEROBIC | 10-24-2005 | 11-28-2005 | P | C | P | 15 |
| CRW LOW | BEGINNING ABDOMINAL CLASS 1/MC | 10-24-2005 | 11-28-2005 | P | C | P | 5 |
| CRW LOW | BEGINNING TONING | 10-24-2005 | 11-28-2005 | P | C | P | 10 |
| CRW LOW | ACE SPANISH CLASS | 07-22-2005 | 10-01-2005 | P | C | P | 12 |
| CRW LOW | ADVANCED AEROBIC | 09-12-2005 | 10-14-2005 | P | C | P | 15 |
| CRW LOW | BEGINNING ABDOMINAL CLASS 1/MC | 09-12-2005 | 10-14-2005 | P | C | P | 5 |
| CRW LOW | BEGINNING TONING | 09-12-2005 | 10-14-2005 | P | C | P | 15 |
| CRW LOW | SELF ESTEEM CLASS | 09-20-2005 | 09-27-2005 | P | C | P | 4 |
| CRW LOW | YOGA RETREAT | 09-09-2005 | 09-09-2005 | P | C | P | 3 |
| CRW LOW | ADVANCED AEROBIC | 08-01-2005 | 09-02-2005 | P | C | P | 15 |
| CRW LOW | BEGINNING TONING | 08-01-2005 | 09-02-2005 | P | C | P | 15 |
| CRW LOW | BEGINNING CALISTHENICS | 08-01-2005 | 09-02-2005 | P | C | P | 10 |
| CRW LOW | SUPER SET FAT BURNING CLASS | 06-20-2005 | 07-21-2005 | P | C | P | 15 |
| CRW LOW | BEGINNING TONING | 06-20-2005 | 07-21-2005 | P | C | P | 15 |
| CRW LOW | ADVANCED AEROBIC | 06-20-2005 | 07-21-2005 | P | C | P | 15 |
| DUB SCP F | ACE INTRO TO LEGAL RESEARCH | 02-02-2004 | 08-02-2004 | P | C | P | 21 |
| DUB SCP F | RPP6/ANGER MGMT - PSYCH | 08-13-2003 | 11-13-2003 | C | C | P | 16 |
| DUB SCP F | RPP6/DRUG EDUCATION - 40 HR | 07-10-2003 | 07-10-2003 | C | C | P | 40 |
| DUB SCP F | CTRY LINE DANCING/SAT/100 PM | 05-08-2004 | 07-27-2004 | P | C | P | 3 |
| DUB SCP F | VT FORKLIFT 1230-330M-TH,ALL F | 02-23-2004 | 04-08-2004 | P | C | M | 168 |
| HON F | 2 HRS. CARDIO-WELLNESS CLASS | 07-15-2003 | 07-24-2003 | P | C | P | 2 |

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```


EXHIBIT G

```
DUBDQ                *     PROGRAM REVIEW REPORT           *      02-07-2005
PAGE 001                                                          17:53:30

INSTITUTION: DUB  DUBLIN FCI

NAME........: VELORIA, ALICIA KATRINA           REG. NO: 14144-006
RESIDENCE..: ANCHORAGE, AK 99508

TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....: 8/11/05

PROJ. RELEASE DATE..: 06-19-2010      RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE            HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 2/15/06          DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N        IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES.....: None noted

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y)/N....: Yes
    IF YES - CIRCLE ONE - (DRUG TRAFFICKING)/CURRENT VIOLENCE/PAST VIOLENCE
```

| CATEGORY | - - - - - - - CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|---|---|---|---|
| CMA | PROG RPT     NEXT PROGRESS REPORT DUE DATE | 02-11-2007 | 0854 |
| CMA | RPP NEEDS    RELEASE PREP PGM NEEDS | 02-11-2004 | 0853 |
| CMA | V94 CDA913   V94 CURR DRG TRAF ON/AFT 91394 | 02-11-2004 | 0853 |
| CUS | COM          COMMUNITY CUSTODY | 02-18-2004 | 0937 |
| DRG | DRG E COMP   DRUG EDUCATION COMPLETED | 09-10-2003 | 0742 |
| DRG | DRG I RQ J   DRG INTRV REQD: JUD RECOMMEND | 02-11-2004 | 0853 |
| EDI | ESL HAS      ENGLISH PROFICIENT | 01-28-2004 | 1500 |
| EDI | GED HAS      COMPLETED GED OR HS DIPLOMA | 03-23-2004 | 0845 |
| FRP | COMPLT       FINANC RESP-COMPLETED | 04-16-2004 | 1154 |
| LEV | MINIMUM      SECURITY CLASSIFICAT'N MINIMUM | 11-19-2003 | 1358 |
| MDS | REG DUTY     NO MEDICAL RESTR--REGULAR DUTY | 01-29-2004 | 0819 |
| MDS | YES F/S      CLEARED FOR FOOD SERVICE | 01-29-2004 | 0819 |
| QTR | S02-022U     HOUSE S/RANGE 02/BED 022U | 09-29-2004 | 2027 |
| RLG | CH CHRIST    CHURCH OF CHRIST | 07-03-2003 | 1131 |
| WRK | C-GARAGE     GARAGE MECHANIC | 01-29-2004 | 0001 |
| WRK | TOWN DRIVE   DRIVER-ON OR OFF BASE | 02-03-2004 | 0001 |

