## AFFIDAVIT OF ALICIA VELORIA

I Alicia Veloria am over the age of eighteen and swear under penalty of perjury that the following facts are true and correct.

1. I am currently incarcerated at Carswell Federal Medical Center in Fort Worth, Texas,

2. I teach classes to other inmates who are trying to obtain a GED. My position in Education is very important to me in my rehabilitation process. I am afraid that in the event I am absent from my position for an extended period of time, the Director of Education would have no choice but to replace me. It would be very difficult to return and obtain this position once again.

3. I also teach physical education classes to the inmate population. Again, this position would be impossible to retain in the event of a prolonged absence.

4. I am currently in the "Change Program." I can only miss two weeks of classes without forfeiting the year long program. It took me several months to obtain enrollment in this program, and to start over would be detrimental to my program goals.

5. Prison is like a small community in that hard work and dedication allows you to obtain certain privileges or positions within it. I am currently in a three-man room, and will soon earn a two-man room. Once again, removal from Carswell for an extended period of time will result in a "bus-stop," which is a ten person room.


EXHIBIT

6. I am not a flight-risk. I was released on pre-trial status for two years and eight months, residing in the state of Alaska. During this time period, I flew back to Hawaii, at my own expense, to appear in court on four occasions.

7. I have been incarcerated for thirty-three months, and have never received any disciplinary actions. My work detail at Dublin Federal Prison Camp was that of "Town Driver." For over one year, I drove to and from the prison compound unescorted, on a daily basis, picking up prison supplies and dropping off released inmates.

8. I have discussed possible travel arrangenments with my aunt, who visits me frequently. Her name is Betty Kauhane
   305 Lena Lane
   Midlothian, Texas 76065
   Tel. # 972-775-2655
   She lives within thirty minutes of Carswell Federal Medical Center and is willing to transport me from the prison to the airport, if released to appear in court. My brother Adam Veloria has indicated that he is willing to fly from the Big Island to O'ahu to meet me at the airport, and travel with me to the courthouse for resentencing. If an immediate return flight is available, he would accompany me back to the airport or stay with me until my return flight to Texas.

9. All financial resposibilities and payments will be made by me. My family is prepared to purchase the roundtrip tickets upon approval of the court.

10. The Bureau of Prisons procedure in these types of releases is to release an inmate and their property. I respectfully request the Court to order the Bureau of Prisons to hold my

property until my return.

11. The distance from Texas to Hawaii is lengthy. The travel arrangements with the Bureau of Prisons are unduly difficult and fatiguing, as prisoners are transferred to different jails and holdover facilities. The time in each of these facilities can be egregous and span over months.

12. I am being resentenced because my Constitutional rights were violated. I am respectfully requesting a release to be resentenced in order that my other Constitutional rights and conditions of confinement are not violated.

Signed this 2nd day of February 2006

*Alicia K. Veloria*
Alicia K. Veloria

DATED: Honolulu, Hawaii, February 27, 2006.

                                                       _____
                                                       SHAWN A. LUIZ
                                                       Attorney for Defendant
                                                       ALICIA VELORIA