February 28, 2006

Honorable Judge Molloway,

My name is John Paul Douts; I am 29 years old and live in Anchorage Alaska. I am writing this on behalf of Alicia Veloria who is being re sentenced in April 2006. Alicia and I were engaged to be married before Alicia's legal struggles began. She thought that part of her life was past. Due to the pressures, the legal difficulties and fears of the unknown our relationship suffered much. Alicia mis-carried our twins after carrying them for 5 months. Alicia and I still want to have a future together. Before Alicia was arrested at the University of Alaska she was enrolled in college studying to receive a bachelor's degree in criminal justice. She was on the deans honor roll. She was close to finishing and attaining the goal she had set for herself. Alicia is a good person. She helped me overcome drinking problems and become a good member of society and homeowner. Without her encouragement this would not have been possible. She was very active in my family's lives. She took her cousins and my cousins all of whom are teenagers and would take them roller skating and other places. She created a great environment for them. She was nurturing to my grandparents whom are elderly, she would help my grandmother walk to the river so she could enjoy watching everyone fish. She would set a play cards with them. Alicia has made mistakes; I do not know many that have not made mistakes in life. From my understanding the purpose of sending people to prison is to punish and rehabilitate them it that is so then this has been accomplished. Alicia does not represent any threat to society; in fact the exact opposite is true. She is a wonderful person and brings joy and happiness to all of us that love her. My parents are successful, law abiding business people in Alaska and so are all of my Aunt's and Uncles and other family members we all will do what ever it takes to help Alicia and support her. My mother and father was her third party for well over a year and kept in constant contact with them and still do. I ask that you take this into consideration.

Thank you for your time.

John Paul Douts

*John P Douts*

EXHIBIT J

March 1, 2006

Honorable Judge Molloway,

I am writing this letter on behalf of Alicia Veloria. My name is Kristia Douts; I have lived in Anchorage Alaska since 1979 and have worked for the Federal Government since 1978.

I did not know Alicia when she lived in Hawaii. I met her when she moved here and started dating my son in 2000. She was a delight. I watched Alicia through her hard work and positive attitude excel academically, help her younger brother finish school and work full time. She worked for one of my employees who owned a popular coffee shop, she did such a good job they asked her to manage it. She led an honorable life while here. My son and she lived together; she made a nice home for them. She was honest and forthright about her past troubles. I did not judge her for her past. Within a year her past came up and her legal troubles started over again. I became Alicia's third party for well over a year and she was never a risk to anyone. I continued to see her daily until her trial and sentencing.

Throughout these legal problems we continued to plan the wedding, she met my family including parents and brothers and their families. She was and still is loved by all of us. She was caring and fun and acted as a role model to a lot of young teens. She worked with them on school studies when they had trouble always reminding them they needed a good education and to stay on the straight and narrow. She made a tremendous difference in our son's life, he is an alcoholic, but due to her support he got the help needed and has done well. I thank her for that. She puts others needs before her own. She brought her mother here from Hawaii whom is a drug addict and alcoholic and cleaned her up and got her into treatment, and tried to get her going the right direction. She spent a lot of time helping friends when they were in need. She had a friend here whose mother had cancer; Alicia sat at the hospital with her friend's mother night after night to give her friend a break. Her character is very good. She would spend hours with my parents (both in there late 70's) playing cards and just making them feel good and needed.

Alicia and my son's relationship suffered greatly during this period of time. She did not want him to waste his time waiting around for her. During this time Alicia was pregnant with twins. When she miscarried that just added to the pressures. My husband and I offered to hire good attorney' to try to keep her out of prison and let her continue to complete her education and not be sent to prison for something that had taken place several years prior. She did not want us to spend our money that way. She is not selfish. Alicia has spent several years in prison now and each letter and phone call a bit more of her is gone. Placing Alicia back in prison will destroy her. It is my understanding that prison terms are laid down to those that either lead a criminal life style and those that show that rehabilitation is still needed. Please allow Alicia to come home here to Alaska, her and my son still want to have future. My son has a home and a good employment history. I am willing to once again be her guardian if that can be worked out. Even if her and my son do not end up together in the end I will always have kind thoughts of her and the friendship she has with me and the rest all of the family here in Alaska.

