IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. 00-00145-SOM |
| Plaintiff, ) | (USDC – Hawaii) |
| ) | On remand: C. A. NO. 03-10626 |
| vs. ) | |
| ) | CERTIFICATE OF SERVICE |
| ALICIA VELORIA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one (1) copy of Defendant and Appellant VELORIA's MEMORANDUM IN SUPPORT OF SENTENCING REDUCTION was served upon Plaintiff and Appellee United States of America, by and through their Counsel, Thomas J. Brady, Esq., U.S. Attorney's Office, by hand-delivery, addressed as follows:

    Thomas J. Brady, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Room 6100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

Attorneys for Plaintiff and Appellees
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, March 13, 2006.

                                                SHAWN A. LUIZ

                                                Attorney for Defendant
                                                ALICIA VELORIA

Case 1:00-cr-00145-SOM    Document 195-14    Filed 03/13/2006    Page 2 of 2