ORIGINAL

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at 3 o'clock and 34 min. PM
SUE BEITIA, CLERK

Attorney for Defendant
ALICIA VELORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00145-SOM |
| | )   (USDC – Hawaii) |
| Plaintiff, | ) |
| | ) On Remand from: |
| vs. | ) C. A. NO. 03-10626 |
| | ) |
| ALICIA VELORIA, | ) REPLY IN SUPPORT OF MOTION |
| | ) FOR RELEASE PENDING RE- |
| Defendant. | ) SENTENCING; SUPPLEMENTAL |
| | ) DECLARATION OF COUNSEL; |
| | ) EXHIBITS "J"-"K"; CERTIFICATE |
| | ) OF SERVICE |
| | ) |

Hearing:
Date: March 16, 2006
Time: 10:00 a.m.
Honorable Barry M. Kurren

Re-Sentencing Date: April 10, 2006

REPLY IN SUPPORT OF MOTION FOR RELEASE PENDING RE-SENTENCING

Comes now Defendant ALICIA VELORIA (hereinafter "Defendant" or "Veloria"), and hereby submits the following REPLY IN SUPPORT OF MOTION FOR RELEASE PENDING RE-SENTENCING.

The record demonstrates that Veloria has never been a flight risk or danger to the community at anytime while on bail. Veloria has family support in both Alaska and Texas that will allow her to return to Honolulu for re-sentencing at the expense of family members if she is released. (See attached Exhibit J).

Veloria has no conviction by a jury for obstruction of justice which the government refers to repeatedly in this case as required by the 6th amendment (trial by jury) to hold against her in assessing the instant motion. The additional drug count in this case, Count II, was never proven to the jury. Therefore, the only amount at issue in assessing the instant motion was the "in excess of 5 gram amount" of cocaine base and not the 22.6 gram or in excess of 500 gram amount (539.8) that the government refers to repeatedly in this case.

Veloria should have been assessed at 24 total offense level, not 30. A 4 point reduction is mandated for the upward departure based on <u>Blakely</u>. An additional 2 point reduction is mandated for the upward departure for obstruction based on <u>Blakely</u>.

2

Veloria respectfully requests that this Honorable Court allow her release pending appeal (See attached Exhibits A-K).

CONCLUSION

Defendant Veloria, based on the foregoing argument, respectfully request that this Honorable Court allow her to be released pending re-sentencing as she has already served 33 months of an improper 97 month sentence and the government has conceded that Veloria's enhanced sentence was improper and that Veloria must be re-sentenced.

DATED: Honolulu, Hawaii, March 13, 2006.

_____
SHAWN A. LUIZ

Attorney for Defendant
ALICIA VELORIA