IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00145-SOM |
| ) | (USDC – Hawaii) |
| Plaintiff and Appellee, ) | On remand: C. A. NO. 03-10626 |
| ) | |
| vs. ) | SUPPLEMENTAL DECLARATION |
| ) | OF COUNSEL |
| ) | |
| ALICIA VELORIA, ) | |
| ) | |
| Defendant and Appellant. ) | |

## SUPPLEMENTAL DECLARATION OF COUNSEL

I, SHAWN A. LUIZ, declare as follows:

1. I am a CJ Panel attorney representing Veloria in the above-captioned matter.

2. I have been licensed to practice law in the State of Hawaii since 1997. I am also licensed to practice law in Florida, the 9th Circuit Court of Appeals, and the United States Supreme Court.

3. I submit this SUPPLEMENTAL declaration in support of Veloria's application for relief in the above captioned matter.

4. Exhibit J, attached hereto is a true and correct copy of letters from Veloria's supporting network of family and friends.

5. Exhibit K, attached hereto is a true and correct copy of Veloria's original sentencing transcript

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


DATED: Honolulu, Hawaii, March 13, 2006.

                                                SHAWN A. LUIZ

                                                Attorney for Defendant
                                                ALICIA VELORIA