IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>        Plaintiff and Appellee,           )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>ALICIA VELORIA,                               )<br>                                                            )<br>        Defendant and Appellant.      )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )  | CR. NO. 00-00145-SOM<br>    (USDC – Hawaii)<br>On remand: C. A. NO. 03-10626<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one (1) copy of Defendant and Appellant VELORIA's REPLY in support of Motion for Release was served upon Plaintiff and Appellee United States of America, by and through their Counsel, Thomas J. Brady, Esq., U.S. Attorney's Office, by hand-delivery, addressed as follows:

Thomas J. Brady, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorneys for Plaintiff and Appellees
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, March 13, 2006.

/s/ Shawn A. Luiz
SHAWN A. LUIZ

Attorney for Defendant
ALICIA VELORIA