**ORIGINAL**

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Defendant
ALICIA VELORIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 7 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 00-00145-SOM |
| | (USDC – Hawaii) |
| Plaintiff, | |
| | On Remand from: |
| vs. | C. A. NO. 03-10626 |
| ALICIA VELORIA, | SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT OF SENTENCING REDUCTION; EXHIBIT "L"; CERTIFICATE OF SERVICE |
| Defendant. | |
| | Re-Sentencing Date: April 10, 2006 |
| | Time: 2:15 p.m. |
| | Honorable Susan Oki Mollway |

SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT OF
SENTENCING REDUCTION

Comes now Defendant ALICIA VELORIA (hereinafter "Defendant" or "Veloria"), by and through CJA court-appointed counsel, SHAWN A. LUIZ, and hereby files supplemental declaration of counsel and Exhibit L in support of her request for this Honorable Court to issue an order granting a REDUCED SENTENCE on April 10, 2006.

DATED: Honolulu, Hawaii, April 7, 2006.

_____
SHAWN A. LUIZ

Attorney for Defendant
ALICIA VELORIA