IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALICIA VELORIA,<br><br>        Defendant. | ) CR. NO. 00-00145-SOM<br>)   (USDC – Hawaii)<br>) On remand: C. A. NO. 03-10626<br>)<br>) SUPPLEMENTAL DECLARATION<br>) OF COUNSEL IN SUPPORT OF<br>) SENTENCING REDUCTION<br>)<br>)<br>)<br>)<br>)<br>) |

SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT OF
SENTENCING REDUCTION

I, SHAWN A. LUIZ, declare as follows:

1. I am a CJA Panel attorney representing Veloria in the above-captioned matter.

2. I have been licensed to practice law in the State of Hawaii since 1997. I am also licensed to practice law in Florida, the 9th Circuit Court of Appeals, and the United States Supreme Court.

3. I submit this supplemental declaration in support of Veloria's application for relief in the above captioned matter.

4. Exhibit L, attached hereto is a true and correct copy of letters from Veloria's supporting network of family and friends that were received after her original Exhibits A-K were already filed in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, April 7, 2006.

SHAWN A. LUIZ
Attorney for Defendant
ALICIA VELORIA