EXHIBIT " L "

April 2, 2006

Judge Susan Mollway
300 Ala Moana Blvd
Room C338
Honolulu, HI 96850

Dear Judge Mollway:

If you remember from my previous letters to you, I am Alicia Veloria's aunt. I am writing to you regarding Alicia's re-sentencing. I understand that you have the choice to reduce Alicia's sentence by a significant amount and would like to request that you sincerely consider this option.

Alicia has spent almost 3 years in prison and, from all accounts, has been a model prisoner. She has been a hard worker, and has even been teaching educational classes to other inmates at her current facility. I am aware that she is to complete a "Drug Rehabilitation Program", which I believe is a 9 month program, but I would like you to consider reducing her sentence to the time served plus the time it will take for her to schedule and complete her Drug Program.

Alicia is a truly good person and I believe that she has a lot to offer society, if given the chance. I would like to see her be given the chance to move on in her adulthood with the experiences and lessons of her past behind her.

As I have told you before, Alicia is like one of my own children and I care for her very much and, while I know that this is not a reason to change her sentencing, I would like you to realize that she has a family that has watched her try very hard to do the right thing and change her life for the better. She is a good person who, unfortunately, made some very poor choices approximately 10 years ago, at a very vulnerable time in her life.

Thank you for taking the time to read my letter and to consider all of the information available to you in your re-sentencing of Alicia.

Sincerely,

Marybeth Wilkinson

Cc: Shawn Luiz



Carlos J. Guzman
1523 Capitola Circle
Stockton California
95206-5818

March 13, 2006

Honorable Judge Susan Oki Mollway
300 Ala Moana Boulevard room C338
Honolulu, Hawaii 96850

RE; D.C. NO. CR.00-00145-SOM

Dear Judge Mollway,
Greetings I am writing you on behalf of my friend Alicia K. Veloria # 14144-006.
I am hoping that you will consider handing down a lesser sentence.
These are the reasons for my request:

1. She was 19 when she was charged for the crime that she is now serving time for. It took nearly 4 years until the prosecutor made the inditement. From when Alicia was 19 to when she was sentence at the age of 27, this time of uncertainty was in a way a punishment in itself.
2. She chose to continue to work, go to school and stay out of trouble, while passing all drug tests.
3. She went to college and received her B.A. with a major in justice and a minor in psychology. Alicia finished her education with a GPA of 3.91.
4. While in prison she continued to be a hard working individual at the garage where she was a mechanic and town driver.
5. She completes assigned tasks and obeys rules and regulations set before her.
6. She volunteered to be a tutor to help other inmates obtain their GED she also teaches a fitness class to the prison population.

Judge Mollway, Alicia was exposed to the wrong people in her adolescence a troublesome time in most teenagers' life as you know. Once she left her neighborhood, and removed herself from that environment, she flourished and was on her way to become a successful woman. Alicia will be 30 this year; she is much wiser and will make better choices in her life. I believe she will be a productive citizen if given the chance. She could be an asset to society and not a drain on it by remaining in prison.

Judge Mollway, you have served justice when you sentenced Alicia the first time, and she has served time for her bad choices. Now that she is to be re-sentenced Monday April 03, 2006 you are in a position to give her a chance to start over and be a productive citizen.
I am requesting that you give this statement deep consideration and have mercy on Alicia considering the time she has served, and the accomplishments she has made since the time of this incident.
I hope you can find it in your heart to lessen her sentence.
I pray that you show mercy on her behalf.
Alicia, her family, and I would deeply appreciate it.

Respectfully

Carlos J. Guzman

Carlos J. Guzman USN RET

cc: USA Attorney Mr. Thomas J. Brady
     Attorney  Mr. Shawn Luiz

March 11, 2006

To Honorable Judge Susan Oki Mollway,

I am writing this letter in regards to my daughter Alicia Veloria. I understand that she will be re-sentenced in your courtroom on April 3, 2006. Her first sentencing was on November 3, 2003. Her original sentence was 97 months, which is 8 years and 1 month. To date she has served nearly 33 months of that sentence. With the current sentence policy I understand that you can significantly reduce that sentence should you feel compelled to do so. This offense was committed nearly ten years ago, and the conviction was for a small amount.

Alicia is a productive member of society, a hard worker, and she has strong family ties. I believe that it is unnecessary to incarcerate her for any longer than the 3 years that she has already served, which I might add, was a significant hardship because she was far away, and was placed in prisons in both California and Texas where the majority of her family does not live. Her father's family lives here in Hawaii and my family lives in Alaska.

Alicia has always been a good girl, a good student with a 4.0 grade average, and has held a job since she was 16 years old. She has also never been fired from a job. When Alicia was first arrested about 10 years ago, she realized that she had to get rid of bad associations, so she went to Alaska. She immediately got a job and went back to school. She wanted to become a lawyer. Subsequently she was arrested in one of her law classes. Her professor was highly upset that the officers didn't wait for the class to be over with and came in anyway.

If you could find it within your heart to give her another chance at life, I know that she would do the right thing and get a job and go back to school. We're all in prayer for her. Please take this letter into consideration. May God Bless You.

Sincerely Yours,

*Aunamarie Veloria*

Aunamarie Veloria
P.O. Box 1411
Kapaau, HI 96755

Dear Judge Susan Oki Mollway,

My name is Adam Veloria, the brother of Alicia Veloria and I am writing this letter in regards to her sentencing. Alicia Veloria has been on good standards after being arrested about eight years ago. After she got arrested the second time for drug charges she told me to not follow her foot steps. She has been my inspiration after the charges, I think it's because she changed her life style and thinking. After that arresting incident everything was different She went back to college and finished her degree in law which I think she would never be able to do, she started working in construction on weekend so she could go to school and live, and she became a very family oriented person which loved to go to church on Sundays. Alicia Veloria by this time has learned her lesson in what is right and wrong, and what is just common sense.

At this time judge Mollway the family of Alicia Veloria misses her so much it is hard to think because she was a helpful, loving person. We would love to have her home, but we understand if not now, but please judges at least lessen her years in prison. Our family isn't rich; in fact we barely make it every month. So to go and see her way out in Texas is very hard to do. Alicia just was with the wrong people at this time which was probably started from my step brother, Ricky, but I don't think she will be hanging around him because he died last year of drug over dose. Alicia is a big part of my life and also other family and friends, so please help with this heart broken family.


Thank you,

     Adam Veloria
Cell#: 808-936-1317
P.S. Please call if you have any concerns



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 2 4 2006

DISTRICT OF HAWAII

3-21-2006

Dear Judge Mollway,

This letter is writing in regards to my daughter, Alicia Veloria.  My daughter was always been a good girl all of her life until she started dealing drugs about 7 years ago. I think I was the first to find out because she was living with me at the time her step brother had sent the drugs to his friend and for some reason she got stuck with it to sale, I didn't know of this until she got in trouble.  But to make a long story short, Alicia Veloria, my daughter has been a totally different girl after being caught; she went back to Alaska and started school again.  She has learned her lesson and I know this because she always told me sorry for being the bad girl that I never raised her to be. Alicia thought that because she was a good girl after being arrested, she could win her court, but she was wrong and I think she has been punished in the last three years in prison.  She just didn't understand the consequences that federal could do to her and she had to learn the hard way. I'm not writing to you judge Mollway to feel sad for the family, instead I'm asking you to understand that she has learned and if you could find it in your heart to please either reduce her sentencing or if you would or could release her on good standards.

Richard Veloria,