IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. NO. 00-00145-SOM |
| Plaintiff, | )    (USDC – Hawaii) |
| | ) On remand: C. A. NO. 03-10626 |
| vs. | ) |
| | ) CERTIFICATE OF SERVICE |
| ALICIA VELORIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one (1) copy of Defendant and Appellant

VELORIA's SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT

OF SENTENCING REDUCTION; EXHIBIT "L"; CERTIFICATE OF SERVICE

was served upon Plaintiff and Appellee United States of America, by and through

their Counsel, Thomas J. Brady, Esq., U.S. Attorney's Office, by facsimile, ad-

dressed as follows:

    Thomas J. Brady, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Room 6100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

Attorneys for Plaintiff and Appellees
UNITED STATES OF AMERICA


DATED: Honolulu, Hawaii, April 7, 2006.


_____
SHAWN A. LUIZ

Attorney for Defendant
ALICIA VELORIA