ORIGINAL

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Defendant
ALICIA VELORIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2006

at 3 o'clock and 0 min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00145-SOM |
| ) | (USDC – Hawaii) |
| Plaintiff, ) | |
| ) | On Remand from: |
| vs. ) | C. A. NO. 03-10626 |
| ) | |
| ALICIA VELORIA, ) | NOTICE OF APPEAL; |
| ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |
| ) | Re-Sentencing Date: |
| ) | April 10, 2006 |
| ) | Time: 2:15 p.m. |
| ) | Honorable Susan Oki Mollway |
| ) | |

NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that Defendant ALICIA

VELORIA, by and through counsel, Shawn A. Luiz, hereby appeals to the United

1

States Court of Appeals from the sentence entered by the Honorable Susan Oki Mollway on April 10, 2006.

Dated: Honolulu, Hawaii, April 18, 2006

SHAWN A. LUIZ
Attorney for Defendant
ALICIA VELORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00145-SOM |
| ) | (USDC – Hawaii) |
| Plaintiff, ) | |
| ) | On Remand from: |
| vs. ) | C. A. NO. 03-10626 |
| ) | |
| ALICIA VELORIA, ) | CERTIFICATE OF SERVICE |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true copy of the foregoing was served upon USA, by hand delivery on Honolulu, Hawaii, April 18, 2006, addressed as follows:

Thomas J. Brady, Esq.
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Dated: Honolulu, Hawaii, April 18, 2006

SHAWN A. LUIZ
Attorney for Defendant
ALICIA VELORIA