# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

**Sue Beitia**
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 27, 2006

Thomas J. Brady, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu,  HI  96850


IN RE:       U.S.A v. Alicia Veloria
CR NO.       CR 00-000145SOM


Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 04/18/06.

    All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.


                        Sincerely,
                        Sue Beitia, Clerk

                    By       Laila M. Geronimo
                             Deputy


cc:     Clerk, 9th CCA w/copy of NA,
               docket sheet, dfnf
        Shawn A. Luiz, Esq.
               with copy of instructions for criminal appeals
               Transcript Desig. & Ordering Form
               with instructions and a copy of the
               docket sheet