IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __06-10277__   U.S. District Court Case No. __00-00145__

Short Case Title __USA v. VELORIA__

Date Notice of Appeal Filed by Clerk of District Court __April 18, 2006__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| APRIL 10, 2006 | DEBRA CHUN | ~~Voir Dire~~ Re-Sentencing |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
|  |  | Other (please specify) |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __May 12, 2006__   Estimated date for completion of transcript _____

Print Name of Attorney __SHAWN A. LUIZ__   Phone Number __(808) 538-0500__

Signature of Attorney _____

Address __SHAWN A. LUIZ / Attorney at Law / City Center, Suite 800 / 810 Richards Street / Honolulu, Hawaii 96813__

**SECTION B** - To be completed by court reporter

I, __[signature]__ (signature of court reporter) have received this designation.

(X) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__30__ Approximate Number of Pages in Transcript--Due Date __6/16/2006__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __5/23/06__   Court Reporter's Signature __[signature]__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__   __05-31-06__   BY: __[signature]__
(U.S. District Court Clerk)   (date)   DEPUTY CLERK