# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**     CR 00-00145SOM

**CASE NAME:**     USA v. Alicia Veloria

**ATTYS FOR PLA:**     Thomas Brady

**ATTYS FOR DEFT:**     Shawn A. Luiz

**INTERPRETER:**

---

JUDGE:     Barry M. Kurren          REPORTER:     C6F

DATE:     3/16/2006          TIME:     10:20 - 10:32

---

COURT ACTION:   EP: Motion for Release Pending Re-Sentencing - deft present in custody.

Motion DENIED.
Brady to prepare order.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager