**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2007

at 3 o'clock and 45 min P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-10277 |
| Plaintiff - Appellee, | D.C. No. CR-00-00145-SOM |
| v. | |
| ALICIA VELORIA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted December 4, 2006**

Before:   GOODWIN, RYMER, and FISHER, Circuit Judges.

Alicia Veloria appeals from the 97-month sentence imposed following remand under *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

   *   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Veloria contends that her sentence remains invalid under the Sixth Amendment because the district court calculated an offense level based on drug amounts and obstruction of justice found by the district judge rather than proved to a jury beyond a reasonable doubt. This contention is unavailing because the district court applied on remand the very procedure prescribed by this court to remedy the constitutional infirmity of allowing a sentence based on judge-found facts under mandatory Sentencing Guidelines. *See Ameline*, 409 F.3d at 1084. The district court stated that the sentence imposed would not have been materially different had it known the Guidelines were advisory, and took into account the sentencing factors set forth in 18 U.S.C. § 3553(a) in reimposing the original sentence.

On review of the record, we conclude the sentence imposed was not unreasonable. *See United States v. Plouffe*, 445 F.3d 1126, 1131-32 (9th Cir.), *cert. denied*, 126 S. Ct. 2314 (2006).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

JAN 0 3 2007

by
Deputy Clerk