# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 15, 2007

To: United States Court of Appeals  Attn: ( )  Civil
    For the Ninth Circuit
    Office of the Clerk                    (✓)  Criminal
    95 Seventh Street
    San Francisco, California 94103        ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 00-00145SOM        Appeal No:    06-10277

Short Title:  USA vs. Veloria

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 8 | volumes (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 23, 31, 32, 33, 163, 164, 166, A & B

Acknowledgment: _____  Date: _____