IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. 00-00145 SOM |
| Plaintiff, ) | |
| Vs. ) | |
| ALICIA VELORIA, ) | Pro Se Motion For Production |
| Defendant, ) | Of Legal Documents |

## PRO SE MOTION FOR LEGAL DOCUMENTS

Comes now, Alicia Veloria, defendant, and hereby respectfully requests that this court grant the motion for the production of the transcript (dkt # 155 8/14/03) of the Motion to Withdraw as counsel filed by Attorney Ling as well as a copy of Attorney Ling's Motion to Suppress Statements filed on 10/21/02 (dkt #80). To the defendant's knowledge transcripts of the hearing on 8/14/03 have not been previously requested. The defendant does hereby declare that she is indigent and requests leave to proceed in forma pauperis under 18 USC 30006a as previously granted by this court. The defendant requests that this Honorable Court provide her with these transcripts pursuant to 28 USC §753 (f) in order for her to perfect a collateral challenge under 28 USC §2255 to include claims of ineffective assistance of counsel. The defendant requests that this court certify that these claims are not frivolous and grant the production of these documents.

MAY 17 2007

CERTIFICATE OF SERVICE
---

I, Alicia Veloria, do hereby certify that a copy of the forgoing Pro se Motion For Production of Legal Documents was mailed from Carswell Federal Medical Center on 14 May 2007 addressed to :

Honorable Judge Susan Oki Mollway

300 Ala Moana Blvd. Room C338

HOnolulu, Hawaii 96850

_____
Alicia Veloria, Pro se Defendant

May 13, 2007
Date

CERTIFICATE OF SERVICE