

FORT WORTH TX 761
15 MAY 2007 PM 1 T

Clerk of the Court
Judge Susan Oki Mollway / Rm C338
300 Ala Moana Blvd
Honolulu, HI 96850

Name: Alicia Veloria
Reg. No.: 14144-006
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127