IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. No. 00-00145 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| vs. | ) | MOTION FOR PRODUCTION OF |
| | ) | LEGAL DOCUMENTS |
| ALICIA VELORIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION
FOR PRODUCTION OF LEGAL DOCUMENTS

The court has received Defendant Alicia Veloria's motion for production of legal documents, dated May 13, 2007. Defendant moves the court for production of: (1) the motion to suppress statements, filed on October 21, 2002, and (2) the transcript of the August 14, 2003, hearing on attorney Winston D.M. Ling's motion to withdraw as counsel. The court grants Defendant's motion.

The files containing the October 21, 2002, motion to suppress are not physically within this courthouse. Earlier this year, for reasons not presently clear to the court, the files were transmitted to the Ninth Circuit Court of Appeals in San Francisco, California. The court is currently investigating why they were sent to California and is in the process of requesting that they be returned so that the court can furnish a copy of the motion to Defendant. The court is unsure of how long it will take to receive the files, but it may take several weeks.

However, it may be quicker if one of the attorneys in this case can provide a copy of the motion to Defendant.  As this order is being served on Shawn A. Luiz and Thomas J. Brady, the court asks these attorneys, if they have a copy of the motion to suppress (doc. no. 80), to mail a copy of it to Defendant at her current mailing address and to notify the court when they do so.

Regarding the transcript of the August 14, 2003, hearing held by Magistrate Judge Kevin S.C. Chang, no transcript of the hearing has yet been prepared.  The court therefore orders the Clerk of Court to pay for and to direct transcription of the August 14, 2003, hearing.  The transcript need not be expedited.  The court further orders the Clerk to mail a copy of the transcript to Defendant at her current mailing address once the transcript is prepared.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 18, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

**United States of America v. Veloria.**, Crim. No. 00-00145 SOM; ORDER GRANTING DEFENDANT'S MOTION FOR PRODUCTION OF LEGAL DOCUMENTS.