CORRESPONDENCE



## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*　　　　　　(808) 541-2850
*300 Ala Moana Blvd., Room 6-100*　　FAX (808) 541-2958
*Honolulu, Hawaii 96850*

May 22, 2007

Honorable Susan Oki Mollway
United States District Court Judge
Fourth Floor, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

    Re:  <u>United States v. Alicia Veloria</u>
         Cr. No. 00-00145 SOM
         Defendant's Motion to Suppress filed
         October 21, 2002

Dear Judge Mollway:

    Pursuant to the Court's order filed Friday, May 18, 2007, I am informing the Court that the Government sent a copy of Defendant's motion to suppress statements filed on October 21, 2002, to Defendant Alicia Veloria. I appreciate your concern in this matter.

    If you have any further comments or questions, please let me know.

                      Very truly yours,

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii

                      THOMAS J. BRADY
                      Assistant U. S. Attorney

TJB:sam

MAY 2 2 2007