**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850

CHAMBERS OF
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FAX (808) 541-1724
susan_mollway@hid.uscourts.gov

## TRANSMITTAL MEMORANDUM

DATE: May 23, 2007

TO:
Mr. Shawn A. Luiz
City Center
810 Richards Street, Ste. 800
Honolulu, Hawaii 96813

FROM:
Joni Gross, secretary to
The Honorable Susan Oki Mollway
United States District Court
 for the District of Hawaii
300 Ala Moana Boulevard, #C-409
Honolulu, HI 96850

Ms. Alicia Veloria/Reg. No. 14144-006
Federal Medical Center, Carswell
P. O. Box 27137
Ft. Worth, Texas 76127

RE:    **United States v. Alicia Veloria; Cr. 00-00145 SOM**

We are sending you the following:

| Original | Copies | Dated | Description |
|---|---|---|---|
| | 1 | 05/22/07 | Letter from Thomas Brady to Judge Mollway re Defendant's motion to suppress statements |

(X) For your information
( ) For your files
( ) Per your request
( ) Per our conversation
( ) For necessary action

( ) For signature and return
( ) For signature, forwarding as noted below
     and return
( ) For review and comment
( ) For distribution

REMARKS: