May 22, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-00-00145-SOM
**Appeal Number:** 06-10277
**Short Title:** USA v. Veloria

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 23 2007
DISTRICT OF HAWAII

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 2 | | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 8 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:** sealed docs.

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  February 15, 2007

To: United States Court of Appeals       Attn:  ( )    Civil
       For the Ninth Circuit
       Office of the Clerk                              (✓)    Criminal
       95 Seventh Street
       San Francisco, California 94103          ( )    Judge

From: United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

DC No:         CR 00-00145SOM            Appeal No:   06-10277

Short Title:   USA vs. Veloria

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 8 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 23, 31, 32, 33, 163, 164, 166, A & B

Acknowledgment: _____   Date: _____

cc: all parties of record