FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 04 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. 00-00145 SOM |
| plaintiff                  ) | |
|                            ) | MOTION FOR PRODUCTION OF |
| Vs.                        ) | ADDITIONAL LEGAL DOCUMENTS |
|                            ) | |
| ALICIA VELORIA,            ) | Judge: SUSAN OKI MOLLWAY |
| DEFENDANT                  ) | |

## MOTION FOR PRODUCTION OF ADDITIONAL LEGAL DOCUMENTS

Comes now, ALICIA VELORIA, pro se, and moves this honorable court for an order for the production of additional legal documents that are necessary for pro se petitioner to prepare a mtion under 28 U.S.C. §2255. The documents being requested are as follows: MOTION TO COMPEL DISCOVERY filed on 10/24/02, # 83; and a transcript of the hearing on the MOTION TO COMPEL DISCOVERY which was held on 11/13/02, #89, Ct Rptr: C6 1304. Pro se movant is requesting that the fee for these documents be waived under 28 U.S.C. §753(f) as ALICIA VELORIA was previously considered "indigent" during her trial and direct appeal under 18 U.S.C. §3006A.

Movant declares that these documents are necessary for her to perfect a motion under 28 U.S.C. §2255 for Ineffective Assistance of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00145 SOM |
| plaintiff | ) ) | MOTION FOR PRODUCTION OF ADDITIONAL LEGAL DOCUMENTS |
| Vs. | ) ) | |
| ALICIA VELORIA, | ) | Judge: SUSAN OKI MOLLWAY |
| DEFENDANT | ) ) | CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, to the following:

Honorable Judge Susan Oki Mollway
300 Ala Moana Blvd., C-338
P.O. Box 50129
Honolulu, Hawaii 96850-0338

DATED: Ft. Worth, Texas, May 31, 2007

*Alicia Veloria*
ALICIA VELORIA
14144-006
P.O. Box 27137
Ft. Worth, TX   76127