Name Alicia Veloria
Reg. No. 14144-DUU
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Honorable Judge Susan Oki Mollway
Clerk of the Court
300 Ala Moana Blvd. Rm C-338
PO Box 50129
Honolulu, HI 96850-0338

FORT WORTH TX 761
01 JUN 2007 PM 5 L



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 04 2007
DISTRICT OF HAWAII