IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00145 SOM |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING IN PART, |
| | ) | DENYING IN PART MOTION FOR |
|   vs. | ) | PRODUCTION OF ADDITIONAL |
| | ) | LEGAL DOCUMENTS; EXHIBIT A |
| ALICIA VELORIA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING IN PART, DENYING IN PART
MOTION FOR PRODUCTION OF ADDITIONAL LEGAL DOCUMENTS

Defendant Alicia Veloria moves for production of additional legal documents that she ways are "necessary for pro se petitioner to perfect a motion under 28 U.S.C. § 2255 for Ineffective Assistance of Counsel."  The court grants the portion of the motion that seeks a copy of the motion to compel discovery filed on October 24, 2002, and attaches a copy of that motion as Exhibit A to this order.  However, the court denies the portion of the motion that seeks a transcript of the hearing on that motion.  A transcript was not previously ordered by any party, and this court would have to arrange to pay a court reporter to prepare a transcript.  The court sees no reason to have a transcript prepared in connection with any claim of ineffective assistance of counsel, as the docket sheet for the case clearly establishes that the motion to compel was granted at the hearing held on the motion.  It therefore makes no sense that defense counsel's performance at the hearing on the motion to

compel could form the basis of a claim that defense counsel was ineffective.

The docket sheet for the case indicates that defense counsel was to prepare a written order for the judge's signature reflecting the granting of the motion to compel discovery. No such order appears in the file, but the court is unaware of any prejudice resulting from the absence of a written order. The Government was required by the oral order reflected in the docket sheet to provide the ordered discovery. Assuming the Government provided the discovery, the absence of a written order caused no harm to Defendant. If the Government failed to provide discovery, the absence of a written order would not excuse that failure. In either event, Defendant does not show how the transcript might establish ineffective assistance of counsel.

DATED: Honolulu, Hawaii; June 5, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Alicia Veloria; Cr. No. 00-00145 SOM; ORDER GRANTING IN PART, DENYING IN PART MOTION FOR PRODUCTION OF ADDITIONAL LEGAL DOCUMENTS