ORIGINAL

**WINSTON D.M. LING 5217-0**
Attorney at Law
P.O. Box 700406
Kapolei, Hawaii 96709-0406
Telephone No. (808) 271-6870
Fax:   (808) 672-6252

Attorney for Defendant Alicia Veloria

**LODGED**
OCT 2 1 2002
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 2 4 2002
at 3 o'clock and 45 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00145 SOM |
| Plaintiff, ) | |
| Vs. ) | **NOTICE OF MOTION; MOTION TO COMPEL DISCOVERY; DECLARATION OF COUNSEL and CERTIFICATE OF SERVICE** |
| ALICIA VELORIA, ) | |
| Defendant(s). ) | Hearing Date: 11/12/02 |
| | Hearing Time: 9:00 |
| | ~~Judge: Susan Oki Mollway~~ BMK |

## NOTICE OF MOTION

TO:   THOMAS J. BRADY
      Assistant United States Attorney
      6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable ~~U.S. District Judge~~ United States Magistrate Judge BARRY M. KURREN, in her courtroom in the United

PAGE   1

EXHIBIT A

States District Courthouse, PJKK Federal Building, 300 Ala Moana Blvd;, Honolulu, Hawaii, on ___NOV 1 2 2002___, the ___02___ day of _____, 2002, at ___9:00 A___ or as soon as counsel may be heard.

    Dated:    Honolulu, Hawaii ___OCT 2 4 2002___, 2002.

                                                /s/ WINSTON D.M. LING
                                               WINSTON D.M. LING

**WINSTON D.M. LING  5217-0**
Attorney at Law
P.O. Box 700406
Kapolei, Hawaii 96709-0406
Telephone No. (808) 271-6870
Fax:    (808) 672-6252

Attorney for Defendant ALICIA VELORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 00-00145-SOM** |
| ) | |
| Plaintiff, ) | **MOTION TO COMPEL DISCOVERY;** |
| Vs. ) | **DECLARATION OF COUNSEL** |
| ) | |
| ALICIA VELORIA, ) | **Judge: SUSAN OKI MOLLWAY** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## MOTION TO COMPEL DISCOVERY

COMES NOW, the Defendant Alicia Veloria, by her undersigned attorney and hereby requests that this Court grant her Motion to Compel Discovery.

This motion is brought pursuant to the United States Constitution, Federal Rules of Criminal Procedure Rules 12, 16 and 47, the attached Declaration of Counsel and on the evidence which may be adduced at a hearing on this motion.

1

## Declaration of Counsel

1. I, Winston D.M. Ling, represent Alicia Veloria in the above-entitled case. After reviewing this case, I assert the following upon information and belief.

2. I received discovery from Defendant's prior attorney Emmanuel Guerrero.

2. I believe that further discovery exists which I believe is necessary for me to prepare for trial.

3. I am requesting that the notes taken by Special Agent Jason K. Pa of Defendant's interview on September 3, 2001 at the IRS CID Room 2-183 at 300 Ala Moana Blvd., Honolulu, Hawaii 96813.

DATED: Honolulu, Hawai'i, October 21, 2002.

Winston D.M. Ling, Esq.
Attorney for Defendant Alicia Veloria

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO.   00-00145 SOM |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| ALICIA VELORIA, | ) |
| Defendant(s). | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, or personally delivered, to the following:

                                                             *BY MAIL*    *DELIVERED*

THOMAS J. BRADY, ESQ.                      X
Office of the US Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
**Attorney for the United States of America**

Dated: Honolulu, Hawaii October 21, 2002.

                                                                     Winston D.M. Ling, Esq.