IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00145 SOM |
| plaintiff ) | |
| ) | MOTION FOR PRODUCTION OF |
| Vs. ) | ADDITIONAL LEGAL DOCUMENTS |
| ) | |
| ALICIA VELORIA, ) | Judge: SUSAN OKI MOLLWAY |
| DEFENDANT ) | |

## MOTION FOR PRODUCTION OF ADDITIONAL LEGAL DOCUMENTS

Comes now, ALICIA VELORIA, pro se, and moves this honorable court for an order granting Movant a copy of a document filed in the criminal case against her (dkt # 90 Government's Motion in Opposition, filed 11/19/02.) as well as copies of the written opinions in two cases the Court referred to during Movant's criminal trial (see exhibit "A" - Trial transcript, 6/5/03, p.6). Additionally, Movant herein requests a copy of the local court rules for the filing of a motion under 28 U.S.C. §2255.

Movant hereby declares that she has previously attempted to obtain copies of various documents filed in her case through her attorney, however, such efforts proved to be futile. Movant declares that these documents are necessary for her to perfect a motion under 28 U.S.C. §2255 for ineffective assistance of counsel and other specific Constitutional violations.

With respect to the New York District Court cases of which Movant is requesting: U.S. v. Laursen, and U.S. v. Fronk, Movant has been attempting to locate these cases unsuccessfully for a significant amount of time, and due to her incarcerated status, access is very limited.

More recently, three individuals, independant of eachother, with computer and "outside" law library access, have attempted to obtain copies of these opinions, to no avail. At this time, Movant is unaware of the reason behind the inability to locate these cases, other than the possibility that the citations are incorrect or that district court opinions are unavailable to defendants. However, the Court discussed these cases within the context of decisions regarding Movant's trial, and thus it is believed that these written opinions will assist Movant in the preparation of a 2255 motion.

Additionally, Movant herein requests a copy of the local court rules so that she may perfect a 2255 motion in compliance with established guidelines for such a motion.

Pro se Movant is requesting that the fees for these documents be waived under 28 U.S.C. §753 (f) as ALICIA VELORIA was previously considered "indigent" during her trial and direct appeal process, having been qualified for a waiver of fees and appointment of counsel under 18 U.S.C. §3006A.

Wherefore, Movant respectfully requests that this Honorable Court grant the production of the much needed documents requested herein.