IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00145 SOM |
| plaintiff | ) | |
| | ) | MOTION FOR PRODUCTION OF |
| Vs. | ) | ADDITIONAL LEGAL DOCUMENTS |
| | ) | |
| ALICIA VELORIA, | ) | Judge: SUSAN OKI MOLLWAY |
| | ) | |
| DEFENDANT | ) | CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, to the following:

Honorable Judge Susan Oki Mollway
300 Ala Moana Blvd., C-338
P.O. Box 50129
Honolulu, Hawaii 96850-0338

DATED: Ft. Worth, Texas, July 22, 2007

*Alicia Veloria*
ALICIA VELORIA
14144-006
P.O. Box 27137
Ft. Worth, TX   76127