Name Alicia Veloria
Reg. No. 14144-066
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

FORT WORTH TX 761
23 JUL 2007 PM 4 T

Clerk of the Court
U.S. District Court
300 Ala Moana Blvd., C-338
PO Box 50129
Honolulu, HI 96850-0338

