IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00145 SOM |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION FOR PRODUCTION OF |
|   vs. | ) | ADDITIONAL LEGAL DOCUMENTS; |
| | ) | EXHIBITS A-C |
| ALICIA VELORIA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION FOR
PRODUCTION OF ADDITIONAL LEGAL DOCUMENTS

      Defendant Alicia Veloria moves to have the court provide her with certain specified materials in preparation for the filing of a request for relief under 28 U.S.C. § 2255.  This is not the first such motion that Veloria has filed, and the court now informs Veloria that it is actually highly unusual for a court to repeatedly send a defendant materials once criminal proceedings have been completed and before any civil action under § 2255 is commenced.  However, the court grants this most recent motion without cost to Veloria.

      First, Veloria asks for a copy of a memorandum filed by the Government on November 19, 2002.  A copy is attached as Exhibit A to this order.

      Second, Veloria asks the court to provide copies of two cases, United States v. Lauersen, 2000 WL 1693538 (S.D.N.Y. 2000), and United States v. Fronk, 173 F.R.D. 59 (W.D.N.Y. 1997).  Copies are attached as Exhibit B to this order.

Third, Veloria asks for this court's local rules concerning the filing of a motion under § 2255. This court attaches as Exhibit C a copy of the court's form provided to pro se litigants in § 2255 actions. The court also informs Veloria that it has two local rules that specifically refer to § 2255. First, Local Rule 7.10 provides:

> **Responses to Petitions Under 28 U.S.C. § 2255**
>
> Except as otherwise ordered by the court, within thirty (30) days of service of a petition filed under 28 U.S.C. § 2255, the respondents named in the petition shall file with the court a response addressing the matters asserted in the petition as grounds for relief. All rules applicable to the form of motions apply to any such petition or response, except that there is no page limit on any such petition or any response thereto, unless otherwise ordered by the court.

With respect to the reference in Local Rule 7.10 to the form of motions, the court informs Veloria that, if she completes the enclosed court form, she will be deemed in compliance with the format rules.

The second local rule that specifically refers to § 2255 is Local Rule 72.5. That rule provides:

> **Magistrate Judges; Prisoner Cases Under 28 U.S.C. §§ 2254 and 2255**
>
> A magistrate judge may perform any or all of the duties imposed upon a district judge by the rules governing proceedings in the district courts under 28 U.S.C. §§ 2254 and 2255. In so doing, a magistrate judge may issue any preliminary orders and conduct any necessary evidentiary hearing or other appropriate proceeding and shall submit to a district judge a proposed order containing findings of fact and recommendations for disposition of the petition by the

district judge.  Any order disposing of the petition may only be made by a district judge.

Thus, upon receipt of this order, Veloria should have all of the requested material.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; July 26, 2007.



_____
Susan Oki Mollway
United States District Judge

United States v. Alicia Veloria; Cr. No. 00-00145 SOM; ORDER GRANTING DEFENDANT'S MOTION FOR PRODUCTION OF ADDITIONAL LEGAL DOCUMENTS