

                          Alicia Veloria
                             #14144-006
                    Federal Medical Center
                    Fort Worth Texas 76127

United States District Court
Clerk of the Court
300 Ala Moana Blvd, RM G-338
Honolulu, Hawaii  96850

November 1, 2007

Dear Clerk of the Court:

Enclosed please find three copies of my pro se Motion under 18 U.S.C. § 3582 (c)(2) for a Reduction in Term of Imprisonment, pursuant to Amendment 9 of the U.S.S.G. Amendments.

Also enclosed please find a self- addressed stamped envelope for the return of a "filed" stamped copy.

Thank you for your time and consideration.

*Alicia Veloria*
Alicia Veloria

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 05 2007
DISTRICT OF HAWAII