

Alicia Veloria #14144-006
Federal Medical Center Carswell
P.O. Box 27137
Ft. Worth, Texas 76127

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 05 2007
DISTRICT OF HAWAII

United States District Court
Clerk of the Court
300 Ala Moana Blvd, Rm C-338
Honolulu, Hawaii 96850

SCANNED