The United States District Court

For the District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

ALICIA VELORIA
Petitioner/Defendant

v.

THE UNITED STATES OF AMERICA
Respondent

§
§
§

CR. NO.   00-00145 SOM

HONORABLE JUDGE SUSAN OKI MOLLWAY

## MOTION OF PETITIONER UNDER 18 U.S.C § 3582 ( c ) (2) REDUCTION IN TERM OF IMPRISONMENT AS A RESULT OF AMENDED GUIDELINE RANGE CALLING FOR 2 LEVEL REDUCTION FOR RETROACTIVE COCAINE BASE AMENDMENT

COMES NOW Petitioner/Defendant herein, Alicia Veloria, appearing in and of her own behalf, as a pro se litigant, and respectfully moves this Honorable Court for an ORDER modifying and thus reducing her sentence of ninety seven (97) months imprisonment to seventy-eight (78) months, pursuant to this Honorable Court's jurisdictional authority as set forth and as contained in 18 United States Code § 3582 ( c ) (2).

### I.   STATEMENT OF THE CASE

Petitioner/ Defendant in the underlying, above-numbered criminal case, was sentenced by this Honorable Court, on or about November 3, 2003, for a violation of the federal drug statute: Title 21 United States Code, particularly involving cocaine base, hereinafter referred to as "crack." Petitioner was sentenced by this Honorable Court to a term of imprisonment of ninety seven (97) months, at Offense Level 30, with a Criminal History Category of I, followed by a term of supervised release of four years. On or about April 10, 2006, on remand by the Ninth Circuit Court of Appeals, Ms.Veloria was again sentenced to 97 months, the same as the original sentence. Petitioner/Defendant is currently incarcerated and is serving her sentence at Federal Medical Center, Carswell in Fort Worth, Texas.

Any detailed or extended statement of the facts of the case would be improper and unavailing, on the grounds that Petitioner's / Defendant's instant motion for sentence reduction is, as a matter of law, a continuation of the criminal case and is not a civil post-conviction relief pleading. See, e.g., **United States v. Fair**, 326 F.3d 1317 (11th Cir. 2003), followed by the overwhelming sister circuits.

Therefore, Petitioner / Defendant herein does not seek to introduce new evidence or to argue or litigate the facts of the case. To the contrary, Petitioner's / Defendant's instant Motion pursuant to 18 United States Code § 3582 ( c) (2) seeks a reduction of her term of imprisonment as a result of an intervening, post-sentencing change of the United States Sentencing Guidelines (hereinafter "USSG" or "the Guidelines").

## II.   AMENDMENTS TO THE GUIDELINES

On November 1, 2007, the United States Congress adopted Amendment 9, thereby reducing cocaine based penalties by 2 levels. On December 11, 2007, the USSC, determined that the cocaine based amendment should be applied retroactively. The Crack Amendment to the Sentencing Guidelines – Amendment 9 – will effectively reduce Petitioner's / Defendant's sentence by two (2) Offense Levels, from the current level 30 to a level 28.

Clearly, the Sentencing Commission recognizes the policy priority which should be accorded the disparities surrounding cocaine sentencing. Petitioner / Defendant respectfully submits that this Honorable Court so, too will accord the same or similar priority status in ruling upon Petitioner's / Defendant's instant motion for a modification of sentence.

Wherefore, for the above and foregoing reasons, Alicia Veloria prays that this Honorable Court will reduce her sentence by two (2) levels pursuant to the retroactive cocaine guideline amendment of the USSG to reduce Miss Veloria's sentence from 97 months to 78 months. Any further delay in modifying Miss Veloria's sentence to reflect this retroactive amendment, will cause undue hardship on Petitioner as it will preclude her from early release programs within the BOP.

Signed: *Alicia Veloria*
Alicia Veloria #14144-006
Federal Medical Center Carswell
P.O. Box 27137
Fort Worth, TX  76127

## CERTIFICATE OF SERVICE

I, Alicia Veloria, hereby certify that on January 2, 2008, I served upon the following interested parties a true copy of the foregoing MOTION UNDER 18 USC § 3582 ( c)(2) FOR MODIFICATION OR REDUCTION OF SENTENCE, by Federal Express, postage prepaid, as follows:

United States District Court
District of Hawaii
300 Ala Moana Blvd, Rm. C338
Honolulu, HI  96850

AUSA Brady
300 Ala Moana Blvd, Rm C100
Honolulu, HI  96850

Signed: *Alicia Veloria*
Alicia Veloria #14144-006
Federal Medical Center Carswell
P.O. Box 27137
Fort Worth, TX  76127

By Power of Attorney: *M. Wilkinson*
Mary E. Wilkinson
8330 Kronos Drive
Anchorage, AK  99502