January 2, 2008

United States District Court
District of Hawaii
300 Ala Moana Blvd, Rm C338
Honolulu, HI 96850

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 03 2008
11:45 am
DISTRICT OF HAWAII

Re:  Petition for Alicia Veloria
     CR. NO. 00-00145 SOM

Attached, please find three (3) copies of Ms. Veloria's petition, a copy of the Power of Attorney for Mary Wilkinson, and a stamped self addressed envelope.

I am sending a copy of the Power of Attorney, as proof that Mary Wilkinson has legal permission to sign on behalf of Ms. Veloria.

Please return a filed stamped copy of the petition to Ms. Veloria in the SASE envelope.

Thank you for your assistance.

Sincerely,

*[signature]*

Mary Wilkinson
8330 Kronos Drive
Anchorage, AK 99502
(907)248-3694