
Hueuen
533 Klondis Dr.
Nai, AK 99501

Re Send Via
Fed Ex

U.S. District Court
Justice
300 Ala ", ana Blvd #G 338
Honolulu HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 03 2008
11:45 am
DISTRICT OF HAWAII

RETURNED FOR ADDITIONAL POSTAGE
TOTAL POSTAGE REQUIRED
FIRST OUNCE



ANCHORAGE
AK 99503
$0.630 $0.630 $0.630
$0.630 METER
DEC 17 07   3800338
U.S. POSTAGE

