CR 00-00145 SOM

**RECEIVED**
CLERK U.S. DISTRICT COURT

DEC 26 2007

DISTRICT OF HAWAII

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk - U.S. District Court
Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
                              | 12/26/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
V6 591 594 716 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540