ORIGINAL

UNITED STATES DISTRICT COURT
_____ DISTRICT OF Hawaii _____

United States
of America _____ ,

v.

Alicia Veloria _____ ,

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
at 10 JAN 09 2008
at 10 o'clock and 26 min. aa M.
SUE BEITIA, CLERK
Nunc Pro Tunc: 12/26/07
CR 00-00145 SOM

CV08 00019 SOM BMK  RECEIVED
CLERK U.S. DISTRICT COURT
DEC 26 2007
DISTRICT OF HAWAII

I, _____ Alicia Veloria _____ , am the

(check appropriate box)
_____     petitioner/plaintiff
XXX         movant (filing 28 U.S.C. § 2255 motion)
_____     respondent/defendant
_____
_____
            (other)

in this case. In support of my request to proceed without being required to prepay fees or costs, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows: <u>Inneffective assistance of counsel, Prosecutorial misconduct, Trial court errors, and specific constitutional violations.</u>

In further support of this application, I answer the following questions:

1. Have you ever brought an action or appeal in a federal court while you were incarcerated or detained?
   Yes  XXX    No _____
   If so, how many times? <u>Two Direct Appeals</u>
   Were any of the actions or appeals dismissed because they were frivolous, malicious or failed to state a claim upon which relief may be granted?
   Yes _____  No  XXX
   If so, how many of them?  N/A

2. Are you presently employed?  Yes  XXX    No _____
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. <u>Approximately $8.15 per month, inmate wages at Carswell Federal Medical Center.</u>

-19-

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _____

   3. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?
   Yes _____   No __XXX__
   b. Rent payments, interest or dividends?
   Yes _____   No __XXX__
   c. Pensions, annuities or life insurance payments?
   Yes _____   No __XXX__
   d. Gifts or inheritances?
   Yes _____   No __XXX__
   e. Any other sources?
   Yes __XXX__   No _____
   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. __Deposits from family members, approximately totaling $2,000.00__

   4. Do you own any cash, or do you have money in a checking or savings account?
   Yes __XXX__   No _____ (Include any funds in prison accounts)
   For prisoner accounts, state the present balance and the amount of all deposits over the past six months. __Present balance $127.18 (6 months - approximately $1,200.00__
   For accounts at other financial institutions, state the present balance and the amount of all deposits over the past six months. __Due to incarcerated status, I have no accounts other than prisoner account.__

   5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes _____   No __XXX__
   If the answer is "yes," describe the property and state its approximate value. _____

   6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __Due to incarcerated status, I am unable to support any dependents.__

-20-

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 6/21/07                    *Alicia Veloria*
             (Date)                    Signature of Applicant

### CERTIFICATE

(For all incarcerated persons, this portion must be completed by an authorized officer of your institution. Failure to complete this form will delay processing of your application.)

I hereby certify that on 6/21/07, the applicant named herein has the sum of $ 127.81 on account to his/**her** credit at the FMC Carswell, TX institution where he/**she** is confined. I further certify that during the past six months the applicant's average monthly balance was $ 260.00. I further certify that during the past six months the applicant's account received $ 1,231.93. I attach a true and correct copy of the record of deposits into the inmate trust account for the past six months.

*M. L. Rowls, Case Manager*                    6/21/07
Authorized Officer of Institution              Date

