FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2008

at 10 o'clock and 75 min. a M.
SUE BEITIA, CLERK

Nunc Pro Tunc: 12/26/07

# United States District Court
## District of Hawaii

RECEIVED
CLERK U.S. DISTRICT COURT

DEC 26 2007

DISTRICT OF HAWAII

ALICIA VELORIA,

Defendant-Movant

vs     CV08 00019 SOM BMK

UNITED STATES OF AMERICA,

Plaintiff-Respondant

---

**EXHIBITS 1- 35 SUBMITTED IN SUPPORT OF 2255 MOTION**

Honorable Judge Susan Oki Mollway
D.C. No. 00-00145 SOM

---

Motion under 28 U.S.C. § 2255

Ms. Alicia Veloria 14144-006
Pro Se Movant
Federal Medical Center Carswell
P. O. Box 27137
Ft. Worth, TX 76127