```
DET. S. THOMAS            07-10-96                F-00877
HPD VICE                                               HL
                                                 PROM DANG
```

Page 1 of 6 pages

### ASSIGNMENT

07-09-96: 1706 Hrs.: This officer did obtain a Search Warrant (RE: 96-144) for a residence located at 69 Mauna Loa street in Hilo, Hawaii. The primary evidence being sought had to do with the distribution of cocaine.

### BRIEFING

07-10-96: 0645 Hrs.: At the Hilo Vice Office this officer conducted a briefing relative to the execution of the Search Warrant. During the briefing, I specified the location to be searched and the items being sought relative to the warrant. It was also during the briefing, that I made the following assignments, Det. B. BOLOS was to serve as the Evidence Recovery Officer, Off. D. DIEGO was to serve as the photographer and submit diagrams of the scene, Off. S. CORREIA and Det. H. TAVARES was to take charge of arrested persons, Off. Mi. KANEHAILUA was to assist in searching for evidence.

### EXECUTION OF WARRANT

07-10-96: 0716 Hrs.: I along with the aforementioned officers arrived at the residence in question. Upon arrival, it was noted that a female adult (Later identified as Alicia VELORIA) and a male adult (Later identified as Zachary SMITH) were noted to be asleep on the floor within the upstairs livingroom of the residence. The warrant was handed to the female and a cursory search revealed cocaine, a scale and U.S. currency to be in a pile on the floor of one of the bedrooms (Designated as bedroom #1 on the diagram).

### ARREST OF SUSPECTS

07-10-96: 0716 Hrs.: I placed under arrest:

    1.   Alicia K. VELORIA, F-20
        69 Mauna Loa St.,
        Hilo, Hawaii
        Ph. 935-7610
        DOB: 08-04-76
        SSN: 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
        No Occupation

EXHIBIT 1

```
DET. S. THOMAS                07-10-96                      F-00877
HPD VICE                                                        HL
                                                          PROM DANG
```

Page 2 of 6 pages

## ARREST OF SUSPECTS (CONT'D)

The second person arrested was:

    Zachary T.H. SMITH, M-35
    60 Panaewa Street
    Hilo, Hawaii
    Ph. 935-7424
    DOB: 07-18-61
    SSN: 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
    Laborer/Matsuyama Roofing

## TRANSPORT OF SUSPECTS

It should be noted that both suspects were subsequently transported from the scene to the Hilo Police Station for "Processing" by Det. H. TAVARES and Off. S. CORREIA.

## EVIDENCE

The evidence recovered in this and the connect-up investigations consists primarily of "Rock" cocaine (RE: F-00877/PROM DANG), a digital gram scale, scissors and plastic packets (RE: F-00937/DRUG PARA), 13.5 grams of "Processed" Marijuana (RE: F-00938/PROM DETRI), and an additional 5.3 grams of "Processed" Marijuana (RE: F-00939/PROM DETRI DRUGS). It was noted that a total of $7,248.00 in US currency was in close proximity to the drugs and this too was recovered.

For additional information on the evidence recovered, reference should be directed to the Evidence and Property Receipts as well as supplementary report submitted by Det. B. BOLOS.

## ARREST OF ANDRES

It should also be noted that upon the initial execution of the warrant, it appeared that the downstairs portion of the residence was vacant. At 0800 hours, Off. Mi. KANEHAILUA while walking outside of the residence did observe through an uncovered window, the presence of a male party within a closet of one of the downstairs bedrooms.

```
DET. S. THOMAS              07-10-96                    F-00877
HPD VICE                                                     HL
                                                       PROM DANG
```

Page 3 of 6 pages

### ARREST OF ANDRES (CONT'D)

The party was contacted by KANEHAILUA who further observed a "Crack" cocaine pipe to be within the male party's possession. It was further noted that there appeared to be cocaine residue within the "Crack" pipe.

The male party was placed under arrest (RE: F-00878/PROM DANG DRUG and F-00910/DRUG PARA) and is fully identified as:

```
Ignacio Joseph ANDRES, M-29
1682 Nohoana Pl.,
Hilo, Hawaii
Ph. 959-4963
DOB: 08-24-67
SSN: 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
Unemployed
```

### TRANSPORT OF ANDRES

It should be noted that ANDRES was transported from the scene to the Hilo Police Station for "Processing" by Off. S. CORREIA.

