# HAWAII POLICE DEPARTMENT

☐ Evidence  ☐ Found Property (Code 428)

| Location: | | | | | | Page ___ of ___ Pages |
| For Records! | | | | | | Evidence/Property Report Number |

| Incident Type | Case # | Recovery | Master Rpt # | F/U | Status | HRS Section Number |
|---|---|---|---|---|---|---|
| | | ☐ Yes | ☐ Yes ☐ No | ☐ | ☐ Open ☐ Closed | |

| Victim / Finder | Last | First | Middle | Location of Offense |
|---|---|---|---|---|

| VICTIM/FINDER Address / Phone (Home / Business) | Date/Time |
|---|---|

Vehicle & Property Status Code: ST=Stolen  OV=Overdue  LS=Lost  DM=Damaged  WN=Wanted  SV=Suspect  EV=Evidence  IM=Impounded  TV=Towed  FN=Found  FF=Forfeiture

| Item # | Status | Rec | Serial / Other I.D. | Description or Manufacturer / Model / Gun Make / Type Cal Ga | Property Code | Qty. | Value |
|---|---|---|---|---|---|---|---|
| #1 | EV | | | $100 dollar bill | US | 05 | |
| | | | | $50 dollar bill | | 04 | |
| | | | | $20 dollar bill | | 89 | |
| | | | | $10 dollar bill | | 17 | |
| | | | | $05 dollar bill | | 26 | |
| | | | | $01 dollar bill | | 56 | |
| #2 | EV | | | dried mj in plastic bags | OTHER | 03 | |
| #3 | EV | | | Food Stamps $305 dollars | OTHER | 01 | |
| #4 | EV | | | Picture of suspect | OTHER | 01 | |
| #5 | EV | | | Plastic container w/small bags | OTHER | 01 | |
| #6 | EV | | | Packets of cocaine | OTHER | 03 | |
| #7 | EV | | | Rock cocaine (lge. bag) | OTHER | 01 | |
| #8 | EV | | | Bank deposit receipt | OTHER | 01 | |
| #9 | EV | | | Promissory note | OTHER | 01 | |
| #10 | EV | | | Tax Copy | OTHER | 01 | |
| #11 | EV | | ZACK SMITH J WHITNEY ? | Digital Scale (Tanita 1479) | OTHER | 01 | |
| #12 | EV | | | Papers for Ford Bronco II | OTHER | 01 | |
| #13 | EV | | | Papers from Naniloa | OTHER | 01 | |
| #14 | EV | | | Plastic bag labelled DUKE/JACKIE w/Paper/$25/jewelry/mj | OTHER | 01 | |
| #15 | EV | | | Brown womens bag | OTHER | 01 | |
| #16 | EV | | | U.S. Currency | US | 01 | $4005.( |
| #17 | EV | | | FOOD Stamps (CONTINUED ON BACK) | OTHER | 01 | $574.( |

Chain of Custody   (Release Authorized by: _____   Date: _____

| Item # | From | By | Date and Time |
|---|---|---|---|
| | | | |

EXHIBIT 2

## SUMMARY / SYNOPSIS

| # | Item | Code | Type | Qty |
|---|------|------|------|-----|
| 18 | Plastic bag of gold like jewelry | J | RING | 03 |
| ~~B?~~ | ~~Blue check book cover ID~~ | ~~Y~~ | ~~CHECK~~ | ~~01~~ |
| 19 | GTE BILL | Y | OTHER | 01 |
| 20 | MOBILE COMM. BILL | Y | OTHER | 01 |
| 21 | HAND WRITTEN INVENTORY FOR JEWELRY | Y | OTHER | 01 |
| 22 ? | INMATE PROPERTY RECEIPT | Y | OTHER | 01 |
| 23 ? | PAID RENT RECEIPT | Y | OTHER | 01 |
| 24 | PACKET MJ | Y | OTHER | 02 |
| 25 | ~~TICKET STUBS~~ | N | US | 01 |
| 26 | U.S. CURRENCY ($169.00 dollar) | ~~Y~~ | ~~OTHER~~ | ~~01~~ |
| 27 | ~~GRN PAGER~~ | Y | OTHER | 01 |
| 28 | DK. BLUE PAGER | ~~Y~~ | ~~OTHER~~ | ~~01~~ |
| 29 | LT. BLUE PAGER | | | |

**NOTHING FOLLOWS**

### DISPOSITION FOR CLOSED/SUSPENDED CASES

1  No Prosecution   3  Unfounded   5  Prosecuted Other Charge   7  Family Court   9  Suspended   30  Investigation (Internal)
2  Record Only   4  Customs Arrest   6  Referred Other Agency   8  Civil Matter   10  Arrested & Charged

### PROPERTY CODE

**AUTOMOBILE**
A engine — Engine, Parts
A acces — Exterior Parts
A inter — Interior Parts
A other — Misc Parts
A stereo — Auto Stereo

**BICYCLE**
B bcycl — Bicycle
B other — Mopeds / Other

**CAMERA EQUIPMENT**
C acces — Camera Access
C camera — Camera
C lens — Camera lens
C other — Other

**EQUIP & TOOLS**
E ccthrs — Compressor, A/C
E drl — Drill
E gener — Generator

E hand — Hand Tool
E heavy — Farm, Garden
E lrt — Lift, Ladder
E measur — Meter, Sonar
E other — Other
E power — Power Tool
E saw — Saw, Sander

F food — FOOD

G gun — FIREARM

**HOUSEHOLD**
H cleaner — Washer, Vacuum
H cook — Stove, Grill
H freezer — Freezer
H furnit — Furniture
H other — Other Household
H proce — Food Processor
H server — Silver

**JEWELRY**
J badge — Badge, Shield
J bracel — Bracelet
J earrin — Earrings
J metals — Precious Metals
J necklc — Necklace
J other — Other Jewelry
J pendan — Pendant, Locket
J pin — Pin
J ring — Ring
J watch — Watch

**MUSICAL INSTRUMENTS**
M other — Other Musical
M percu — Piano, Percussion
M string — String Instrument
M wind — Wind Instrument

**CURRENCY & DOCUMENTS**
N foreign — Foreign Currency
N other — Documents
N US — US Currency

**OFFICE EQUIPMENT**
O comput — Computer, Keyboard
O other — Other Office
O printr — Copier, Typewriter
O telep — Answering Device

**PERSONAL ACCESSORY**
P bag — Bag, Purse, Luggage
P clothe — Clothing
P other — Other Personal

**AUDIO / VIDEO EQUIP**
R other — Other Audio Video
R portab — Radio
R sernrec — 2-Way Radio
R stereo — Stereo
R tv — Television
R vcr — Video Recorder

**SPORTS EQUIPMENT**
S ball — Ball, Golf, Racket
S fishn — Fishing, Scuba
S gun — BB or Pellet Gun
S other — Other Sports
S water — Surfboard, Skis

**VIEWING EQUIPMENT**
V binocu — Binoculars, Microsc
V sight — Light, Flashlight
V micros — Microscope
V other — Other Viewing

**MISCELLANEOUS**
Y other — Other
Y parts — Pets
Y serv — Services
Y stock — Stock
Y struct — Structure