copy

HAWAII POLICE DEPARTMENT

Det. Samuel THOMAS
    COMPLAINANT
    HPD - Vice
    ADDRESS

F-00877    HL
REPORT NO.    DI
PROM DANG DRUGS
CLASSIFICATION

PHOTOGRAPHIC RECORD

TO BE FILLED OUT BY PHOTOGRAPHER

Date: 07-10-96    Time Commenced: ___ Hrs    Time Ended ___ Hrs

Photo(s) taken: at [X]Scene [ ]Morgue [ ]Station [ ] Other ___

taken: with [ ]B/W Neg [X]Color Neg [ ]Polaroid [ ]Color Slide

Total Photo(s) taken: 24

| PHOTO NO. | DESCRIPTION OF PHOTO(S) |
|---|---|
| 1 | View of BR 1 from hallway. |
| 2 | Baby Wipe tub and monies found on floor in BR 1. |
| 3 | Same as Photo 2. |
| 4 | Clothes hamper w/ rocky substance in ziploc bag, floor of BR 1. |
| 5 | Same as Photo 4. |
| 6 | Wicker shelf in dining room showing scanner. |
| 7 | Hotel bill on closet shelf in BR 1. |
| 8 | Naniloa Hotel room bill for a J. WHITNEY. |
| 9 | Backside of hotel bill having handwritten numerical notations. |
| 10 | Dried marijuana in ziploc bag, on window sill in BR 1. |
| 11 | Court paper for JESSICA DELIMA, found in bag shown in Photo 10. |
| 12 | Glass smoke pipe with lighter, in closet of lower level bedroom. |
| 13 | Four bicycles located in lower level living room. |
| 14 | View of female clothing in closet of BR 1. |
| 15 | Female clothing in closet of BR 1. |
| 16 | GTE HawTel bills for ALICIA VELORIA, in plastic box in BR 2. |
| 17 | Jail receipt paper, in plastic box in BR 2. |
| 18 | Monies located under clothing in hamper, BR 1. |
| 19 | Contents of bag located in hamper. |
| 20 | Heat-sealed packet of marijuana, wicker basket in dining room. |
| 21 | *shutter speed* |
| 22 | GTE pager and monies located on dining table. |
| 23 | GTE pager located on couch in living room. |
| 24 | State ID and receipt located on kitchen coundter. |

*END*

Det. SDT    S37/10-22-96        Derrik DIEGO/109    10-18-96
APPROVED    DATE        PHOTOGRAPHER (OFFICER)    DATE

==========================================================================

RECORD OF TRANSFER OF ABOVE PROPERTY (IES):

| PHOTO NO. | FROM (SIGNATURE) | RECEIVED BY (SIGNATURE) | DATE | TIME |
|---|---|---|---|---|
| 1-24 | [signature] | | | |
| | | | | |
| | | | | |
| | | | | |

HPD/REC-007

NOV 30 1996 CP

RETENTION: RECORDS
EXHIBIT 3