JAY T. KIMURA  2497
Prosecuting Attorney

CRAIG MASUDA  4936
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii 96720

Tel. No. 961-0466

Attorneys for State of Hawaii

FILED

96 DEC 11 PM 3:53

Sharon I. Muranaka

IN THE DISTRICT COURT OF THE THIRD CIRCUIT
SOUTH HILO DIVISION
STATE OF HAWAII

STATE OF HAWAII              )   S. P. NO. 96--15
                             )
    vs.                      )   WARRANT OF ARREST
                             )
ALICIA KATRINA LYNN VELORIA  )
                             )
                             )
    Defendant.               )
_____)

### WARRANT OF ARREST

THE STATE OF HAWAII:

TO THE CHIEF OF POLICE OF THE COUNTY OF HAWAII, HIS ASSISTANT, OR ANY POLICE OFFICER IN THE STATE OF HAWAII, OR ANY OTHER OFFICER AUTHORIZED BY LAW TO SERVE THIS WARRANT OF ARREST:

YOU ARE HEREBY COMMANDED to arrest ALICIA KATRINA LYNN VELORIA, forthwith, pursuant to Section 803-1, Hawaii Revised Statutes, as amended, and have her brought before the District Court in Hilo, Hawaii, located at the State Office Building, Courtroom No. 3, 75 Aupuni Street, Hilo, Hawaii;

YOU ARE FURTHER COMMANDED upon the arrest of Defendant ALICIA KATRINA LYNN VELORIA to notify the District Court or its

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, District Court of the Third Circuit, State of Hawaii

EXHIBIT 4 A

clerk by telephone or in person as to ALICIA KATRINA LYNN VELORIA's arrest so that the Court may schedule an immediate hearing concerning the Defendant's commitment with/without bail pending a determination of pending charges against him/her.

Bail is to be set in the amount of ONE THOUSAND DOLLARS ($1,000.00) for Count I, Promoting a Dangerous Drug in the Second [~~First~~] Degree, Section 712-1241 [2 PF], Hawaii Revised Statutes, as amended;

Bail is to be set in the amount of ONE THOUSAND DOLLARS ($1,000.00) for Count II, Prohibited Acts Related to Drug Paraphernalia, Section 329-43.5(a), Hawaii Revised Statutes, as amended;

Bail is to be set in the amount of TWO HUNDRED FIFTY DOLLARS ($250.00) for Count III, Promoting a Detrimental Drug in the Second Degree, Section 712-1248, Hawaii Revised Statutes, as amended;

(Please check one of the following:)

__AH__ ✓ This warrant may / (shall not) (please circle one) be executed between 10:00 p.m. to 7:00 a.m. on premises not open to the public.

_____ This warrant may be executed at any location that ALICIA KATRINA LYNN VELORIA may be found and at any time of the day or night.

Dated: Hilo, Hawaii, _December 11, 1996_.

_____
District/~~Circuit~~ Court Judge,
Third Circuit Court