| Date | Arresting Agency | Charge | Disposition |
|---|---|---|---|
| 7/10/96 | Hawaii P.D. Hawaii County, HI | Promoting Detrimental Drugs 3 (petty misdemeanor) | 7/10/96: Discharged pending investigation. |
| 12/18/96 (originally released pending investigation for this charge on 7/10/96) | Hawaii P.D. Hawaii County, HI | Promoting Dangerous Drugs 2 (felony B) | 1/15/97: Dismissed without prejudice. |
| 12/18/96 (originally released pending investigation for this charge on 7/10/96) | Hawaii P.D. Hawaii County, HI | Drug Paraphernalia (felony C) | 1/15/97: Dismissed without prejudice. |
| 12/18/96 (originally released pending investigation for this charge on 7/10/96) | Hawaii P.D. Hawaii County, HI | Promoting Detrimental Drugs 3: Marijuana (petty misdemeanor) | 1/15/97: Dismissed without prejudice. |
| 12/18/96 | Hawaii P.D. Hawaii County, HI | Promoting Dangerous Drugs 1: Cocaine (felony A) | 1/15/97: Dismissed without prejudice. |
| 12/18/96 | Hawaii P.D. Hawaii County, HI | Drug Paraphernalia (felony A) | 1/15/97: Filing charge of Drug Paraphernalia (felony B)-- dismissed without prejudice. |
| 12/18/96 | Hawaii P.D. Hawaii County, HI | Promoting Detrimental Drugs 3: Marijuana (petty misdemeanor) | 1/15/97: Dismissed without prejudice. |
| 2/28/97 | Hawaii P.D. Hawaii County, HI | Criminal Trespass 1 (misdemeanor) | 7/9/97: Dismissed without prejudice. |

EXHIBIT 4 B