| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>THIRD CIRCUIT | WAIVER OF<br>☒ INDICTMENT<br>☐ TRIAL BY JURY | CASE NUMBER<br>Cr. No. 97-263 |
|---|---|---|
| STATE OF HAWAII VS (DEFENDANT)<br>Alicia Veloria | | POLICE REPORT NUMBER |

CHARGE(S): VIOLATION OF HRS SECTION(S)

Promoting Dangerous Drug in First Degree
Prohibited Acts (2 counts)
Promoting Detrimental Drugs in Second Degree
Assault Third Degree
Promoting Dangerous Drugs in Second Degree
Promoting Detrimental Drugs in Third Degree

THIRD CIRCUIT COURT
STATE OF HAWAII
HILO, HAWAII
FILED IN OPEN COURT
AT 9:00
JUL 1 6 1997

I, the above named defendant, charged with violation of the indicated statute have been advised of my rights.

☒ I waive my right to prosecution by indictment and consent that the proceedings may be by complaint instead of indictment. I have read my rights as stated on the back of this form and understand them

☐ I waive my right to trial by jury and consent to a trial by the COURT without a jury.

| DATE<br>7/16/97 | DEFENDANT'S SIGNATURE<br>Alicia Veloria | |
|---|---|---|
| DATE | WITNESS (Typed or Printed Name) | SIGNATURE |
| DATE<br>7/16/97 | ATTORNEY FOR DEFENDANT<br>Brian J. De Lima | SIGNATURE |
| DATE<br>JUL 1 6 1997 | JUDGE<br>Honorable Greg K. Nakamura | SIGNATURE |

Distribution:
☐ ORIG FILE
☐ PROS
☐ DEF
☐ DIVISION

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

FORM NO. 000169 3.94

WAIVER OF INDICTMENT, WAIVER OF TRIAL BY JURY

EXHIBIT 5

JAY T. KIMURA   2497
Prosecuting Attorney

G. KAY IOPA   4064
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii  96720

Tel. No. 961-0466

Attorneys for State of Hawaii

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII | ) | CR. NO. 97-203 |
| vs. | ) | COMPLAINT |
| ALICIA VELORIA, | ) | (Hilo) |
| Defendant. | ) | |

## COMPLAINT

### COUNT I   (F-12095/PN)

On or about the 23rd day of November, 1996, in the County and State of Hawaii, ALICIA VELORIA knowingly possessed one or more preparations, compounds, mixtures, or substances of an aggregate weight of one ounce or more, containing methamphetamine, heroin, morphine, or cocaine or any of their respective salts, isomers, and salts of isomers, that is, cocaine, thereby committing the offense of Promoting a Dangerous Drug in the First Degree, in violation of Section 712-1241(1)(a)(i), Hawaii Revised Statutes, as amended.

CMM 2762

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

COUNT II   (F-12096/PN)

On or about the 23rd day of November, 1996, in the County and State of Hawaii, ALICIA VELORIA used, or possessed with intent to use, drug paraphernalia, scale, to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, otherwise introduce into the human body a controlled substance, in violation of Chapter 329 of the Hawaii Revised Statutes, thereby committing the offense of Prohibited Acts Related to Drug Paraphernalia, in violation of Section 329-43.5(a), Hawaii Revised Statutes, as amended.

COUNT III   (F-12097/PN)

On or about the 23rd day of November, 1966, in Puna, County and State of Hawaii, ALICIA VELORIA knowingly possessed one or more preparations, compounds, mixtures or substances of an aggregate weight of one ounce or more, containing marijuana, that is, marijuana, thereby committing the offense of Promoting a Detrimental Drug in the Second Degree, in violation of Section 712-1248(1)(c), Hawaii Revised Statutes, as amended.

COUNT IV   (F-05487/HL)

On or about the 5th day of September, 1996, in South Hilo, County and State of Hawaii, ALICIA VELORIA intentionally, knowingly or recklessly caused bodily injury to another person, JESSICA PHILLIPS, by striking her in the face, thereby committing

the offense of Assault in the Third Degree, in violation of Section 707-712(1)(a), Hawaii Revised Statutes, as amended.

### COUNT V (F-00877)

On or about the 10th day of July, 1996, in the County and State of Hawaii, ALICIA VELORIA knowingly possessed one or more preparations, compounds, mixtures, or substances of an aggregate weight of one-eighth ounce or more, containing methamphetamine, heroin, morphine, or cocaine or any of their respective salts, isomers, and salts of isomers, that is, cocaine, thereby committing the offense of Promoting a Dangerous Drug in the Second Degree, in violation of Section 712-1242(1)(b)(i), Hawaii Revised Statutes, as amended.

### COUNT VI (F-00937)

On or about the 10th day of July, 1996, in the County and State of Hawaii, ALICIA VELORIA used, or possessed with intent to use, drug paraphernalia, digital gram scales, scissors, and plastic packets, to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, or otherwise introduce into the human body a controlled substance, in violation of Chapter 329 of the Hawaii Revised Statutes, thereby committing the offense of Prohibited Acts Related to Drug Paraphernalia, in violation of Section 329-43.5(a), Hawaii Revised Statutes, as amended.

COUNT VII  (F-00938)

On or about the 10th day of July, 1996, in Hilo, County and State of Hawaii, ALICIA VELORIA knowingly possessed marijuana or a Schedule V substance, thereby committing the offense of Promoting a Detrimental Drug in the Third Degree, in violation of Section 712-1249(1), Hawaii Revised Statutes, as amended.

DATED: Hilo, Hawaii, _June 30, 1997_.

_G. KAY IOPA_
Deputy Prosecuting Attorney

-4-