___ Prosecutor
___ Brian J. De Lima, Esq.
___ Probation
___ HPD

```
           THIRD CIRCUIT COURT
            STATE OF HAWAII
                FILED
           98 MAY 20 PM 2: 55
           CHARLENE K. OKAWA
                CLERK
```

JAY T. KIMURA  2497
Prosecuting Attorney

G. KAY IOPA  4064
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii  96720

Tel. No. 961-0466

Attorneys for State of Hawaii

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII ) | CR. NO. 97-203 |
| ) | |
| vs. ) | MOTION FOR NOLLE PROSEQUI |
| ) | WITHOUT PREJUDICE; ORDER |
| ALICIA VELORIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR NOLLE PROSEQUI WITHOUT PREJUDICE

Comes now the STATE OF HAWAII by G. KAY IOPA, Deputy Prosecuting Attorney, County and State of Hawaii, and hereby respectfully enters a Motion for Nolle Prosequi Without Prejudice in the above-entitled matter for violation of Section 712-1241(1)(a)(i), Hawaii Revised Statutes, as amended, Promoting a Dangerous Drug in the First Degree (Count I);

CMM 2781.3

*I hereby certify that this is a full, true and correct copy of the original on file in this office.*

_____
Clerk, Third Circuit Court, State of Hawaii

EXHIBIT 6

Section 329-43.5(a), Hawaii Revised Statutes, as amended, Prohibited Acts Related to Drug Paraphernalia (Counts II and VI); Section 712-1248(1)(c), Hawaii Revised Statutes, as amended, Promoting a Detrimental Drug in the Second Degree (Count III); Section 707-712(1)(a), Hawaii Revised Statutes, as amended, Assault in the Third Degree (Count IV); Section 712-1242(1)(b)(i), Hawaii Revised Statutes, as amended, Promoting a Dangerous Drug in the Second Degree (Count V); and Section 712-1249(1), Hawaii Revised Statutes, as amended, Promoting a Detrimental Drug in the Third Degree (Count VII), for the reason that the Defendant will be prosecuted in another forum.

Dated: Hilo, Hawaii, May 18, 1998.

STATE OF HAWAII

By _____
G. KAY IOPA
Deputy Prosecuting Attorney

APPROVED AND SO ORDERED:

_____   MAY 20 1998
Judge of the above-entitled Court

-2-