

EXHIBIT 7