In response to the truck case, there are also several things that I believe deserve attention. As I have mentioned before, the "confidential informant" for this case was either fabricated or had outright lied to officers regarding me being in possession of "large quantities" of cocaine which I (for some reason) was driving around with and attempting to sell out of my truck. The reason I state this is because the truck had not moved from its place for around 9 days prior to that incident. As I have mentioned before, you can verify this by speaking with Michael Hughes who on several occasions during the 9 day period, attempted to help me find a way to jack up the truck to remove the tire. It should be noted that this truck was very high, and needed a 2-ton jack and additional blocks just to reach the bracket, which needed to be lifted to get the tire off of the ground. Because there was no air pressure within the tire, the bead around the tire would not adhere to the rim and needed to be taken to a shop with the right equipment to fill it.

I believe their "receiving information" regarding this truck to be fabricated in order for them to obtain a search warrant. A search warrant for the contents of a truck, which Officer Marshall Kanehailua had already quickly rifled through at the Keaau Ballpark. Although, they do not admit to this, Wallace Iaukea, Lisa Iaukea, Kainoa Huihui, (Keau) Howland Miles, and myself witnessed it and could testify to its occurrence.

Upon the officers approach of the truck, they state that Wallace and I exited the vehicle on our own. This is untrue. We were both commanded out of the truck, and "frisked". I shut my door before placing my hands against it to "assume the position". I can positively tell you that prior to the canine screen, the passenger door was shut. I also wanted to let you know that I did not agree at any time to allow the canine to "screen" the truck. I refused their search, and would not participate in an interrogation of questions about my older brother. Upon Officer Kanehailua's request to allow the canine to screen the truck, I promptly answered "NO" and asked him if I could leave, to which he replied "NO". He then grabbed me by my arm and instructed me to stand aside with the other two officers at the rear end of the truck.

I observed as the canine approached the driver side of the truck. Officer Marshall Kanehailua tapped on the lower panel of the outside of the door and the dog jumped up and placed his paws on the chrome "nerf" bar (3 or 4 inch pipe often used as a step to enter a high vehicle). Immediately after jumping up, the dog returned on all fours and appeared to be very interested in smelling the front drivers tire. This seemed strange at first, but in retrospect, both of my male dogs would take turns "marking" those tires when given the opportunity.

EXHIBIT 8