*Office of the*
# FEDERAL PUBLIC DEFENDER
Districts of Hawaii and Guam

Leo B. Casey
Investigator



**DISTRICT OF HAWAII**
PRINCE KUHIO FEDERAL BUILDING
300 ALA MOANA BLVD., SUITE 7104
HONOLULU, HAWAII 96850-5269
(808) 541-2521   FAX 541-3545
TOLL FREE# (877) 541-2521

**DISTRICT OF GUAM**
FIRST HAWAIIAN BANK BUILDING
SUITE 310
400 ROUTE 8
MONGMONG, GUAM 96927
(671) 472-7111   FAX 472-7120

## MEMORANDUM

TO:     Alicia Veloria File

FROM:   Leo B. Casey

RE:     Circuit Court Records Investigation

DATE:   November 8, 2000

---

On the above-date, at the Circuit Court file room, I conducted statewide circuit court records checks on Wallace Iaukea, Lisa Iaukea, Noa Huihui, and Howlin Miles.

Noa Huihui and Howlin Miles do not have circuit court entries.

**Wallace Iaukea:**

> Lisa Ann Nobriga vs. Wallace Charles Iaukea, 3rd. Div.: 90-0250
> State vs. Wallace Iaukea, 3rd.Cr.: 91-040
> Lisa Iaukea vs. Wallace Iaukea, 3rd. Div.: 92-0235
> State vs. Wallace Iaukea, 3rd. Cr.: 93-0203
> Lisa Iaukea vs. Wallace Iaukea, 3rd. Div.: 98-0065
> State of Hawaii CSEA vs. Wallace Iaukea, 3FM. 92-0051
> Sate vs. Wallace Iaukea, 3rd. Cr.: 99-0341

**Lisa Ann Iaukea, fka Lisa Nobriga:**

> In addition to the divorce cases, Lisa Ann Iaukea has the following criminal cases.
>
> State vs. Lisa Ann Iaukea, 3rd. Cr.: 93-0055
> State vs. Lisa Iaukea, 3rd. Cr.: 93-0127
> State vs. Lisa Iaukea, 3rd. Cr.: 94-0296

EXHIBIT 9