...of more than 200 million Orthodox, trip through Greece. Seeking to ...ch, the faith's spiritual leader left the seat of Greek Orthodoxy.

Church of Christ.

**Pentecost Sunday Service** — faith journey of Robert Nomura, retired assistant superintendent of mails, U.S. Postal Service, 9...

Liberated Wailing Wall — music, drama and testimony by Jews for Jesus, 7:30 p.m., First Chinese Church of Christ, 1054 S. King St.; donation.

Advertiser 5/22/99

---

Diamond Head Memorial Park.

**DAISY MEDEIROS**, 89, of Kalaheo, Kauai, died May 7, 1999. Born in Lihue, Kauai. A forewoman retired from Lawai Cannery. Survived by sons, Stanley, Wallace and Vincent; seven grandchildren; 10 great-grandchildren; brother, Tony Camara; sisters, Lucielle Botello and Adeline Gomes. Private service held. Arrangements by Garden Island Mortuary.

**HOWLAND "KEAU" KEAUMOKU-OKALANI MILES**, 26, of Keaau, Hawaii, died May 15, 1999. Born in Hilo, Hawaii. Owner of K. & J. Enterprise-Monster Truck Unlimited. Survived by wife, Joyce; mother, Mekela Asejo; father, Richard Miles; brothers, Richard Miles, Shannon Asejo, Sheldon Asejo, Richard Jr., Randy, Sterling, Kalei, Micah and James; sisters, Pamela and Uilani; grandmothers, Marguerite Kealanahele and Helen Paaoao; hanai mother, Aldean Peleiholani; hanai brothers, Vernal Peleiholani and Vee Jay Peleiholani; hanai sister, Jamie Peleiholani. Visitation 6 to 9 p.m. Tuesday at Dodo Mortuary, service 7 p.m. Visitation also 9 to 10 a.m. Wednesday, prayer service 10 a.m.; cremation. Casual attire.

**JAMES DAVID MORRIS**, 77, of Waipahu, died May 12, 1999. Born in Baltimore, Md. Retired as an Army sergeant major after 34 years of service. Survived by wife, Norma; sisters, Marian Biondo and Theresa Noeth. Visitation 6 to 9 p.m. Sunday at Mililani Memorial Park makai chapel, service 7 p.m. No flowers. Casual attire. Burial to take place in Maryland. Arrangements by Mililani Memorial Park & Mortuary.

**FAY NALANI MYERS**, 51, of Kailua, died May 15, 1999...

Foundation, 45-090 Namoku St., Cottage L, Kaneohe, HI 96744. Arrangements by Borthwick Mortuary.

**SHIGENO NARIKAWA**, 96, of Hilo, Hawaii, died May 18, 1999. Born in Keahae, Maui. Survived by son, Shigeto; daughters, Margie Shigeoka and Jean Kouchi; 11 grandchildren; 15 great-grandchildren. Visitation after 5:30 p.m. Tuesday at Mililani Memorial Park mauka chapel, memorial service 6:30 p.m. No flowers. Casual attire.

**WILLIAM ISAMI OGATA**, 90, of Honolulu, died May 7, 1999. Born in Holualoa, Hawaii. Retired as a warehouseman at Theo H. Davies and Co. Survived by wife, Chieko; three grandchildren; six great-grandchildren; sisters, Miharu Yamamoto and Jane Murakami. Private service held. Arrangements by Hosoi Garden Mortuary.

**LENORE LOUISE PALMER**, 89, of Honolulu, died May 16, 1999. Born in Jasper County, Iowa. A teacher at Central Union Church Preschool. Survived by daughters, Mary Lou Doescher and Karen Palmer; seven grandchildren; four great-grandchildren. Memorial service 7 p.m. Thursday at Unity Church of Hawaii, Diamond Head. No flowers. Memorial donations to the church or to charity. Arrangements by Borthwick Mortuary.

**LAWRENCE "BUTCHIE" "LARRY" N. PARESA**, 57, of Lihue, Kauai, formerly of Hilo, Hawaii, and Kahului, Maui, died May 14, 1999. Born in Paia, Maui. A golfing enthusiast. Survived by son, Bryan; parents, Louis and Stella Paresa; brother, James; sisters, Betty Bak and Barbara Paresa; a grandchild. Visitation 9 to 10 a.m. Friday at Kauai Mortuary, service 10 a.m. Visitation also 8...

by wife, Chunsu; son, Wonsik; daughters, Choon Ok Miike, Young Sun Hwang and Young Im Park; 11 grandchildren. Visitation 10 to 11 a.m. Monday at Hosoi Garden Mortuary, service 11 a.m.; burial 2 p.m. at Hawaiian Memorial Park. Casual attire.

**JAMES MASAJI "SLIM" TAKAHASHI**, 89, of Honolulu, died May 13, 1999. Born in Waialua, Oahu. A retired E.E. Black heavy equipment mechanic and foreman. Survived by wife, Hihumi; son, James; daughter, Barbara Kajiya; five grandchildren; two great-grandchildren. Private service held. Arrangements by Hosoi Garden Mortuary.

**ROY TADAO TAKENAKA**, 74, of Waipahu, died May 15, 1999. Born in Irvine, Calif. Survived by daughters, Carol Takenaka and Gwen Yokoyama; grandsons, Jeffrey and Scott Yokoyama; brother, Yoshikazu Takenaka. Mainland service held. Arrangements by Fukui Mortuary, Los Angeles.

**BESSIE YOSHIE TANAKA**, 79, of Captain Cook, Hawaii, died May 15, 1999. Born in Napoopoo, Hawaii. A cafeteria manager retired from Honaunau School and Konawaena School; hostess at Superior Coffee Co. in Napoopoo. Survived by brothers, Shigetoshi and Katsuki; sister, Kunie Odagawa; sister-in-law, Betty; hanai children, Myra Bailey, Rickey Bailey Jr., Sylvia Handy and Van Uemura. Visitation 5 to 6 p.m. Tuesday at Kona Hongwanji Mission in Kealakekua, service 6 p.m. No flowers. Casual attire. Arrangements by Dodo Mortuary-Kona.

**SUMIE (SEIDA) TANIGAWA**, 83, of Lanai City, Lanai, died May 17, 1999. Born in Makaweli, Kauai. Part owner of S... ties Inc. Survived by si...

EXHIBIT 10