**CONFIDENTIAL**

July 1, 2002

Dear Mr. Gurrero,

After careful thought and consideration of our discussion on Friday June 28th, I have come to the realization that this case has become somewhat of a burden. You are unwilling to pursue potential pretrial motions that could result in a more favorable outcome for my case.

During our last conversation, you stated that you believe the motion to suppress should have included a hampered litigation argument, but unfortunately for me, it didn't, you're sorry, and that is that! Well, this is my life, and I am sorry, but I cannot accept your unwillingness to address those issues. You have stated in a prior discussion that you don't normally do "court appointed cases" I am sorry for that, but you are all I have, and I need you complete assistance. On Friday you also sated that "you can fire me if you want to" and as you and I well know, I cannot fire you, as you are court appointed. I do believe that if you want relief from this case you should file a motion to withdraw.

I am looking at a lot of prison time, if my trial ends in a guilty verdict. I need an attorney who will pursue all legal avenues in my defense, as it is my full intention to proceed with trial. If I do not have an attorney that will pursue all possible avenues, then my trial will not be free from constitutional errors.

Although you say that you have reviewed my case, I feel you have overlooked some important details that I know are clearly stated within the documents. For instance, you could not recall the name of Myles Kurashige (a potential witness), who was arrested at the house. Kris Pagan (F.P.D. investigator) attempted to locate Mr. Kurashige a number of times, and included this in her report. It worries me that you stated that you do not recall his name anywhere throughout the documents.

In conclusion, I want you to know that this is not a delay tactic. I am not crazy about the idea of living any longer with the daily uncertainty of my future. I just have to know in the end that I did my best, and had 100 % effort on your part in order to receive a fair trial. Please give me your thoughts on this matter as soon as possible.

Sincerely,

*Alicia Veloria*

Alicia Veloria
(907) 333-4405 hm
(907) 227-3445 cell

EXHIBIT 11