CONFIDENTIAL

November 7, 2002

Mr. Winston Ling,

I spoke with you today over the phone and you informed me that the motion to compel was to be heard on Nov. 13, unless it was moved (which you are not sure of.) I need you to be sure, and I also need you to waive my presence, as I cannot afford to travel to HI. two more times for trial. I want to come for the trial and that is it. I also need you to get my debriefing statement suppressed, we have spoke about it before and it is very crucial.

Upon some of the readings I have come across, It has come to my attention that you will need to put forth a motion to the court requesting that you be allowed to supeona an out of state witness. This is very important, as my older half brother will be able to place others in the home and provide testimony as to whose narcotics were found in the house.

I would like to start working hard, so that we can be ready to win this case. I will need to be in contact with you more often so that we can discuss other matters. I am having trouble with my home line (907) 770-5201, so you must contact me on my cell (907) 227-3445. Please get back to me ASAP

Thank you,

Alicia Veloria

EXHIBIT 13