# UNITED STATES DISTRICT COURT

DISTRICT OF _____ HAWAII _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALICIA VELORIA | **WAIVER OF INDICTMENT**<br><br>CR. NO. 00-00145 SOM |

I, _____ ALICIA VELORIA _____, the above named defendant, who is accused of:

> knowingly and intentionally possessing with intent to distribute in excess of 500 grams, to wit, approximately 541.5 grams of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and unlawfully and knowingly combine, conspire, confederate and agree with other persons, to knowingly and willfully conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, transferring and delivering monies to and by personal couriers, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and (h).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and
                                             *Date*
consent that the proceeding may be by information rather than by indictment.

_____
*ALICIA VELORIA*
*Defendant*

_____
*ALEXANDER SILVERT*
*Counsel for Defendant*

Before _____

    *U.S. DISTRICT JUDGE*
    *Judicial Officer*

EXHIBIT 16

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00145 SOM |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [21 U.S.C. §§ 841(a)(1), 846; |
| ALICIA VELORIA, | ) | 18 U.S.C. § 1956(a)(1)(A)(i) and (h)] |
| Defendant. | ) | |

INFORMATION

COUNT 1

The United States Attorney charges that:

On or about November 22, 1996, in the District of Hawaii, ALICIA VELORIA, defendant herein, did knowingly and intentionally possess with intent to distribute in excess of 500 grams, to wit, approximately 541.5 grams of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 2</u>

The United States Attorney further charges that:

From a date unknown, but from at least November, 1996, and continuing to on or about December, 1996, defendant ALICIA VELORIA, in the District of Hawaii and elsewhere, did unlawfully and knowingly combine, conspire, confederate and agree with other persons, to knowingly and willfully conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, transferring and delivering monies to and by personal couriers, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, with the intent to promote the carrying on of specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and (h).

DATED: _____, 2001, at Honolulu, Hawaii.


_____
ELLIOT ENOKI
United States Attorney
District of Hawaii


_____
THOMAS J. BRADY
Assistant U.S. Attorney

2