## Winston D.M. Ling

| | |
|---|---|
| From: | "Don Hart" <donhart@pobox.mtaonline.net> |
| To: | <stoner@aloha.com> |
| Sent: | Tuesday, June 03, 2003 10:30 AM |
| Attach: | 01-veloriainformantmemo.doc; 01-3504 mem.doc; 01-EMERGENCY informant - mot.doc; 01-EMERGENCY limine-mot.doc; 01-rescind agreement -1-mot.doc |
| Subject: | Alicia Veloria |

Mr. Ling:

The attached are proposed emergency motions that you may choose to file, if you wish. They will help make the record for Alicia. In reviewing the motions you will find a reference to a recently discovered document. that is the single page I found containing sketch of circles with names and license plate numbers and other information that indicates it was submitted by B. Paolas # 71 and dated 06-13-96, indicating information developed at some time prior to the application for the search warrant for the house.

Alicia can provide an accompanying affidavit that the information contained on that document could not have come from any informant or informants, because she would not have disclosed any of the banking information to anyone and does not know some of the persons identified in the document, but believes the names may have been overheard during conversations that were recorded.

Don Hart
donhart@pobox.mtaonline.net

EXHIBIT 17