<u>AFFIDAVIT OF AUNAMARIE VELORIA</u>

1. I, Aunamarie Veloria, do hereby affirm the following facts and I am willing to testify in court regarding these facts in the immediate futute as I was in the past.

2. I am a resident of Kohala, on the island of Hawaii.

3. I am the natural mother of both Alicia Veloria and Richard Marble.

4. In July of 1996, my daughter, Alicia Veloria, was arrested and released that evening pursuant to a search warrant for a house in Hilo, Hawaii.

5. On the day following my daughter's arrest, my son, Richard and I accompanied her to retain Brian J. Delima to represent her in the event she was eventually charged.

6. After my daughter Alicia's arrest, my son Richard and I had many lengthy discussions as to the facts and circumstances involving her legal situation.

7. It was my son's intention to testify on behalf of Alicia regarding the cocaine seized on July 10, 1996, as he felt responsible for her arrest.

8. On several occasions, my son personally confessed specific facts to me regarding his drug distribution activities and his influence on Alicia.

9. My son expected to be subpoenaed to testify on behalf of my daughter at her federal trial in 2003 in relation to the search of the house on 69 Mauna Loa Street.

10. At some time before my daughter's trial in 2003, my son was incarcerated in Washington and thus unable to initiate contact with my daughter's trial counsel.

11. My son, Richard, was willing to take full responsibility for his actions and not only wanted but demanded to testify on Alicia's behalf taking FULL responsibility for his actions. Richard persistantly relayed this to me.

I affirm under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Kohala, Hawaii  _July 13, 2007_

_Aunamarie Veloria_
Aunamarie Veloria

EXHIBIT 22

STATE OF HAWAII    )
                      )    SS.

COUNTY OF HAWAII   )

On this ___13th___ day of ___July___, 2007, before me personally appeared __Anna marie   Veloria__, to me personally known, who, being by me duly sworn, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

_____

LeAnn Ashimine    , Notary Public, State of Hawaii

My commission expires ___12/26/2008___