| PUBLIC ACCESS RAP SHEET |
|---|
| This record is based on the search criteria: Last Name = PACHECO ( Sounds Like ) , First Name = ANN ( First Initial ) , Sex = FEMALE |
| CONVICTION INFORMATION |

 

**PHOTO DATE: 12/12/2003**

**This Record Belongs To:**

PACHECO,ANN MARIE

43, 5'2", 145 LBS.

| Total Convictions: 19 | Conviction Information

## Conviction Information                                                        Top

**Also Known As:**

ANNIE

ANNIE,GIRL

ANNIEGIRL

BARCENA,ANN

BARCENA,ANN MARIE

BARCENA,JAN

LEWIS,ANN

LEWIS,ANN M

LEWIS,ANN MARIE

PACHECO,ANN

PACHECO,ANN M

## Summary of Charges

|   | Arrest Date | Arrest Agency | Final Charge | Disposition | Date |
|---|---|---|---|---|---|
| 1 | 12/12/2003 | HAWAII PD | THEFT 3 - MISDEMEANOR | GUILTY | 11/24/2003 |
| 2 | 05/18/2003 | HAWAII PD | SHOPLIFTING - MISDEMEANOR | GUILTY | 10/08/2003 |
| 3 | 12/21/2002 | HAWAII PD | THEFT 3 - MISDEMEANOR | GUILTY | 07/23/2003 |
| 4 | 02/21/2000 | HAWAII PD | HARASSMENT - PETTY MISD | GUILTY | 03/01/1999 |
| 5 | 02/18/2000 | HAWAII PD | PROB-NO BAIL - | PROB REV;RE-SEN | 04/12/2000 |
| 6 | 02/18/2000 | HAWAII PD | PROB-NO BAIL - | PROB REV;RE-SEN | 04/12/2000 |
| 7 | 02/18/2000 | HAWAII PD | PROB-NO BAIL - | PROB REV;RE-SEN | 04/12/2000 |
| 8 | 05/27/1999 | HAWAII PD | THEFT 3 (ATTEMPTED) - MISDEMEANOR | GUILTY | 07/29/1999 |
| 9 | 05/27/1999 | HAWAII PD | FORGERY 2 - FELONY CLASS C | GUILTY | 07/29/1999 |
|   |   |   |   | PROB |   |

062904

EXHIBIT 23

| 10 | 01/25/1999 | HAWAII PD | DAG VIOLATION - | PROB REV;RE-SEN | 08/12/1999 |
| 11 | 12/13/1998 | HAWAII PD | CRIM TRESS 1 - MISDEMEANOR | GUILTY | 07/29/1999 |
| 12 | 09/02/1997 | HAWAII PD | THEFT 4 - PETTY MISD | GUILTY | 08/29/1997 |
| 13 | 06/19/1997 | HAWAII PD | THEFT 4 - PETTY MISD | GUILTY | 06/18/1997 |
| 14 | 05/22/1997 | HAWAII PD | BURGLARY 1 - FELONY CLASS B | GUILTY | 01/14/1999 |
| 15 | ADD-ON | HAWAII PD | UNAUTH ENTRY MV - FELONY CLASS C | GUILTY | 01/14/1999 |
| 16 | 02/19/1997 | HAWAII PD | THEFT 3 - MISDEMEANOR | GUILTY | 06/09/1997 |
| 17 | 06/15/1995 | HAWAII PD | TRAF LANE MARKS - VIOLATION | GUILTY | 06/15/1995 |
| 18 | 06/15/1995 | HAWAII PD | TRAF LANE MARKS - VIOLATION | GUILTY | 06/15/1995 |
| 19 | 10/04/1992 | HAWAII PD | CONSUM/POSS LIQ - PETTY MISD | GUILTY | 11/17/1992 |

## CHARGE 1 OF 19 TOTAL CHARGES                                                          Top

**Charge:** On 12/12/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for SHOPLIFTING (HRS 708-0833.5) which is coded as being a MISDEMEANOR.

**Final Charge:** The final charge was THEFT 3 (HRS 708-0832) which is coded as being a MISDEMEANOR.

**Disposition:** On 11/24/2003, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 11/24/2003, SUBJECT WAS SENTENCED TO 1 YEAR(S) PROBATION.

