AFFIDAVIT OF BASILIO CRUZ

I Basilio Cruz do hereby affirm the following facts:

1. I reside on the island of Oahu in the State of Hawaii; My mailing address is P.O. Box 1528, Kaneohe, Hawaii, 96744

2. I am a friend of Ms. Alicia Veloria and have been for several years.

3. During the week of Ms. Veloria's trial in Hawaii Federal District Court in June of 2003, I had the occasion to spend a significant amount of time with her and her family.

4. Throughout the week of jury deliberations on the criminal charges against her, Ms. Veloria stayed with me and my family in Kahaluu, Oahu.

5. Beginning with Monday, June 9, 2007, each day I would drive Ms. Veloria to the Prince Kuhio Federal Building area to await a verdict in her case.

6. During the week of deliberations in Ms. Veloria's case, from 6/9/03 until the verdict on 6/13/03, I personally stayed with Ms. Veloria while she awaited a call from her defense lawyer.

7. During her jury's deliberations, Ms. Veloria insisted that she remain in the immediate area of the Prince Kuhio Federal Building with the intent of being physically present when her case was called.

8. During the week of deliberations, Ms. Veloria never received a call from Mr. Ling informing her of jury communications or a jury dispute. The only call I remember coming from Mr. Ling was on Friday, June 13, 2003, informing her that there was a verdict.

9. I accompanied Ms. Veloria into the courtroom to hear the verdict, after which she was taken into custody.

I affirm under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: 09-10-07, Hawaii, Kaneohe Hawaii

SIGNED: _____
Basilio Cruz Jr.

Subscribed and sworn to before me this 10th day of Sept. 2007

Notary Public, State of Hawaii Wendy-Lee P. Bruhn
My commission expires Oct 20 2010

LS

EXHIBIT 24