ORIGINAL

JAY T. KIMURA  2497
Prosecuting Attorney

SANDRA L. S. FREITAS  6151
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii  96720

Tel. No. 961-0466

Attorneys for State of Hawaii

IN THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
STATE OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII | ) | REPORT NO. F-80015/HL, etc. |
| vs. | ) ) | |
| ANN M. BARCENA, | ) ) | COMPLAINT |
| Defendant. | ) ) ) | |

COMPLAINT

COUNT I (F-80015/HL)

On or about the 13th day of December, 1998, in the
County and State of Hawaii, ANN M. BARCENA intentionally entered
or remained unlawfully in a building, the dwelling of JANET
SALAS located at 495 Waianuenue Avenue, #A216, with intent to
commit therein theft, a crime against property rights, and she
recklessly disregarded a risk that the building was the dwelling
of another, and the building was such a dwelling, thereby
committing the offense of Burglary in the First Degree, in
violation of Section 708-810(1)(c), Hawaii Revised Statutes, as
amended.

EXHIBIT 25 A

<u>COUNT II</u> (F-80021/HL)

On or about the 13th day of December, 1998, in the County and State of Hawaii, ANN M. BARCENA obtained or exerted unauthorized control over the property of another, ten (10) prescription pills (Lorcet) belonging to JANET SALAS, having a value which did not exceed $100.00, with intent to deprive JANET SALAS of the property, thereby committing the offense of Theft in the Fourth Degree, in violation of Sections 708-830(1) and 708-833(1), Hawaii Revised Statutes, as amended.

Dated:  Hilo, Hawaii,  _____12/14/98_____.

STATE OF HAWAII

By _____DEC 1 4 1998_____
SANDRA L. S. FREITAS
Deputy Prosecuting Attorney

-2-