JAY T. KIMURA   2497
Prosecuting Attorney

BRENDA L. CARREIRA   3655
Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, Hawaii  96720

Tel. No. 961-0466

Attorneys for State of Hawaii

THIRD CIRCUIT COURT
STATE OF HAWAII
FILED
99 FEB 11 PM 3:54
STACEY ENOKA
CLERK

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII | ) CR. NO. 99-002 |
| vs. | ) |
| ANN M. BARCENA, | ) AMENDED COMPLAINT |
| Defendant. | ) |

AMENDED COMPLAINT

COUNT I (F-80015/HL)

On or about the 13th day of December, 1998, in the County and State of Hawaii, ANN M. BARCENA intentionally entered or remained unlawfully in a building, the dwelling of JANET SALAS located at 495 Waianuenue Avenue, #C216, with intent to commit therein theft, a crime against property rights, and she recklessly disregarded a risk that the building was the dwelling of another, and the building was such a dwelling, thereby committing the offense of Burglary in the First Degree, in violation of Section 708-810(1)(c), Hawaii Revised Statutes, as amended.

EXHIBIT 25 B

<u>COUNT II</u> (F-80021/HL)

On or about the 13th day of December, 1998, in the County and State of Hawaii, ANN M. BARCENA obtained or exerted unauthorized control over the property of another, ten (10) prescription pills (Lorcet) belonging to JANET SALAS, having a value which did not exceed $100.00, with intent to deprive JANET SALAS of the property, thereby committing the offense of Theft in the Fourth Degree, in violation of Sections 708-830(1) and 708-833(1), Hawaii Revised Statutes, as amended.

Dated: Hilo, Hawaii, FEB 10 1999

STATE OF HAWAII

By _____[signature]_____
BRENDA L. CARREIRA
Deputy Prosecuting Attorney

-2-