6

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>THIRD CIRCUIT | GUILTY PLEA<br>NO CONTEST | CASE NUMBER<br>CR. NO. 99-002 | |
|---|---|---|---|
| STATE OF HAWAI'I VS. (Defendant)<br>ANN MARIE BARCENA | | POLICE REPORT | |
| | | DEFENDANT'S AGE<br>38 | EDUCATION: LAST GRADE COMPLETED<br>9 |
| CHARGE(s)<br>Count I: Criminal Trespass in the First Degree (reduced) | | MAXIMUM INDETERMINATE SENTENCE<br>1 YRS. | |
| | | MAXIMUM FINE<br>$2,000 | |
| | | EXTENDED MAXIMUM INDETERMINATE SENTENCE<br>N/A YRS. | |

1. I plead ☐ GUILTY ☒ NO CONTEST to the charge(s) indicated above.

2. My mind is clear. I have ~~not~~ me taken any pills or drugs or medicines or alcoholic drinks within the last 48 hours. I am not sick. I understand the English language. My age and education are indicated above. I have ~~never~~ me been under treatment for any mental illness.

3. I have received a written copy of the original charge in this case. My lawyer has explained the charges to me. I understand the original charge against me. I told my lawyer all the facts I know about the case. He/she discussed with me the government's evidence against me, and advised me of the facts which the government must prove in order to convict me and of the possible defenses which I might have.

4. My lawyer has also explained to me the reduced charge which the government has agreed to charge me with, instead of the original charge. (Applicable only if original charge has been reduced.)

5. ☐ I plead guilty because, after discussing all the evidence and receiving advice on the law from my lawyer, I believe that I am guilty.

   ☒ I plead no contest because, after discussing all the evidence and receiving advice on the law from my lawyer, I believe that it is better to put myself at the mercy of the court.

6. I know that I still have the right to plead not guilty and have a trial by jury or by the court in which the government will be required to prove me guilty beyond a reasonable doubt. I know that in a trial, I can see, hear and question the witnesses who may testify against me, I can call my own witnesses to testify for me, and I do not have to take the stand and testify if I do not wish to do so. I know that I have a right to a speedy and public trial. I know that by pleading in this matter, I am giving up my right to a trial and may be found guilty and sentenced without a trial of any kind. I plead in this manner because (give brief factual statement of what defendant did):

   I do not contest the reduced charge in Count I of the complaint, because I wish to take advantage of the plea agreement in this case.

7. My lawyer has told me about the possible maximum indeterminate sentence indicated above for my offense. He/she also explained to me the possibility of my indeterminate maximum term of imprisonment being extended and explained that I may have to serve a mandatory minimum term of imprisonment without possibility of parole.

8. I am pleading of my own free will. No one is putting any kind of pressure on me or threatening me or anyone close to me to force me to plead. I am not taking the rap or pleading to protect someone else from prosecution.

EXHIBIT 26

| ƎUILTY PLEA NO CONTEST (Continued) | CASE NUMBER<br>CR. NO. 99-092 |
|---|---|

9. I have not been promised any kind of deal or favor or leniency by anyone for my plea, except that I have been told that the government has agreed as follows: (If None, Write None)
SEE ATTACHMENTS A AND B.

I know that the court is not a party to, so that it does not have to recognize, any deal or agreement between the prosecutor and my lawyer or me. I know that the court has not promised me leniency.

10. I further state that (any further statements; if none, write "none"):
I reserve my statement for the time of sentencing.

11. I know that if I am not a citizen of the United States, a conviction for this or these offenses may have the consequences of deportation , exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.
I have been so advised.

12. I am signing this paper after I have gone over all of it together with my lawyer, and I am signing it in the presence of my lawyer. I have no complaints about my lawyer and I am satisfied with what he/she has done for me.

| DATE | DEFENDANT'S SIGNATURE |
|---|---|
| 05/21/99 | Ann Barcena |

## CERTIFICATE OF COUNSEL

As counsel for defendant and as an officer of the Court, I certify that I have read and explained fully the foregoing, that I believe that the defendant understands the document in its entirety, that the statements contained herein are in conformity with my understanding of the defendant's position, that I believe that the defendant's plea is made voluntarily and with intelligent understanding of the nature of the charge and possible consequences, and that the defendant signed the foregoing in my presence.

| DATE | ATTORNEY FOR DEFENDANT | SIGNATURE |
|---|---|---|
| 05/21/99 | MICHAEL M. EBESUGAWA<br>DEPUTY PUBLIC DEFENDER | M Ebesugawa |

I acknowledge that the indicated Judge questioned me personally in open court to make sure that I knew what I was doing in pleading guilty or no contest and understand this form before I signed it.

| NAME OF JUDGE DOING QUESTIONING | |
|---|---|
| RIKI MAY AMANO | THIRD CIRCUIT COURT<br>STATE OF HAWAII<br>HILO, HAWAII<br>FILED IN OPEN COURT |

| DATE | SIGNATURE OF DEFENDANT (To be Signed in Open Court After Questioning) | |
|---|---|---|
| 05/24/99 | Ann Barcena | AT O'CLOCK M.<br>MAY 24 1999 19<br>Clerk |

**STATE V. ANN MARIE BARCENA**, CR. NO. 99-092
CHANGE OF PLEA
ATTACHMENT "A"

---

9. I have not been promised any kind of deal or favor or leniency by anyone for my plea, except that I have been told that the government has agreed as follows:

   That in return for my plea to the reduced charge in Count I of the Complaint, the State will:

   1. Reduce the original charge in Count I from a class "B" felony to a misdemeanor;

   2. Move to dismiss Count II, Theft in the Fourth Degree;

   3. Agree that upon the revocation of my Deferred Acceptance of No Contest Plea (DANC) in Cr. No. 97-137, that I be sentenced to concurrent terms of probation; and

   4. Agree that the State will not seek more than six (6) months in jail as a condition of probation (I am free to ask for no jail) and, should jail be imposed, agree that I may be released under a Mutual Agreement Plan (MAP) to attend the Women's Way substance abuse program.

