PERMISSION TO COPY DENIED, HRS 606-13, et al.

```
 1              IN THE CIRCUIT COURT OF THE THIRD CIRCUIT
 2                          STATE OF HAWAII
 3   _____
                                  )
 4   STATE OF HAWAII,             )
                                  )  CRIMINAL NO.
 5                                )  99-0-002
              vs.                 )
 6                                )  TRANSCRIPT OF
     ANN BARCENA,                 )  PROCEEDINGS
 7                                )
              Defendant.          )  ORIGINAL
 8   _____)
 9                    TRANSCRIPT OF PROCEEDINGS
10   before the Honorable RIKI MAY AMANO, Judge, Second
11   Division, presiding, on Tuesday, April 11, 2000.
12   RESENTENCING HEARING
13
     APPEARANCES:
14
     For the State of Hawaii            THARRINGTON TRUSDELL
15   Deputy Prosecuting Attorney        34 Rainbow Drive
                                        Hilo, Hawaii  96720
16
     For the Defendant                  MICHAEL EBESUGAWA
17   Deputy Public Defender             275 Ponahawai Street
                                        Room 201
18                                      Hilo, Hawaii  96720
19
20
21
22
23
     REPORTED BY
24   Audrey Tanouye, CSR 225
     Official Court Reporter
25   State of Hawaii
```

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

EXHIBIT 27A

22

PERMISSION TO COPY DENIED, HRS 606-13, et al.

1  and 303 days in 99-147.
2              MR. EBESUGAWA: 149, excuse me, Your Honor.
3  That's a typo.
4              THE COURT: Thank you, 149. I was looking
5  at the file too. Sorry. And it will be for the
6  periods enunciated in Mr. Ebesugawa's statements to the
7  Court just before -- during this session.
8              MR. EBESUGAWA: Your Honor, can we place an
9  oral Rule 35 on the record?
10             THE COURT: Yes.
11             Miss Barcena, I'll be thinking about you.
12 And I know that you can do good. So there are programs
13 there for you.
14             MS. BARCENA: Thank you.
15             (9:49 a.m.)
16                        --OoO--
17
18
19
20
21
22
23
24
25

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii