Benjamin J. Cayetano
Governor



ALFRED K. BEAVER, SR.
CHAIR

MARY JUANITA TIWANAK
MEMBER

LANI RAE SUISO GARCIA
MEMBER

MAX OTANI
ADMINISTRATOR

State of Hawaii
## Hawaii Paroling Authority
1177 Alakea St. Ground Floor
Honolulu, Hawaii 96813

No. _____

## NOTICE AND ORDER FIXING MINIMUM TERM(S) OF IMPRISONMENT

In the Matter of   BARCENA, ANN MARIE                           SSN   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

(a prisoner)

Having been convicted and sentenced, you are hereby notified that following a Hearing on August 21, 2000, it is the order of the Hawaii Paroling Authority that minimum term(s) of imprisonment is fixed as follows:

| Criminal Number & Offense | Circuit | Sentence Date | Maximum Sentence | Minimum Sentence |
|---|---|---|---|---|
| 97-149   FORGERY II, CT.1 | Third | 04/11/2000 | 5 Yrs  0 Mths  0 Days | 3 Yrs  0 Mths  0 Days |
|  |  |  | MIN EXPIR: | 06/12/2002 |
| 97-137   UNAUTHORIZED ENTRY INTO MOTOR VEHICLE, CT.2 | Third | 04/11/2000 | 5 Yrs  0 Mths  0 Days | 3 Yrs  0 Mths  0 Days |
|  |  |  | MIN EXPIR: | 03/28/2002 |
| 97-137   BURGLARY I, CT.1 | Third | 04/11/2000 | 10 Yrs  0 Mths  0 Day | 3 Yrs  0 Mths  0 Days |
|  |  |  | MIN EXPIR: | 03/28/2002 |

Total Minimums set by this Order:  3

BOARD RECOMMENDATIONS: That you participate in all programs made available and recommended by prison staff, i.e., substance abuse treatment, cognitive skills, and GED. Parole is subject to program success.

Dated: Honolulu, Hawaii, State of Hawaii,                    Monday, August 28, 2000

HAWAII PAROLING AUTHORTY

I do hereby certify that the foregoing is a full true and correct copy of the original on file.

_____                              _____
Chairman                                                Executive Secretary

I certify that a true and correct copy of this document was served to the prisoner on  8-29-00
by [X] Mail  [ ] Personal service

/s/ J. MACADANIA _____ Secretary
Signature and Title
Hawaii Paroling Authority
Agency

EXHIBIT 27 B