frequent there from time to time, and had spent the night there on occasion, but I never lived in the upstairs unit. A couple of months earlier, I lived in the downstairs unit, but had moved out, as you can tell from the police reports that it was basically empty. Upon my arrest, I did not give the officers 69 Mauna Loa St. as my home address; they assumed it and wrote it in their reports. . This house is in fact, two separate units. In the front of the house, there are two mailboxes, one for 69 Mauna Loa Street Unit A and the other for Unit B. Why did their informant not advise them that this house was two separate units? Why didn't Detective Sam Thomas realize this when he located the house on July 9th, the day before the search warrant was executed? Apparently, he had not observed the house very closely. For if he had, he would have known there were two units.

In Detective Samuel Thomas's affidavit for warrant on the house and the warrant itself, he acknowledges that there are other "unknown" occupants in the house besides me. My name will not be listed anywhere on the rental agreement for either the upstairs unit or the downstairs unit. I also would like to quickly point out that there was several other people's personal property that was located within the house. Namely [

] who also frequented the house.

According to Detective Sam Thomas's report (which seems to be the only complete report we have for the search of the house) they arrested Joseph Andres at 8:00 that morning. It appears they did not discover him at the execution of the warrant at 7:16. Zachary Smith and I were handcuffed upon their initial entry into the house, via the front unlocked door.

I would like you to do some checking into this, as I remember at least 6 officers being present in the little upstairs unit, and would like to know how it is that they "cleared" the house, when they obviously hadn't performed even a cursory search of the bottom unit. In light of this, I would especially like you to talk to Joseph Andres to find out whom else could have been down there that may have slipped out during this 45-minute window.

According to Detective Sam Thomas's report, during the search of the house, a Myles Kurashige attempted to purchase marijuana from Vice Officer Steven Correia, and was subsequently arrested under police report Number F-00940/Promotion of a Detrimental Drug. I would like you to review this report, if possible. I believe it shows that there may have been several people selling various drugs out of this house.

EXHIBIT 29 A