INTERNAL REVENUE SERVICE
DIRECTOR FREEDOM OF INFORMATION
OFFICE OF DISCLOSURE
1111 CONSTITUTION AVE., N.W.
WASHINGTON, D.C. 20224

ALICIA VELORIA, S.S. # 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, D.O.B 08/04/76.
FEDERAL MEDICAL CENTER CARSWELL
INMATE # 14144-006
P.O. BOX 27137
FORT WORTH, TX 76127

May 15, 2007


I am writing to request the following information pursuant to Title 5, United States Code, Sections 552, 552a:
All 302s and any documents (bearing the name ALICIA VELORIA or any that you have relating to her) and/or a debriefing that took place on 09/03/01 at the Prince Kuhio Federal Building in Honolulu, Hawaii, with Agents Jason Pa and Bernadette Reghi.

The information is sought for non-commercial purposes.

Please let me know if there are any duplication fees related to this request, however;

I request a waiver of any duplication fees related to this request for the following reasons:
I am incarcerated at the Carswell Federal Medical Center, and I earn .29¢ an hour.
I was previously considered "indigent" for the purposes of my federal trial and appeal.

If your agency denies this request in whole or in part, please specify the exemptions under Title 5, United States Code, Section 552 on which the denial is based.

I look forward to receiving a response to this request within twenty (20) working days, as required by statute.

Thank you for your assistance.

Respectfully submitted,


ALICIA VELORIA

EXHIBIT 30 A