

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

July 10, 2007

Alicia Veloria
Federal Medical Center Carswell
Inmate #14144-006
Fort Worth, TX  76127

Dear Ms. Veloria:

This is in reference to your Freedom of Information Act (FOIA) request dated June 6, 2007, and received in our office on June 12, 2007.  We are unable to respond to your request by July 10, 2007, which is the 20 business-day period prescribed by law.  We apologize for any inconvenience this delay may cause.  You may expect a response by September 10, 2007.  Since an administrative appeal is limited to a denial of records, it does not apply in this situation.  However, you may instead file suit after the statutory time period for response has lapsed.

The FOIA process is not an additional avenue of recourse during administrative tax proceedings; it merely provides access to existing records.  Extending the time period for our response to your request has no bearing on any ongoing tax matter such as the collection due process or an examination appeal.

## STATUTORY EXTENSION OF TIME FOR RESPONSE

In certain situations the FOIA allows us to invoke an additional ten-day statutory extension.  To respond to your request, we require additional time to search for, collect, and review responsive records from other locations.  Therefore, we have extended the statutory response date (after which you can file suit), to July 24, 2007 as provided for in the FOIA (5 U.S.C. 552(a)(6)(B)).

## ADDITIONAL EXTENSION OF TIME LIMIT

We realize we will be unable to locate and consider releasing the Internal Revenue Service records covered by your request by the expiration of the statutory period.  Therefore, we extended the response date to September 10, 2007, by which time we reasonably believe we can provide a final response to your request.

EXHIBIT 30 B

If you agree to this extension, no reply to this letter is necessary. If we subsequently deny your request, you still have the right to file an administrative appeal. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below. If you do not agree to an extension beyond the statutory period, and do not want to modify the scope of your request, you may file suit. See 5 U.S.C 552(a)(6)(C)(i), and 26 CFR 601.702(c)(12). You may file suit in the U.S. District Court where you reside or have your principal place of business, where the records are located, or in the District of Columbia.

You may file suit no earlier than July 24, 2007. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

> Commissioner of Internal Revenue
> Attention: CC:PA:DPL
> 1111 Constitution Avenue, NW
> Washington, D.C. 20224

## CONTACT INFORMATION

If you have any questions concerning this correspondence, you may contact Senior Disclosure Specialist Linda Barnes, ID # 36-08136, by phone at 312-566-3531 or by mail at Internal Revenue Service, Disclosure Office, 230 S. Dearborn St., Stop 7000CHI, Room 2820, Chicago, IL 60604. **Please refer to case number 04-2007-01655.**

Sincerely,

*Linda Barnes*

Linda Barnes
Senior Disclosure Specialist
Chicago Office