# Internal Revenue Service
# Criminal Investigation Division

# Memorandum of Interview



| | | | |
|---|---|---|---|
| **In Re:** | Alicia Veloria | **Location:** | IRS CID Room 2-183 |
| **Investigation #:** | 919730196 | | 300 Ala Moana Blvd. |
| **Date:** | September 3, 2001 | | Honolulu, HI |
| **Time:** | 11:00 a.m. | | 96813 |
| **Participant(s):** | Alicia Veloria, Interviewee | | |
| | Alex Silvert, Attorney, Federal Public Defender | | |
| | Thomas Brady, Assistant United States Attorney | | |
| | Jason K. Pa & Bernadette Reghi, IRS CID Special Agents | | |

### SYNOPSIS

1. That on the above date, time and place, AUSA Thomas Brady and IRS CID Special Agents Jason Pa and Bernadette Reghi met with Federal Public Defender Alex Silvert and his client Alicia Veloria.

2. That AUSA Brady explained to Veloria that the purpose of this meeting was to interview Veloria about her involvement and knowledge in drug trafficking and money laundering.

3. That AUSA Brady explained to Veloria that she needed to be truthful and that the interview would end if she provided false information. That Veloria said she understood.

4. That AUSA Brady and Agent Pa gave a proffer letter to Veloria and Mr. Silvert. That Veloria and Mr. Silvert read and signed the proffer letter.

67. That in 1999, Veloria did not have Mr. Peres transfer his ownership in the single story house at Hule'ia Road in Mountain View, on the Big Island of Hawaii to Ms. West because Ms. West was in poor health.

68. That in February 2000, Ms. West died in Alaska. That Mr. Wilkinson was the executor of the estate for Ms. West. That documents for the single story house at Hule'ia Road in Mountain View, on the Big Island of Hawaii might be somewhere in Ms. West's home in Alaska.

69. That in 2000 and 2001, Veloria rented out the single story house at Hule'ia Road in Mountain View, on the Big Island of Hawaii to other people, without Mr. Smith's permission. That Veloria used the rent money to pay for home insurance, property taxes and home repairs. That in 2001, Gary Matsuo collected the rent payments for Veloria.

Jason K. Pa
Special Agent

I prepared this memorandum on September 3, 2001, after refreshing my memory from notes made during and immediately after the interview with Alicia Veloria.

Jason K. Pa
Special Agent