**CONFIDENTIAL**

July 2, 2002

Dear Mr. Gurrero,

Yesterday evening you said you failed to see the importance of the two witnesses we were speaking of: Keau Miles and Myles Kurashige. Along with this letter you should also receive a fax of the page in my police report where Mr. Kurashige's name and report # is located. This report should be requested prior to trial, we might find something of value. The importance of the witness is this; our argument at trial needs to be that this was not MY house, but rather a place where I "crashed" as others did too. This should not be a hard argument to make seeing how several different peoples property was found and seized from the home. You should have a list that was forwarded from Silvert's files, but I will list those people who stayed there again. [

] The reason to call Kurashige as a witness would be to establish who was selling out of that house, how many people stayed there on a regular basis and so forth. If you never request that report, then we will never know what it includes.

Marlene Anduha (the renter) allowed her cousin Jessica to remain in the house. Which would account for the female clothing in bedroom #1. During their interviews with FPD investigator, both Carmen Anduha (Marlene's daughter) and Jessica Delima say that I was the one left with the house, so that Jessica did not have to accept any responsibility. Those two are family; of course they will try to place all of the heat on me, they have had nearly 5 years get their story straight. Although, the evidence log says they seized court papers of Jessica Delima and also I know that there were [

]

The property with all of these people's names on them was seized from several places in the house. Along with the items seized, there was a

[                        ] Keau Howlin Miles [

[                                                                                                    ]

                                                            Keau Miles.

Therefore, Keau Miles is not only a necessary witness for the incident that

EXHIBIT 31 B

took place at the park, but equally important in clarifying the

Also, you need to know that Marshall Kanehailua opened the truck door and began to rifle through the contents on the floor of the truck. At which point I bypassed Mitchell Kanehailua (brother to Marshall) and Manuel Bega, who had me positioned away from the truck and were blocking my view. I then walked around the truck and caught Marshall digging into the plastic bag and confronted him as to what he was doing searching through the contents when I clearly stated NO. Keau Miles was standing at the front of my truck the whole time and would have been able to provide clear and convincing evidence as to the "opening" of the closed door. A fact we were unable to prove at the suppression hearing without Keau Miles. At that time of the truck incident, I was represented by Attorney Brian Delima, and while being held, asked several times to call him, which I was refused. Which would be corroborated by Keau Miles and would constitute an illegal seizure of a person/property as I requested to leave several times.

With all of this said, please understand the importance of these details. There will be much more to come throughout the next couple of weeks.

Unfortunately this is it, the time is now.

Also, can you please send me the order of denial of the suppression motion? Does such a thing exist? I never received anything from Silvert showing the Mollway's denial of the suppression motion.

Sincerely,

*Alicia Veloria*

AliciaVeloria
(907) 333-4005 HOME NUMBER IS NOT DISCONNECTED!
(907) 227-3445 CELL