September 24th, 2003

Mr. King,

It is very important to me that you preserve all of the issues possible so that I may raise them on appeal.

I would also like to give you notice that I do not wish for an appeal to be filed in my name or on my behalf unless I have adequate time to review and agree with your submission.

I would like you to obtain for me copies of complete trial transcripts including Voir Dire and all side bar communications, as well as Mollway's in chambers interview with threatened juror (28 USC 753(b) Ct. reporters act).

Would it be possible for you to arrange a meeting with Rhonda Marcy, who is a paralegal in Alaska? She will be here somewhere in the middle of October. During my trial she sat with me at the defense table throughout all proceedings. She also prepared six motions on my behalf for trial, although Mr. Ling only filed one of them. Her telephone number is (907)376-2232.

In relation to my PSI, I would hope that you will be submitting some downward departures as well as an argument for safety valve. I would also hope that you will formulate a strong argument against the obstruction of justice on the grounds that their allegations are unsubstantiated as well as the fact that they come from a man who has 34 convictions.

I will be showing you documents [                    ] obtained from the Hilo courthouse. They are in relation to Ann Barcena/Pacheco and all of her many state charges and various suspicious sentences. I believe that one of my appeal issues will be that Mollway was without discretion to exclude Ann Barcena's many convictions for crimes of dishonesty.

I will also be giving you the only copies I have of school documents stating that I am on the Chancelor's Scholar's List at the University of Alaska Anchorage. I should be receiving my verification of my bachelor's degree shortly so that you may be able to submit them to the court for consideration. Note that these are my ONLY copies, please do not lose them.

Although you have stated that you do not believe I qualify for safety valve, I would like to discuss the possiblity of such as well as any supporting documents that may be necessary to obtain in order to strengthen our argument.

EXHIBIT 32 A