November 5, 2003

Dear Mr. King,

Thank you for your performance during my sentencing. My friends and family were very impressed with you ability to be pursuasive. Which, unfortunately, is a trait that my trial counsel did not possess.

According to my information, once we recieve the transcripts, we have 40 days to file our appeal, the gov. has 30 days to respond, and we have 14 days to respond to their response. The 9th circuit sent me an appeallant packet at my request.

I would like to once again, reiterate to you that I do not wish for my appeal to be filed unless I have had adequate time to review and agree with it. I am very concerned that it contains all of the issues. I understand that it MUST be based on the transcripts alone, however I was present throughout the trial and I believe that it is important that we communicate. Even if you were to contact Mr. Ling in regards to the issues, I'm sure he will not recall them as well as I do, as he has many other clients and issues on his mind.

Please give me the benefit of the doubt in criminal defendants and allow my involvement. This is my life, and I absolutely cannot spend the next seven years in prison.

On account of the fact that that "letter" was used against me both at trial and at sentencing, I have been thinking and I believe that I might have letters that Wallace Laukea wrote to me many, many years ago. I know that I should of thought of this before, especially in light of them using that letter against me at sentencing. I did tell Mr. Ling about their existance, however he said that we couldn't put up a defense on account of the "debriefing". Tell me what you think about that, surely it wouldn't hurt to send you the letters. Maybe they would help in a motion for my release pending appeal.

The letters that I am speaking of are handwritten, so they could easily be verified. That is, if you are willing to put forth the effort. They are somewhere in a box under my Dad's house on the Big. Island. I have been unable to get them because the court has restricted me from traveling there. I will ask that someone go and look for them. Do you think that they may help to show Molway that he should not be believed? Well, surely it depends on what they say. Which then depends on which ones have been kept, so we will see.

I'm going to call you this afternoon. Hopefully you can give me an idea as to when you might recieve my transcripts.

Will you send me copies of any and all character letters written on my behalf in regards to sentencing, please?

Also, will you know what facility I will be sent to? Do you have a way to track my movements so that you can get me my legal papers to me? I do not know what to expect other than the reality that I will have to go through San Bernedino and possibly Oaklahoma City.

When I say "adequate time" to review my appeal, i mean at least a day. I understand that 40 days is a very short amount of time but maybe you could send me your rough draft after around 20 days so that I know basically what you intend on including. However, if you are anything like me, then you are last minute and won't have a rough draft done by 20 days. Please, please, will you make a rough draft to have a rough draft prepared half way through.

Also, in light of the fact that I will likely be incarcerated throughout the entire appeallant process, I ask in advance that you refrain from requesting any continueances or extensions unless absolutely necessary. I understand that it may become necessary, and I do not want to jeporadize my appeal in any way, but please, i do not want to be in here any longer than I have to.

Thank You again for all of your time and attention.

Sincerely,
Alicia Veloria
Alicia Veloria
14144-006
fdc Honolulu
po box 30080
Honolulu, HI 96820

P.S. please excuse all of the errors, as this typewriter often has a mind of it's own! :)

Also * Can you see if you can locate the green folder and mail it to my little brother Adam Veloria
P.O. Box 846
Keaau, HI 96749

EXHIBIT 32 B