November 13th, 2003

Dear Mr. King,

I have been spending a considerable amount of time reviewing various documents
in relation to Ann Barcena (gov. witness against me) and it has come to my
attention that there are many inconsitencies in her "rap sheet" as well as
a false statement (supported by evidence which I have in my possession) which
was made to the grand jury on July 8, 1998.

I am hoping that you will pay me a visit so that we can go over these things.  I
will enclose a copy of her rap sheet with my notes on it, but I will need to
show you the other docuumnets in person.  I had [                    ] pull
some court documents from Barcena's various charges and have put together
a timeline showing her many arrests prior to and around the time she provided
the gov. with information regarding me as well as the date which I was indicted.

As you will see, all of her charges are state charges.  However, it appears that
she recieved "very lenient" sentences on many occasions and continued to commit
crimes having been sentenced for a third time on some of the charges.

There are many things which confuse me at this point and I will be sending [     ]
to get copies of additional disposions as soon as I figure out what we can do
with them.  If you would take a look at the enclosed OBTS report at charges
# 1, 9 and 10 you will note that the "disposition date" is BEFORE the arrest
date.  How is this possible?  It would seem to me that someone may have altered
her record.  I can understand one or two errors, but there is clearly something
behind this.  Also I wonder why the photo shown was taken on 5/18/03 when she wasn't
arrested on that date, at least this record does not reflect an arrest.  I believe
this is important becase my original trial date was on 5/28/03, just 10 days
after this photo.  I believe she may have been arrested so that the gov.
could have her in their custody and under their influence so that they could
secure her testmony as well as her sobriety.

I would like for you to pickup the court documents that I have and make copies
of them for your own personal use.  The cost would be too great for me to copy
them for you.  The FDC policy allows for me to hand you documents provided they
can view them for content.  I would hope that you would get them back to me

EXHIBIT 32 C

within a timely manner to ensure I am able to take them with me when I am
shipped to the mainland.

Please accept my apologies for the last minute change of "designation request". I
hope it didn't interrupt your schedule, it was irresponsible of me not to have
planned for that request in advance. I think my mind went ████████ blank upon
hearing the 8 year and 1 month sentence.

I am considering having [                        ] hire a P.I. to look into and dig
up all available documents in refenrece to Ann Barcena's criminal and civil
records. Would there be any reprocussions to this? I would like to discover
how charge # 8 which began as a Burglary 1 and theft 4, turned into a criminal
tresspass- a petty misdemeanor. I have the charging sheet and the name of the
vistim in this case. Do the state prosecutors have to provide any explanation
when they significantly reduce criminal charges?

Where I am going with all of this is that the gov.'s witness lied on the stand,
under oath during my trial saying that she has never recieved any considerstion
or benefit from cooperation and providing favorable testimony to the gov.
When Mr. Ling asked her about the "charges in 1997" and how she was able to
get them reduced or not prosecuted she simply said that the state just
dropped them or something to that effect. In fact, they weren't dropped.
Mr. Ling was afraid to further cross examine her on that issue on account of
Mollways rulings as well as the fact that he was trying to avoid "opening the
door" to the debriefing report coming into evidence.

Ok, I am sure that is enough rambling on. I think I could explain everything
better in person. I understand that my appeal has to be based on the record
as it stands, however these are things that we wern't allowed to put in the
record because Mollway excluded Barcena's crminal convictions.

Thank you for your time, I look forward to seeing you.
Sincerely,


Alicia Veloria