Alicia Veloria  #14144-006
Dublin Federal Prison Camp
5675 8th St. Camp Parks
Dublin, Ca 94568

April 1st, 2004

Dear Mr. King,

I have been reviewing the transcripts from the first two days of my four day trial. I have come across many instances where Judge Mollway admonished Mr. Ling for not being prepared or for not advocating for the best interest of his client. I hope that they will help to set the stage for IAC on direct appeal. If you feel that that would be a useful arguement for appeal.

In addition to the above concern, I would also like to inquire as to whether I can petition the court for the return of my 1984 Ford Ranger that was seized in 1996. I also had a large amount of jewelry that was seized in relation to the count for which I was accquitted of. If I understand correctly, I have one year to raise this issue. If it is your position that you cannot request the return of these items, can you please send me a written response explaining why. I understand that these items were taken nearly 7½ years ago, but I was accquitted of that count.

[                                                                        ]

Thank you for your time. I would appreciate hearing back from you on these matters. I also welcome any additional comments that you may have in relation to the preparation of my appeal.

Sincerly,

*Alicia Veloria*
Alicia Veloria

EXHIBIT 32 D