Alicia Veloria
Reg. # 14144-006
5675 8th St. Camp Parks
Dublin, California 94568

May 22, 2004

Samuel King
735 bishop Street Suite #304
Honolulu, Hawaii 96813

Dear Mr. King:

I trust that by the time you recieve this letter, you will have had adequate time to read my transcripts in their entirety, and will have discovered the many constitutional errors contained within them. I am very concerned regarding your comment that you hadn't come across any issues to raise on direct appeal.

At the time you made that comment, you had only read through "half" of the transcripts. I am hoping that your evaluation will change upon looking at the totality of my case. I do not wish to forego my direct appeal. Under no circumstances will I waive my right to appeal any of the issues expressed or implied throughout my trial.

The Sixth amendment to the Constitution guarantees that; In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury...to be informed of the nature an cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

Undoubtedly, you have to admit that I did not recieve a "speedy trial", although some of the 2 years and eight month delay was due to the Defense, the near four year pre-indictment delay should be a cause for concern. I also have the State District and Circuit court orders of "dismissal" for these same offenses. I stood accused of these charges for 7 years. If you really sunk your teeth into this issue, I'm sure you could make something out of it for appeal.

...by an impartial jury - It seems to me that my jury was no longer able to remain impartial after the "heated arguement" and threats which occurred in the deliberation room. Judge Mollway failed to interview the second juror involved in the arguement as well as the entire panel to see if they could still remain impartial and hold to their beliefs although the atmosphere may have been tense. Moreover, Judge Mollway instructed Mr. Kuramoto to lie to the other jurors if they asked where he had been.

...to be confronted with the witnesses against him. In reading my transcripts, it has become evident that both of the governments civilian witnesses were able to come through cross examination completely unscathed, because Mr. Ling was concerned with the prospect of "opening the door" to a debriefing statment which should have been suppressed in the first place. Neither of the two witnesses admitted that they even had a "hope" of benefit, which should have at the very least, been exposed. Ann Barcena had been arrested a mere 2 weeks before my trial for a theft/ shoplifting charge, had a theft from 12/02 still pending against her and was on probation for several

EXHIBIT 32 E

serious felony charges. Still, Mr. Ling didn't even try to expose these "convictions for crimes of dishonesty". Mr. Ling didn't even ask her if she was under the influence of drugs, legal or illegal at the time she testified against me.

...to have compulsory process for obtaining witnesses in his favor. My counsel did not subpoena anyone in my defense. He will likely say that this is because we were hamstrung in our defense because "any defense witness" would have triggered the alleged debriefing statement. Although, I still would have wanted witnesses available had Judge Mollway ruled in our favor.

Which leads me to my Sixth amendment right to have the Assistance of Counsel. I believe that my transcripts show an overall lack of preparation on the part of Mr. Ling. If necessary, I can point to specific instances where his lack of preparation resulted in the failure to raise objection and preserve the record for appeal. In addition, there are several instances where Judge Mollway admonished Mr. Ling for not doing his job, or not being prepared. Mr. Slivert's incorrect advice regarding the proffer agreement resulted in an overwhelming obstacle throughout trial.

I am including copies of portions of my transcript that deserve attention. It is obvious that I didn't put up a defense, whether due to fear of "opening the door" or on account of Mr. Lings lack of preparation. Now, it is your job to clear this up- and it can be done with a lot of hard work and research.

You represent me...Not the Government, not Mr. Ling and not the half- ass H.P.D. officers who were involved in this case. All I have ever needed in this case is an attorney who would fight. You are not simply dealing with papers with legal terms on them. YOU HAVE MY LIFE IN YOUR HANDS!

You know that I am going to keep fighting, not for a sentence reduction either. I want a new trial free from constitutional errors. The question is...what are you going to do?

Respectfully Submitted


Alicia Veloria