Alicia Veloria
Reg# 14144-006
5675 8th St. Camp parks
Dublin, CA 94568

August 5th, 2004

Dear Mr. King,

Now that we are clear that we do, in fact have a deadline of August 27th 2004. I want you to again request that we be given an extension until the requested 9/17/04 deadline.

I have repeatedly asked you to see a draft of what it is that you propose that will serve as my appeal. I have yet to receive one correspondence from you. This is very serious to me. This is my life!

You have at least agreed that Mr. Brady did, in fact state that one of his witnesses would testify to something that they DID NOT ever say; not in statement, nor in grand jury testimony and in fact, directly contradicted Brady by testifying during trial that she (Barcena) did not know when the "defendant's house" was raided. So what is your arguement? Where is it? Can I at least see it, and agree with it before it is submitted? Or is that too much for a appellant to ask?

You received my transcripts in their entirety on April 16th of this year, nearly four months ago, which is plenty enough time for you to come up with something. Yeah, sure, maybe all of my "issues" will be denied, but at least then, I can move on to a 2255 knowing I did my best.

Enclosed you will find a list of potential issues, which I'm quite sure that you will find entertaining and scoff at every one of them. However, you yourself said that there is always the "Spring of hope", and as long as they do not hamper my potential 2255 issues, then there is no harm in bringing them forth.

All I'm asking for is that you represent me the way you would want someone to represent you.

Please get the requested extension, I need more time to get you the rest of my proposed appeal, hopefully in its entirety.

I look forward to receiving some "legal mail" that my help me to understand what your plans are regarding my appeal.

Respectfully submitted,


Alicia Veloria

EXHIBIT 32 G