Alicia Veloria
Reg. # 14144-006
5675 8th St. Camp Parks
Dublin, Ca 94568

Samuel P. King
735 Bishop St. Suite 304
Honolulu, HI 96813

September 13, 2004

Dear Mr. King:

Enclosed you should find : NOTICE OF MOTION AND MOTION FOR STAY PENDING APPEAL AND PROPOSED ORDER, MEMORANDUM IN SUPPORT OF RELEASE PENDING APPEAL and DECLARATION OF DEFENDANT-APPELLANT ALICIA VELORIA.

I have certified copies of both of the exhibits you will find attached to the memorandum. I have certified docket sheets from the State of Hawaii in relation to both of the times I was charged in relation to this same case.

I would like you to file this appeal in District court, so that I can make such a request in the 9th Circuit at the time my appeal is filed.

I have yet to recieve a proposed appeal brief from you, although my due date was over 2 weeks ago on August 27th, 2004. You have represented me now for over a year and previously agreed to allow me to review my appeal prior to it being filed in the 9th Circuit. I am very serious about being able to review and agree with the issues. Again, this is my life, and I was given a significant sentence for a small amount of cocaine base after an unfair trial.

The appeal brief that I have been working on with help from friends in Alaska should be finished soon. I hope that you will review it and contact me, here at the prison to discuss any proposed changes. If you do not agree with the issues that will be raised and refuse to file it, then I respectfully ask that you withdraw from my case and file the brief on my behalf PRO SE.

Again, the telephone number here is (925) 883-7500 and there are several staff members who are supposed to allow inmates "legal calls". I have recently learned that the easiest way for you to get someone on the phone to give me a call is to dial the ext # 400. This will ring the "secretary's office" where the unit staff seem to congregate for most of the day. Following is a list of the names of the staff who may grant me a legal call:  
1) Mr. Kubitz
2) Ms. Boyntin
3) Ms. Taylor
4) Mr. Orla
5) Mr. Powers
6) Mr. Cook

Mr. Kubitz is the Dublin Camp administrator, and has indicated to me that "legal calls" are given when an attorney expresses the importance of such.

I am going to await a call from you to discuss the brief when you receive it.

Respectfully submitted,


Alicia Veloria

EXHIBIT 32 H