No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff-Appellee,　　)　　　DC No. Cr. 00-00145-SOM
　　　　　　　　　　　　　　　　)　　　District of Hawaii, Honolulu
　　　　　　vs.　　　　　　　　　)
　　　　　　　　　　　　　　　　)
ALICIA VELORIA,　　　　　　　　)　　　APPEAL FROM THE JUDGMENT IN A
　　　　　　　　　　　　　　　　)　　　CRIMINAL CASE, FILED NOVEMBER 3, 2003
　　　　Defendant-Appellant.　 )
_____　)

DEFENDANT-APPELLANT'S RESPONSE
TO MR. KING'S MOTION TO WITHDRAW AS COUNSEL ON APPEAL,
TO EXTEND TIME TO FILE OPENING BRIEF
AND TO SUPPLEMENT THE RECORD ON APPEAL

DECLARATION OF ALICIA VELORIA

CERTIFICATE OF SERVICE

ALICIA VELORIA, Pro Se
Registration No. 14144-006
FEDERAL PRISON CAMP
5675 8th Street-Camp Parks
Dublin, California  94568

EXHIBIT 33

No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


UNITED STATES OF AMERICA,    )
                               )
     Plaintiff-Appellee,   )     DC No. Cr. 00-00145-SOM
                               )     District of Hawaii, Honolulu
  vs.                        )
                               )
ALICIA VELORIA,            )     APPEAL FROM THE JUDGMENT IN A
                               )  CRIMINAL CASE, FILED NOVEMBER 3, 2003
     Defendant-Appellant.  )
                               )


**DEFENDANT-APPELLANT'S RESPONSE
TO MR. KING'S MOTION TO WITHDRAW AS COUNSEL ON APPEAL,
TO EXTEND TIME TO FILE OPENING BRIEF
AND TO SUPPLEMENT THE RECORD ON APPEAL**


     ALICIA VELORIA, Defendant-Appellant herein, responds to Mr. King's Motion to Withdraw as Counsel on Appeal, to Extend Time to File Opening Brief and to Supplement the Record on Appeal. Defendant-Appellant also requests for Appointment of New Counsel and an Extension of Time to Allow New Counsel to review her case and to prepare and file a timely brief.   Defendant-Appellant's Response and Request are based on her attached Declaration.

     DATED:  Dublin, California, October 13, 2004.


                                         _____
                                         ALICIA VELORIA, Pro Se
                                         Defendant-Appellant
                                         Registration No. 14144-006

No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff-Appellee,        )          DC No. Cr. 00-00145-SOM
                                   )          District of Hawaii, Honolulu
    vs.                            )
                                   )
ALICIA VELORIA,                    )          APPEAL FROM THE JUDGMENT IN A
                                   )          CRIMINAL CASE, FILED NOVEMBER 3, 2003
        Defendant-Appellant.       )
_____)

DECLARATION OF ALICIA VELORIA

    I, ALICIA VELORIA, declare and say:

    I am the Defendant-Appellant in the above-entitled case.

    I am a person in federal custody at the FEDERAL PRISON CAMP,
5675 8th Street-Camp Parks, Dublin, California, 94568, since January
13, 2004.

    Sometime in September of last year, Mr. King was appointed
to be my attorney of record for my appeal.

    On October 8, 2004, I received Mr. King's Motion to Withdraw
as Counsel on Appeal, to Extend Time to File Opening Brief and to
Supplement the Record on Appeal, and upon receiving it, I am compelled
to respond with an explanation as to why the circumstances are as
they are.

    Throughout last year, Mr. King repeatedly assured me that
prior to filing my Opening Brief with the Ninth Circuit, he would
provide me with a copy and allow me adequate time to review it prior
to it being filed.

I have spent a considerable amount of time and effort trying to shed light on various avenues that might be worthwhile to pursue on direct appeal.  Upon verbalizing my ideas to him, Mr. King's responses have always been:  "That's a loser!" or "It's not developed enough on the record." and ultimately "You blew all of your issues." Mr. King has consistently maintained that the only issue I can effectively raise on direct is under Blakely.

