```
         Alicia Veloria
         Reg. # 14144-006
       5675 8th St. Camp Parks
       Dublin, California 94568
```

Shawn Luiz
810 Richard St. Suite 800
Honolulu, HI 96813

December 27th, 2004

Dear Mr. Luiz:

I am sending you a copy of my proposed brief. It has been written in part, by a paralegal in Alaska. I have asked that they send you a copy of it with the corrections I sent to them two months ago, although they have yet to send it.

This evening I have neither the time nor the energy to go through and manually write in all of the changes. I suspect that you will be receiving an edited copy along with a disk, sometime within the next couple of weeks.

In the event that you wish to contact the individual who has compiled this brief on my behalf, his information is as follows:

          Don Hart           (tel. # (907) 376-2232)
          P.O. Box 3771
          Palmer, AK  99645

I would greatly appreciate it if you would attempt to contact me, here at the prison, once you have had an opportunity to read this. There are staff members here who would be able to give me a "legal call" if you were to contact them and communicate the necessity of such a call. The main line to the prison is (925) 833-7500 and you could ask to speak with:  Mrs Rodrigues
        Mr. Orla
        Mr. Kubitz
Right now, the B.O.P is in the process of downsizing so there have been some changes in the "Unit Team" here. At this time, I do not know who my specific counselor will be, although I assure you that if you are persistent, they will let you talk to me.

I am in the <u>Dublin Camp</u>, and sometimes the easiest way to speak to someone in person rather than always getting someones voicemail, is ext. 400.

Thank you for you time. I look forward to hearing from you and making some progress in my appeal.

Sincerely,


Alicia Veloria

EXHIBIT 34