IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 08-00019 SOM/BMK |
| | ) | CR. NO. 00-00145 SOM |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| | ) | |
| ALICIA VELORIA, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF COUNSEL

THOMAS J. BRADY, upon penalty of perjury, declares and states as follows:

1. I am an Assistant U.S. Attorney in the District of Hawaii and counsel of record representing the United States in the above-entitled criminal case. I make this Declaration of my own personal knowledge.

2. On January 9, 2008, the Government was served with Defendant VELORIA's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence wherein she seeks to vacate her conviction and remand for a new trial. In support of her request, VELORIA has alleged ineffective assistance of several of her former counsel as well as her former appellate counsel.

3. It is the Government's intention to send copies of Defendant's instant motion to former counsel(s) and request that they prepare declarations in this matter. Given the Defendant's allegations, the Government submits that good cause exists, based

upon the appended Memorandum of Law, for this Court to find a waiver of attorney-client privilege herein.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RELIEF.

DATED: Honolulu, Hawaii, January 9, 2008.

    /s/ Thomas J. Brady
THOMAS J. BRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 08-00019 SOM/BMK |
| | ) | CR. NO. 00-00145 SOM |
| | ) | |
| Plaintiff, | ) | ORDER FINDING WAIVER OF |
| | ) | ATTORNEY-CLIENT PRIVILEGE WITH |
| vs. | ) | RESPECT TO DEFENDANT'S INSTANT |
| | ) | MOTION UNDER 28 U.S.C. § 2255 |
| | ) | TO VACATE, SET ASIDE, OR |
| ALICIA VELORIA, | ) | CORRECT SENTENCE |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S INSTANT MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Above-named Defendant has filed on December 26, 2007, in the above-referenced case, her motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.  Defendant's former counsel was Alexander Silvert, First Assistant Federal Public Defender.  Defendant's appointed defense counsel at the time of trial in the criminal case was Winston D.M. Ling.  Defendant's appointed defense counsel at the time of sentencing was Samuel P. King, Jr.  Defendant's appellate counsel was Shawn Luiz. Defendant has lodged in her motion a claim of "ineffective assistance of counsel" for allegedly failing to adequately prepare for trial as well as her sentencing hearing.  Defendant has also alleged ineffective assistance of her appellate counsel.

The United States has moved this Court to issue an Order which finds that as a matter of law, Defendant has waived attorney-client privilege.

Good cause appearing therefor, it is hereby ordered that the above-named Defendant has waived the attorney-client privilege with respect former counsel Alexander Silvert, trial counsel Winston D.M. Ling, defense counsel during sentencing Samuel P. King, Jr., as well as appellate counsel Shawn Luiz concerning all matters associated with Defendant's allegations in her motion to vacate, set aside, or correct sentence.

DATED: _____, 2008, at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
United States District Judge

United States v. Alicia Veloria
Civ. No. 08-00019 SOM/BMK
Cr. No. 00-00145 SOM
Order Finding Waiver of Attorney-Client Privilege with Respect to Defendant's Instant Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence

**CERTIFICATE OF SERVICE**

   I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by U.S. Mail:</u>

Alicia Veloria             January 10, 2007
Reg. No. 14144-006
Federal Medical Center, Carswell
P. O. Box 27137
Ft. Worth, TX 76127

Pro Se Defendant

   DATED: January 9, 2008, at Honolulu, Hawaii.

               /s/ Shelli Ann H. Mizukami