EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY  #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 08-00019 SOM/BMK |
| | ) | CR. No. 00-00145 SOM |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| v. | ) | EXTENSION OF TIME TO FILE |
| | ) | RESPONSE TO DEFENDANT'S MOTION |
| ALICIA VELORIA, | ) | UNDER 28 U.S.C. § 2255 TO |
| | ) | VACATE, SET ASIDE, OR CORRECT |
| | ) | SENTENCE BY A PERSON IN |
| Defendant. | ) | FEDERAL CUSTODY |
| _____ | ) | |

GOVERNMENT'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Plaintiff United States of America, through the attorney of record, hereby moves this Court for a one (1) month extension of time to file its response to Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence

by a person in Federal custody.  Hence, Government's response would be due March 6, 2008.  This motion is made pursuant to Rules 35 and 45 of the Federal Rules of Criminal Procedure and Local Rules 6.2 and 7.10.  In support of this motion, the Government states the following:

1. On January 9, 2008, the Government received this Court's Order issued the same day directing the Government to file it's response to the above-entitled matter by February 6, 2008.  At the time of the Court's order, the attorney for the Government is preparing for a five (5) defendant, multiple homicide trial set for February 12, 2008 before this Court in the matter of <u>United States v. Kai Ming Wang et al.</u>, Cr. No. 06-00080 SOM.

2. As part of the allegations of Defendant's 208-page motion includes "ineffective assistance of counsel" claims, on both the district and circuit level, the Government needs to order the sentencing transcripts as well as file a motion for an order waiving the attorney-client privilege in order to properly address the allegations of "ineffective assistance of counsel."

3. It appears that Veloria is alleging ineffective assistance of counsel on the part of at least four prior counsel.  I have yet to speak with prior defense counsels and appellate counsel in this matter and suggest that they start to prepare a declarations in this matter.  However, without an order waiving the attorney-client privilege the attorneys will be reluctant to submit anything absent this Court's order finding a waiver of the attorney-client privilege.

      For the foregoing reasons, Plaintiff-Appellee respectfully move this Court for an additional one (1) month extension of time to file its response.

      DATED: January 9, 2008, at Honolulu, Hawaii.

                              Respectfully submitted,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By <u>/s/ Thomas J. Brady</u>
                                 THOMAS J. BRADY
                                 Assistant U. S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by U.S. Mail:</u>

Alicia Veloria                                             January 10, 2007
Reg. No. 14144-006
Federal Medical Center, Carswell
P. O. Box 27137
Ft. Worth, TX 76127

Pro Se Defendant

      DATED: January 9, 2008, at Honolulu, Hawaii.

                                              <u>/s/ Shelli Ann H. Mizukami</u>