IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 08-00019 SOM/BMK |
| | ) | CR. NO. 00-00145 SOM |
| Plaintiff, | ) | ORDER FINDING WAIVER OF |
| | ) | ATTORNEY-CLIENT PRIVILEGE WITH |
| vs. | ) | RESPECT TO DEFENDANT'S INSTANT |
| | ) | MOTION UNDER 28 U.S.C. § 2255 |
| | ) | TO VACATE, SET ASIDE, OR |
| ALICIA VELORIA, | ) | CORRECT SENTENCE |
| | ) | |
| Defendant. | ) | |

ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S INSTANT MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Defendant Alicia Veloria has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. Defendant's former counsel was Alexander Silvert, First Assistant Federal Public Defender. Defendant's appointed defense counsel at the time of trial in the criminal case was Winston D.M. Ling. Defendant's appointed defense counsel at the time of sentencing was Samuel P. King, Jr. Defendant's appellate counsel was Shawn Luiz. Defendant has lodged in her motion a claim of "ineffective assistance of counsel" for allegedly failing to adequately prepare for trial as well as her sentencing hearing. Defendant has also alleged ineffective assistance of her appellate counsel.

The United States has moved for an order stating that as a matter of law, Defendant has waived attorney-client privilege.

Good cause appearing therefor, it is hereby ordered that the above-named Defendant has waived the attorney-client privilege with respect to former counsel Alexander Silvert, trial counsel Winston D.M. Ling, defense counsel during sentencing Samuel P. King, Jr., as well as appellate counsel Shawn Luiz concerning all matters associated with Defendant's allegations in her motion to vacate, set aside, or correct sentence.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 10, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Alicia Veloria; Civ. No. 08-00019 SOM/BMK
Cr. No. 00-00145 SOM; Order Finding Waiver of Attorney-Client Privilege with Respect to Defendant's Instant Motion Under
28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence