IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALICIA VELORIA, | ) | CRIM. NO. 00-00145 SOM |
| | ) | CIV. NO 08-00019 SOM/BMK |
| Petitioner, | ) | |
| | ) | ORDER GRANTING THE |
| vs. | ) | GOVERNMENT'S MOTION TO EXTEND |
| | ) | TIME TO FILE A RESPONSE TO |
| UNITED STATES OF AMERICA, | ) | THE PETITION |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER GRANTING THE GOVERNMENT'S
MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE PETITION

Alicia Veloria filed a petition under 28 U.S.C. § 2255, asking this court to vacate, set aside, or correct her sentence. See Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody at (filed nunc pro tunc Dec. 26, 2007) ("Petition"). Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, this court has ordered the Government to file an answer, motion, or other response to the Petition no later than February 6, 2008.

On January 9, 2008, the Government moved for additional time to file an answer, motion, or other response to the Petition. The Government requests extra time because Veloria's Petition is 207 pages in length and raises 49 points of error; because the Government's counsel is scheduled to start a large

trial in a separate matter on February 12, 2008, and has many pretrial deadlines; and because the Government needs additional time to research and respond to the claims raised in the Petition. In evaluating the Government's motion, the court has considered the reasons set forth in Veloria's motion to deny the Government an extension of time to answer the Petition, which was filed before the Government so moved. Veloria says that no extension should be granted because she has been incarcerated for 54 months and because her Petition is meritorious. Because the Government has demonstrated good cause for extending the time to file an answer, motion, or other response to the Petition, the Government's motion is granted. The hearing on this matter will remain on March 31, 2008, at 10:30 a.m., and the Government's response to the Petition is due no later than March 6, 2008. Any reply in support of the Petition shall be filed and served no later than March 20, 2008.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, January 10, 2008.



    /s/ Susan Oki Mollway
    Susan Oki Mollway
    United States District Judge

Veloria v. United States, CRIM. NO. 00-00145 SOM; CIV. NO 08-00019 SOM/BMK; ORDER GRANTING THE GOVERNMENT'S MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE PETITION