Alicia Veloria
Reg No 14144-006
Federal Medical Center,
Carswell
P.O. Box 27137
Ft. Worth, TX 76127

CR-00-00145 SOM

January 7, 2008

Anna Chang
Clerk of the United States District Court
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

                      Re:  Erratas for Veloria's
                          Pro Se 28 : 2255

Dear Ms. Chang:

Enclosed please find three copies of an "errata" to my Memorandum in support of § 2255.  My aunt, Sadie Tellez, with whom you have spoken, informed me that I should submit any corrections as an errata.  As indicated on the Certificate of Service, I have mailed a copy of the errata to AUSA Brady.

Additionally, my aunt has informed me that I need to send a fourth copy of my 28: 2255 and exhibits to the Court.  I apologize for not understanding the directions clearly, as I relied on the instructions sent to me by the Court indicating that I need to send "the original and two copies to the Clerk of the United States District Court..." (see #8 on instructions for Motion Under 28 U.S.C. § 2255 attached hereto).  Another copy will be forthcoming as soon as we can get it copied and mailed to you.

Thank you for your time and consideration.

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 11 2008
DISTRICT OF HAWAII

Respectfully submitted,

*Alicia Veloria*

Alicia Veloria

AO 243
(Rev. 12/04)

Page 1

# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

(Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    Clerk, United States District Court for _____
    Address
    City, State Zip Code

9. <u>CAUTION:</u> You must include in this motion <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. <u>CAPITAL CASES:</u> If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.