Attn: Anna Chang

Alicia Velarde
#14144-006
Federal Medical Center
Carswell
P.O. Box 27137
Ft. Worth, TX 76127

U.S. District Court
Clerk of the Court
300 Ala Moana Blvd
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 11 2008
DISTRICT OF HAWAII

1-8-08

enclosed letter was processed
special mailing procedures
forwarding to you. The letter has
been neither opened nor inspected. If
the writer raises a question or problem
over which this facility has jurisdiction,
you may wish to return the material for
further information or clarification.