ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Respondent<br><br>v.<br><br>ALICIA VELORIA,<br>    Defendant - Movant | CR No. 00-00145 SOM<br><br>MOTION FOR HEARING VIA<br>TELEPHONE REGARDING 3582<br>MOTION |

* * * * * * * * * * * * * * * * * *

COMES NOW, Alicia Veloria, Pro Se, hereinafter referred to as Defendant - Movant and moves this Honorable Court for an Order permitting her to be present telephonically from Federal Medical Center Carswell at the hearing scheduled on March 31, 2008 on her pro se 3582 Motion.

Defendant - Movant makes this request in light of the fact that she currently has a motion pending before this Court under 28 U.S.C. § 2255 and will have to reply to the Government's response sometime between now and the March 31, 2008 scheduled hearing.

If Defendant - Movant is required to appear in person at this hearing, the U.S. Marshalls will soon enter her name onto a transport list and her legal property will be stored in Texas and she will begin a long journey through various jails, often without a means of communication, eventually to end up back in Honolulu Federal Detention Center.

By and through this motion, Defendant - Movant hereby gives this Court notice that if transported back to Hawaii for this hearing:

1) Defendant - Movant will be separated from all of her legal materials and

2) All of the holding facilities used by the U.S. Marshalls to

transport prisoners do not have legal libraries or any means of accessing legal materials.

Defendant - Movant offers this information to this Court as she has previously been through this same transport procedure when she was resentenced on April 10, 2006. On or about February 6, 2006, all of Defendant - Movant's legal property, including her legal documents, were packed up and stored on "writ" status at Carswell, Federal Medical Center so that she could appear two months later at a Court appearance in Hawaii.

In the event the Court grants Defendant - Movant's forthcoming request for release pending the outcome and/or any remedies pursuant to her 2255, the request made herein will be moot as Defendant - Movant will be ableto present herself at the hearing with the necessary legal documents. If Defendant - Movant is separated from her extensive legal documents during the pendency of her voluminous pro se 2255 Motion, she would be greatly prejudiced by not having the opportunity and means to further argue the claims raised for review.

WHEREFORE Defendant - Movant requests that this Honorable Court issue an Order preventing the U.S. Marshalls from removing her from Federal Medical Center, Carswell and granting Defendant - Movant permission to be present telephonically in light of the above arguments.

DATED this 13th day of January, 2008.

Respectfully Submitted,

*Alicia Veloria*
Alicia Veloria, Pro Se
Reg No 14144-006
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff - Respondent | ) ) ) | CR No. 00-00145 SOM |
| v. | ) ) ) | |
| ALICIA VELORIA,<br>        Defendant - Movant | ) ) ) | CERTIFICATE OF FILING |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursant to the principles of **Houston v. Lack**, 487 U.S. 266, 276 (1988), the attached Motion for Hearing Via Telephone Regarding 3582 Motion was filed with the Court on this date by depositing three copies of the same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to the following:

Clerk, United States District Court
Prince Kuhio Federal Building
300 Ala Moana Blvd
Honolulu HI 96850

United States Attorney's Office
AUSA Thomas Brady
300 Ala Moana Blvd, Rm 6-100
Honolulu HI 96850

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct.

Signed under penalty of perjury
under 28 U.S.C. § 1746, this
14th day of January, 2008.

_Alicia Veloria_
Alicia Veloria, Pro Se
Reg No 14144-006
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127