Alicia Veloria
Reg. No. 14144-006
Federal Medical Center, Carswell
P.O. Box 27137
Fort Worth, TX 76127

Clerk, U.S. District Court
Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 18 2008
DISTRICT OF HAWAII

Dear Clerk of the Court:

My aunt, Sadie Tellez, has recently informed me that I could send you a letter asking that you kindly release information to her by phone on my behalf. This request is being made on account of my incarcerated status and my inability to personally phone your office myself.

Thank you for your time and consideration.

Sincerely,

*Alicia Veloria*    January 13, 2008
Alicia Veloria