ALICIA VELORIA 14144-006
Federal Medical Center Carswell
PO Box 27137
Ft. Worth, TX 76127

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 18 2008
DISTRICT OF HAWAII

Clerk of the Court
U.S. District Court
300 Ala Moana Blvd
Honolulu, HI 96850




FMC Carswell
P.O. Box 27066
Ft. Worth, TX 76127
MAILED: 1-17-08

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.