AFFIDAVIT OF ADAM VELORIA

I, Adam Veloria, herby affirm the following facts:

1. I am over the age of 18. I reside in Keaau on the island of Hawaii. My residence is located at: 8 1/2 mile Camp, house # 20, Keaau, Hawaii 96749, telephone number (808)936-1317.

2. I am a natural sibling of Alicia Veloria, who is currently incarcerated in Texas under federal custody after having been convicted of possession with intent to distribute 5 grams of cocaine base.

3. To my knowledge, Alicia has served 54 months of her 97 month sentence. Additionaly, she has earned approximately 7 months of good time credit, is eligible for 6 months of halfway house placement, and qualifies for a 19 month sentence reduction in light of the recent retroactive cocaine base guideline amendment.

4. At the end of 2007, Alicia submitted a motion under 28 U.S.C. Section 2255 requesting that her conviction be reversed.

5. If Alicia were given the opportunity to be released on bond with a third-party requirement pending the outcome of this motion, I am willing to provide her with financial assistance and a stable home equipped with a land-line telephone in compliance with any other restriction imposed upon her.

6. My sister is currently incarcerated approximately three-thousand miles away from her family. Due to the great distance, her immediate family has been unable to visit her since 2003, with the exception of her re-sentencing date of April 10, 2006.

DATED this 8th day of January, 2008.

_____
Adam Veloria


STATEMENT OF NOTARY

**STATE OF HAWAII**
**COUNTY OF** _____

Exhibit "E"

On the _____ day of January, 2008, the above person appeared before me, _____, a Notary Public and presented proper identification that he was Adam Veloria and signed the above and foregoing Affidavit.

_See Attached._
NOTARY PUBLIC

My Commission Expires:

_____

State of Hawaii     )
                    ) SS.
County of Hawaii    )

On this _8th_ day of _January_, 20_08_, before me the undersigned notary public personally appeared _Adam Veloria_ _____, personally known or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) ( is / are ) subscribed to this instrument, and acknowledged that ( he / she / they ) executed it.

Witness My Hand and Official Seal

_Winifred L. E. Makaea_
Winifred L. E. Makaea, Notary Public
State of Hawaii, Third Judicial Circuit
My commission expires: 8-29-08

Description:
_Affidavit of_
_Adam Veloria_