Adam Veloria
PO Box 846
Keaau, Hi 96749
(808) 936-1317

**RECEIVED**
CLERK U.S. DISTRICT COURT

JAN 23 2008

DISTRICT OF HAWAII

Date: January 19th, 2007

RE:  USA vs. Veloria CR: #00-00145 SOM

Dear Clerk of the court,
    I am sending you this affidavit to be included in my sister's Motion to be released pending a decision of her 2255 Motion. This is my notarized affidavit, exhibit E. My sister is currently being transported back to your jurisdiction and didn't receive my original affidavit in the mail, to include in her motion.
Thank you for your assistance.

Sincerely,

*[signature]*