Adan Veloria
P.O. Box 546
Keaau, HI 96749

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 23 2008
DISTRICT OF HAWAII

HONOLULU HI 968
22 JAN 2008 PM 3 T

Clerk
300 Ala Moana BLVD
Honolulu, HI 96850

