Alicia Veloria #14144-004
Oklahoma Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK  73189-8801

CORRESPONDENCE

Honorable Judge Susan Oki Mollway
Hawaii District Court
300 Ala Moana Blvd.
Honolulu, HI  96850

RE:  Hearing for 3582 & 2255 Motions
     Scheduled on 03/31/08

January 28, 2008

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 01 2008
DISTRICT OF HAWAII

Dear Honorable Judge Mollway:

I would first like to extend my apologies to you and your staff for any confusion arising from this situation.

I wish to withdraw my request to appear telephonically in your courtroom on my Pro Se 3582 Motion. When I prepared the motion to appear by telephone on the 3582 hearing, I was unaware that a hearing on my Pro Se 2255 Motion had been scheduled for the same date and time. I would like to be present during and and all hearings related to my 2255 Motion.

Thank you for your consideration. I sincerely apologize for any inconvenience this may have caused.

Respectfully Submitted,
Alicia Veloria