NAME Alicia Valoria
REG# 14144-006
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 731
29 JAN 2008 PM 4 T

Honorable Judge Mollway
Hawaii District
300 Ala Moana Blvd
Honolulu HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 01 2008
DISTRICT OF HAWAII

USA First-Class