Case 1:00-cr-00145-SOM  Document 255  Filed 02/07/2008  Page 1 of 6

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 07 2008

at 4 o'clock and 20 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR No.  00-00145 SOM |
| Plaintiff - Respondent ) | Civil No.  08-00019 SOM/BMK |
| ) | |
| v. ) | |
| ) | |
| ALICIA VELORIA, ) | **MOTION FOR RELEASE ON BOND PENDING** |
| Defendant - Movant ) | **DECISION OF §2255 MOTION** |
| ) | |

* * * * * * * * * * * * * * * * * * *

COMES NOW the Defendant - Movant, Alicia Veloria, pro se and petitions this Court to permit her release into third-party custody and that the Appearence Bond previously granted in this case be reinstated pending disposition of the Motion recently filed within this Court under 28 U.S.C. § 2255, filed as Civil Number 08-00019 SOM/BMK. As grounds for this Motion, Ms. Veloria states the following:

1. This case originally stems from arrests in 1996. Veloria was charged in a two-count indictment. Jury trial commenced on June 3, 2003 and concluded June 6, 2003. Only the government presented a case in chief. At trial the government was represented by Assistant U.S. Attorney Thomas Brady. Veloria was represented by Winston Ling, who was appointed by the Court.

2. One week later, the jury found Defendant - Movant guilty of possession with intent to distribute in violation of 21 U.S.C. § 841(a)(1) on June 13, 2003 in the United States District Court for the District of Hawaii. She was sentenced to a term of 97 months and is currently incarcerated at Federal Medical Center Carswell in Ft. Worth, Texas.

3. Defendant - Movant raises substantial questions of law within her Memorandum in Support of 28:2255 and provides proof by the

submission of Exhibits 1-35 demonstrating that valuable exculpatory evidence was withheld by the prosecution, thereby prejudicing the outcome of her trial. Reversal of the Defendant - Movant's conviction or the granting of a new trial is likely if the issues are decided in her favor.

4. That the Motion filed under 28 U.S.C. § 2255 is not frivolous and was not filed for the purposes of any delay.

5. Defendant - Movant has been incarcerated within the Federal Bureau of Prisons for the past 55 months with clear conduct and no disciplinary concerns. While in Federal Prison Camp, Dublin, California, Ms. Veloria's work detail was that of town driver. This position came with a significant amount of trust and responsibility, as drivers were allowed to travel unescorted to and from the prison facility. Ms. Veloria has demonstrated exceptional character and has completed several educational, psychology and self-improvement classes, including the year-long Choosing Healthy Alternatives and New Growth Experiences (C.H.A.N.G.E.) program.

6. In the state of Hawaii, town of Keaau, Defendant - Movant keeps regular contact with her brother, Adam Veloria, who resides with their father, Richard Veloria at 8½ Mile Camp, House #20, Keaau HI 96749 (808)936-1317.

In the state of Texas, city of Midlothian, Defendant - Movant has weekly visits and regular contact with her aunt, Betty Kauhane of 305 Lena Lane, Midlothian TX 76065 (972)775-2655.

In the state of Alaska, city of Anchorage, Defendant - Movant has kept close contact with former third-party, Kristia Douts of 110 Shelly Marie Circle, Anchorage AK 99515 (907)644-7998.

VELORIA'S MOTION FOR RELEASE ON BOND    PAGE TWO

7.  Defendant - Movant was on pre-trial release from the District of Hawaii for a period of two years and eight months during which time she maintained her residence in Anchorage, Alaska while on pre-trial release. Ms. Veloria complied with all the restrictions imposed upon her while maintaining employment and earning a Bachelor of Arts Degree from the University of Alaska in Anchorage.

8.  Defendant - Movant is in excellent health and has never been hospitalized for a mental illness.

9.  Prior to her arrest, Defendant - Movant was self- supporting and would be employable based on her pervious employment, education and other job skills.

10. Defendant - Movant declares that she does not pose a risk of flight or danger to the community and files herein her declaration stating so. Defendant - Movant was convicted of a non-violent crime and has demonstrated her ability to integrate into society.

