# United States District Court

FILED
OCT 0 4 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

DISTRICT OF Alaska

UNITED STATES OF AMERICA

v.

Alicia Veloria
_____
Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: A00-0145-M3 (JDR)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                Place
_____ on ___As ordered___
                    Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✔) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(✔) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
Five Thousand _____ dollars ($ 5,000.⁰⁰ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Certified to be a true and correct copy
of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

FILED
OCT 04 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Alicia Veloria

CASE NO: A00-0112-cr (JDR)

Defendant Alicia Veloria,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to Christine Douts , the third party custodian(s)

___ Paid cash bail in the amount of _____ to the Clerk of Court

___ Posted unsecured bond in the amount of _____

___ Posted bond secured by ___ property or ___ surety in the amount of _____ with the Clerk of Court

___ Surrendered passport to the Clerk of Court

___ Other _____

Dated at Anchorage, Alaska this 2 day of October, 2000.

JOHN D. ROBERTS
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal
A00-0145--MJ (JDR)
US PROBATION
GEDDES (PPD)
ROSENBAUM (US-ATTNY)
US MARSHAL

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____ Deputy

AO199B (Rev. 5/99) Additional Conditions of Release                                    Page ___ of ___ Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

**IT IS FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

(✓) (6) The defendant is placed in the custody of:
(Name of person or organization) **Kristin Douts**
(Address) **9635 Nizki Circle**
(City and state) **Eagle River, AK**   (Tel. No.) **907 694-7609**

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: **Kristin Douts**   **10/2/0**
          Custodian or Proxy         Date

(✓) (7) The defendant shall:
( ) (a) report to the ___ **U.S. Pretrial Services Office once a week - 907-271-5492/1-877-765-6708**
         telephone number _____ not later than _____.
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
_____
( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____
( ) (d) execute a bail bond with solvent sureties in the amount of $_____
( ) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
( ) (g) surrender any passport to: _____
(✓) (h) obtain no passport.
(✓) (i) abide by the following restrictions on personal association, place of abode, or travel: **the greater Anchorage area or Eagle River, not leave State of Alaska without prior written consent of U.S. District Court Judge or Magistrate Judge, District of Alaska**
( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (l) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
( ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
(✓) (o) refrain from ( ) any (✓) excessive use of alcohol.
(✓) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(✓) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____ or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
    (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
(✓) (v) **Third party custodian to have twice daily contact with defendant.**
(✓) (w) **Report to US Marshal immediately upon arrival in Anchorage.**
( ) (x) _____

WHITE COPY — COURT      YELLOW — DEFENDANT      GREEN — PRETRIAL SERVICES      BLUE — U.S. ATTORNEY      PINK — U.S. MARSHAL

## Advice of Penalties and Sanctions

### TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Alicia Victoria_
Signature of Defendant

_4411 East 20th ave #7_
Address

_Anch, AK 99508_      _333-4005_
City and State          Telephone

### Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _10-2-00_

_John D. Roberts_
Signature of Judicial Officer

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

MJ (JDR)     US PROBATION

GEDDES (PPD)
ROSENBAUM (US-ATTY)
MARSHAL

PINK - U.S. MARSHAL          GREEN - PRETRIAL SERVICES



AO 457 (1/86) Order Holding Defendant

# United States District Court

FILED
OCT 04 2000
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

DISTRICT OF Alaska

UNITED STATES OF AMERICA

V.

Alicia Valoria

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: A00-0145-MJ (JDR)

Charging District Case Number:

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL HALL, Clerk
By _____ Deputy

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of Hawaii; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) Honolulu, Hawaii
Place and Address

on October 10 2000 at 3:00 pm
Date and Time

-0145--MJ (JDR)
-----------------
GEDDES (FPD)
OSENBAUM (US-ATTY)
MARSHAL

US PROBATION
Clerk of Hawaii Court

October 2 2000
Date

Signature of Judicial Officer

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

OCT 0 4 2000

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

U.S.A vs **ALICIA VELORIA**         CASE NO. **A00-0145--MJ (JDR)**

Defendant: **X** Present    **X** In Custody

BEFORE THE HONORABLE    **JOHN D. ROBERTS**

Certified to be a true and correct copy of original filed in my office.
Dated 10-4-00
MICHAEL BALL, Clerk
By _____ Deputy

DEPUTY CLERK/RECORDER: **BONNIE BOYER**

UNITED STATES ATTORNEY: **AUDREY RENSCHEN, AUSA**

DEFENDANT'S ATTORNEY: **MARY GEDDES, APPOINTED**

PROCEEDING: **IDENTITY/DETENTION HEARING (HELD 10/02/00)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 4:01 p.m. court convened.

Copy of Indictment read to defendant.

Court and counsel heard re detention hearing; defense counsel made an oral motion to release the defendant into the third party custody of Christine Douts.

Christine Douts sworn and testified on behalf of the defendant.

Court **GRANTED** defendant's motion to release the defendant into the third party custody of Christine Douts with a $5,000 unsecured bond; Order Setting Conditions of Release **FILED**; Appearance Bond **FILED**; Release Order **SIGNED**.

Court advised defendant she is to appear in Honolulu, Hawaii for a hearing on October 10, 2000 at 3:00 p.m.; Order Holding Defendant To Answer And To Appear In District Of Prosecution Or District Having Probation Jurisdiction **FILED**.

Court and counsel heard re identity hearing; defendant waived identity; Waiver of Rule 40 Hearing **FILED**.

At 4:40 p.m. court adjourned.

NOTE: Witness and Exhibit List attached

DATE: **October 4, 2000**    DEPUTY CLERK'S INITIALS: **bb**

A00-0145--MJ (JDR)    US PROBATION
--------------------------
M. GEDDES (FPD)
M. ROSENBACH (US-ATTRY)
US MARSHAL

10