FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 12 2000

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

PETER C. WOLFF, JR.
Federal Public Defender
Districts of Hawaii and Guam

ALEXANDER SILVERT
First Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269

Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
ALICIA VELORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 00-00145 SOM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO AMEND |
| vs. | ) CONDITIONS OF PRETRIAL RELEASE |
|  | ) TO PERMIT DEFENDANT TO VISIT |
| ALICIA VELORIA, | ) WITH HER FATHER |
| Defendant. | ) |

### STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE TO PERMIT DEFENDANT TO VISIT WITH HER FATHER

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the conditions of pretrial release are AMENDED to permit the defendant to visit with her father from Friday, October 13, 2000, through Monday, October 16, 2000. While visiting with her father, the defendant will stay at his residence at the following address:

Richard Veloria
8 1/2 Mile Camp, House #20
Keaau, Hawaii 96749
(808) 966-9924

All other conditions of release remain the same.

IT IS SO STIPULATED:
DATED: Honolulu, Hawaii, October 12, 2000.

ALEXANDER SILVERT
Attorney for Defendant
ALICIA VELORIA

THOMAS J. BRADY
Attorney for Plaintiff
UNITED STATES OF AMERICA

MARY MIHALOPOULOS
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, OCT 1 2 2000

LESLIE E. KOBAYASHI
The Honorable LESLIE E. KOBAYASHI
Magistrate Judge
District of Hawaii

UNITED STATES v. ALICIA VELORIA
CR. NO. 00-00145 SOM
STIPULATION AND ORDER TO AMEND CONDITIONS OF
PRETRIAL RELEASE TO PERMIT DEFENDANT TO VISIT WITH HER FATHER

2