IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Respondent<br><br>v.<br><br>ALICIA VELORIA,<br>    Defendant - Movant | CR No.  00-00145 SOM<br>Civil No.  08-1950 SOM<br><br><br><br>DECLARATION OF DEFENDANT-<br>MOVANT ALICIA VELORIA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I, ALICIA VELORIA, declare under penalty of perjury of that the foregoing facts are true and accurate:

1. I am the Defendant-Movant in the above-entitled case.

2. I am a person currently incarcerated under Federal custody at the Federal Medical Center, Carswell, Texas, and have been imprisoned since June 13, 2003.

3. I have never sought, nor do I plan to attempt to avoid punishment in the above-entitled case.

4. I have served 55 months on a 97-month sentence, have earned 8 months of good time credit, and am eligible for 6 months of halfway house placement. I have been a model inmate and have never been involved in any incident reports.

5. My work detail at Dublin Federal Prison Camp for an entire year was that of a "Town Driver", which allowed me to drive prison cargo vehicles from the confinement of the prison to specified vendors to pick up supplies for the prison compound.  With this job assignment came a great amount of trust and responsibility, as "town drivers" travel unescorted to and from the prison throughout the work day.

6. I stood accused of the alleged offense occurring on July 10, 1996, until the guilty verdict on June 13, 2003.  The State of Hawaii dismissed criminal charges against me relating to this arrest on two occasions years

prior to the federal indictment.

7. At no point during this near 7-year time frame am I aware of the Court or Prosecutor articulating the belief that I posed a "flight risk" or a "danger to the community".

8. I was on Federal Pre-Trial Release from the District of Hawaii for a period of 2 years and 8 months, during which time I maintained residence in Anchorage, Alaska.

9. During pre-trial release, I complied with all the restrictions imposed upon me while maintaining employment and earning a Bachelor of Arts Degree from the University of Alaska, Anchorage.

10. I have two individuals who are willing to serve as third-party custodians and provide me with financial support if granted release pending a resolution of the claims raised for review (See Exhibits E and F).

11. I am currently scheduled for a hearing in Judge Mollway's courtroom on March 31, 2008 to reduce my 97-month sentence pursuant to the retroactive Cocaine Base Amendment.

12. If this court denies my request for release pending resolution of my motion under 28 U.S.C. §2255, and I am transported back to Hawaii to appear for the sentence reduction hearing, all of my legal documents will be stored at Carswell Federal Medical Center.

13. Neither the Bureau of Prisons staff nor the U.S. Marshalls allow inmates to travel with legal property. Separation from my extensive legal documents during the pendency of a pro se 2255 motion as voluminous as mine would greatly prejudice my ability to further argue the claims raised for review.

14. In light of the above mentioned facts, coupled with my unquestionable compliance with prior appearances and conditions, I pray that this Court finds me worthy of release pending a resolution of the claims filed under 28 U.S.C. §2255.

DATED this __14__ day of January, 2008.

_____*Alicia Veloria*_____
ALICIA VELORIA
Defendant-Movant