## AFFIDAVIT OF BETTY KAUHANE

I, Betty Kauhane, herby affirm the following facts:

1. I am over the age of 18. I reside in Midlothian, Texas. My residence is located at 305 Lena Lane, Midlothian, Texas 76065, telephone number (972)775-2655.

2. I am an aunt by marriage of Alicia Veloria, who is currently incarcerated in Texas under federal custody after having been convicted of possession with intent to distribute 5 grams of cocaine base.

3. To my knowledge, Alicia has served 54 months of her 97 month sentence. Additionally, she has earned approximately 7 months of good time credit, is eligible for 6 months of halfway house placement, and qualifies for a 19 month sentence reduction in light of the recent retroactive cocaine base guideline amendment.

4. At the end of 2007, Alicia submitted a motion under 28 U.S.C. Section 2255 requesting that her conviction be reversed.

5. If Alicia were given the opportunity to be released on bond with a third-party requirement pending the outcome of this motion, I am willing to provide her with financial assistance and a stable home equipped with a land-line telephone in compliance with any other restriction imposed upon her.

6. I live half an hour from Carswell Federal Medical Center, the prison in which Alicia is currently incarcerated. I visit Alicia on a weekly basis, sometimes twice a week. If this Honorable Court were to release Alicia pending the outcome of her 2255 Motion, I agree to personally pick Alicia up from the prison. Should Alicia be required to return to Carswell FMC to finish the remainder of her sentence, I agree to personally escort her to the gates.

DATED this 6 day of January, 2008.

Betty Kauhane

## STATEMENT OF NOTARY

**STATE OF TEXAS**
**COUNTY OF** _Dallas_

On the __6ᵗʰ__ day of January, 2008, the above person appeared before me,
_L.R. Anderson_ , a Notary Public and presented proper identification that she was
Betty Kauhane and signed the above and foregoing Affidavit.



_____
NOTARY PUBLIC

My Commission Expires:

__7/12/2011__

```
        L.R. ANDERSON
    MY COMMISSION EXPIRES
         July 12, 2011
```