```
INSTITUTION: CRW  CARSWELL FMC
NAME.......: VELORIA, ALICIA                          REG. NO: 14144-006
RESIDENCE..: ANCHORAGE, AK 99502
TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....: June 2008
PROJ. RELEASE DATE..: 06-15-2010           RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                 HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: December 2008  DETAINERS (Y/N): N
CIM STATUS (Y/N)....: Y            IF YES, RECONCILED (Y/N): Yes
PENDING CHARGES.....: None Known
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: Yes
   IF YES - CIRCLE ONE - (DRUG TRAFFICKING) CURRENT VIOLENCE/PAST VIOLENCE
CATEGORY            --------- CURRENT ASSIGNMENT --------- EFF DATE     TIME

CMA      PROG RPT       NEXT PROGRESS REPORT DUE DATE    04-07-2008    1616
CMA      RPP NEEDS      RELEASE PREP PGM NEEDS           02-11-2004    0853
CMA      V94 CDA913     V94 CURR DRG TRAF ON/AFT 91394   02-11-2004    0853
CUS      OUT            OUT CUSTODY                       01-03-2007    1657
DRG      DAP WAIT       RESIDENT DRUG TRMT WAITING       11-24-2007    1509
DRG      DRG E COMP     DRUG EDUCATION COMPLETED         09-10-2003    0742
DRG      DRG I RQ J     DRG INTRV REQD: JUD RECOMMEND    02-11-2004    0853
DRG      ELIGIBLE       18 USC 3621 RELEASE ELIGIBLE     11-24-2007    1509
EDI      ESL HAS        ENGLISH PROFICIENT               01-28-2004    1500
EDI      GED HAS        COMPLETED GED OR HS DIPLOMA      03-23-2004    0845
FRP      COMPLT         FINANC RESP-COMPLETED            04-16-2004    1154
LEV      MINIMUM        SECURITY CLASSIFICAT'N MINIMUM   01-03-2007    1655
MDS      REG DUTY       NO MEDICAL RESTR--REGULAR DUTY   07-17-2006    1100
MDS      YES F/S        CLEARED FOR FOOD SERVICE         07-17-2006    1100
QTR      H01-124L       HOUSE H/RANGE 01/BED 124L        11-27-2007    0817
RLG      BUDDHIST       BUDDHIST                          06-14-2007    1310
WRK      COMP DW        COMPOUND DW ORDERLY              11-11-2007    0001
```

WORK PERFORMANCE RATING: Good

Sanitation-good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:

Clear conduct

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ N/A

FRP PAYMENTS PAST 6 MO: $ N/A        OBLG BALANCE: $ FRP Completed

CURRENT FRP PLAN: $ N/A       PAYMENTS COMMENSURATE: YES ___ / NO ___

IF NO, NEW PAYMENT PLAN:

RELEASE PREPARATION PARTICIPATION: Will refer to pre-release courses at next program review in 6/08. Relocation address: Betty Kauhane, Aunt
305 Lena Lane
Midlothian, TX 76065

RRC RECOMMENDATION:
Review for RRC placement - 11-13 months prior to release.

PROGRESS MADE SINCE LAST REVIEW: Co-graduated from the CHANGE Program, Completed Body Atlas ACE course, and continues to participate in recreational activities.

GOALS FOR NEXT PROGRAM REVIEW MEETING:
Continue to participate in recreational activities
Enroll/Complete 1 ACE course
Maintain job as a Compound Day Watch orderly.

LONG TERM GOALS: Complete the 500-Hour RDAP by 6/2009, as per Judicial recommendation.

OTHER INMATE REQUESTS/TEAM ACTIONS: No questions or concerns.
Reviewed 407/408 - current

Judicial recommendations: Substance Abuse Treatment (followed).

SIGNATURES:

CHAIRPERSON: [signature]     INMATE: x Alicia Velona
DATE: 12/06/07               DATE: 12/6/07