IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Respondent<br><br>v.<br><br>ALICIA VELORIA,<br>    Defendant - Movant | CR No. 00-00145 SOM<br><br><br><br>**CERTIFICATE OF FILING** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursant to the principles of **Houston v. Lack**, 487 U.S. 266, 276 (1988), the attached Motion for RELEASE ON BOND PENDING DISPOSITION OF §2255 was filed with the Court on this date by depositing three copies of the same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to the following:

Clerk, United States District Court
Prince Kuhio Federal Building
300 Ala Moana Blvd
Honolulu HI 96850

United States Attorney's Office
AUSA Thomas Brady
300 Ala Moana Blvd, Rm 6-100
Honolulu HI 96850

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct.

Signed under penalty of perjury
under 28 U.S.C. § 1746, this
14th day of January, 2008.

_Alicia Veloria_
Alicia Veloria, Pro Se
Reg No 14144-006
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127