January 15, 2008

RECEIVED
CLERK U.S. DISTRICT COURT

FEB 07 2008
4:20 pm
DISTRICT OF HAWAII

United States District Court Clerk
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu HI 96850

                    Re:  United States v. Veloria
Case No:  CR No.  00-00145 SOM
             Civil No.  08-00019

Dear Sir or Madam:

Due to circumstances beyond my control, I was called unexpectedly to pack out for transport to Hawaii before receiving the affidavit from my brother, Adam Veloria, which is marked as Exhibit E in this Motion for Release on Bail Pending Decision of §2255. I have made arrangments for this to be sent seperately to you for attachment.

I appreciate your understanding in this matter.

Sincerely,

*Alicia Veloria*
Alicia Veloria, Pro Se
Reg Number 14144-006
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127