Licia Veloria # 14144-006
Federal Medical Center Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Clerk of the Court
U.S. District Court
300 Ala Moana Blvd
Honolulu, HI 96850

