ORIGINAL

# United States District Court
# District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Crim. No.00-00145 |
| ) | Civil No. |
| **Plaintiff-Respondent** ) | HON. SUSAN OKI MOLLWAY |
| ) | |
| Vs. ) | |
| ) | |
| **ALICIA VELORIA** ) | MOTION TO GRANT CONDITIONAL RELEASE TO TRAVEL ESCORTED TO HONOLULU FDC |
| ) | |
| **Defendant-Movant** ) | |

\* \* \* \* \* \* \* \* \*

MOTION TO GRANT CONDITIONAL RELEASE TO TRAVEL ESCORTED TO
HONOLULU FDC

COMES NOW, Alicia Veloria, herein after referred to as Defendant-Movant, and Respectfully requests this Honorable Court to Order the Bureau of Prisons (BOP) to release Defendant-Movant from Carswell Federal Medical Center on March 26, 2008, so that she can travel to the District of Hawaii and surrender herself to the Federal Detention Center in Honolulu on March26, 2008, to be present in Court on Monday, March 31, 2008.

In support of this request, Defendant-Movant submits herein a copy of the proposed air travel itinerary (Exhibit A) as well as an affirmation from Defendant-Movant's Aunt, Betty Kauhane affirming her promise to personally pick Defendant-Movant up from Carswell FMC in Fort Worth, Texas, and accompany her to Honolulu FDC on the island of Oahu (Exhibit

B).

  Defendant-Movant submits this request for several reasons, the most important being the potential hardship of receiving and replying to the Government's response to her 2255 while in transit from Texas to Hawaii. Additionally, this request is being submitted in hopes of avoiding possible difficulties associated with Defendant-Movant traveling in custody with her voluminous legal documents needed to support the arguments in her 2255. Lastly, granting this request will remove the custodial travel expense burden from the BOP and the U.S. Marshalls and place it on the Defendant-Movant and her family who are volunteering to absorb it.

  Defendant-Movant herein demonstrates her eligibility for what amounts to a furlough transfer because the BOP has classified her custody level as Minimum/Out. Inmates who are classified as Minimum/Out are camp eligible, may go on community service trips, and are able to go on medical trips unescorted. Furthermore, Defendant-Movant has previously established her accountability to this Court and the BOP by her Town Driver work assignment at FPC Dublin lasting over one year.

  WHEREFORE, Defendant-Movant respectfully requests that this Honorable Court issue an ORDER directing the BOP to release inmate Alicia Veloria on March 26, 2008, on a conditional release/furlough transfer so that she can self surrender to Honolulu FDC with her legal documents to appear for the scheduled 2255 and 3582 hearings on March 31, 2008.

       DATED this 10th day of February, 2008

           Respectfully Submitted,

         */s/ Alicia Veloria*
         Alicia Veloria 14144-006
         Federal Medical Center, Carswell
           P.O. Box 27137
          Fort Worth, TX 76127