# United States District Court
# District of Hawaii

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim. No.00-00145 |
| | ) | Civil No._____ |
| **Plaintiff-Respondent** | ) | HON. SUSAN OKI MOLLWAY |
| | ) | |
| Vs. | ) | |
| | ) | |
| **ALICIA VELORIA** | ) | **CERTIFICATE OF FILING** |
| | ) | |
| **Defendant-Movant** | ) | |

\* \* \* \* \* \* \* \* \*

Pursuant to the principles of *Houston v. Lack*, 487 U.S. 266, 276 (1988), the attached motion pursuant to 28 U.S.C. 2255 was filed with the Court on this date by depositing three copies of same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to: **Clerk – U. S. District Court,** Prince Kuhio Federal Building, 300 Ala Moana Blvd., Honolulu, HI 96850.

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct.

Signed under penalty of perjury under
28 U.S.C. 1746, this 10th day of February, 2008

*Alicia Veloria*
Alicia Veloria
P. O. Box 27137
Fort Worth, TX 76127