Affirmation of Betty Kauhane

This affirmation is being offered in support of Alicia Veloria's request to be released to travelfrom Texas to Hawaii to appear in person for two hearings scheduled in Hawaii District Court on March 31, 2008.

I, Betty Kauhane, do hereby affirm my hopes and intentions listed below with respect to Alica Veloria's request for release:

1. I reside in Midlothian, Texas. My residence is located at 305 Lena Lane, Midlothian, TX 76065. Home telephone number is 972-775-2655 and cellular telephone number is 469-765-5456.

2. I am an Aunt by marriage of Alicia Veloria, who is currently incarcerated at Carswell Federal Medical Facility.

3. I am familiar with the circumstances of Alicia's conviction and sentence through Alicia herself, as well as my assistance in typing and handling the 2255 Motion and Exhibits submitted to the Court on December 26, 2007.

4. I am planning on traveling to Hawaii to attend Alicia's hearing in Judge Mollway's courtroom on March 31, 2008.

5. If given the opportunity, I am willing to purchase a ticket for Alicia Veloria to travel from Texas to Hawaii to appear in person for her 3582 and 2255 hearings.

6. I further agree to personally pick Alicia up from Carswell Federal Medical Center and travel with her as Third-Party and accompany her to surrender herself to the Federal Detention Center on the Honolulu Airport grounds.

7. I am an approved visitor on Alicia's list, I visit her at Carswell FMC on a weekly basis, and am familiar with the screening and processing procedures.

8. I have researched possible travel plans to submit for consideration of Alicia's request and this affirmation.

9. If this request is granted, I would pick Alicia up on March 26, 2008, at Carswell FMC, drive with her to the airport, fly with her on flight numbers AA 2427 and AA 283 to eventually arrive in Honolulu on March 26, 2008 and accompany her to Honolulu FDC so that she may self

surrender to appear in Court on March 31, 2008.

DATED this 10th day of February, 2008.

_____
Betty Kauhane



L.R. ANDERSON
MY COMMISSION EXPIRES
July 12, 2011