**AmericanAirlines**



CLOSE WINDOW

PRINT PAGE

Record Locator/AA Confirmation: CHFQII

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **oneworld** Alliance.

This is an itinerary summary only and does not constitute ticketing.

### Itinerary

| Date: | 26Mar - Wednesday | | | |
|---|---|---|---|---|
| Flight: | AMERICAN AIRLINES | 2427 | Boeing 737-800 Passenger(738) | Booking Code: T |
| Departure: | DFW Dallas/ Fort Worth | 12:35 PM | | 3HR 25MIN |
| Arrival: | LAX Los Angeles | 02:00 PM | | |
| | VELORIA, ALICIA   SEAT UNASSIGNED | Economy | | |
| Date: | 26Mar - Wednesday | | | |
| Flight: | AMERICAN AIRLINES | 283 | Boeing 767-300 Passenger(763) | Booking Code: T |
| Departure: | LAX Los Angeles | 03:20 PM | | 5HR 50MIN |
| Arrival: | HNL Honolulu/ Oahu | 06:10 PM | | |
| | VELORIA, ALICIA   SEAT UNASSIGNED | Economy | | |