EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| UNITED STATES OF AMERICA, | ) | CV. NO. 08-00019 SOM/BMK |
|---|---|---|
| | ) | CR. NO. 00-00145 SOM |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| | ) | EXTENSION OF TIME TO RESPOND |
| vs. | ) | TO DEFENDANT'S MOTION UNDER 28 |
| | ) | U.S.C. § 2255 TO VACATE, SET |
| ALICIA VELORIA, | ) | ASIDE, OR CORRECT SENTENCE; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | EXHIBITS "A" - "C"; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |


GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Plaintiff United States of America, through the attorney of record, hereby moves this Court for approximately one (1) week extension of time to file its response to Defendant's

motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in Federal custody. Hence, Government's response would be due March 14, 2008. This motion is made pursuant to Rules 35 and 45 of the Federal Rules of Criminal Procedure and Local Rules 6.2 and 7.10. In support of this motion, the Government states the following:

1. On January 10, 2008, the Government received this Court's Order Granting the Government's Motion to Extend Time to file a Response to the Petition, granting the Government an extension until March 6, 2008 to respond to Veloria's Petition under 28 U.S.C. § 2255. This Court also set March 20, 2008, as the deadline for the reply in support of the Petition.

2. On January 10, 2008, the Government received this Court's Order Finding Waiver of Attorney-Client Privilege with Respect to Defendant's Instant Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

3. On January 10, 2008, Government counsel forwarded Petitioner's Motion, Memorandum in Support of Motion, and Exhibits 1-35 Submitted in Support of 2255 Motion, to Assistant Federal Public Defender Alexander Silvert (pre-trial defense attorney), Winston Ling, Esq. (trial attorney), Samuel P. King, Esq. (sentencing attorney) and Shawn Luiz, Esq. (appellate attorney). See Exhibit "A" which is annexed hereto.

4. On January 10, 2008, Government counsel also forwarded this Court's Order Finding of Attorney-Client Privilege with Respect to Defendant's Instant Motion Under 28 U.S.C. § 2255 to Vacate,

> Set Aside, or Correct Sentence. <u>See</u> Exhibit "B" which is annexed hereto.

<u>Assistant Public Defender Alexander Silvert:</u>

5. On or about February 20, 2008, my paralegal called AFPD Silvert to inquire on the status of his declaration. He informed us that he has limited memory of case and that he needed to discuss this matter with me.

6. During the week of March 24, 2008, I spoke to Mr. Silvert on several occasions, in which Mr. Silvert explained that he would be able to provide a declaration in this matter. Mr. Silvert was also involved in a complicated debriefing involving his client in an unrelated death penalty matter.

<u>Winston Ling, Esq.:</u>

7. As the current information in the 2007-2008 Annual Directory, State of Hawaii Bar Association listed Mr. Winston Ling as being with the Department of Corporation Counsel, we immediately sent the above-described information to that address. On or about January 11, 2008, my assistant received a call from Shirley, who is employed at Corporation Counsel. Shirley informed my assistant that Winston Ling was no longer employed by the City and County of Honolulu and that we needed to send a courier to pick up the package. Corporation Counsel could not provide any forwarding information to Government counsel, other than that Mr. Ling was now employed by the Army and stationed at Fort Shafter.

8. Between January 12 and January 18, 2008, my assistant attempted to locate Mr. Ling by calling the Hawaii State Bar Association (they did not have any forwarding information) and various phone numbers at Fort Shafter.

9. On or about January 22, 2008, my assistant succeeded by locating Mr. Ling in the Office of the Staff Judge Advocate. We requested his new address. The address he provided is as follows: Office of the Staff Judge Advocate, Attention: Mr. Winston Ling, Building T-102, STOP 111, Fort Shafter, Hawaii 96858-5100. (Since Mr. Ling is located on a secured army base, courier service was not available.)

10. On or about February 20, 2008, my paralegal discovered that Mr. Ling had not yet received the package, additional copies were then forwarded to him the confirmed mailing address of: Office of the Staff Judge Advocate, Attention: Mr. Winston Ling, Building T-102, STOP 111, **162 Yamanaga Street**, Fort Shafter, Hawaii 96858-5100. See Exhibit "C" which is annexed hereto.

11. On February 21, 2008, my assistant contacted Mr. Ling to confirm receipt of the materials, he stated that he has not yet received the materials.

12. On February 25, 2008, Mr. Ling confirms that he had received the package and that he would provide Government counsel with a declaration by the end of the week.

13. On Friday, February 29, 2008, my assistant received a voicemail message at 11:41 a.m. in which Mr. Ling stated that he may need transcripts in order to submit a declaration. My assistant returned Mr. Ling's call and informed him that she will get copies of the

4

     transcripts to him if he could tell her
     which days he needed.  Mr. Ling informed
     her that he would call her with a list
     by the end of the day.

14. On Friday, February 29, 2008, my
   assistant received a second voicemail
   message at 4:55 p.m. stating that he did
   not have time to determine which
   transcripts he would need and that he
   would review the materials over the
   weekend.

15. On Monday, March 3, 2008, my assistant
   contacted Mr. Ling and he informed her
   that he would need additional time and
   that he would be able to submit the
   declaration to my office by Wednesday,
   March 5, 2008.

<u>Shawn Luiz, Esq.</u>:

16. On February 20, 2008, my paralegal
   contacted Shawn Luiz to inquire the
   status of his declaration.  His
   voicemail message stated that his office
   is closed because he will be out of the
   country from February 14 to March 1.  The
   recordings asks that you not leave a
   message, but instead, call back during the
   week of March 3rd.

17. On March 3, 2008, my paralegal called
   Mr. Luiz's office.  The voicemail message
   has not changed.

18. As of today, March 4, 2008, Mr. Luiz's
   office is still closed and the voicemail
   message has not changed.

For the foregoing reasons articulated above, Plaintiff-Appellee respectfully move this Court for an additional one (1) week extension of time to file its response.

That by granting Government counsel an additional one week extension of time to file its response, it will still allow Defendant Veloria time to file her Reply which is currently due on or about March 20, 2008.

DATED: March 4, 2008, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas J. Brady
   THOMAS J. BRADY
   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by U.S. Mail:</u>

| | |
|---|---|
| Alicia Veloria<br>Reg. No. 14144-006<br>San Bernadino County Jail<br>630 E. Rialto Avenue<br>San Bernadino, CA 92415<br>Attention:  Deputy Larry Rosa<br>(Inmate in Transmit,<br>pls hold mail for arrival) | March 4, 2008 |
| Alicia Veloria<br>Reg. No. 14144-006<br>**(Inmate in transit from FMC Carswell)**<br>Federal Detention Center<br>351 Elliot Street<br>Honolulu, Hawaii 96819 | March 4, 2008 |

Pro Se Defendant

        DATED: March 4, 2008, at Honolulu, Hawaii.

                              <u>/s/ Shelli Ann H. Mizukami</u>