

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*  (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

January 10, 2008

Alexander Silvert                          Winston D.M. Ling, Esq.
First Asst. Federal Public Defender        530 S. King Street, Room 110
Office of the Federal                      Honolulu, HI 96813
    Public Defender
PJKK Federal Bldg., Ste. 7-104
300 Ala Moana Boulevard
Honolulu, HI 96850


Samuel P. King, Jr., Esq.                  Shawn A. Luiz, Esq.
735 Bishop Street, Ste. 304                810 Richards Street, Ste. 800
Honolulu, HI 96813                         Honolulu, HI 96813


        Re:  <u>United States vs. Alicia Veloria</u>
             Cr. No. 00-00145 SOM
             Cv. No. 08-00019 SOM/BMK

Dear Counsel:

        Enclosed please find a copy of Defendant Alicia Veloria's motion under 28 U.S.C. § 2255 based upon ineffective assistance of counsels. In addition, I have enclosed Veloria's memorandum in support of her § 2255 motion. Yesterday, Wednesday, January 9, 2008, I filed a motion seeking a waiver of the attorney/client privilege in the above-entitled case. I appreciate your assistance in this matter.

        Defendant Veloria has alleged that you, as former counsel, as well as her trial attorney, sentencing attorney, and appellate attorney, were all ineffective in representing her during their respective periods of her case. The Government has been ordered to file a response by Wednesday, February 6, 2008. Given the allegations in Defendant's motions, I have filed a motion seeking a one-month extension so that I can order the sentencing transcripts as well as provide you with adequate time in which to prepare a declaration in this matter.

# EXHIBIT "A"

Alexander Silvert
Winston D.M. Ling, Esq.
Samuel P. King, Jr., Esq.
Shawn A. Luiz, Esq.
January 10, 2008
Page 2

      In the abundance of caution, I respectfully request that you begin to draft your declaration as soon as possible and I will keep you posted as to all deadlines imposed by the Court. Again, I appreciate your efforts in this matter. If you have any further comments or questions, please let me know.

                              Very truly yours,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By_____
                              THOMAS J. BRADY
                              Assistant U.S. Attorney

TJB:sam