

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*　　　(808) 541-2850
*300 Ala Moana Blvd., Room 6-100*　　FAX (808) 541-2958
*Honolulu, Hawaii 96850*

January 10, 2008

Alexander Silvert
First Asst. Federal Public Defender
Office of the Federal
　　Public Defender
PJKK Federal Bldg., Ste. 7-104
300 Ala Moana Boulevard
Honolulu, HI 96850

Winston D.M. Ling, Esq.
530 S. King Street, Room 110
Honolulu, HI 96813

Samuel P. King, Jr., Esq.
735 Bishop Street, Ste. 304
Honolulu, HI 96813

Shawn A. Luiz, Esq.
810 Richards Street, Ste. 800
Honolulu, HI 96813

　　　Re:　United States vs. Alicia Veloria
　　　　　Cr. No. 00-00145 SOM
　　　　　Cv. No. 08-00019 SOM/BMK

Dear Counsel:

　　　Enclosed please find a copy of Judge Susan Oki Mollway's order finding waiver of attorney-client privilege with respect to Defendant's instant motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. I appreciate your assistance in this matter.

　　　The Government has been given an extension and ordered to file a response by March 6, 2008. Such an extension will provide you with adequate time in which to prepare a declaration in this matter. In the abundance of caution, I respectfully request that you begin to draft your declaration as soon as possible. It is my intention to have this matter submitted to the court on or before February 28, 2008.

　　　Again, I appreciate your efforts in this matter. If you have any further comments or questions, please let me know

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　EDWARD H. KUBO, JR.
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　District of Hawaii

　　　　　　　　　　　　　　　By _____
**EXHIBIT "B"**　　　　　　　　THOMAS J. BRADY
　　　　　　　　　　　　　　　Assistant U.S. Attorney

TJB:sam