

U.S. Department of Justice

United States Attorney
District of Hawaii

PJKK Federal Building  (808) 541-2850
300 Ala Moana Blvd., Room 6-100  FAX (808) 541-2958
Honolulu, Hawaii 96850

## TRANSMITTAL LETTER

TO: Headquarters United States Army Pacific
Office of the Staff Judge Advocate
Attn: Mr. Winston Ling
Building T-102, STOP 111
162 Yamanaga Street
Ft. Shafter, Hawaii 96858-5100

DATE: February 20, 2008

FROM: Thomas J. Brady, AUSA

RE: USA v. Alicia Veloria

TRANSMITTED FOR:

| | | |
|---|---|---|
| ☐ Your Information | ☐ | Your Further Necessary Action |
| ☐ Your Signature & Return | ☐ | Your Approval |
| ☐ Your Signature & Forwarding as noted Below | ☐ | Your Review and Comment |
| | ☐ | Per Your Request |
| ☐ Per Our Conversation | X | SEE REMARKS BELOW |

** SHOULD YOU HAVE QUESTIONS, PLEASE CALL OUR OFFICE **

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 | 1/10/08 | Letter to you from Tom Brady enclosing Judge Mollway's Order finding waiver of attorney-client privilege |
| 1 | 1/10/08 | Letter to you from Tom Brady enclosing Defendant Veloria's Motion under 28 U.S.C. § 2255 |

REMARKS:

Please prepare your declaration and return it to me in the self-address stamped envelope. Thank you for your prompt attention to this matter.



EXHIBIT "C"