IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 08-00019 SOM/BMK |
| | ) | CR. NO. 00-00145 SOM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING GOVERNMENT'S |
| vs. | ) | MOTION FOR EXTENSION OF TIME |
| | ) | TO RESPOND TO DEFENDANT'S |
| ALICIA VELORIA, | ) | MOTION UNDER 28 U.S.C. § 2255 |
| | ) | TO VACATE, SET ASIDE, OR |
| Defendant. | ) | CORRECT SENTENCE |
| _____ | ) | |

ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION UNDER
28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

The court grants the Government's motion for an extension of the time in which to respond to Defendant Alicia Veloria's motion under 28 U.S.C. § 2255. The Government may file its response no later than noon on March 13, 2008, which is a week later than the earlier deadline of March 6, 2008. Note that this is one day less than the Government's requested extension. The court orders a March 13 deadline in light of a corresponding one-week extension of Defendant's reply memorandum deadline. The court does not agree with the Government that a Government filing on March 13, 2008, served by mail on Defendant, will allow a reply by Defendant by March 20, 2008. The deadline for Defendant's optional reply memorandum is extended to March 27, 2008, which is a week later than the previous March 20 deadline. This leaves only one working day for the court's review of the reply memorandum. The Government's request for an extension

until March 14, 2008, if matched by a corresponding extension of Defendant's reply memorandum deadline, would leave the court with no time to review the reply memorandum before the scheduled hearing on March 31, 2008.

The court stresses that Defendant is not required to file a written reply memorandum and may opt to reply only orally at the hearing on March 31, 2008.

For now, the court has not scheduled an evidentiary hearing for March 31, 2008, but the court may conduct hearings on subsequent dates if it determines live testimony should be received. If the court decides to receive live testimony, counsel will be appointed for Defendant.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 5, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Veloria; Cv. No. 08-00019 SOM/BMK, CR. NO. 00-00145 SOM; ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE