United States District Court
Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

CORRESPONDENCE

March 5, 2008

Dear Judge Mollway:

The purpose of this letter is twofold: to give notice of my removal from Carswell FMC to be transported to Hawaii and to inform the court that I was not allowed to bring my legal documents with me for the reason stated below.

On 03/04/08 I was informed by property officer Mrs. Franklin as well as the department head of Receiving and Discharge (R & D) Mr. Thompson that a "call" from either the "Hawaii court or the Marshalls" was received instructing them (R & D) not to allow me to bring any legal property with me. Although I attempted to demonstrate to them how the documents were necessary for my 2255 response and hearing, I was given a flat "NO". Therefore, my legal documents were packed in two boxes and stored at Carswell FMC.

In light of the fact that as of 03/04/08 I have yet to receive the government's reply to my pro se 2255 and will no longer be at Carswell FMC, I request that a copy of the government's reply (due 03/06/08) be sent to Honolulu FDC to await my arrival there, as mailing it to any other address will not guarantee service of this crucial and much anticipated document. Although the BOP is supposed to forward "legal mail" they most often do not do so. The Court has given me a "reply in support" date of 03/20/08 with a hearing date of 03/31/08, as such I ask this Court to require the government to guarantee service of their response so that I may at least make an attempt to reply by 03/20/08.

Additionally, regardless of any reply I may be able to somehow write while in transit and then file, I will not be able to support any contentions with additional documentation on account of my legal property being inaccessible.

Thank you for your time and consideration.

Sincerely,

*Alicia Veloria*

Alicia Veloria
14144-006
(In Transit)

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 10 2008
DISTRICT OF HAWAII