Name: Alicia Velue
Reg. No.: 14144-022
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 10 2008
DISTRICT OF HAWAII

U.S. District Court
Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850