*CORRESPONDENCE*

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

March 10, 2008

**SENT BY FACSIMILE** (817) 782-4875
Office of Legal Counsel
FMC Carswell
Federal Medical Center
P.O. Box 27066
Fort Worth, TX 76127

                      **Re: Alicia Veloria v. United States of America; Civ. 08-00019 SOM/BMK**

Dear Counsel:

      I am the district judge presiding over two motions involving Alicia Veloria (No. 14-144-006), has been transported from FMC Carswell to FDC Honolulu. The motions are set to be heard here in Honolulu on March 31, 2008. Ms. Veloria is representing herself on one of the motions and has written to me to say that she was not allowed to bring her legal materials with her from FMC Carswell. As she may understandably need her legal materials both to file a memorandum due on March 27, 2008, as well as to present her position at the hearing on March 31, 2008, I am writing to ask that her two boxes of legal documents be rushed to her at FDC Honolulu, 351 Elliot Street, Honolulu, HI, 96819. Ms. Veloria says that she was told that either the Hawaii court or the United States Marshal's Service had directed the Bureau of Prisons not to send her legal materials with her. I assure you that I issued no such directive, and, while the Marshal's Service here in Honolulu recalls discussing transport of Ms. Veloria with prison officials, it says it gave no instruction prohibiting transport of her legal materials. Please confirm in writing to me when you have sent the two boxes. I can be reached by fax at 808-541-1724. I would greatly appreciate your sending the materials by the fastest means possible.

      By a copy of this letter, I am directing the Assistant United States Attorney assigned to this matter to serve future Government filings on Ms. Veloria in care of FDC Honolulu.

Office of Legal Counsel, FMC Carswell
March 10, 2008
Page 2

    Thank you very much for your assistance in this matter.

                                    Very truly yours,

                                    Susan Oki Mollway
                                    United States District Judge

cc by fax:  Thomas Brady, Esq.
             Rustam Barbee, Esq.
             Alicia Veloria

| MESSAGE CONFIRMATION | MAR-10-2008 03:29 PM MON |
|---|---|
| | FAX NUMBER : 808 541 1724 |
| | NAME      : US DISTRICT COURT |

```
NAME/NUMBER    :  918177824875
PAGE           :  3
START TIME     :  MAR-10-2008 03:29PM MON
ELAPSED TIME   :  00'28"
MODE           :  STD ECM
RESULTS        :  [ O.K ]
```

---

## FACSIMILE TRANSMISSION SHEET



### CHAMBERS OF JUDGE SUSAN OKI MOLLWAY

United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

| DATE: | March 10, 2008 | |
|---|---|---|
| TO: | Office of Legal Counsel, FMC Carswell | FAX: **(817) 782-4875** |
| | Thomas Brady, Esq. | FAX: 541-2958 |
| | Rustam Barbee, Esq. | FAX: 524-4306 |
| | Alicia Veloria (c/o FDC Honolulu) | FAX: 838-4502 |
| FROM: | Judge Susan Oki Mollway | |
| PAGES: | ___3___ including this page | |
| RE: | Veloria v. USA, Civ. No. 08-00019 SOM/BMK | |
| SENDING: | LETTER REGARDING TRANSPORT OF LEGAL MATERIALS | |

```
MULTI COMMUNICATION REPORT                MAR-10-2008 03:34 PM MON

                                          FAX NUMBER    :  808 541 1724
                                          NAME          :  US DISTRICT COURT


                                          REF. NAME     :
                                          PAGES         :  3


  1. SUCCESSFUL

                    FAX NUMBER                              NAME
       _____    _____

       2958
       95244306
       98384502



  2. UNSUCCESSFUL

                    FAX NUMBER                              NAME
       _____    _____




  3. MULTI COMMUNICATION JOURNAL

NO.       NAME/NUMBER            START TIME    TIME    MODE      PAGE       RESULTS
_____
1124  2958                       03-10 03:32PM 00'22"  ECM BC    003/003    [ O.K ]
1124  95244306                   03-10 03:33PM 00'20"  ECM BC    003/003    [ O.K ]
1124  98384502                   03-10 03:34PM 00'22"  ECM BC    003/003    [ O.K ]
```