CORRESPONDENCE

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850

CHAMBERS OF
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FAX (808) 541-1724

# TRANSMITTAL MEMORANDUM

DATE: March 10, 2008

TO: Ms. Alicia Veloria
c/o Federal Detention Center Honolulu
351 Elliot Street
Honolulu, HI 96819

FROM: The Honorable Susan Oki Mollway
United States District Court for the
District of Hawaii
300 Ala Moana Boulevard, #C-409
Honolulu, HI 96850

RE:   United States v. Alicia Veloria; Cr. No. 00-00145 SOM; Civ. No. 08-00019 SOM

We are sending you the following:

| Original | Copies | Dated | Description |
|---|---|---|---|
| | 1 | 03/10/08 | Letter regarding transport of legal materials |
| | 1 | 02/22/08 | Document Number 258 |
| | 1 | 02/28/08 | Document Number 259 |
| | 1 | 03/04/08 | Document Number 260 |
| | 1 | 03/05/08 | Document Number 261 |

( X) For your information
(  ) For your files
(  ) Per your request
(  ) Per our conversation
(  ) For necessary action

(  ) For signature and return
(  ) For signature, forwarding as noted below
    and return
(  ) For review and comment
(  ) For distribution

REMARKS: The court is sending copies of the following materials to Ms. Veloria in care of FDC Honolulu, in case she needs them immediately: a copy of the court's letter dated March 10, 2008, and copies of Documents 258, 259, 260, and 261 in the case file.

cc (without enclosures):  Thomas Brady, Esq.
　　　　　　　　　　　　Rustam Barbee, Esq.