```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3
 4      _____
 5     UNITED STATES OF AMERICA,      )
 6              Plaintiff,            )   CR. NO. 00-00145 SOM
 7        vs.                         )
 8     ALICIA VELORIA,                )       VOLUME I
 9              Defendant.            )     (Pages 1 - 229)
10      _____)
11
12
13                   TRANSCRIPT OF PROCEEDINGS
14
15         The above-entitled matter came on for JURY
16     SELECTION/JURY TRIAL commencing at 9:00 a.m. on
17     Tuesday, June 3, 2003, Honolulu, Hawaii,
18
19     BEFORE:   HONORABLE SUSAN OKI MOLLWAY
20               United States District Judge
21               District of Hawaii
22
23
24     REPORTED BY:   LISA J. GROULX, COURT REPORTER
25                    Notary Public, State of Hawaii
```

LISA GROULX & ASSOCIATES
(808) 225-5701

EXHIBIT "A"

```
 1  Your Honor.  Basically, I believe the court already
 2  told him that he's not supposed to mention prior bad
 3  acts on behalf of Alicia Veloria.
 4              THE COURT:  He didn't.
 5              MR. LING:  Basically, he said that she's
 6  been selling crack cocaine.  He's not supposed to be
 7  saying that.
 8              THE COURT:  Hold on.  I'll go and get
 9  exactly what he said.  Hold on.
10           Why don't I ask the jurors to go upstairs for
11  about three minutes, I'm sorry, in the deliberation
12  room that I'm going to ask you to stay in for about
13  three minutes.
14              (Whereupon the jury departed from the
15  courtroom.)
16              THE COURT:  Okay.  You can sit down.
17  What Mr. Brady said was that there was an
18  investigation that was conducted by police officers
19  and the police officer, based on the information
20  received during the investigation, believed that
21  Ms. Veloria was selling cocaine and crack cocaine from
22  the location which was earlier stated to be 69 Mauna
23  Loa Street.  So that is, in fact, the state of
24  affairs.  But he didn't go into the detail of it.  So
25  I think I allowed him to say that, based on the
```