**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by U.S. Mail:</u>

Alicia Veloria                          March 13, 2008
Reg. No. 14144-006
Federal Detention Center
351 Elliot Street
Honolulu, Hawaii 96819

Pro Se Defendant

    DATED: March 13, 2008, at Honolulu, Hawaii.

                                                                               _____