JUDITH VELURITY
16305 LEXIA LANE
MIDLOTHIAN, TX 76065

Judge Mollway
US District Court
Prince Kuhio Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

FORT WORTH TX 761
10 MAR 2008 PM 3 T

"LET US DARE TO READ,
THINK, SPEAK"
John Adams, 1765