**TRULINCS** Inmate E-Message System. 14144006 - VELORIA, ALICIA - Unit: HON-C-A

----------------------------------------------------------------------

FROM: 14144006 VELORIA, ALICIA
TO:
SUBJECT:
DATE: 03/16/2008 11:18 PM

**RECEIVED**
CLERK U.S. DISTRICT COURT

MAR 18 2008
1:40 pm
DISTRICT OF HAWAII

U.S. District Court
District of Hawaii
Honorable Judge Mollway
300 Ala Moana Blvd. Rm. C-149
Honolulu, Hawaii 96850

March 16, 2008

CR 00-00145 SOM

RE: Veloria Legal Materials;  Civ. 08-00019 SOM/ BMK

Dear Judge Mollway:

I am in receipt of the copies mailed out by your staff to me on March 10, 2008.  Included within was the letter written to Carswell FMC.  Thank you for your prompt response and efforts to ensure delivery of my legal materials.

However, as of today's date, I have not received any word from staff regarding the whereabouts of said legal materials.  On Friday, March 14, 2008, I spoke with Mrs. Canali (FDC staff Librarian) regarding the situation and asked for her help in this matter.  Later that day, Mrs. Canali informed me that Mrs. White (FDC 's Legal Counsel) indicated she would track the whereabouts of the boxes. As of this evening (Sunday 3/16/08) I have not been given any additional information.

Although I have yet to receive the response mailed to me by the government, it has come to my attention that I will need to include in my reply additional proof of written pre-trial communications sent to defense counsel Mr Ling, as they are necessary to rebut the contents of his declaration filed in support of the government's response.

I would very much like to be able to complete my Reply In Support and submit it for your consideration by the March 27 deadline. However, given the fact that I currently have nothing to work with, my Reply In Support may be limited.

Thank you for your time and consideration.

Respectfully submitted,

*Alicia Veloria*
ALICIA VELORIA
# 14144-006
FDC Honolulu
PO Box 30080
Honolulu, HI  96820