From:
Name: Alicia Veloria
Number: 14144-006
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

To:
Honorable Judge Mollway
U.S. District Court
District of Hawaii
300 Ala Moana Blvd. Rm. C-149
Honolulu, Hawaii 96850

Postmark: HONOLULU HI 968, 17 MAR 2008 PM 3 L

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 18 2008
1:40 pm
DISTRICT OF HAWAII