```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
                                    )
 4   UNITED STATES OF AMERICA,      )   CR 00-00145 SOM
                                    )
 5                      Plaintiff,  )   Honolulu, Hawaii
          vs.                       )   November 3, 2003
 6                                  )   3:00 P.M.
     ALICIA VELORIA,                )
 7                                  )   Sentencing as to Count 1
                        Defendant.  )   of the Indictment
 8   _____)

 9
                      TRANSCRIPT OF PROCEEDINGS
10            BEFORE THE HONORABLE SUSAN OKI MOLLWAY
                   UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Government:         THOMAS J. BRADY, ESQ.
                                 Office of the U.S. Attorney
14                               PJKK Federal Bldg.
                                 300 Ala Moana Blvd., Ste. 6100
15                               Honolulu, HI 96850

16   For the Defendant:          SAMUEL P. KING, JR., ESQ.
                                 King & King
17                               735 Bishop St., Ste. 304
                                 Honolulu, HI 96813
18
     Also Present:               ANNE M. SHIMOKAWA
19                               U.S. Probation Office
                                 PJKK Federal Building
20                               300 Ala Moana Blvd., Ste. C126
                                 Honolulu, HI 96850
21
     Official Court Reporter:    Debra Kekuna Chun, RPR, CRR
22                               United States District Court
                                 300 Ala Moana Blvd., Ste. C285
23                               Honolulu, HI 96850
                                 (808) 534-0667
24
     Proceedings recorded by machine shorthand, transcript
25   produced with computer-aided transcription (CAT).
```



EXHIBIT "A"

1  history. You were not eligible for the safety valve
2  provision, given my rulings.
3       Now, something that works against you -- we call
4  this aggravating factor -- is your extensive involvement in
5  dealing drugs. We had witnesses who said that, even after
6  your home was raided by police, you still kept dealing
7  drugs out of your home. I know you have training in school
8  in criminal justice, and I don't know whether that helped
9  you to get your way through this case. You may have been
10 able to do that anyway because I realize that you are an
11 extremely intelligent and articulate person. But in any
12 event it does seem to me that you were very much hands on
13 in the way that your case was handled. And, of course,
14 well you might be because this is going to affect your
15 life, but at the same time it does seem to me, having
16 watched you at trial, that you were very careful in walking
17 the line during trial and you were skillful in doing that
18 so that I would not bring in your pretrial statement and
19 place that before the jury. But it seems to me that, you
20 know, I know you stood up before me and made a number of
21 complaints about your attorneys. Those may or may not be
22 the subject of later proceedings, but it does seem to me
23 that you were -- from what I observed during trial that you
24 were very much in control of your defense.
25      Now, you do have a history of substance abuse