Federal Bureau of Prisons
Federal Medical Center Carswell
P.O. Box 27066 - "J" Street - Bldg. 3000
Fort Worth, Texas 76127
(817)-782-4000



# FACSIMILE TRANSMITTAL COVER SHEET

**Number of Pages (Including Cover Sheet):**

| DATE: | March 19, 2008 |
|---|---|
| TO: | Judge Mollway |
| FAX NUMBER: | 808-541-1720 |
| FROM: | Maria Martinez |
| DEPARTMENT: | Legal Department |
| PHONE NUMBER: | 817-782-4665 |
| FAX NUMBER: | 817-782-4887 |
| SENSITIVE LIMITED OFFICIAL USE: | |
| NOTES/COMMENTS: 2 pages including cover sheet. **Re: Alicia Veloria** | |

**NOTICE**

The information transmitted in this facsimile may contain sensitive information belonging to the sender, which is protected by the U.S. Government. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

MAR 1 9 2008



**FEDERAL BUREAU OF PRISONS**
Federal Medical Center, Carswell
P. O. Box 27066
Fort Worth, Texas 76127

March 14, 2008

The Honorable Susan Oki Mollway
United States District Judge
United States District Court
District of Hawaii
300 Ala Moana Boulevard, Room C-409
Honolulu, Hawaii 96850-0409

Dear Judge Mollway:

This is in response to your letter dated March 10, 2008, regarding federal inmate Alicia Veloria, Register Number 14144-006. You state Ms. Veloria is on a Federal Writ at the Federal Detention Center (FDC), in Honolulu Hawaii. You request all her legal materials be sent to her by the fastest means possible.

Ms. Veloria's legal materials, two boxes, were shipped via United States Parcel on March 14, 2008, to FDC Honolulu.

I trust this information addresses your concerns.

Sincerely,

Alberto Munguia
Attorney