



**FEDERAL BUREAU OF PRISONS**
Federal Medical Center, Carswell
P. O. Box 27066
Fort Worth, Texas 76127

March 14, 2008

The Honorable Susan Oki Mollway
United States District Judge
United States District Court
District of Hawaii
300 Ala Moana Boulevard, Room C-409
Honolulu, Hawaii 96850-0409

Dear Judge Mollway:

This is in response to your letter dated March 10, 2008, regarding federal inmate Alicia Veloria, Register Number 14144-006. You state Ms. Veloria is on a Federal Writ at the Federal Detention Center (FDC), in Honolulu Hawaii. You request all her legal materials be sent to her by the fastest means possible.

Ms. Veloria's legal materials, two boxes, were shipped via United States Parcel on March 14, 2008, to FDC Honolulu.

I trust this information addresses your concerns.

Sincerely,

Alberto Munguia
Attorney



## CHAMBERS OF JUDGE SUSAN OKI MOLLWAY
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

| | |
|---|---|
| DATE: | July 31, 2007 |
| TO: | Natalie Wight (FDC)   **FAX: 838-4510**   Phone: 838-4200<br>Thomas J. Brady   **FAX: 2958** |
| FROM: | Joni Gross, secretary to Judge Susan Oki Mollway |
| PAGES: | __2__ including this page |
| RE: | **USA v. Alicia Veloria; Cr. No. 00-00145 SOM**<br>**Register Number 14144-006** |
| SENDING: | Ltr fr A. Munguia to Judge Mollway, dated 3/14/08, re Ms. Veloria's request for legal material. |
| COMMENTS: | **Ms. Wight, can you please forward a copy of the attached letter to Ms. Veloria? Thank you very much.** |

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

MULTI COMMUNICATION REPORT                    MAR-19-2008 01:10 PM WED

```
FAX NUMBER   :  808 541 1724
NAME         :  US DISTRICT COURT


REF. NAME    :
PAGES        :  2
```

1. SUCCESSFUL

| FAX NUMBER | NAME |
|---|---|
| 2958 | |
| 98384510 | |

2. UNSUCCESSFUL

| FAX NUMBER | NAME |
|---|---|

3. MULTI COMMUNICATION JOURNAL

| NO. | NAME/NUMBER | START TIME | TIME | MODE | PAGE | RESULTS |
|---|---|---|---|---|---|---|
| 1131 | 2958 | 03-19 01:09PM | 00'18" | ECM BC | 002/002 | [ O.K ] |
| 1131 | 98384510 | 03-19 01:10PM | 00'14" | ECM BC | 002/002 | [ O.K ] |