# Exhibit 1



# Federal Bureau of Prisons
## FDC Honolulu
## Certificate of Completion

This is to certify that

**Alicia Veloria**

Has satisfactorily completed

**Anger Management**

This certificate is hereby issued this 13th day of November, 2003.

Daniel D. Trent, Ph.D.
Chief Psychologist

Emily L. Streeter, Psy.D.
Drug Abuse Program Coordinator





U. S. Department of Justice

Federal Bureau of Prisons

_Office of the Recreation Department_                                      _Federal Detention Center_
_P.O. Box 30547_
_Honolulu, HI  96820_

October 30, 2003

## MEMORANDUM FOR HONORABLE JUDGE SUSAN OKI MOLLWAY

**FROM:**             S. Lapo
                      Sports Specialist

**SUBJECT:**          Inmate Veloria, Alicia # 14144-006

This memorandum is in reference to inmate Veloria # 14144-006.  Inmate Veloria is a very
motivated inmate, she participates in all recreation wellness classes and encourages the other
inmates within her unit to stay physically fit.

Inmate Veloria since her arrival at FDC Honolulu has participated in all recreational activities
within her unit, this would include all leisure, wellness, and holiday activities.  Inmate Veloria also
served as the  class leader for the recent fitness class that was conducted in her unit.



Certificate of Achievement

Presented to

Alicia Veloria

For Successful Completion of the M.C.C.
Step Aerobics Class
on June 3, 2003
for Unit C-A at FDC Honolulu

J. Kalii, Sports Specialist 6/3/03



# Certificate of Achievement

Presented to

## Alicia Veloria

For Successful Completion of the A.E.C.

Healthy Heart Class

on July 15, 2003

for Unit EA at FDC Honolulu

G. Lagle, Sports Specialist 7/15/03

Certificate of Achievement

presented to

Alicia Veloria

For Successful Completion of the
N.K.B. Fitness Class
conducted in Amix Gym at JKO Honolulu
on October 30, 2003

S. Logie, Sports Specialist

10/30/03



# Certificate

## of

### Appreciation

Presented to

# Alicia Veloria

for your dedication and diligence in
tutoring students to receive
their GED Certificates.
Your contribution to FMC Carswell
and the students is greatly appreciated.

September 12, 2006

C. Loftin, Teacher

# Certificate of Completion

awarded to:

## Alicia Velaria

### Women's Center:
### Empowering Knowledge; Understanding Abuse

December 19, 2006

Date

LT Melanie Pedersen, LCSW

# Certificate
### of
## Completion

*Let it be known that*

# ALICIA VELORIA

*has satisfactorily completed the twelve hour requirement for our Adult Continuing Education course entitled:*
*"Advanced Spanish"*

December 8, 2006

*Mrs. Turner*

T. Turner, A.C.E. Coordinator



Computer
Keyboarding

# Certificate of
# Completion

Let it be known that

## Alicia Veloria

has satisfactorily
completed the twenty-four
hour requirement for our
Adult Continuing Education
course entitled:
"Beginning Computer
Keyboarding"
with 22 wpm.

Ms. C. Swinney, Teacher

# Certificate

## of

## Completion

*Let it be known that*

# ALICIA VELORIA

*has satisfactorily completed the twelve hour requirement for our Adult Continuing Education course entitled:*

*"Advanced Spanish"*

*Mrs. Turner*

T. Turner, A.C.E. Coordinator

August 18, 2006

# Certificate

of

## Completion

Let it be known that

## Alicia Veloria

has satisfactorily completed the twelve hour requirement for
our Adult Continuing Education course entitled:
"Spanish 3 and 4"

January 6, 2006

_Mrs. Turner_

T. Turner, A.C.E. Coordinator

# Certificate of Literary Excellence



## Presented to:

# Alicia Veloria

For successful completion of the nine-week literature therapy group.

December 29, 2005

Federal Medical Center Carswell









# Certificate

## of

### completion

*Let it be known that*

# Alicia Veloria

*has satisfactorily completed the twelve hour requirement for*

*our Adult Continuing Education course entitled:*

*"World History"*

*March 28, 2007*

*T. Turner, A.C.E. Coordinator*







# Certificate of Achievement

awarded to:

## Alicia Veloria

For completion of the Abuse Treatment I Group

Date 12-19-07

Signed K. Dronsende, PhD

# Certificate

## of Completion

Let it be Known that

## Alicia Veloria

has satisfactorily completed the twelve hour requirement for our Adult Continuing Education course entitled:

*"Body Atlas"*

June 27, 2007

*Mrs. Turner*

T. Turner, A.C.E. Coordinator



**FMC, Carswell**
Psychology Services
June 5, 2007

*Alicia Veloria*

has successfully completed
the Grief Group (8 hour group)

