

# Certificate of Achievement

Awarded to

A. VELORIA

for superior achievement and excellence in

ADVANCED AEROBIC (15 HOURS)

this 26th day of ⎯⎯ JULY

in the year ⎯⎯ 2007

Signed

J. Monday, RS

K. McNeary, SOR





# Certificate of Achievement

Awarded to

**A. VELORIA**

for superior achievement and excellence in

TONING CLASS (12 HOURS)

this 27th day of _____ JULY

in the year _____ 2007

Signed _____

J. Monday, RS

K. McNeary, SOR



# Certificate of Achievement



Awarded to

A. VELORIA -INSTRUCTOR ASSISTANT

for superior achievement and excellence in

TONING CLASS (15-HOURS)

this 15TH day of ——— DECEMBER

in the year ——— 2006 ———

.

Signed

J. PRATT, RS

K. McNEARY, SOR



T-662 3½x107 TREND enterprises inc.  St Paul MN 55164 Made in U.S.A.

# Certificate of Achievement



Awarded to

ALISHA VELORIA

for superior achievement and excellence in

YOGA CLASS (15-HOURS)

this 16th day of DECEMBER

in the year 2006

Signed

J. PRATT, RS

K. McNEARY, SOR





# Certificate of Participation

A. VELORIA

has participated with distinction in

YOGA CLASS
(15 Hours)

Awarded with appreciation

this 5th day of

August

in the year 2006

.

Signed

J. Pratt, RS

K. McNeary, BOR



Certificate of



A. VELORIA

has participated with distinction in

ADVANCED STEP AEROBICS INSTRUCTOR (15 Hrs.)

Awarded with appreciation

this 10th day of ——— in the year ——— January 2006 .

Signed _____
D. Ramirez, Rec. Spec.

_____
K. McNeary, SOR





*Certificate of* **Participation**

A. VELORIA

has participated with distinction in

TONING (15 HRS.)

*Awarded with appreciation*

this 12th day of ___ January

in the year ___ 2006

.

*Signed*



D. Ramirez/RS

K. McNeary/SOR



*Certificate of* **Participation**

A. VELORIA

has participated with distinction in

ABDOMINALS (5 Hrs.)

Awarded with appreciation

this 12th day of ___ January

in the year ___ 2006 ___.

Signed 

D. Ramirez, RS

_Kmcheary_
K. McNeary, SOR

*Certificate of* **Participation**



A. VELORIA

*has participated with distinction in*

ADVANCED STEP AEROBICS INSTRUCTOR (15 Hrs.)

*Awarded with appreciation*

*this* 23rd *day of* November

*in the year* 2005

*Signed*

D. Ramirez, Rec. Spec.

K. McNeary, SOR



# Certificate of Participation



A. VELORIA

has participated with distinction in

YOGA SEMINAR 3 HRS. CLASS

Awarded with appreciation

this 9th day of september

in the year 2005

Signed

D. Ramirez, RS

K. McNeary, SOM





# Certificate of Participation

**ALICIA VELORIA**

has participated with distinction in

**SELF—ESTEEM CLASS**

(4 Hours)

*Awarded with appreciation*

this __30th__ day of __September__

in the year __2005__

Signed _____
D. Ramírez, RS

_____
K. McNeary, SOR



# Certificate of Participation



A. VELORIA

has participated with distinction in

Advanced Step Aerobics (15 Hrs.)

Awarded with appreciation

this 8th day of

in the year September

2005

Signed

D. Ramirez, Rec. Spec.

K. McNeary, SOR



# Certificate of Participation



A. VELORIA

has participated with distinction in

Toning (15 Hrs.)

Awarded with appreciation

this ___8th___ day of ___September___

in the year ___2005___

Signed _____
D. Ramirez, Rec. Spec.



K. McNeary, SOR



# Certificate of Participation

A. VELORIA

has participated with distinction in

ADVANCED AEROBICS (15 Hrs.)

Awarded with appreciation

this 25th day of _____ July

in the year _____ 2005

Signed _____

D. Ramirez, Rec. Spec.

K. McNeary, SOR





# Certificate of Achievement

*Awarded to*

A. VELORIA

*for superior achievement and excellence in*

TONING CLASS (12 HOURS)

*this* 5th *day of* MAY

*in the year* 2007 .

Signed

J. Pratt, RS

K. McNeary, SOR



# Certificate of Achievement



Awarded to

A. VELORIA

for superior achievement and excellence in

TONING CLASS (15 Hours)

this 16th day of ——— JUNE

in the year ——— 2007 .

