# CERTIFICATE OF SERVICE

I, RUSTAM A. BARBEE, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on March 25, 2008:

THOMAS J. BRADY, ESQ.
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, 6th Floor
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, March 25, 2008.

RUSTAM A. BARBEE
Attorney for Defendant
ALICIA VELORIA