# RUSTAM A. BARBEE

**Attorney at Law**
1188 Bishop Street, Suite 2606 Honolulu, Hawaii 96813 (808) 524-4406 Fax (808) 524-4306

## TRANSMITTAL LETTER

TO:     Clerk of District Court

DATE:   3/25/08
TIME:   11:50 p.m.

RE:     LATE FILING- U.S. vs. ALICIA VELORIA, CR. NO. 00-00145 SOM


COMMENTS:

Please file the enclosed document and leave any extra filed stamped copies for pick up in my attorney file. Thank you.