# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00145SOM |
| CASE NAME: | USA vs. Alicia Veloria |
| ATTYS FOR PLA: | Thomas Brady |
| ATTYS FOR DEFT: | Rustam Barbee<br>Alicia Veloria (Pro Se) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/31/2008 | TIME: | 10:30 - 10:50 |

COURT ACTION:  EP:  Motion Under 18 USC 3582(c)(2) for Reduction in Term of Imprisonment as a Result of Amended Guideline Range Calling for 2 Level Reduction for Retroactive Cocaine Base Amendment and

Status Conference re:  Motion to Vacate, Set Aside, or Correct Sentence -

Defendant Alicia Veloria present and in custody.

Motion Under 18 USC 3582(c)(2) for Reduction in Term of Imprisonment as a Result of Amended Guideline Range Calling for 2 Level Reduction for Retroactive Cocaine Base Amendment - Arguments - Granted.

ADJUDGED:

Imprisonment: 78 Months.

All other conditions remain the same.

Court to issue a written order.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Status Conference re:  Motion to Vacate, Set Aside, or Correct Sentence - continued to 6/16/08 @ 9:00 a.m.

Defendant to file her a responsive memorandum by Thursday 4/3/08.

Upon review of defendant's brief, Court may set this as an evidentiary hearing.

If set as an evidentiary hearing, Court will appoint counsel.

Government to provide the Court with copies the appellate briefs.

Government to file Shawn Luiz's supplemental declaration by 4/11/08.

Upon the filing of the declaration, Court will issue an order allowing the defendant to file a response.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.