IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

US Government,
Plaintiff(s)

vs.

Alicia Villaria,
Defendant(s)

Civil No. _____

Criminal No. 00-00145 SOM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 10 2003

at 10 o'clock and 30 min. 9 M.
WALTER A. Y. H. CHINN, CLERK

NOTE FROM THE JURY #1

YOUR HONOR,

① What is Wallace Iokea in Prison for; and was it related to Alicia Villaria?

② Was Zachary Smith arrested or facing charges

③ Is there proof of Rental Responsibility At house

④ Is there a copy of the Saepena? Can we see it?

⑤ Did Alicia Allow the Dog to Search Truck?

⑥ What was the foundation for the 1ST Search -w warrant

⑦ How come it took so LONG To Come to Court

DATED at Honolulu, Hawaii on 6/10/03

TIME: 10:20

Signature of Foreperson

EXHIBIT 37