


*Office of the*
# FEDERAL PUBLIC DEFENDER
Districts of Hawaii and Guam

**Kristine Pagan**
Investigator

__DISTRICT OF HAWAII__
PRINCE KUHIO FEDERAL BUILDING
300 ALA MOANA BLVD., SUITE 7104
HONOLULU, HAWAII 96850-5269
(808) 541-2521  FAX 541-3545
TOLL FREE# (877) 541-2521

__DISTRICT OF GUAM__
FIRST HAWAIIAN BANK BUILDING
SUITE 310
400 ROUTE 8
MONGMONG, GUAM 96927
(671) 472-7111  FAX 472-7120

## MEMORANDUM

**TO:** File

**FROM:** Kristine Pagan

**RE:** USA vs. Alicia Veloria

**DATE:** November 27, 2000

---

On November 21, 2000 I spoke with **Joseph Andres** at the Halenani work facility just outside of Hilo on the Big Island. Halenani is a work program associated with HCCC. Mr. Andres is scheduled to be released on November 30, 2000. He will be on probation following his release. He'll be staying at his mom's house. Her phone number is (808)959-4963.

Mr. Andres has a very serious mistrust of public defenders. He blames his latest conviction on a public defender who didn't believe him and therefore didn't argue his case for him. In addition, Mr. Andres has concerns about his own legal situation in relation to Alicia's case. He was arrested for possession of paraphernalia on the day of the raid. He was never prosecuted for that case but has real concerns about the same. At one point, I called our office and received information from Michael Weight that the statute of limitations for possession of paraphernalia is three years. This helped some, but Mr. Andres never did really open up to me. At several times during the interview, Mr. Andres expressed a desire to talk with a lawyer.

In addition to all of the above, Mr. Andres' memory of the time period in question is fuzzy. His recall is limited partly because of the passing of time but also because he was using a lot of drugs during that period in his life.

Mr. Andres first met our client through her boyfriend. He would not tell me who the boy friend was but he denies it was Zach Smith or Bill Best.

The house where the raid took place was Marlene Anduha's house. She had rented the house and it was her responsibility. Mr. Andres remembers that Alicia was living in the downstairs unit of that house while Marlene was still there. Carmen Anduha was also living in the house back then. Mr. Andres was homeless at the time. Marlene, who was his friend, told him

EXHIBIT 38

that if he ever needed a place to stay or to shower etc. that he could come to her home. He took advantage of that offer and did shower there and did stay there occasionally.

When it came time for Marlene to leave, she told him that she was leaving her cousin, Jessica DeLima, in charge of the house. He's not sure what that entailed, but he remembers Marlene specifically leaving Jessica in charge. He does not know who paid the rent, where the money for the rent came from, or how the rent got paid. He also does not know how long Marlene was gone before the house got busted. He does recall that Carmen was gone already too. He thinks the downstairs unit of the house was vacant at the time of the raid. He does not know who was living upstairs. He does not know if Alicia was living in that house at that time.

Mr. Andres does not know who, if anyone, was selling drugs out of that house at any time. He knows there were a lot of people coming and going to that house both when Marlene was still there and even after she left. He has no idea who's drugs might have been found in the house on the day of the raid. He admits that he got high with Jessica before but he does not know where she got the drugs or if she was selling drugs. He got high with Marlene too.

Mr. Andres claims that he was sleeping in an area under the house when the police found and arrested him. He wonders if their search warrant covered that area. He claims he was arrested a whole hour after Alicia and Zach were arrested.

He has no idea where Jessica DeLima might be today.