| PUBLIC ACCESS RAP SHEET |
|---|
| This record is based on the search criteria: Last Name = IAUKEA, First Name = WALLACE, Soc Sec No = 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, Sex = MALE |
| CONVICTION INFORMATION |



**PHOTO DATE:**

**This Record Belongs To:**
IAUKEA,WALLACE CHARLES
52, 5'7", 155 LBS.

| Total Convictions: 19 | Conviction Information

## Conviction Information                                                                 Top

**Also Known As:**
IAUKEA,WALLACE
IAUKEA,WALLAVE
IAUKEA,WALLY

### Summary of Charges

| | Arrest Date | Arrest Agency | Final Charge | Disposition | Date |
|---|---|---|---|---|---|
| 1 | ADD-ON | HONOLULU PD | SEX ASLT 3 - FELONY CLASS C | GUILTY | 03/13/2000 |
| 2 | 08/09/1999 | HON SHERIFF | VIOLATE PAROLE - | PAROLE REVOKED | 09/15/1999 |
| 3 | 06/17/1997 | HAWAII PD | VIOLATE PAROLE - | PAROLE REVOKED | 07/18/1997 |
| 4 | 06/17/1991 | HAWAII PD | THEFT 2 - FELONY CLASS C | GUILTY | 10/04/1991 |
| 5 | 06/17/1991 | HAWAII PD | THEFT 2 - FELONY CLASS C | GUILTY | 10/04/1991 |
| 6 | 06/17/1991 | HAWAII PD | THEFT 2 - FELONY CLASS C | GUILTY | 10/04/1991 |
| 7 | 10/28/1982 | HAWAII PD | OWN/POSS PROHIB - FELONY CLASS C | GUILTY | 12/13/1982 |
| 8 | 09/20/1982 | HAWAII PD | CRIM CONTMP CRT - MISDEMEANOR | GUILTY | 12/13/1982 |
| 9 | 09/20/1982 | HAWAII PD | OWN/POSS PROHIB - FELONY CLASS C | GUILTY | 12/13/1982 |
| 10 | 07/17/1982 | HAWAII PD | LIQUOR VIOL - VIOLATION | GUILTY | 10/27/1982 |
| 11 | 04/25/1981 | HAWAII PD | HARASSMENT - PETTY MISD | GUILTY | 05/18/1981 |
| 12 | 07/22/1979 | HAWAII PD | DISORD CONDUCT - PETTY MISD | GUILTY | 07/31/1979 |
| 13 | 05/25/1979 | HAWAII PD | BURGLARY 2 - FELONY CLASS C | GUILTY | 08/21/1979 |
| 14 | 02/20/1979 | HAWAII PD | DISORD CONDUCT - PETTY MISD | GUILTY | 02/21/1979 |
| 15 | 03/03/1975 | HAWAII PD | ASSAULT 1 - FELONY CLASS B | GUILTY | 04/11/1975 |

EXHIBIT 39

| 16 | 02/01/1975 | HAWAII PD | LARC-THEFT 5-50 - MISDEMEANOR | GUILTY | 02/11/1975 |
| 17 | 11/07/1974 | HAWAII PD | NARC DRUG OFF - MISDEMEANOR | GUILTY | 11/18/1974 |
| 18 | 08/22/1974 | HAWAII PD | BURGLARY-N/FOR - FELONY CLASS C | GUILTY | 10/30/1974 |
| 19 | 10/07/1972 | HAWAII PD | PROP DAMAGE - MISDEMEANOR | GUILTY | 10/12/1972 |

**CHARGE 1 OF 19 TOTAL CHARGES**                                                              Top

- **Charge:** On 11/03/1999, subject was charged by the HAWAII PROSECUTORS with SEXUAL ASSAULT 3 (HRS 707-732-87) which is coded as being a FELONY CLASS C.
- **Disposition:** On 03/13/2000, SUBJECT WAS FOUND GUILTY.
- **Sentence:** On 03/13/2000, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT.
- **Case No:** CR99-0341 (HAWAII CIRCUIT COURT)
- **Arrest Report No:** F-83529

Back to Summary of Charges

**CHARGE 2 OF 19 TOTAL CHARGES**                                                              Top

- **Charge:** On 08/09/1999, subject was arrested by the HONOLULU SHERIFF for PAROLE VIOLATION (HRS 353-0066) (SEVERITY UNRECOGNIZED).
- **Disposition:** On 09/15/1999, PAROLE WAS REVOKED.
- **Case No:** (no case #) (PAROLING AUTHORITY)
- **Arrest Report No:** SD99-23741

Back to Summary of Charges

**CHARGE 3 OF 19 TOTAL CHARGES**                                                              Top

- **Charge:** On 06/17/1997, subject was arrested by the HAWAII POLICE DEPARTMENT for PAROLE VIOLATION (HRS 353-0066) (SEVERITY UNRECOGNIZED).
- **Disposition:** On 07/18/1997, PAROLE WAS REVOKED.
- **Case No:** (no case #) (PAROLING AUTHORITY)
- **Arrest Report No:** F-30179

