August 7, 2003


Alicia Veloria
FDC #14144006
P.O Box 30080
Honolulu, HI 96820


Dear Mr. Ling,

    I am writing to you for several reasons. First and foremost I want to let you know how dissappointed I am in your lack of regard for Attorney accountability. This should come as no surprise to you as I believe I have made my expectations of you clear. I ask for no more than you, yourself would want if in my predicament. I am trying my very best to be a helpful defendant in exploring all possibilities at this point.

    I feel the need to remind you of how many times you have failed to show for planned Legal Visits. Fortunately, you don't know what its like to wait patiently Every night in hopes of hearing "Veloria...Legal Visit"

    It has been one month now since I gave you my "acceptance of responsibility" draft. All you had to do was look over it, make suggestions and or corrections and mail it back to me so I could prepare the final to give to the probation officer by the July 18th deadline. There is absolutely no reason why you should be holding onto it for this long. It is extremely frustrating to sit in here and wait to hear from you, knowing all the while that my freedom is in your hands.

    Disregarding, for the moment all of the previous missed visits throughout the last month. Two weeks ago you told me that you would come to see me on Wednesday July 30. On that Wednesday you met with Lovina Farmer. Who is a fellow inmate and told her to tell me that you would come on Friday August 1st. However, when I called you on that Friday you then said that you would come on Sunday August 3rd. You did not show! On Monday August 4th (my 27th birthday) you came to the F.D.C and visited Lovina Farmer. When she returned from the visit, she informed me that you told her that you would visit me the next day on Tuesday August 5th. YOU DID NOT SHOW! I hoped maybe you would come on Wednesday, but was once more dissappointed.

Let me ask you this; What do I have to do? What will it take to get you to come and visit me with the information and documents that you have which I need? Does this delay in turning over the "Acceptance of Responsibility" letter reflect badly on me? At this point, I need to try and mitigate the damage of going to trial and seek as many downward departures as possible. We need to discuss my eligibility for safety valve. We need to develope an arguement for "Substantial Assistance" credit, as Mr. Brady has already stated on record that my information was helpful and the believe that it was truthful.

    On another note, I have obtained documents from the Hilo Courthouse for Ann Barcena. I have had these in my possession for a week now and have been waiting to get your thoughts on them. I fully intend on finding a way to investigate and uncover the "consideration" that Ann Barcena received in exchange for her testimony. It will be a shame if I have to accomplish this on my own, from the confines of a Federal Prison.

    In closing, please try to find it in your heart to make time to come and visit me

EXHIBIT 40

to address the many pressing issues. If you feel that you do not have enough time to adequately represent me, then please do the right thing and ask the court to appoint someone who can. As things stand right now, I feel extremely underrepresented. If I am on my own, please let me know so that I can proceed as such.

Thank you for your time and careful consideration.


Sincerely,


Alicia Veloria


cc. Office of Disciplinary Counsel
    Judge Susan Oki Mollway