Office of Disciplinary Counsel
1132 Bishop Street, Suite 300
Honolulu, Hawai'i 96813
Telephone (808) 521-4591

Chief Disciplinary Counsel
  Carole R. Richelieu
Assistant Disciplinary Counsel
  Charles H. Hite
  Michael T. Lee
  Geoffrey M. Kam
  Katherine C. Desmarais
Of Counsel
  Alvin T. Ito
  Magali V. Sunderland*
    *A Law Corporation
Investigator
  Fred Oishi
Research Paralegals
  Darryn J. Manuel
  Lisa Lemon-Monville



Disciplinary Board
Chairperson
Charles T. Kleintop
Vice Chairperson
J. Michael Seabright
Secretary
Diane D. Hastert
Treasurer
Richard A. Coons, CPA

Lissa H. Andrews
Rustam A. Barbee
Corlis J. Chang
Douglas A. Crosier
Faith P. Evans
Gary M. Farkas, Ph.D., MBA
Lynn H. Higashi
Joyce Ingram-Chinn, Ph.D.
Millicent M.Y.H. Kim
Hon. Clifford L. Nakea
Blake T. Okimoto
Jean E. Rolles, CPM
Carroll S. Taylor
Thomas D. Welch

August 11, 2003            CONFIDENTIAL

Ms. Alicia Veloria
FDC #14144006
P.O. Box 30080
Honolulu, Hawai'i  96820

Re:  Mr. Ling

Dear Ms. Veloria:

This will acknowledge receipt of your letter dated August 7, 2003, and received in our office on August 11, 2003.

Carole R. Richelieu is presently out of the office.  Your letter will be brought to Ms. Richelieu's attention upon her return.

Very truly yours,

GEOFFREY M. KAM
ASSISTANT DISCIPLINARY COUNSEL

GMK:dlh

EXHIBIT 41