Office of Disciplinary Counsel
1132 Bishop Street, Suite 300
Honolulu, Hawai'i 96813
Telephone (808) 521-4591

Chief Disciplinary Counsel
  Carole R. Richelieu
Assistant Disciplinary Counsel
  Charles H. Hite
  Michael T. Lee
  Geoffrey M. Kam
  Katherine C. Desmarais
Of Counsel
  Alvin T. Ito
  Magali V. Sunderland*
    *A Law Corporation
Investigator
  Fred Oishi
Research Paralegals
  Darryn J. Manuel
  Lisa Lemon-Monville



Disciplinary Board
Chairperson
Charles T. Kleintop
Vice Chairperson
J. Michael Seabright
Secretary
Diane D. Hastert
Treasurer
Richard A. Coons, CPA

Lissa H. Andrews
Rustam A. Barbee
Corlis J. Chang
Douglas A. Crosier
Faith P. Evans
Gary M. Farkas, Ph.D., MBA
Lynn H. Higashi
Joyce Ingram-Chinn, Ph.D.
Millicent M.Y.H. Kim
Hon. Clifford L. Nakea
Blake T. Okimoto
Jean E. Rolles, CPM
Carroll S. Taylor
Thomas D. Welch

November 19, 2003

CONFIDENTIAL

Ms. Alicia Veloria, #14144006
Federal Deterntion Center
P.O. Box 30080
Honolulu, Hawai'i 96820

RE: RE: Winston D.M. Ling, Esq.

Dear Ms. Veloria:

This will acknowledge receipt on October 1, 2003, of your additional
correspondence regarding attorney Winston D.M. Ling.

Please be advised that an attorney has an ethical duty to communicate
with a client.  The ethics rules require an attorney to keep a client
reasonably informed about the status of a matter and promptly comply
with reasonable requests for information. Therefore, our office
previously asked Mr. Ling to contact you regarding your concerns.

On August 31, 2003, Mr. Ling informed our office that he withdrew from
your case and substitute counsel was appointed to represent your,
therefore, he would not be contacting you regarding your complaint.

As court records indicate that Mr. Ling's motion to withdraw was granted
and the order was filed on August 18, 2003, Mr. Ling was no longer your
attorney when we asked him to contact you on August 26, 2003. Since Mr.
Ling is no longer your attorney, he is under no obligation to contact
you.  If you have questions regarding your case, you should refer them
to your new attorney, Samuel P. King, Jr.

We hope that this information assists you.

Very truly yours,

CHARLES H. HITE
ASSISTANT DISCIPLINARY COUNSEL

CHH/llm

EXHIBIT 42