Alicia Veloria
# 14144-006
P.O. Box 30080
Honolulu, HI 96820

November 26th, 2003

Mr. Charles Bice
Office of Disciplinary Counsel
1132 Bishop Street, Suite 300
Honolulu, Hi 96813

Dear Mr. Charles Bice:

Thank you for responding to my last letter, finally.

I am dissapointed that your response is basically telling me
that Mr. Ling has no further obligation to my concerns, because
he has withdrawn from my case. If an attorney can circumvent
his obligation to a client, by simply withdrawing, then how
can you hold him accountable, when there has been egregious
errors effecting one's freedom?

I have just been sentenced to serve eight years and one
month in federal prison as a result of my conviction. A
conviction which in all likelyhood would not have come to be
had it not been for Mr. Lings failure to act.

Of course, I am in the process of appealing my conviction.
As you know, my direct appeal has to be based on the record.
However there are many issues which were not preserved on the
record, on account of the lack of preparation of my court
appointed counsel.  I am paying the consequences.

Attorneys are able to gamble with our lives, our freedom, our
liberty.  I was under the impression that your agency is
responsible for holding attorneys accountable when they passively
stood by and watched a defendant's rights get waked all over
by the justice system.

Please, tell me who will hold an attorney accountable?  Who
can help me make this wrong right?  The 9th circuit court
of appeals said that I can take up to a year and a half, at even
longer if I have to pursue a §255 based on ineffective assistance
of counsel.  I have already been incarcerated for over 5½ months.
This conviction stems from an arrest in 1996, when I was 19 years
old.  I have been dealing with this case for over 7 years now.

I understand that there is not much that can be done for me.
However, I feel it is my duty to shed light to this and draw
as much attention to it as possible for the sake of those whose
fate are as I have.  I hope that they will not fall into the
same fate as I have.  This continue on and on, until someone
blows the whistle and forces attorney to be accountable.

I do not wish to initiate action against Mr. Ling on a civil
level, I just want some recognition and some answers.  At one
time, I had faith in the justice system.  I thought that there
were enough checks and balances and constitutional rights
that would protect me.  Unfortunately I have learned that they
only protect us when they are exercised throughout our trials.
Which means that if your attorney neglects to exercise them, or
fails to see their importance, then you pay the consequences.

Now that it should be clear, what it is that I am looking for, I
hope that you will respond with some answers.  I want to know
who is responsible for an attorney's and constitutional rights,
and address defendant's concerns.

If it is the courts, and then alone, then how can a defendant
avoid being wrongfully convicted on account of ineffective
assistance of counsel?  Is the only path through the appellant
process, which take a long time, there should be some
avenue, a defendant can seek redress of this when they
believe that their attorney isn't giving their concerns
adequate attention.

In closing, I ask that you listen to my concerns with an open
mind.  I am on the other side of the fence, and I see all of
the injustices that are done to defendants within this unit.
If you were a defendant, or in a criminal case, and faced the possi-
bility of losing your freedom, and know you would want to be
represented by counsel who at least did his homework and
showed you that his was familiar with your case.

I am hoping you will respond to this letter with an answer to
my question; Who is responsible for holding criminal attorneys
accountable?  Also, I hope you will not be a pamphlet or last
sheet, but rather something that will help me to accomplish
some kind of accountability.

Sincerely,

Alicia Veloria

P.S.  I have just learned that I will be moved to the FCI in
Dublin, therefore correspondence should be sent to there.  The
address is as follows:

                    5701 8th Street Camp Parks
                    Dublin, California 94568

EXHIBIT 43