DECLARATION OF ALICIA VELORIA

I, ALICIA VELORIA, declare and say:

I am the defendant in DC No. CR. 00-00145 SOM, District of Hawaii.

I am currently incarcerated at Carswell Federal Medical Center, PO Box 27137, Fort Worth, Texas, 76127.

I have served 46 months on a 97 month sentence.

My previous attorney, Samuel P. King Jr., withdrew as counsel citing as his reason my insistence that he raise certain issues which I believed to be meritorious, and his disagreement with them.

A pro se motion was filed in response to Attorney King's motion in the 9th Circuit Court of Appeals wherein I express my concerns in regards to an opening brief filed in my name, on my behalf, which does not contain _my_ research.

Attorney Shawn Luiz was appointed to represent me on 11/05/04.

At all times since his appointment, I have never waivered in my insistence in being allowed to read the appeal brief that he intended to file in my name, on my behalf.

In the latter part of December of 2004, a completed appeal brief, in compliance with Ninth Circuit Rule 32(e)(3), along with a copy of it on disk was sent to Attorney Luiz by friends of mine who are also paralegals and have been assisting me in preparing the brief since I received my trial transcripts.

I also mailed a copy of this completed brief along with correspondence indicating that I did not intend on waiving any of the issues raised in my proposed brief; notifying him that if he disagrees with these issues, then I would be filing it pro se.

In January of 2005, I mailed several correspondences to Attorney Luiz encouraging him to phone the prison to speak with me, as I had attempted to contact him several times, and he was not available.

In February 2005, I was placed in Dublin's Special Housing Unit (SHU) and thus unable to attempt any further conversations with Attorney Luiz on account of phone restriction.

Placement in the SHU resulted in the loss of my inmate property, including the most recent legal work and copies of correspondence to Attorney Luiz.

In March 2005, while still in the SHU, I was given a legal call and after speaking with Attorney Luiz, I learned that he filed a brief on February 23 2005, having chose three issues to submit.

At no time did Attorney Luiz afford me the opportunity to view his brief, nor did he inform me that he would not file on the issues in my brief.

Upon receiving a copy of Attorney Luiz's opening brief I was overwhelmed and disappointed to see a majority of issues I had researched had been left out and thus waived for any further proceedings.

EXHIBIT 45

In May of 2005, I was taken from Dublin's SHU to begin a transfer to Carswell Federal Medical Center in Texas.

It took a significant amount of time to receive my property, including legal documents, after arrival to the designated institution.

In February of 2006, I left Carswell FMC on a "writ" to be brought back to Hawaii to appear in court for re-sentencing in April. None of my legal papers could be brought with me.

On April 10, 2006, Judge Mollway sentenced me to the same enhanced sentence (97 months).

I arrived back at Carswell FMC in July of 2006 and again had to wait for the release of my property, including legal documents.

Attorney Luiz's first and second direct appeals have been decided and my conviction has been affirmed.

Attorney Luiz has exhausted all possibilities on the issues he chose to raise in a direct appeal on my case.

I, ALICIA VELORIA, Defendant-Appellant herein, make this Declaration to be true and correct to the best of my knowledge and belief under the penalty of perjury.

DATED: Fort Worth, Texas, April 12, 2007.

*Alicia Veloria*
ALICIA VELORIA, pro se
Defendant- Appellant
Registration No. 14144-006