Proceedings include all events.
03-10626 USA v. Veloria

| | |
|---|---|
| 10/8/04 | Filed Samuel P. King's mtn to w/d as csl on appeal and to extend time to file opening brf and to supp the record on appeal; served on 10/4/04. (MOATT) [03-10626] (af) |
| 10/15/04 | Rec'd (Pro Se) Aplt Alicia Veloria's response to Mr. King's mtn to w/d on appeal, to extend time to file opening brf and to supp the record on appeal; served 10/13/04. (MOATT) [03-10626] (af) |
| 10/18/04 | Filed Order (Appellate Commissioner) The mtn of Samuel P. King,Jr.Esq., for appointment of sub csl is also construed as a mtn for relief from default. So construed, the mtn for relief from default is GRANTED. The mtn to appoint sub csl is DENIED. Aplt is advised that csl is vested with the authority to determine which issues should be raised. (cite) Aplt's mtn to supp the record on appeal is GRANTED. Aplt's mtn to stay this appeal pending the Supreme Court's decisions in U.S. v. Booker, No. 04-104, and U.S. v. Fanfan, No. 04-105, is GRANTED IN PART. This cs is stayed until 11/19/04. On or before the expiration of the stay, aplt shall file a status report or a mtn for appropriate relief. The Clk shall also serve this order on aplt individually at Reg. No. 14144-006, 5701 8th St, Camp Parks, Dublin, CA 94568. (MOATT/nw) [03-10626] (af) |
| 10/27/04 | Received Appellant Alicia Veloria AMENDED notice of designation of reporter's transcript. (CASEFILES) [03-10626] (af) |
| 11/5/04 | Filed order (Appellate Commissioner) This court has received appellant's pro se response to counsel's motion to withdraw as counsel, to extend the time to file the opening brief, and to supplement the record on appeal. This court's October 18, 2004 order is vacated. The motion of Samuel P. King, Esq., for appointment of substitute counsel is also construed as a motion for relief from default. So construed, the motion is granted. New counsel will be appointed by separate order. The Clerk shall serve a copy of this order on Magistrate Judge Barry M. Kurren, USDC @ Hawaii, who shall locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel within 14 days of locating counsel. New counsel shall designate the reporter's transcript by December 15, 2004. The transcript is due January 14, 2005. Appellant's opening brief and excerpts of record are due February 23, 2005; appellee's answering brief is due March 25, 2004; and the optional reply brief is due within 14 days after service of the answering brief. The Clerk shall also serve this order on appellant individually @ Reg. No. 14144-006, Federal Prison Camp, 5675 8th Street, Camp Parks, Dublin, CA 94568. (MoAtt) [03-10626] (dl) |

EXHIBIT 46