United States District Court

District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No.00-00145 |
| ) | Civil No.08-00019 SOM/BMK |
| Plaintiff-Respondent ) | HON. SUSAN OKI MOLLWAY |
| ) | |
| Vs. ) | |
| ) | |
| ALICIA VELORIA ) | CERTIFICATE OF FILING |
| ) | REPLY IN SUPPORT OF |
| Defendant-Movant ) | PRO SE § 2255 MOTION |

\* \* \* \* \* \* \* \* \*

Pursuant to the principles of Houston v. Lack, 487 U.S. 266, 276 (1988), the attached **REPLY** pursuant to 28 U.S.C. 2255 was filed with the Court on this date by depositing three copies of same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to: **Clerk – U.S. District Court**, Prince Kuhio Federal Building, 300 Ala Moana Blvd., Honolulu, HI 96850. **AUSA Brady**, PJKK Federal Building, 300 Ala Moana Blvd., Room 6-100, Honolulu, HI 96850.

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct.

Signed under penalty of perjury under 28 U.S.C. 1746, this 31st day of March, 2008.

*Alicia Veloria*
Alicia Veloria
PO BOX 30080
Honolulu, HI 96820