**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

April 3, 2008

*Sent by facsimile*
Rustam Barbee
Law Office of Rustam A. Barbee
1188 Bishop St Ste 2606
Honolulu, HI 96813
Fax: 524-4306

Thomas J. Brady
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
Fax: 541-2958

Re: **Alicia Veloria v. United States of America; Civ. 00-00145 SOM**

Dear Counsel:

When I granted Ms. Veloria's motion under 18 U.S.C. § 3582(c)(2) on March 31, 2008, I was so concerned about discussing Ms. Veloria's concurrent petition under 28 U.S.C. § 2255 that I neglected to allow her to allocute and neglected to advise her of her appeal rights. I had intended to do those things regardless of whether the § 3582(c)(2) motion could be said to have involved a complete resentencing or not. To fix this oversight, I propose that we have a continued hearing on Monday, April 7, 2008, at 9:00 a.m, unless I receive a letter from Ms. Veloria's counsel by 2 p.m. tomorrow, April 4, 2008, that indicates that he has spoken with Ms. Veloria and that Ms. Veloria is waiving further hearing on the § 3582(c)(2) matter. Ms. Veloria's counsel may fax his response to this letter to (808) 541-1724, with a copy to Mr. Brady.

Very truly yours,

/s/ Susan Oki Mollway

Susan Oki Mollway
United States District Judge

MULTI COMMUNICATION REPORT                          APR-03-2008 10:14 AM THU

```
                                                    FAX NUMBER   :  808 541 1724
                                                    NAME         :  US DISTRICT COURT


                                                    REF. NAME    :
                                                    PAGES        :  1
```

1. SUCCESSFUL

          FAX NUMBER                              NAME
    _____     _____

      95244306
      95412958


2. UNSUCCESSFUL

          FAX NUMBER                              NAME
    _____     _____




3. MULTI COMMUNICATION JOURNAL

| NO.  | NAME/NUMBER | START TIME    | TIME   | MODE   | PAGE    | RESULTS |
|------|-------------|---------------|--------|--------|---------|---------|
| 1139 | 95244306    | 04-03 10:13AM | 00'12" | ECM BC | 001/001 | [ O.K ] |
| 1139 | 95412958    | 04-03 10:14AM | 00'12" | ECM BC | 001/001 | [ O.K ] |