*CORRESPONDENCE*

# RUSTAM A. BARBEE

**Attorney at Law**
1188 Bishop Street, Suite 2606 Honolulu, Hawaii 96813 (808) 524-4406 Fax (808) 524-4306

## FACSIMILE TRANSMITTAL

TO: Hon. Susan Oki Mollway
United States District Judge
District of Hawaii

Thomas J. Brady, Esq.
Assistant U. S. Attorney

FAX NO. **(808) 541-1724**
**(808) 541-2958**

COMM. NO.

PAGES: 2
If all pages are not received, please call our office at (808) 524-4406

DATE: 4/4/08

RE: <u>United States v. Alicia Veloria</u>, CR. No. 00-00145 SOM

COMMENTS:

SEE FOLLOWING PAGE

### *CONFIDENTIALITY NOTICE*

All of the information contained on this and all accompanying documents are confidential and intended to be legally privileged. This information is for the sole use of the intended recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this telecopy may result in legal action against you. If this telecopy is misdelivered, please notify our office at
(808) 524-4406. *MAHALO!*



**Rustam A. Barbee**
Attorney at Law

1188 BISHOP STREET, SUITE 2606 • HONOLULU, HAWAII 96813
TEL (808) 524-4406 • FAX: (808) 524-4306

April 4, 2008

Hon. Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

     RE: <u>United States v. Alicia Veloria</u>, CR. No. 00-00145 SOM

Dear Judge Mollway:

  In response to the Court's letter of April 3, 2008, I can report that I have communicated with Ms. Veloria and advised her of the Court's concerns over allocution and advisement of appeal rights. I also explained these rights to Ms. Veloria and she has responded to me via email that she knowingly and intelligently has considered these matters and chooses not to return to Court for a continued sentencing hearing either for allocution or for a formal appeal rights advisement.

  As the Court knows, Ms. Veloria is well aware of her appellate rights, having twice before appealed her case to the Ninth Circuit Court of Appeals. Additionally, she does not desire to address the Court personally about her case at sentencing. She therefore, has elected to waive her rights to allocution and advisement of appellate rights at sentencing.

           Sincerely,

           RUSTAM A. BARBEE

cc: Thomas J. Brady, AUSA
   Ms. Alicia Veloria