ORIGINAL

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 09 2008
at 3 o'clock and 45 min P M
SUE BEITIA, CLERK

United States of America )
v. )
) Case No:  CR 00-00145SOM-01
ALICIA VELORIA ) USM No:  14144-006
Date of Previous Judgment:   11/3/2003 ) Rustam Barbee
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,
**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___97___ months **is reduced to** ___78 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   30           Amended Offense Level:   28
Criminal History Category:   I           Criminal History Category:   I
Previous Guideline Range:   97 to 121 months    Amended Guideline Range:   78 to 97 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   11/3/2003   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4/1/2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Susan Oki Mollway, United States District Judge
Printed name and title