# Transmission Report

| | | |
|---|---|---|
| Date/Time | 04-10-2008   09:57:55 a.m. | Transmit Header Text |
| Local ID 1 | 808 541 1303 | Local Name 1   U.S. DISTRICT COURT |
| Local ID 2 | | Local Name 2 |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

# FACSIMILE COVER SHEET



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Voice Contact Number (808) 541-1305
Fax Number (808) 541-1303

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

| | |
|---|---|
| TO: | DSCC - TEAM OSCAR |
| FAX NO: | 972 595-3152 |
| FROM: | E. Taniguchi |
| DATE SENT: | 4/10/08 |

Number of pages including cover sheet  2

CR 00-00145 SOM / USA VS. VELORIA

ORDER RE: MOTION FOR SENTENCE REDUCTION

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

Total Pages Scanned : 2         Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 113 | 9725953152 | 09:56:39 a.m. 04-10-2008 | 00:00:43 | 2/2 | 1 | EC | HS | CP16800 |

Abbreviations:
HS: Host send         PL: Polled local       MP: Mailbox print      TU: Terminated by user
HR: Host receive      PR: Polled remote      CP: Completed          TS: Terminated by system    G3: Group 3
WS: Waiting send      MS: Mailbox save       FA: Fail               RP: Report                  EC: Error Correct