Alicia Veloria
Pro Se Petitioner
Honolulu Federal Detention Center
PO BOX 30080
Honolulu, HI 96820


UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALICIA VELORIA, | ) | CV. NO 08-00019 SOM/BMK |
| Petitioner, | ) | CR. NO 00-00145 SOM |
| | ) | |
| Vs. | ) | VELORIA'S SUBMISSION OF PORTION OF |
| | ) | "EXHIBIT 35" INADVERTENTLY LEFT OUT |
| UNITED STATES OF AMERICA | ) | IN INITIAL EXHIBITS |
| Respondent | ) | |
| | ) | |

   Comes now, Petitioner, ALICIA VELORIA, Pro Se, and submits the attached Title Page, Table of Contents, and Table of Authorities in relation to "Exhibit 35" filed in support of her motion under 28 U.S.C §2255. These 14 pages constitute the beginning of Ms. Veloria's Pro Se Appellate Brief as it was recieved by appellate counsel Shawn Luiz. Therefore, Ms. Veloria seeks this court's acceptance of these 14 pages and hereby apologizes for initially overlooking the absence of said pages in the submission of Exhibit 35. Due to having been separated from her legal materials, Ms. Veloria only recently discovered that the submission of her Pro Se opening brief lacked these pages.

   **WHEREFORE,** for the above and forgoing reasons, Ms. Veloria respectfully requests that this Honorable Court accept Ms. Veloria's submission of this addition to her "Exhibit 35" filed in support of her Motion to Vacate, Set Aside or Correct a Sentence under 28 U.S.C §2255.

Signed under penalty of perjury under 28 U.S.C. 1746, this 8th day of April, 2008.

*Alicia Veloria*
Alicia Veloria #14144-006
P.O. Box 30080, Honolulu, HI 96820