Alicia Veloria
Pro Se Petitioner
Honolulu Federal Detention Center
PO BOX 30080
Honolulu, HI 96820

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALICIA VELORIA, | ) | CV. NO 08-00019 SOM/BMK |
| Petitioner, | ) | CR. NO 00-00145 SOM |
| | ) | |
| Vs. | ) | |
| | ) | CERTIFICATE OF FILING |
| UNITED STATES OF AMERICA | ) | |
| Respondent | ) | |
| | ) | |

Pursuant to the principles of Houston v. Lack, 487 U.S. 266, 276 (1988), the attached motion *addition to Exhibit 35 of* pursuant to 28 U.S.C. 2255 \* was filed with the Court on this date by depositing three copies of same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to: **Clerk - U.S. District Court**, Prince Kuhio Federal Building, 300 Ala Moana Blvd., Honolulu, HI 96850 and **THOMAS J. BRADY**, 300 Ala Moana Blvd., Honolulu, HI 96850.

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct.

\* Also, Ms. Veloria's Motion For Independant Party to Preserve Contents of Attorney-Client File.

Signed under penalty of perjury under 28 U.S.C. 1746, this 8th day of April, 2008.

*Alicia Veloria*

Alicia Veloria
P.O. Box 30080
Honolulu, HI 96820