WORK PERFORMANCE RATING: Exceeds work reviews

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: Clear conduct maintained

FRP PLAN/PROGRESS: Completed

RELEASE PREPARATION PARTICIPATION: RPP needs —

Completed - Vt Forklift 4/8/04 (RPP2)
           Cardiowellness — 5/24/03 (RPP1)
           Drug Program 40 hr (RPP6) 7/10/03

Needs: Consumer credit
       Money Smart
       Food Bank Workshop
       Unit release rehearsal

```
DUBDQ              *        PROGRAM REVIEW REPORT        *        02-07-2005
PAGE 002                                                          17:53:30
```

CCC RECOMMENDATION: 12/19/08 10% to be furlough / closer to release

PROGRESS MADE SINCE LAST REVIEW: Toastmasters - continued until cancelled. Stress mgt - job conflicted with times

GOALS FOR NEXT PROGRAM REVIEW MEETING:
Enroll in correctional counselor group 2/16/05 to 8/11/05
Continue teaching Recreational Classes 2/16/05 to 8/11/05
Save $50 per month 2/16/05 to 8/11/05

LONG TERM GOALS:
Acquire employment skills via ACE/UT classes offered 2/16/05 to 6/19/09
Complete the (6) elements of IFP Program before release 2/16/05 to 6/19/08

Complete 500 Hour Drug Program 2/16/05 to 6/19/09

OTHER INMATE REQUESTS/TEAM ACTIONS:
Ms Veloria was instructing Step Aerobics - twice a week Tuesday & Thursday
Black History Participate Caribe - done.

4/24/08 received
pgm accept te
2/16/05

```
   DUBDQ              *        PROGRAM REVIEW REPORT              *      02-07-2005
PAGE 003 OF 003                                                          17:53:30
```

SIGNATURES:

UNIT MANAGER: _B. Klit_   INMATE: x _Alicia Veloria_

DATE: _2/14/05_   DATE: _2/14/05_

```
CRWRA          *            PROGRAM REVIEW REPORT        *      12-02-2005
PAGE 001                                                         07:57:45

INSTITUTION: CRW  CARSWELL FMC
NAME.......: VELORIA, ALICIA                      REG. NO: 14144-006
RESIDENCE..: ANCHORAGE, AK 99508
TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....: June 2006
PROJ. RELEASE DATE..: 06-15-2010        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: December 2006   DETAINERS (Y/N): N
CIM STATUS (Y/N)....: Y           IF YES, RECONCILED (Y/N): Yes
PENDING CHARGES.....: None Known
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: Yes
   IF YES - CIRCLE ONE - (DRUG TRAFFICKING)/CURRENT VIOLENCE/PAST VIOLENCE
CATEGORY    - - - - - - - CURRENT ASSIGNMENT - - - - - - -   EFF DATE    TIME

CMA         PROG RPT      NEXT PROGRESS REPORT DUE DATE      04-07-2008  1616
CMA         RPP NEEDS     RELEASE PREP PGM NEEDS             02-11-2004  0853
CMA         V94 CDA913    V94 CURR DRG TRAF ON/AFT 91394     02-11-2004  0853
CUS         IN            IN CUSTODY                         04-04-2005  1353
DRG         DRG E COMP    DRUG EDUCATION COMPLETED           09-10-2003  0742
DRG         DRG I RQ J    DRG INTRV REQD: JUD RECOMMEND      02-11-2004  0853
EDI         ESL HAS       ENGLISH PROFICIENT                 01-28-2004  1500
EDI         GED HAS       COMPLETED GED OR HS DIPLOMA        03-23-2004  0845
FRP         COMPLT        FINANC RESP-COMPLETED              04-16-2004  1154
LEV         LOW           SECURITY CLASSIFICATION LOW        05-24-2005  1050
MDS         REG DUTY      NO MEDICAL RESTR--REGULAR DUTY     05-20-2005  1417
MDS         YES F/S       CLEARED FOR FOOD SERVICE           05-20-2005  1417
QTR         H01-124L      HOUSE H/RANGE 01/BED 124L          10-31-2005  1000
RLG         CH CHRIST     CHURCH OF CHRIST                   07-03-2003  1131
WRK         HVAC 2        HEAT/VENT/AIR CONDITIONING 2       08-18-2005  1429
```

WORK PERFORMANCE RATING: Receives good performance evaluations in HVAC 2. Sanitation-good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: Clear conduct

FRP PLAN/PROGRESS:    TRUST FUND DEPOSITS PAST 6 MO: $ N/A

FRP PAYMENTS PAST 6 MO: $ N/A      OBLG BALANCE: $ N/A

CURRENT FRP PLAN: $ N/A       PAYMENTS COMMENSURATE: YES ___ / NO ___

IF NO, NEW PAYMENT PLAN: ___

RELEASE PREPARATION PARTICIPATION: Will refer to pre-release courses 30 months prior to release

CCC RECOMMENDATION: Will review for CCC placement 11-13 months prior to release

PROGRESS MADE SINCE LAST REVIEW: Participates in recreational activities; Completed Advanced Aerobics, Beginning Toning, Super Set Fat Burning class, Beginning Calisthenics, Self Esteem, Beginning Abdominal class, Spanish ACE. Enrolled in Spanish ACE and 500-mile Walk/Run. Began CHANGE Program. Teaches Advanced Aerobics. Participates in Value 2. Enrolled in HVAC Apprenticeship.