*Kristia A Douts*

# COVENANT INTERNATIONAL WORSHIP CENTER

March 1, 2006

Honorable Susan Oki Mollway
300 Ala Moana Blvd., Room C338
Honolulu, HI 96850

Dear Judge Mollway,

My name is Debbie Bernard and I am the Worship Pastor of Covenant International Worship Center in Cedar Hill, TX. I am writing you on behalf of Ms. Alicia K. Veloria. She was sentenced in your court in November 2003 and she is scheduled to be re-sentenced in April of this year. I am hoping that you will consider reducing Ms. Veloria's sentence when she appears in your court in April.

I heard about Alicia through a mutual friend here at our church who visits her on a regular basis. Since hearing her story, my heart was deeply touched. I know I may not personally know her, but I am more then willing to help her in any way I can after her release. I look forward to the day I can hug her and tell her how much she has been on my heart as well as so many others praying for her early release. Our church has an incredible group of ladies from all ages and walks of life who truly love God with all of their heart. They have a passion to help the hurting. If it is counseling through our Therapon Center or just being a friend to her, we will be here for Alicia.

God bless you and thank you for your consideration in this matter.

Respectfully,

*Debbie Bernard*

Debbie Bernard
Worship Pastor
Covenant International Worship Center

445 East FM 1382  |  Suite 3-377  |  Cedar Hill, Texas 75104  |  972.217.1400

**COVENANT INTERNATIONAL WORSHIP CENTER**

February 28, 2006

Honorable Susan Oki Mollway
300 Ala Moana Boulevard, Room C338
Honolulu, Hawaii 96850

Dear Judge Mollway,

My name is Brian Holmes and I am the Senior Pastor of Covenant International Worship Center, an interdenominational, intercultural church in Cedar Hill, Texas. I am writing to you on behalf of Ms. Alicia K. Veloria, a young woman who was sentenced in your court in November 2003 and who is scheduled to be re-sentenced in April of this year. It is my hope that you will consider reducing Ms. Veloria's sentence when she appears in your court in April.

Many members of our church stand ready to provide Ms. Veloria the spiritual, emotional, and practical support and encouragement she will no doubt need when released from incarceration. Our church offers opportunities for Christian counseling and inner healing through the North Texas Therapon Center, help with addictive behaviors through our Celebrate Recovery Twelve-Step Program, as well as many opportunities for Ms. Veloria to socialize and develop friendships through our very active Women's Ministry. Several of the women from the church have already begun to correspond with or visit with Ms. Veloria. I believe the support she has and will continue to receive from our church will help to insure Ms. Veloria's success when she reenters society.

Ms. Veloria is serving her sentence for a crime that was committed nearly ten years ago where she was convicted of possession of five grams of cocaine. Her original sentence was to serve 97 months. She now has served approximately 33 months of that sentence, in which time she has not received any disciplinary action. She is a productive member of the prison society and spends much of her time teaching other inmates who are attempting to earn their GED.

Judge Mollway, it is with the utmost respect for you and your position that I make this appeal. I entreat you to thoughtfully consider my request. I commit, as a member of the clergy, and as a concerned Christian man, to provide every opportunity and resource at our disposal to this young lady. It is our desire to see her healed, restored, and equipped to fulfill her destiny and purpose.