- 21 -

# Inmate Statement

| Inmate Reg #: | 14144006 | Current Institution: | Carswell FMC |
|---|---|---|---|
| Inmate Name: | VELORIA, ALICIA | Housing Unit: | CRW-H-N |
| Report Date: | 06/21/2007 | Living Quarters: | H02-251L |
| Report Time: | 11:45:14 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 6/20/2007 12:08:52 PM | 69 | | | Sales | ($48.10) | | $127.18 |
| CRW | 6/17/2007 8:39:46 PM | TL0617 | | | TRUL Withdrawal | ($5.00) | | $175.28 |
| CRW | 6/12/2007 12:35:04 PM | 75 | | | Sales | ($49.50) | | $180.28 |
| CRW | 6/7/2007 6:37:48 PM | TL0607 | | | TRUL Withdrawal | ($5.00) | | $229.78 |
| CRW | 6/7/2007 3:30:33 PM | GIPP0507 | | | Payroll - IPP | $29.00 | | $234.78 |
| CRW | 6/6/2007 7:26:53 AM | 1110 | | | SPO - Released | | $104.20 | -------- |
| CRW | 6/6/2007 7:26:53 AM | 31 | | | Sales | ($126.05) | | $205.78 |
| CRW | 6/2/2007 11:22:25 AM | TL0602 | | | TRUL Withdrawal | ($5.00) | | $331.83 |
| CRW | 5/31/2007 5:58:21 PM | TFN0531 | | | Phone Withdrawal | ($60.00) | | $336.83 |
| CRW | 5/30/2007 12:43:11 PM | 110 | | | Sales | ($29.50) | | $396.83 |
| CRW | 5/25/2007 2:41:43 PM | TL0525 | | | TRUL Withdrawal | ($5.00) | | $426.33 |
| CRW | 5/23/2007 12:12:25 PM | 59 | | | Sales | ($32.95) | | $431.33 |
| CRW | 5/18/2007 10:13:54 AM | TL0518 | | | TRUL Withdrawal | ($5.00) | | $464.28 |
| CRW | 5/16/2007 12:19:25 PM | 80 | | | Sales | ($54.05) | | $469.28 |
| CRW | 5/14/2007 9:08:12 PM | TFN0514 | | | Phone Withdrawal | ($30.00) | | $523.33 |
| CRW | 5/13/2007 2:33:30 PM | TL0513 | | | TRUL Withdrawal | ($5.00) | | $553.33 |
| CRW | 5/9/2007 12:14:51 PM | 90 | | | Sales | ($90.00) | | $558.33 |
| CRW | 5/4/2007 10:45:35 AM | GIPP0407 | | | Payroll - IPP | $44.16 | | $648.33 |
| CRW | 5/4/2007 5:21:53 AM | 70182301 | | | Lockbox - CD | $200.00 | | $604.17 |
| CRW | 5/3/2007 6:04:22 PM | TL0503 | | | TRUL Withdrawal | ($5.00) | | $404.17 |
| CRW | 5/2/2007 7:13:13 AM | 17 | | | Sales | ($111.25) | | $409.17 |
| CRW | 4/23/2007 6:29:51 PM | TFN0423 | | | Phone Withdrawal | ($40.00) | | $520.42 |
| CRW | 4/19/2007 8:53:23 PM | TL0419 | | | TRUL Withdrawal | ($5.00) | | $560.42 |
| CRW | 4/12/2007 6:19:26 PM | TL0412 | | | TRUL Withdrawal | ($5.00) | | $565.42 |
| CRW | 4/10/2007 10:51:14 AM | 70180501 | | | Lockbox - CD | $300.00 | | $570.42 |
| CRW | 4/10/2007 10:23:21 AM | GIPP0307 | | | Payroll - IPP | $38.94 | | $270.42 |
| CRW | 4/7/2007 4:48:58 PM | TFN0407 | | | Phone Withdrawal | ($40.00) | | $231.48 |
| CRW | 4/3/2007 3:07:02 PM | TL0403 | | | TRUL Withdrawal | ($5.00) | | $271.48 |
| CRW | 3/29/2007 7:23:20 PM | TL0329 | | | TRUL Withdrawal | ($5.00) | | $276.48 |
| CRW | 3/26/2007 7:04:28 PM | TFN0326 | | | Phone Withdrawal | ($40.00) | | $281.48 |
| CRW | 3/21/2007 12:07:49 PM | TL0321 | | | TRUL Withdrawal | ($5.00) | | $321.48 |
| CRW | 3/21/2007 7:18:00 AM | 105 | | | SPO - Released | | $42.90 | -------- |
| CRW | 3/21/2007 7:18:00 AM | 30 | | | Sales | ($91.50) | | $326.48 |
| CRW | 3/15/2007 5:12:54 AM | 70178701 | | | Lockbox - CD | $50.00 | | $417.98 |
| CRW | 3/14/2007 12:27:26 PM | 89 | | | Sales | ($27.70) | | $367.98 |
| CRW | 3/8/2007 2:23:35 PM | GIPP0207 | | | Payroll - IPP | $35.09 | | $395.68 |
| CRW | 3/7/2007 8:24:23 PM | TL0307 | | | TRUL Withdrawal | ($5.00) | | $360.59 |

| | | | | | |
|---|---|---|---|---|---|
| CRW | 3/7/2007 12:10:03 PM | 72 | Sales | ($9.20) | $365.59 |
| CRW | 3/2/2007 9:56:20 PM | TFN0302 | Phone Withdrawal | ($50.00) | $374.79 |
| CRW | 2/28/2007 12:25:14 PM | TL0228 | TRUL Withdrawal | ($5.00) | $424.79 |
| CRW | 2/22/2007 12:20:39 PM | TL0222 | TRUL Withdrawal | ($5.00) | $429.79 |
| CRW | 2/22/2007 11:17:04 AM | GICP0207 | Inmate Co-pay | ($2.00) | $434.79 |
| CRW | 2/19/2007 8:54:34 AM | GICP0207 | Inmate Co-pay | ($2.00) | $436.79 |
| CRW | 2/15/2007 7:54:40 PM | TL0215 | TRUL Withdrawal | ($5.00) | $438.79 |
| CRW | 2/14/2007 12:37:29 PM | 66 | Sales | ($21.24) | $443.79 |
| CRW | 2/10/2007 8:43:45 PM | TFN0210 | Phone Withdrawal | ($40.00) | $465.03 |
| CRW | 2/8/2007 5:47:59 PM | TL0208 | TRUL Withdrawal | ($5.00) | $505.03 |
| CRW | 2/7/2007 3:51:55 PM | GIPP0107 | Payroll - IPP | $31.78 | $510.03 |
| CRW | 2/7/2007 11:44:17 AM | 56 | Sales | ($30.40) | $478.25 |
| CRW | 2/6/2007 12:15:30 PM | TL0206 | TRUL Withdrawal | ($5.00) | $508.65 |

1 2 3

**Total Transactions: 109**

**Totals:** ($180.57)   $0.00

---

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | $127.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $127.18 |
| **Totals:** | **$127.18** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$127.18** |

- 23 -