### DIAGRAM/PHOTOGRAPHS

It should also be noted that, photographs and various diagrams of the scene have been submitted by Off. DIEGO with this report. Further reference should be directed to same as well as the Photographic Record which was also submitted by DIEGO.

### ADVICE OF RIGHTS-VELORIA

07-10-96: 1238 Hrs.: In an interview room at the Hilo Police Station I read the Advice of Rights and Waiver of Rights to Alicia K. VELORIA who through use of her signature and initials indicated that she understood her Rights, did not want a lawyer at that time, did not want to answer questions and wanted a lawyer during the interview.

In view of same, no questioning was conducted.

DET. S. THOMAS                07-10-96                    F-00877
HPD VICE                                                      HL
                                                         PROM DANG

Page 4 of 6 pages

ADVICE OF RIGHTS-ANDRES

   07-10-96: 1242 Hrs.: In an interview room at the Hilo Police Station I read the Advice of Rights and Waiver of Rights to Ignacio J. ANDRES who through use of his signature and initials indicated that he understood his Rights, did not want a lawyer at that time, did not want to answer questions and did not want a lawyer during the interview.

   In view of the above, no questioning was conducted.

ADVICE OF RIGHTS-SMITH

   07-10-96: 1455 Hrs.: In an interview room at the Hilo Police Station I read the Advice of Rights and Waiver of Rights to Zachary T. H. SMITH who through use of his signature and initials indicated that he understood his Rights, did not want a lawyer at that time, would answer questions and did not want a lawyer during the interview.

STATEMENT-SMITH

   07-10-96: 1457 Hrs.: The suspect related that he had spent the night at VELORIA's residence as they are friends. He also related that he knows what "Crack" is and that he used to be a user but had stopped three months ago. He was asked as to where he used to get his cocaine from to which he related from Alicia. He also related that he is going to Castle for drug treatment.

   I asked him if he had seen the cocaine in the house to which he replied he did not. I asked if he had seen the Marijuana in the house to which he replied he did not. He stated he did not see nothing and did not know nothing.

   The interview was terminated after he related that he had nothing else to say.

RELEASE OF SUSPECTS

   It should be noted that all suspects were released from Police custody on 07-10-96, pending further investigation.

```
DET. S. THOMAS                    07-10-96                F-00877
HPD VICE                                                      HL
                                                       PROM DANG
```

Page 5 of 6 pages

LABORATORY ANALYSIS

It should be noted that the suspected cocaine in this investigation was analyzed by Criminalist B. KOGE who determined the substance did contain cocaine and had a net weight of 24.46 grams. The glass pipe found in ANDRES' possession was tested and the residue substance was also determined to contain cocaine. The green leafy plant material (RE: F-00939/PROM DETRI) which was believed to be Marijuana did test positive for THC content and the net weight was 8.23 grams.

For additional information, further reference should be directed to the Crime Lab follow-up reports which have been submitted under this and the connect-up investigations.

LATENT CHECKS

It should be noted that latent checks on some of the recovered items was conducted by Criminalist KOGE who was able to lift some partial prints. Those partial lifts were forwarded to ID technician S. PERREIRA who determined the lifts were of no identifiable value.

ARREST OF SUSPECT-KURASHIGE

It should also be noted that a male party named Myles KURASHIGE was also arrested at the scene after he came to same and attempted to purchase Marijuana from Police Officer S. CORREIA.

For additional details relative to this arrest, reference should be directed to the supplementary report submitted by CORREIA under F-00940/PROM DETRI DRUG.

CONNECT-UP REPORTS

This report serves as the Master report for F-00878/PROM DANG, F-00934/FORF, F-00935/FORF, F-00937/DRUG PARA, F-00938/PROM DETRI III, F-00939/PROM DETRI III, F-00940/PROM DETRI, and F-00910/DRUG PARA.

```
DET. S. THOMAS                 07-10-96                        F-00877
HPD VICE                                                           HL
                                                             PROM DANG
```

Page 6 of 6 pages

DISPOSITION

    This investigation will be deferred to the Prosecutor's Office for their review and charging decision.

ROUTE COPY OF THIS ENTIRE REPORT TO PROSECUTOR'S OFFICE

INV. DEFERRED

```
APPROVED                                    Samuel THOMAS    S37
DATE: 11-20-96                              DET   VICE   AREA I
                                            11-12-96    0945 Hrs
```

NOV 30 1996 CP