**Case No:** 3P203-1173 (HILO DISTRICT COURT)

**Arrest Report No:** H-35248

Back to Summary of Charges

## CHARGE 2 OF 19 TOTAL CHARGES                                                          Top

**Charge:** On 05/18/2003, subject was arrested by the HAWAII POLICE DEPARTMENT for SHOPLIFTING (HRS 708-0833.5) which is coded as being a MISDEMEANOR.

**Disposition:** On 10/08/2003, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 10/08/2003, SUBJECT WAS SENTENCED TO 30 DAY(S) CONFINEMENT, to run CONCURRENTLY.

**Case No:** 3P203-751 (HILO DISTRICT COURT)

**Arrest Report No:** H-49478

Back to Summary of Charges

## CHARGE 3 OF 19 TOTAL CHARGES                                                          Top

**Charge:** On 12/21/2002, subject was arrested by the HAWAII POLICE DEPARTMENT for SHOPLIFTING (HRS 708-0833.5) which is coded as being a MISDEMEANOR.

**Final Charge:** The final charge was THEFT 3 (HRS 708-0832) which is coded as being a MISDEMEANOR.

**Disposition:** On 07/23/2003, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 09/03/2003, SUBJECT WAS SENTENCED TO 6 MONTH(S) CONFINEMENT.

**Case No:** 3P203-1 (HILO DISTRICT COURT)

**Arrest Report No:** H-32168

Back to Summary of Charges

## CHARGE 4 OF 19 TOTAL CHARGES                                                          Top

**Charge:** On 02/21/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for HARASSMENT (HRS 711-1106) which is coded as being a PETTY MISD.

**Disposition:** On 03/01/1999, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 03/01/1999, SUBJECT WAS SENTENCED TO $200 FINE, $200 FINE SUSPENDED, 6 MONTH(S) PROBATION, and 6 MONTH(S) SUSPENDED SENTENCE.

**Case No:** 3P298-1663 (HILO DISTRICT COURT)

**Arrest Report No:** F-52787

Back to Summary of Charges

| CHARGE 5 OF 19 TOTAL CHARGES | Top |
| --- | --- |

**Charge:** On 02/18/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for SUMMON/ARREST ON PROBATION; COMMIT - NO BAIL (HRS 706-0626) (SEVERITY UNRECOGNIZED).

**Disposition:** On 04/12/2000, SUBJECT WAS RE-SENTENCED.

**Case No:** CR97-0137 (HAWAII CIRCUIT COURT)

**Arrest Report No:** G-20669

Back to Summary of Charges

| CHARGE 6 OF 19 TOTAL CHARGES | Top |
| --- | --- |

**Charge:** On 02/18/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for SUMMON/ARREST ON PROBATION; COMMIT - NO BAIL (HRS 706-0626) (SEVERITY UNRECOGNIZED).

**Disposition:** On 04/12/2000, SUBJECT WAS RE-SENTENCED.

**Case No:** CR99-0002 (HAWAII CIRCUIT COURT)

**Arrest Report No:** G-20670

Back to Summary of Charges

| CHARGE 7 OF 19 TOTAL CHARGES | Top |
| --- | --- |

**Charge:** On 02/18/2000, subject was arrested by the HAWAII POLICE DEPARTMENT for SUMMON/ARREST ON PROBATION; COMMIT - NO BAIL (HRS 706-0626) (SEVERITY UNRECOGNIZED).

**Disposition:** On 04/12/2000, SUBJECT WAS RE-SENTENCED.

**Case No:** CR99-0149 (HAWAII CIRCUIT COURT)

**Arrest Report No:** G-20671

Back to Summary of Charges

| CHARGE 8 OF 19 TOTAL CHARGES | Top |
| --- | --- |

**Charge:** On 05/27/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for ATTEMPTED SHOPLIFTING (HRS 708-0833.5) which is coded as being a MISDEMEANOR.