   Pursuant to this agreement, I agree to the revocation of my DANC and to resentencing in Cr. No. 97-137.

   I have been advised by my attorney that he has fully informed the Court of the plea agreement in this case, and pursuant to Rule 11 of the Hawai'i Rules of Penal Procedure, the Court has agreed to follow the plea agreement on condition that I abide by the terms and conditions set out in Attachment "B" to this form.

   I know that the Court is not a party to, so that it does not have to recognize, any deal or agreement between the prosecutor and my lawyer or me, except as provided above. I know that the Court has not otherwise promised me leniency.

# NOTICE TO DEFENDANT

TO: ANN M. BARRENA CASE NO(S). CR. 99-002

FROM: Judge Riki Amano DATE: 28 April 99

SUBJECT: RULE 11 COMMITMENT TO FOLLOW PLEA AGREEMENT

If you are entering guilty or no contest plea(s) in your criminal case(s) and you are relying on the Court's promise to follow the plea agreement you have with the State of Hawai'i, you are advised that the Court's promise is given ONLY if:

1. The plea agreement meets all legal requirements;
2. You appear for the pre-sentence interview with the Adult Probation Office;
3. You are present for sentencing at the date and time ordered by the Court; and
4. You change your plea on or before the court-ordered Trial ~~Readiness Conference~~ date. of May 24, 1999.

You should also know that:

(a) the Court is free to order any reasonable terms and conditions as part of the sentence;

(b) the commitment is made only by the judge named in this notice and does not bind any other judge;

(c) this Court's Rule 11 commitment is based upon information about you and this case provided by your lawyer and the State's lawyer (prosecutor); and

(d) if the information about you or this case is incorrect or changes before sentencing, or if any of the conditions above are not met, THE COURT WILL NOT BE BOUND TO THE PLEA AGREEMENT BUT YOU MAY STILL BE BOUND TO YOUR CHANGE OF PLEA.

NOTE TO COUNSEL: The original of this memorandum should be attached to the change of plea form along with the written plea offer from the State.

ORIGINAL

| STATE OF HAWAII<br>CIRCUIT COURT OF THE THIRD CIRCUIT | **JUDGMENT**<br>**GUILTY CONVICTION AND PROBATION SENTENCE**<br>NOTICE OF ENTRY | CASE NUMBER<br>CR. NO. 99-0002 |
|---|---|---|
| STATE OF HAWAII VS (DEFENDANT)<br>ANN M. BARCENA | | POLICE REPORT NUMBER<br>F-80015/HL |

**DEFENDANT'S PLEA**

☐ GUILTY ☐ NOT GUILTY ☒ NO CONTEST ☐ JURY VERDICT ☒ JUDGE FINDINGS

| ORIGINAL CHARGE | CHARGE TO WHICH DEFENDANT PLEAD |
|---|---|
| I: BURGLARY IN THE FIRST DEGREE<br>II: THEFT IN THE FOURTH DEGREE | I: CRIMINAL TRESPASS IN THE FIRST DEGREE (REDUCED) |

DEFENDANT IS CONVICTED AND FOUND GUILTY OF

I: CRIMINAL TRESPASS IN THE FIRST DEGREE (REDUCED)

**JUDGMENT AND SENTENCE OF THE COURT: PROBATION**

| TERM ONE YEAR | FINE |
|---|---|

SPECIAL CONDITIONS:

☐ RESTITUTION

☒ JAIL

☐ COMMUNITY SERVICE

☒ OTHER -- SEE TERMS AND CONDITIONS OF PROBATION

It is adjudged that the Defendant has been convicted and is guilty as stated above.

IT IS THE JUDGMENT AND SENTENCE of the court that the Defendant pay the fine/restitution indicated and is hereby placed on probation for the period stated above, commencing as of the date of this judgment, unless sooner discharged by order of the court, upon condition that the Defendant comply with all of terms and conditions of probation set forth in the attached document.

IT IS ORDERED that copies of this Judgment be delivered to the Adult Probation Division of this court, that a probation officer of this court take charge of and have supervision of the Defendant and instruct the Defendant regarding the terms and conditions of probation, and that the probation officer furnish the Defendant a copy of this Judgment.

| DATE SIGNED | JUDGE | SIGNATURE |
|---|---|---|
| 8-12-99, nunc pro tunc to 7-29-99 | RIKI MAY AMANO | [signature] |

**NOTICE OF ENTRY**

THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL PARTIES.

| DATE | CLERK |
|---|---|
| 8-12-99, nunc pro tunc to 7-29-99 | [signature] |

THIRD CIRCUIT COURT STATE OF HAWAII FILED
99 AUG 12 PM 2:48
CHARLENE K. OKAWA CLERK

DISTRIBUTION: ☐ ORIG. FILE, ☒ PROS. ☒ DEF. ☒ APD (3 CY), ☒ POLICE, ☐ DIVISION, ☒ JAIL (IF NEC.)