Although I am not a legal scholar by any means, I am not persuaded by his remarks.  I do not believe that he has done any research into the pivotal issues that arose throughout my trial.  During my trial, Judge Mollway expressed difficulty in her decisions that were in seemingly "unchartered territory."  I find it hard to believe that Mr. King is unaware of a strategic way to bring forth these issues on direct appeal rather than a motion under §2255.  At one point, he even advised me that I would be better off foregoing my direct appeal and pursuing relief under a §2255 Motion.

It was not until October 8, 2004, did I receive the first and only written communication from Mr. King, which included a Motion to Withdraw, together with a partial brief.  This brief appears only to have been written to justify his sitting on my transcripts since April 16, 2004, without having prepared a brief.

With my appeal over 45 days overdue and a Default Notice served, Mr. King responded with a Motion to Withdraw as Counsel on Appeal unable to comply with the Default Notice and implicating that I am the one responsible for his failure to prepare and file a timely brief.

I would like it to be known that the only reason I have insisted that Mr. King not file anything on my behalf is because he has not

2

once given me any indication, verbally or in writing, of any issues
he would raise.  In light of this, I felt it necessary to seek help
in preparing a brief on my own so that (1) he did not file a frivolous
brief in my name, on my behalf and (2) any and all constitutional
errors occurring during my trial will be brought forth and preserved
for further proceedings.

In May, at the time of Mr. King first Motion for an Extension
of time to file my Opening Brief, I had asked him both verbally and
through written correspondence to send me draft of what arguments
or issues he would be raising.  Although there were two additional
motions for extensions of time, only now have I been afforded the
opportunity to view Mr. King's "partial brief".

Mr. King clearly stated that he sees no viable issues and, in
his opinion, none of the caselaw and arguments that I have provided
him would be persuasive to this court, although he affords me no
explanations as to why.

I know that my trial was riddled with constitutional errors,
and that these errors can be brought forth in such a way that would
not bar them from being raised in a subsequent §2255 Motion.  My
appeal will contain some "first impression issues" that Mr. King
has continually dismissed because he did not want to invest the
necessary time in researching similar litigations.

Mr. King takes it upon himself to predict that valid issues
in my case supported by caselaw will not be deemed worthwhile by
this court.  If my case were to rise or fall on the merits of all
legal work filed in my name, then I would like to have my ideas and
research contained therein.

Since there have been several extensions and a default notice,

3

it is important that this honorable court deny Mr. King's request for a "stay of the appeal pending the outcome in Fanfan and Booker."

I seek this Court's indulgence and respectfully request that it grant an extension for a reasonable and adequate time to allow new counsel to review this case, preferably one from the San Francisco Bay Area to afford the possibility of having physical access to me at the Dublin Federal Prison Camp. I also ask that new counsel be appointed as soon as possible to prevent any further delay on my behalf.

I, ALICIA VELORIA, Defendant-Appellant herein, make this Response to be true and correct to the best of my knowledge and belief under the penalty of perjury.

DATED: Dublin, California, October 13, 2004.

_____
ALICIA VELORIA, Pro Se
Defendant-Appellant
Registration No. 14144-006

4

No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,          )
                                   )          D.C. No. Cr. 00-00145-SOM
        Plaintiff-Appellee,        )          District of Hawaii, Honolulu
                                   )
        vs.                        )          APPEAL FROM THE JUDGMENT IN A
                                   )          CRIMINAL CASE, FILED NOVEMBER 3, 2003
ALICIA VELORIA,                    )
                                   )
        Defendant-Appellant.       )
_____)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendant-
Appellant's Response, Declaration and Certificate of Service is
mailed to the following parties at their respective addresses:

SAMUEL P. KING, JR.               THOMAS BRADY
Attorney-at-Law                   Assistant U.S. Attorney
735 Bishop Street                 300 Ala Moana Boulevard
Suite 304                         Room 6200
Honolulu, Hawaii 96813            Honolulu, Hawaii  96850

DATED:  Dublin, California, October 13, 2004.


                              _____
                              ALICIA VELORIA, Pro Se
                              Defendant-Appellant
                              Registration No. 14144-006