11. The Court may be assured that the Defendant - Movant will neither flee nor go into hiding but will respond to Court orders by reason of the fact Defendant - Movant has successfully complied with the wishes of the Court previously while on pre-trial release, has significant family and community ties, has served two-thirds of her imposed sentence and has significant issues of law raised on the 28:2255 Motion filed within this Court.

For the reasons stated above, Ms. Veloria requests that this Court permit her release into third-party custody and reinstate the Appearence Bond previously granted in this case so that Defendant - Movant may await an outcome under one of the following conditions:

**VELORIA'S MOTION FOR RELEASE ON BOND PAGE THREE**

a. That Ms. Veloria be released into the third-party custody of her brother, Adam Veloria, residing at 8½ Mile Camp, House #20, Keaau HI 96749 (808)936-1317.

b. That Ms. Veloria be released in the third-party custody of Betty Kauhane, her aunt, residing at 305 Lena Lane, Midlothian TX (972)775-2655.

c. That Ms. Veloria be released into the third-party custody of former third-party Kristia Douts, residing at 110 Shelly Marie Circle, Anchorage AK 99515 (907) 644-7998.

d. That the Appearence Bond granted for pre-trial release be reinstated.

e. That Ms. Veloria be released to a Community Corrections Center in Hawaii, Ft. Worth, Texas or Anchorage, Alaska.

Defendant- Movant makes this request in light of the following Supreme Court decisions:

Strickland v. Washington, 466 U.S. 688 (1984)

Kimmelman v. Morrison, 477 U.S. 365 (1986)

Massaro v. United States, 538 U.S. 500 (2003)

Brady v. Maryland, 373 U.S. 83 (1963)

Kyles v. Whitley, 514 U.S. 419 (1995)

Giglio v. United States, 405 U.S. 150 (1972)

Davis v. Alaska, 415 U.S. 308 (1974)

United States v. Mezzanato, 513 U.S. 196 (1995)

Kimbrough v. United States, (06-6330) decided 12/10/07

VELORIA'S MOTION FOR RELEASE ON BOND            PAGE FOUR

The Defendant - Movant requests that she be released from Bureau of Prison custody to a third-party with her previous bond reinstated pending resolution of the claims brought forth in the 28:2255 Motion filed in this case.

This Motion is based on the attached Memorandum; Defendant - Movant's Declaration (Exhibit D); all claims submitted in Defendant - Movant's 28 U.S.C. § 2255 Motion, Memorandum and Exhibits 1-35 submitted in support of 2255; the affidavits of Adam Veloria (Exhibit E) and Betty Kauhane (Exhibit F); Defendant - Movant's prior release Order and Conditions (Exhibit A) and Appearance Bond (Exhibit B); Defendant - Movant's Stipulation and Order to amend Conditions of Pre-Trial Relase to permit defendant to visit with her father (Exhibit C);  Defendant - Movant's Bureau of Prison Program review Report (Exhibit G) as well as the record in this case.

Should the Court determine a hearing would be helpful to make a decision on this Motion, Defendant - Movant agrees to be present telephonically if this Court arranges an appearance by contacting one of the following Federal Medical Center, Unit One North staff members: Donald Franklin, Counselor or Lisa Rowls, Case Manager.  The number for Federal Medical Center is (817) 782-4000.

In the event that this Court denies the Defendant - Movant's request for release to a third-party and to reinstate bond, it is respectfully requested that this Court set forth in writing its reasons for said denial pursuant to Rule 9(b) of the Federal Rules of Appellate Procedure which requires the district judge to "state in writing the reasons taken" as discussed further in **United States v. Wheeler, 795 F.2d 839 (9thCir. 1986).**

WHEREFORE, Defendant - Movant requests this Court to acknowledge jurisdiction under 18 U.S.C. § 3143(b) and exercise its reasonable discretion under Rule 46 of the Federal Rules of Criminal Procedure in granting the relief requested.

Dated this 14th day of January, 2008.

Respectfully Submitted,

*Alicia Veloria*
Alicia Veloria, Pro Se
Reg Number 14144-006
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth TX 76127