C. Anthony, M.A.
Psychology Intern

# Certificate

of

## Completion

*Let it be known that*

## Alicia Veloria

*has satisfactorily completed the twelve hour requirement for
our Adult Continuing Education course entitled:*

*"Spanish III"*

September 16, 2005

*Mrs. Turner*

T. Turner, A.C.E. Coordinator





# Certificate
## of
## completion

*Let it be known that*

*Alicia Velaria*

*has satisfactorily completed the twelve hour requirement for
our Adult Continuing Education course entitled:*

*"Fact or Fiction"*

*September 22, 2005*

*Mrs. Turner*

T. Turner, A.C.E. Coordinator





# CERTIFICATE OF ACCOMPLISHMENT

### For Completing the "Ice Breaker" Speech

Presented To

*Alicia Velloria*

## Toastmaster's Effective Public Speaking



Mr. J. Orla, SPONSOR

Dated this ____ day of May, 2004,
Dublin, California

Mr. B. Kubitz, ADMINISTRATOR

# CERTIFICATE OF ACCOMPLISHMENT

## For Completing the "Sincerity" Speech

Presented To

*Alicia Valeria*



## Toastmasters Effective Public Speaking

Mr. J. Orla, SPONSOR

Dated this ____ day of May, 2004.
Dublin, California

SFC Dublin Gavel Club
TOASTMASTERS INTERNATIONAL

Mr. B. Kubitz, ADMINISTRATOR

# CERTIFICATE OF PARTICIPATION

Presented To



*Alicia Veloria*

## Toastmasters Gavel Club

Dated this ___ day of May, 2004.
Dublin, California

PFC Dublin Gavel Club
TOASTMASTERS INTERNATIONAL

_____
**Mr. J. Orla,** SPONSOR

_____
**Mr. B. Kubitz,** ADMINISTRATOR

# Black History

## Reading Achievement Award

### "Historic Black Women"

This award certifies that

_Alicia Velotta_

has successfully completed the required reading and tests pertaining to the above designated Black History booklet and is developing an awareness and appreciation for the historic achievements and contributions of African-Americans to our country and the world.

GRADE LEVEL _____

DATE _____

TEACHER _____

SCHOOL _____

©1990 Empak Publishing Company

CHANGE Program 2007

Federal Medical Center Carswell

# CHANGE Resilience Award

# Alicia Veloria

For overcoming adversity and
creating growth from pain

2006-2007
CHANGE Program



Melanie Pedersen, CHANGE Program Coordinator

August 30, 2007



# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS PRESENTED TO

## ALICIA VELORIA

Who has successfully completed all requirements of the
Choosing Healthy Alternatives & New Growth Experiences
(CHANGE) Program. Requirements include participation for
12 months of approved programs which include
process groups, volunteer work, and self-improvement
activities.

August 30, 2007

Federal Medical Center Carswell
Federal Bureau of Prisons

Melanie Pedersen, CHANGE Program Coordinator

Julia Dunaway, Chief Social Worker

The faces of CHANGe...

# Certificate of Completion

This certificate acknowledges that

**Alicia Veloria**

has successfully completed the Adult Continuing Education

course Basic Legal Research

Dublin, CA
August 2nd, 2004

G. Collins
Vocational Training Instructor



# *Certificate*
## OF COMPLETION

This is to certify that

### *Alicia Veloria*

has fulfilled all the theoretical and practical training and evaluation
requirements of OSHA 1910.178 (l), and, as such,
has achieved the designation of

# Certified Operator

on the following type(s) of equipment:

### *Powered Industrial Truck Operator*

*9087-0066*

OPERATOR CERTIFICATION NUMBER

*3-26-04*

DATE *3-26-07*

EXPIRY DATE



**IVES**
TRAINING & COMPLIANCE
G R O U P   I N C

*FCJ - Dublin*

EMPLOYER SIGNATURE (AUTHORIZING PERSON)
NAME OF EMPLOYER COMPANY

*Tony Ozuna #9087*

INSTRUCTOR NAME & CERTIFICATION NUMBER

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS PRESENTED TO

*Alicia Velaria*

FOR COMPLETING A COURSE

## IN SPANISH

MR. G. COLLINS
VT BUSINESS DEPARTMENT

FEBRUARY 24, 2004
DATE

FPC DUBLIN
5675 8th Street—Camp Parks
Dublin, California 94568



# Certificate of Achievement

Awarded to

A. VELORIA

for superior achievement and excellence in

SUPER SETS (10 Hours)

this ___27th___ day of ___JULY___

in the year ___2007___.

Signed ___[signature]___

J. Monday, RS

___[signature]___

K. McNeary, SOR



# Certificate of Achievement



Awarded to

A. VELORIA

for superior achievement and excellence in

YOGA CLASS (15 Hours)

this ___28th day of___ JULY

in the year ___2007___ .

Signed

J. Monday, RS

K. McNeary, SOR