Signed

J. Pratt, RS

K. McNeary, SOR





# Certificate of Achievement

Awarded to

ALICIA VALORIA

for superior achievement and excellence in

YOGA (15 Hours)

this 15th day of —————

JUNE

in the year —————

2007

Signed —————

J. Pratt, RG

K. McNeary, SOR

# Certificate of Participation



A. VELORIA

has participated with distinction in

SUPER SET (10 Hrs.)

Awarded with appreciation

this 25th day of ___ July

in the year ___ 2005                              .

Signed _____

D. Ramirez, Rec. Spec.

K. McNeary, SOR





# Certificate of Participation

A. VELORIA

has participated with distinction in

TONING (15 Hrs.)

*Awarded with appreciation*

this 25th day of _____ July

in the year _____ 2005

Signed _____

D. Ramírez, Rec. Spec.

K. McNeary, SOR



*Certificate of*

# Participation

A. VELORIA

has participated with distinction in

ABDOMINALS (5 Hrs.)

Awarded with appreciation

this 23rd day of ———— November

in the year —— 2005

Signed ————— D. Ramirez, Rec. Spec.

K. McNeary, SOR





# Certificate of Participation

A. VELORIA

has participated with distinction in

TONING (15 Hrs.)

*Awarded with appreciation*

this 23rd day of _____ November

in the year _____ 2005 _____ .

Signed _____

D. Ramirez   Rec. Spec.

K. McNeary, SOR





# Certificate of Participation

A. VELORIA

*has participated with distinction in*

ADVANCED STEP AEROBICS (15 Hrs.)

*Awarded with appreciation*

*this* 20th *day of* ———— October

*in the year* ———— 2005

*Signed* _____

D. Ramirez, Rec. Spec.          K. McNeary, SOR



# Certificate of Participation



A. VELORIA

has participated with distinction in

TONING (15 Hrs.)

Awarded with appreciation

this 20th day of _____ October

in the year _____ 2005 _____.

Signed _____

D. Ramirez, Rec. Spec.

K. McNeary, 60R





# Certificate of Participation

VELORIA

has participated with distinction in

ABDOMINALS (10 hrs.)

Awarded with appreciation

this 20th day of ___ October

in the year ___ 2005

Signed _____

D. Ramirez, Rec. Spec.

K. McNeary, SOR



T-2565 ©1997 THE/ND enterprises, Inc.  St. Paul, MN 55164  Made in U.S.A.



# Certificate of Achievement

Awarded to

A. VELORIA ASSISTANT™ INSTRUCTOR

for superior achievement and excellence in

TONING CLASS (15-HOURS)

this 9th day of _____ MARCH

in the year _____ 2007

Signed _____ .

J. PRATT, RS          K. McNEARY, SOR

# Certificate of Achievement



Awarded to

A. VELORIA

for superior achievement and excellence in

TONING CLASS (15 Hours)

INSTRUCTOR

this 26th day of _____ JANUARY

in the year _____ 2007

Signed

J. Pratt, RS

K. McNeary, SGR





*Certificate of* **Achievement**

Awarded to

A. VELORIA

*for superior achievement and excellence in*

YOGA CLASS (15 Hours)

_this_ 27th _day of_ _____ JANUARY

_in the year_ _____ 2007

_Signed_ _____

J. Ryatt, RS        K. McNeary, SOR



# Certificate of Achievement



Awarded to

A. VELORIA

for superior achievement and excellence in

TONING CLASS (15 Hours)

INSTRUCTOR

this 26th day of _____ JANUARY

in the year _____ 2007 .

Signed

J. Pratt, RS

K. McNeary, RS





# Certificate of Achievement

Awarded to

A. VELORIA

for superior achievement and excellence in

YOGA CLASS (15 Hours)

this 5th day of _____ MAY

in the year _____ 2007 _____ .

Signed _____

J. Pratt, RS

K. McNeary, SOR



TJ-5640 (PJ-007 TREND antservices Inc · St Paul MN 55164 Made in U.S.A

T-2562 ©1997 TREND enterprises, Inc.  St. Paul, MN 55164  Made in U.S.A.



# Certificate of Achievement

Awarded to

ALICIA VELORIA

for superior achievement and excellence in

ASSISTANT YOGA INSTRUCTOR (15 HOURS)

this __28TH__ day of __OCTOBER__

in the year __2006__ .

Signed

J. PRATT, RS

K. MCNEARY, SOM