Back to Summary of Charges

**CHARGE 4 OF 19 TOTAL CHARGES**                                                              Top

- **Charge:** On 06/17/1991, subject was arrested by the HAWAII POLICE DEPARTMENT for THEFT 2 (HRS 708-831-87) which is coded as being a FELONY CLASS C.
- **Disposition:** On 10/04/1991, SUBJECT WAS FOUND GUILTY.
- **Sentence:** On 11/27/1991, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT.
- **Case No:** CR91-0191 (HAWAII CIRCUIT COURT)
- **Arrest Report No:** D-40760

Back to Summary of Charges

**CHARGE 5 OF 19 TOTAL CHARGES**                                                              Top

- **Charge:** On 06/17/1991, subject was arrested by the HAWAII POLICE DEPARTMENT for THEFT 2 (HRS 708-831-87) which is coded as being a FELONY CLASS C.
- **Disposition:** On 10/04/1991, SUBJECT WAS FOUND GUILTY.
- **Sentence:** On 11/27/1991, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
- **Case No:** CR91-0191 (HAWAII CIRCUIT COURT)
- **Arrest Report No:** D-41160

Back to Summary of Charges

**CHARGE 6 OF 19 TOTAL CHARGES**      Top

**Charge:** On 06/17/1991, subject was arrested by the HAWAII POLICE DEPARTMENT for THEFT 2 (HRS 708-831-87) which is coded as being a FELONY CLASS C.
**Disposition:** On 10/04/1991, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 11/27/1991, SUBJECT WAS SENTENCED TO 5 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
**Case No:** CR91-0191 (HAWAII CIRCUIT COURT)
**Arrest Report No:** D-41933

Back to Summary of Charges

**CHARGE 7 OF 19 TOTAL CHARGES**      Top

**Charge:** On 10/28/1982, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS C.
**Disposition:** On 12/13/1982, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 01/03/1983, SUBJECT WAS SENTENCED TO 20 YEAR(S) CONFINEMENT and 17 YEAR(S) SUSPENDED SENTENCE.
**Case No:** 7158 (HAWAII CIRCUIT COURT)
**Arrest Report No:** B-81217

Back to Summary of Charges

**CHARGE 8 OF 19 TOTAL CHARGES**      Top

**Charge:** On 09/20/1982, subject was arrested by the HAWAII POLICE DEPARTMENT for CRIMINAL CONTEMPT OF COURT (HRS 710-1077) which is coded as being a MISDEMEANOR.
**Disposition:** On 12/13/1982, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 01/12/1983, SUBJECT WAS SENTENCED TO 20 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
**Case No:** CR7158 (HAWAII CIRCUIT COURT)
**Arrest Report No:** B-73551

Back to Summary of Charges

**CHARGE 9 OF 19 TOTAL CHARGES**      Top

**Charge:** On 09/20/1982, subject was arrested by the HAWAII POLICE DEPARTMENT for OWNERSHIP/POSSESSION PROHIBITED-FIREARM (HRS 134-0007) which is coded as being a FELONY CLASS C.
**Disposition:** On 12/13/1982, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 01/12/1983, SUBJECT WAS SENTENCED TO 20 YEAR(S) CONFINEMENT, to run CONCURRENTLY.
**Case No:** CR7158 (HAWAII CIRCUIT COURT)
**Arrest Report No:** B-81217

Back to Summary of Charges

**CHARGE 10 OF 19 TOTAL CHARGES**      Top

**Charge:** On 07/17/1982, subject was arrested by the HAWAII POLICE DEPARTMENT for LIQUOR VIOLATION (HCO 3-02-06.02) which is coded as being a VIOLATION.
**Disposition:** On 10/27/1982, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 10/27/1982, SUBJECT WAS SENTENCED TO $25 FINE.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
**Arrest Report No:** B-78701

Back to Summary of Charges

### CHARGE 11 OF 19 TOTAL CHARGES                                                 Top

**Charge:** On 04/25/1981, subject was arrested by the HAWAII POLICE DEPARTMENT for HARASSMENT (HRS 711-1106) which is coded as being a PETTY MISD.
**Disposition:** On 05/18/1981, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 06/22/1981, SUBJECT WAS SENTENCED TO 30 DAY(S) CONFINEMENT, to run CONSECUTIVELY.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
**Arrest Report No:** B-59980

Back to Summary of Charges

### CHARGE 12 OF 19 TOTAL CHARGES                                                 Top

**Charge:** On 07/22/1979, subject was arrested by the HAWAII POLICE DEPARTMENT for DISORDERLY CONDUCT (HRS 711-1101) which is coded as being a PETTY MISD.
**Disposition:** On 07/31/1979, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 07/31/1979, SUBJECT WAS SENTENCED TO 6 MONTH(S) CONFINEMENT.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
**Arrest Report No:** B36494