GOALS FOR NEXT PROGRAM REVIEW MEETING:

Actively participate in CHANGE Program daily

Complete Spanish ACE

Continue to participate in recreational activities

Complete Values 2

LONG TERM GOALS: Complete the HVAC Apprenticeship by 12/2009.
Complete the 500-Hour RDAP by 6/2009, as per Judicial recommendation.

OTHER INMATE REQUESTS/TEAM ACTIONS: Submit Tort Claim for missing property.
Reviewed 407/408 - current

Judicial recommendations noted: Dublin and Substance Abuse Treatment (followed).

SIGNATURES:

UNIT MANAGER: _____   INMATE: x Alicia Velonie

DATE: 12/6/05                    DATE: 12/6/05

```
CRWJC              *         PROGRAM REVIEW REPORT           *        06-15-2005
PAGE 001                                                              16:27:05

INSTITUTION: CRW  CARSWELL FMC

NAME.........: VELORIA, ALICIA                       REG. NO: 14144-006
RESIDENCE....: ANCHORAGE, AK 99508

TYPE OF REVIEW.......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE.....:  12/2005

PROJ. RELEASE DATE...: 06-15-2010         RELEASE METHOD.: GCT REL
PAROLE HEARING DATE..: NONE               HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW:  5/2006      DETAINERS (Y/N): N

CIM STATUS (Y/N).....: Y                  IF YES, RECONCILED (Y/N): Y
PENDING CHARGES......:  None Known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)..: yes
         IF YES - CIRCLE ONE: DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY    - - - - - - - CURRENT ASSIGNMENT - - - - - - -   EFF DATE     TIME

CMA        PROG RPT    NEXT PROGRESS REPORT DUE DATE        02-11-2007    0854
CMA        RPP NEEDS   RELEASE PREP PGM NEEDS               02-11-2004    0853
CMA        V94 CDA913  V94 CURR DRG TRAF ON/AFT 91394       02-11-2004    0853
CUS        IN          IN CUSTODY                           04-04-2005    1353
DRG        DRG E COMP  DRUG EDUCATION COMPLETED             09-10-2003    0742
DRG        DRG I RQ J  DRG INTRV REQD: JUD RECOMMEND        02-11-2004    0853
EDI        ESL HAS     ENGLISH PROFICIENT                   01-28-2004    1500
EDI        GED HAS     COMPLETED GED OR HS DIPLOMA          03-23-2004    0845
FRP        COMPLT      FINANC RESP-COMPLETED                04-16-2004    1154
LEV        LOW         SECURITY CLASSIFICATION LOW          05-24-2005    1050
MDS        REG DUTY    NO MEDICAL RESTR--REGULAR DUTY       05-20-2005    1417
MDS        YES F/S     CLEARED FOR FOOD SERVICE             05-20-2005    1417
QTR        I04-245U    HOUSE I/RANGE 04/BED 245U            05-25-2005    0841
RLG        CH CHRIST   CHURCH OF CHRIST                     07-03-2003    1151
WRK        HVAC 2      HEAT/VENT/AIR CONDITIONING 2         05-28-2005    0656

WORK PERFORMANCE RATING:  Good
Sanitation: Good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:  None


FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $   Complete

FRP PAYMENTS PAST 6 MO: $_____       OBLG BALANCE: $_____

CURRENT FRP PLAN: $_____       PAYMENTS COMMENSURATE: YES ____ / NO ____
```

```
CRWJC          *        PROGRAM REVIEW REPORT              *        06-15-2005
PAGE 002                                                            16:27:05
```

IF NO, NEW PAYMENT PLAN: _____

RELEASE PREPARATION PARTICIPATION: *Refer to classes 30 months prior to projected release date.*

CCC RECOMMENDATION: *Review 11-13 months prior to projected release date.* W-des CK won 5/18/05

PROGRESS MADE SINCE LAST REVIEW: *Previous goals weren't accomplished*

GOALS FOR NEXT PROGRAM REVIEW MEETING:
- *Enroll in Values Track*
- *Participate in recreational activities weekly*

LONG TERM GOALS:
- *Complete Release Preparation classes prior to release*
- *Complete apprenticeship program by 2008*

```
CRWJC              *      PROGRAM REVIEW REPORT        *       06-15-2005
PAGE 003 OF 003                                                 16:27:05
```

OTHER INMATE REQUESTS/TEAM ACTIONS: *Disagreed about property, counselor will review*

402.408 : Reviewed

SIGNATURES:

UNIT MANAGER: _[signature]_

DATE: 6-16-05

INMATE: _Alicia Viloria_

DATE: 6-16-05