Sincerely,

Brian A. Holmes
Founder and Overseer
Covenant International Worship Center

445 East FM 1382  |  Suite 3-377  |  Cedar Hill, Texas 75104  |  972.217.1400

George S. Whitehouse
18305 San Antonio Drive
Morgan Hill, California 95037
March 2, 2006

Mr. Shawn A. Luiz, Esq.
Attorney at Law
810 Richards Street, Suite 800
Honolulu, Hawaii 96813

Dear Mr. Luiz,

RE: Alicia Veloria, Federal Inmate #14144-006

Enclosed is a copy of my letter to the Honorable Judge Susan Oki Mollway, U.S. District Court, regarding my grand-niece, Alicia Veloria, who has her re-sentencing hearing with Judge Mollway scheduled for April 3, 2006. In my letter, I stated my strong feelings about Alicia's good character, role-model behavior as an inmate, potential for doing well when released from prison, and having a positive impact on her community. I also asked Judge Mollway to take into account the strength of Alicia's attributes and consider reducing Alicia's sentence to time-served.

Alicia is currently in transit to Honolulu for her upcoming hearing. I am aware that you have had numerous phone conversations with Alicia, but have never met her in person. I know that you have a heavy caseload as a Defense Attorney, but I hope you will have the opportunity to personally meet and become better acquainted with Alicia prior to her hearing. My sincere belief is that you, too, will find Alicia to be a very bright young woman who has learned a very difficult lesson and by her positive conduct as an inmate, has demonstrated that she is ready for and earned your wholehearted advocacy on her behalf for an earlier release from prison.

If I can be of any assistance or offer any further commentary and insight to you on Alicia, please contact me at (408) 778-1159. Thank you for your time and consideration.

Yours truly,

George S. Whitehouse

March 3, 2006

Honorable Susan Oki Mollway
300 Ala Moana Blvd, Room C338
Honolulu, Hawaii 96850

Ref:   Alicia K. Veloria
       CR. No. 00-00145 SOM (D. Hawaii)
       C.A. No. 03-10626

Dear Judge Mollway,

My name is Betty Kauhane, an aunt by marriage to Alicia Veloria. Since she has been relocated to Fort Worth, Texas, I have personally visited her on many occasions, at least every other weekend. I realize that she is going to be re-sentenced in April for a crime that was committed over ten years ago. Thus this letter is written.

I am a member of Covenant International Worship Center and we have many people and ministries that will stand by Ms Veloria to enable her to re-enter and be a productive member of society. She already has her BS degree and has told me on many occasions that she desires to further her education when she is released from prison.

I would like to insure you that Ms Veloria will have a place to live when she is released. I have offered her my home and she has indicated that she would like to remain in this area and would like to stay with me.

Judge Mollway, with all due respect to your position, I make this plea that you consider releasing Ms Veloria and give her credit for a sentence paid in full. I will do everything possible to insure that she is restored and enabled to be who she was intended to be. Thank you for your consideration in this matter.

Sincerely yours,

Betty Kauhane
Betty Kauhane

Cc:   Shawn A. Luiz
      Attorney at Law
      6th Floor
      1132 Bishop Street
      Honolulu, Hawaii 96813

Honorable Susan Oki Mollway
300 Ala Moana Boulevard, Room C338
Honolulu, Hawaii 96850

Dear Judge Mollway,

I am writing today to ask your consideration in the matter of the re-sentencing of Alicia K. Veloria. Ms. Veloria was sentenced in your court on November 3, 2003 for a crime that occurred almost ten years ago. She is to be re-sentenced on April 3 of this year and I am writing to implore you to consider reducing her sentence. Her original case number is CR. No. 00-00145 SOM (D. Hawaii). Her appeals case number is C.A. No. 03-10626.

Ms. Veloria has served 33 months, nearly one-third of her original sentence. During that time she has never received any disciplinary actions. Ms. Veloria teaches other inmates where she is incarcerated to help them prepare to take their GED. She also teaches physical education to the inmates.

I am a member of Covenant International Worship Center in Cedar Hill, Texas, near where Ms. Veloria currently is incarcerated. As a member of that church, I am a facilitator of Celebrate Recovery, a faith-based twelve-step program that works with those who have struggled with or are currently struggling with drug and alcohol addiction. My church and our Celebrate Recovery program will offer support and community to Ms. Veloria when she is released from prison. Our church also has a women's ministry group where Ms. Veloria will be welcome, accepted and encouraged.