**Final Charge:** The final charge was ATTEMPTED THEFT 3 (HRS 708-0832) which is coded as being a MISDEMEANOR.

**Disposition:** On 07/29/1999, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 04/05/2001, SUBJECT WAS RE-SENTENCED TO 5 YEAR(S) PROBATION, to run CONCURRENTLY.

**Case No:** CR99-0149 (HAWAII CIRCUIT COURT)

**Arrest Report No:** F-95637

Back to Summary of Charges

| CHARGE 9 OF 19 TOTAL CHARGES | Top |
| --- | --- |

**Charge:** On 05/27/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for FORGERY 2 (HRS 708-0852) which is coded as being a FELONY CLASS C.

**Disposition:** On 07/29/1999, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 04/11/2000, SUBJECT WAS RE-SENTENCED TO 5 YEAR(S) PROBATION, to run CONCURRENTLY.

**Case No:** CR99-0149 (HAWAII CIRCUIT COURT)

062904

. pacdetails

**Arrest Report No:** F-95638

Back to Summary of Charges

| CHARGE 10 OF 19 TOTAL CHARGES | Top |
|---|---|

**Charge:** On 01/25/1999, subject was arrested by the HAWAII POLICE DEPARTMENT for VIOLATION OF DAG/DNC (HRS 853-0003) (SEVERITY UNRECOGNIZED).

**Disposition:** On 08/12/1999, SUBJECT WAS RE-SENTENCED.

**Case No:** CR97-0137 (HAWAII CIRCUIT COURT)

**Arrest Report No:** F-83868

Back to Summary of Charges

| CHARGE 11 OF 19 TOTAL CHARGES | Top |
|---|---|

**Charge:** On 12/13/1998, subject was arrested by the HAWAII POLICE DEPARTMENT for BURGLARY 1 (HRS 708-0810) which is coded as being a FELONY CLASS B.

**Final Charge:** The final charge was CRIMINAL TRESPASS 1 (HRS 708-0813) which is coded as being a MISDEMEANOR.

**Disposition:** On 07/29/1999, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 07/29/1999, SUBJECT WAS RE-SENTENCED TO 6 MONTH(S) CONFINEMENT and 1 YEAR(S) PROBATION.

**Case No:** CR99-0002 (HAWAII CIRCUIT COURT)

**Arrest Report No:** F-80015

Back to Summary of Charges

| CHARGE 12 OF 19 TOTAL CHARGES | Top |
|---|---|

**Charge:** On 09/02/1997, subject was arrested by the HAWAII POLICE DEPARTMENT for THEFT 4 (HRS 708-833-87) which is coded as being a PETTY MISD.

**Disposition:** On 08/29/1997, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 08/29/1997, SUBJECT WAS SENTENCED TO 50 HOUR(S) COMMUNITY SERVICE.

**Case No:** 3P297-0849 (HILO DISTRICT COURT)

**Arrest Report No:** F-23144

Back to Summary of Charges

| CHARGE 13 OF 19 TOTAL CHARGES | Top |
|---|---|

**Charge:** On 06/19/1997, subject was arrested by the HAWAII POLICE DEPARTMENT for THEFT 4 (HRS 708-833-87) which is coded as being a PETTY MISD.

**Final Charge:** The final charge was THEFT 4 (HRS 708-0833) which is coded as being a PETTY MISD.

**Disposition:** On 06/18/1997, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 06/18/1997, SUBJECT WAS SENTENCED TO 14 DAY(S) CONFINEMENT, to run CONCURRENTLY.

**Case No:** 3P297-656 (HILO DISTRICT COURT)

**Arrest Report No:** F-16220

Back to Summary of Charges

| CHARGE 14 OF 19 TOTAL CHARGES | Top |
|---|---|

**Charge:** On 05/22/1997, subject was arrested by the HAWAII POLICE DEPARTMENT for BURGLARY 1 (HRS 708-0810) which is coded as being a FELONY CLASS B.

**Disposition:** On 01/14/1999, SUBJECT WAS FOUND GUILTY. SUBJECT WAS GIVEN A DANC PLEA UNTIL 11/19/2002.

**Sentence:** On 04/05/2001, SUBJECT WAS RE-SENTENCED TO 500 HOUR(S) COMMUNITY SERVICE and 5 YEAR(S) PROBATION, to run CONCURRENTLY.