Back to Summary of Charges

### CHARGE 13 OF 19 TOTAL CHARGES                                                 Top

**Charge:** On 05/25/1979, subject was arrested by the HAWAII POLICE DEPARTMENT for BURGLARY 1 (HRS 708-0810) which is coded as being a FELONY CLASS B.
**Final Charge:** The final charge was BURGLARY 2 (HRS 708-0811) which is coded as being a FELONY CLASS C.
**Disposition:** On 08/21/1979, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 10/02/1979, SUBJECT WAS SENTENCED TO 1 YEAR(S) CONFINEMENT, to run INTERMITTENTLY, 5 YEAR(S) PROBATION, and $133 RESTITUTION.
**Case No:** 6068 (HAWAII CIRCUIT COURT)
**Arrest Report No:** B34567

Back to Summary of Charges

### CHARGE 14 OF 19 TOTAL CHARGES                                                 Top

**Charge:** On 02/20/1979, subject was arrested by the HAWAII POLICE DEPARTMENT for DISORDERLY CONDUCT (HRS 711-1101) which is coded as being a PETTY MISD.
**Disposition:** On 02/21/1979, SUBJECT WAS FOUND GUILTY.
**Sentence:** On 02/21/1979, SUBJECT WAS SENTENCED TO $50 FINE.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD1))
**Arrest Report No:** B31256

Back to Summary of Charges

### CHARGE 15 OF 19 TOTAL CHARGES                                                 Top

**Charge:** On 03/03/1975, subject was arrested by the HAWAII POLICE DEPARTMENT for ASSAULT 1 (HPD 4 1) which is coded as being a FELONY CLASS B.
**Disposition:** On 04/11/1975, SUBJECT WAS FOUND GUILTY.
**Sentence:** SUBJECT WAS SENTENCED TO 60 DAY(S) CONFINEMENT.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD2))
**Arrest Report No:** 86211

Back to Summary of Charges

| CHARGE 16 OF 19 TOTAL CHARGES | Top |

**Charge:** On 02/01/1975, subject was arrested by the HAWAII POLICE DEPARTMENT for LARCENY THEFT 5 TO 50 DOLLARS (HPD 6C) which is coded as being a MISDEMEANOR.
**Disposition:** On 02/11/1975, SUBJECT WAS FOUND GUILTY.
**Sentence:** SUBJECT WAS SENTENCED TO $75 FINE.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD2))
**Arrest Report No:** 85282

Back to Summary of Charges

| CHARGE 17 OF 19 TOTAL CHARGES | Top |

**Charge:** On 11/07/1974, subject was arrested by the HAWAII POLICE DEPARTMENT for NARCOTIC DRUG OFFENSE (HPD 18) which is coded as being a MISDEMEANOR.
**Disposition:** On 11/18/1974, SUBJECT WAS FOUND GUILTY.
**Sentence:** SUBJECT WAS SENTENCED TO $25 FINE.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD2))
**Arrest Report No:** 83512

Back to Summary of Charges

| CHARGE 18 OF 19 TOTAL CHARGES | Top |

**Charge:** On 08/22/1974, subject was arrested by the HAWAII POLICE DEPARTMENT for BURGLARY-NO FORCE (HPD 5B) which is coded as being a FELONY CLASS C.
**Disposition:** On 10/30/1974, SUBJECT WAS FOUND GUILTY.
**Sentence:** SUBJECT WAS SENTENCED TO 15 DAY(S) CONFINEMENT and 5 YEAR(S) PROBATION.
**Case No:** (no case #) (HAWAII CIRCUIT COURT)
**Arrest Report No:** 81728

Back to Summary of Charges

| CHARGE 19 OF 19 TOTAL CHARGES | Top |

**Charge:** On 10/07/1972, subject was arrested by the HAWAII POLICE DEPARTMENT for PROPERTY DAMAGE (HPD 14) which is coded as being a MISDEMEANOR.
**Disposition:** On 10/12/1972, SUBJECT WAS FOUND GUILTY.
**Sentence:** SUBJECT WAS SENTENCED TO 15 DAY(S) CONFINEMENT, $25 FINE, and 13 MONTH(S) SUSPENDED SENTENCE.
**Case No:** (no case #) (HAWAII DISTRICT COURT (OLD2))
**Arrest Report No:** 68189

Back to Summary of Charges

The attached criminal history information is being furnished based upon the descriptive information you have provided and not as the result of a fingerprint comparison. Therefore, there is no guarantee that this record concerns the person in whom you are interested. Further, the search is limited to conviction data maintained solely by the State of Hawaii. It does not necessarily include data maintained by the FBI or other states.

Because additions/deletions may be made at any time, a new copy should be requested when needed for subsequent use. Every effort is made to insure the accuracy of this information. Any disputes should be addressed separately with the Hawaii Criminal Justice Data Center.