It is my firm belief that when Ms. Veloria is released from prison she could and would be a productive member of our community. I believe her release sooner rather than later would be beneficial to all concerned.

Once again, Judge Mollway, I beseech you to consider reducing Ms. Veloria's sentence at her re-sentencing. Thank you for taking the time to consider my request.

Sincerely,

Sally Fuller
972-617-0300
603 Roaring Creek Circle
Oak Leaf, TX 75154


Cc: Shawn Luiz

Honorable Susan Oki Mollway
300 Ala Moana Boulevard, Room C338
Honolulu, Hawaii 96850

Re: Reduction of sentence for Alicia K. Veloria

Honorable Judge Mollway:

My name is Mike Holmes and I am the director of the North Texas Therapon Center located in Cedar Hill, Texas. First and foremost, allow me to thank you for taking time from your undoubtedly busy schedule to consider the request I am presenting to you today. I do not take your time for granted and I will keep this letter as brief as possible.

I am writing today to ask you to consider reducing the sentence of a young woman who was sentenced in your court in November of 2003. Ms. Alicia K. Veloria currently is serving her 97-month sentence at a facility near where North Texas Therapon Center is located. Ms. Veloria is scheduled to appear in your court in April of this year for re-sentencing, and it is with deference to you and your position that I ask you to reduce her sentence.

Ms. Veloria has served close to three years of her original sentence. She has never had any disciplinary action taken against her and has become a role model and teacher of many of her fellow inmates. She spends much of her time helping other inmates prepare to take their GED and also teaches them physical fitness through aerobic classes.

As director of the North Texas Therapon Center I work with people from all walks of life and with diverse histories. The work we do at the Center is Bible-based one-on-on counseling, family counseling, as well as working with individuals with chemical dependency problems. All of the resources of the Center are at the disposal of Ms. Veloria immediately upon her release. We believe we will be able to assist her in making her transition from incarceration back into society quick and successful.

Once again, Judge, I thank you for taking the time to consider this request.

Sincerely,

Charles M. "Mike" Holmes, LMFT, LBT
Director, North Texas Therapon Center

Daryl A. Wisneskie                                          March 2, 2006
295 U.S. Hwy. 49 South
Tutwiler, MS 38963


To: The Honorable Judge Susan Oki Mollway
Re: Resentencing of Alicia K.L. Veloria

Dear Judge Mollway,

    Alicia Veloria is my friend. I mention this first because true friends like Alicia are one of the most precious things you can have in this world. To be a good friend you must be steadfast, selfless, and trustworthy. Alicia is all of these things and much more. She has that special quality in her that inspires others to be better than they are. She has a positive influence on everyone that is fortunate enough to know her. As you are well aware, many vicious criminals deserve to be in prison. They are unscrupulous people without conscience and feel no remorse as they exploit others. They are violent, greedy, and depraved individuals who pose a serious threat to society and need to be locked-up. Alicia is not one of them.

    I have known Alicia and her family since she was a child. She grew up for the best part in a rural farming community on the Big Island of Hawai'i where she developed strong family ties and moral fiber. She has always been a hard worker and a diligent student and consistently received good grades in school. She is the original "Say No Kid". She has always stood up to peer pressure and said no to drugs, alcohol and tobacco. She is an overachiever that works harder at helping others even before she thinks of herself.

    Alicia's primary flaw is that she is too trusting. She does not think like a cop or a criminal. She does not think like a lawyer or a politician. She thinks like a big sister, a mother, and a best friend. At nineteen years old, when this offence occurred, Alicia was little more then a naive teenager. She made a mistake and has paid dearly for it ever since. It has cost her thousands in hard earned dollars, years of stress, and ultimately her freedom. She has spent nearly three years locked away with hardened criminals and has been separated from her family by thousands of miles. Alicia is able to learn from her mistakes and sincerely regrets her misbehavior. She would never again make the same errors she made in her youth. You will be doing the community a service to release her and permit her to reach her full potential as the productive member of society I am certain she shall be.

                                                          Respectfully yours,

                                                           D. Wisneskie