**Case No:** CR97-0137 (HAWAII CIRCUIT COURT)

**Arrest Report No:** F-11546

062904

Back to Summary of Charges

## CHARGE 15 OF 19 TOTAL CHARGES                                                  Top

**Charge:** On 09/29/1997, subject was charged by the HAWAII PROSECUTORS with UNAUTHORIZED ENTRY INTO MOTOR VEHICLE (HRS 708-0836.5) which is coded as being a FELONY CLASS C.

**Disposition:** On 01/14/1999, SUBJECT WAS FOUND GUILTY. SUBJECT WAS GIVEN A DANC PLEA UNTIL 11/19/2002.

**Sentence:** On 04/12/2000, SUBJECT WAS RE-SENTENCED TO 5 YEAR(S) CONFINEMENT, to run CONCURRENTLY.

**Case No:** CR97-0137 (HAWAII CIRCUIT COURT)

**Arrest Report No:** F-19615

Back to Summary of Charges

## CHARGE 16 OF 19 TOTAL CHARGES                                                  Top

**Charge:** On 02/19/1997, subject was arrested by the HAWAII POLICE DEPARTMENT for SHOPLIFTING (HRS 708-0833.5) which is coded as being a MISDEMEANOR.

**Final Charge:** The final charge was THEFT 3 (HRS 708-0832) which is coded as being a MISDEMEANOR.

**Disposition:** On 06/09/1997, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 06/09/1997, SUBJECT WAS SENTENCED TO 30 DAY(S) CONFINEMENT.

**Case No:** 3P297-309 (HILO DISTRICT COURT)

**Arrest Report No:** F-19642

Back to Summary of Charges

## CHARGE 17 OF 19 TOTAL CHARGES                                                  Top

**Charge:** On 06/15/1995, subject was arrested by the HAWAII POLICE DEPARTMENT for LONGITUDINAL TRAFFIC LANE MARKINGS (HRS 291C-0038) which is coded as being a VIOLATION.

**Disposition:** On 06/15/1995, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 06/15/1995, SUBJECT WAS SENTENCED TO $75 FINE and 6 MONTH(S) PROBATION, to run CONCURRENTLY.

**Case No:** (no case #) (HILO DISTRICT COURT)

**Arrest Report No:** E-69099

Back to Summary of Charges

## CHARGE 18 OF 19 TOTAL CHARGES                                                  Top

**Charge:** On 06/15/1995, subject was arrested by the HAWAII POLICE DEPARTMENT for LONGITUDINAL TRAFFIC LANE MARKINGS (HRS 291C-0038) which is coded as being a VIOLATION.

**Disposition:** On 06/15/1995, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 06/15/1995, SUBJECT WAS SENTENCED TO $75 FINE and 6 MONTH(S) PROBATION.

**Case No:** (no case #) (HILO DISTRICT COURT)

**Arrest Report No:** E-69098

Back to Summary of Charges

## CHARGE 19 OF 19 TOTAL CHARGES                                                  Top

**Charge:** On 10/04/1992, subject was arrested by the HAWAII POLICE DEPARTMENT for CONSUME/POSSESS INTOXI LIQUID IN VEHICLE (HRS 291-0003.2) which is coded as being a PETTY MISD.

**Disposition:** On 11/17/1992, SUBJECT WAS FOUND GUILTY.

**Sentence:** On 11/17/1992, SUBJECT WAS SENTENCED TO $25 FINE.

062904

**Case No:** (no case #) (HILO DISTRICT COURT)
**Arrest Report No:** D-95766

Back to Summary of Charges

The attached criminal history information is being furnished based upon the descriptive information you have provided and not as the result of a fingerprint comparison. Therefore, there is no guarantee that this record concerns the person in whom you are interested. Further, the search is limited to conviction data maintained solely by the State of Hawaii. It does not necessarily include data maintained by the FBI or other states.

Because additions/deletions may be made at any time, a new copy should be requested when needed for subsequent use. Every effort is made to insure the accuracy of this information. Any disputes should be addressed separately with the Hawaii Criminal Justice Data Center.

062904