No. 03-10626

IN THE

# United States Court of Appeals

FOR THE NINTH CIRCUIT

ALICIA VELORIA,

                            Defendant-Appellant,

vs

UNITED STATES OF AMERICA,

                            Plaintiff-Appellee.

On Appeal From The United States District Court
For The District of Hawaii

Honorable Susan Oki Mollway, Judge
D.C. No. 00-00145 SOM

## APPELLANT'S OPENING BRIEF

                      Ms. Alicia Veloria, 14144-006
                      Appellant-By Leave of Court Pro se
                      Federal Prison Camp
                      5675 8th Street Camp Parks
                      Dublin, California 94568

*Addition to Exhibit 35*

TABLE OF CONTENTS

|  | Page |
|---|---|
| TABLE OF CONTENTS | i |
| TABLE OF AUTHORITIES | iii |
| STATEMENT OF JURISDICTION | 1 |
| ISSUES PRESENTED FOR REVIEW | 1 |
| STATEMENT OF THE CASE | 5 |
| STATEMENT OF FACTS | 6 |
| SUMMARY OF ARGUMENT | 7 |
| ARGUMENT | 9 |
| PROFFER WAS NOT A PLEA AGREEMENT | 10 |
| RIGHT TO RESCIND OR WITHDRAW | 12 |
| INVOLUNTARY WAIVER OF RIGHTS | 14 |
| GOVERNMENT BREACHED THE AGREEMENT | 17 |
| PROFFER WAS NOT A COMMERCIAL CONTRACT | 18 |
| PROHIBITION AGAINST COURT'S PARTICIPATION | 20 |
| INHERENTLY COERCIVE | 23 |
| BURDEN PLACED ON DEFENDANT WAS ERROR | 24 |
| APPEARANCE OF IMPROPRIETY | 26 |
| PREJUDICE TO THE DEFENDANT | 27 |

| | |
|---|---|
| USURPATION OF UN-DELEGATED POWERS | 34 |
| COURT'S SUPERVISORY POWER | 39 |
| SAFEGUARDING THE RIGHTS OF CRIMINAL DEFENDANTS | 41 |
| REASONABLE DOUBT | 42 |
| AMBUSH OF UNCHARGED OFFENSES CONSTRUCTIVE AMENDMENT OF THE INDICTMENT | 45 |
| FATAL VARIANCE | 55 |
| RIGHT TO CONFRONT – RIGHT TO CROSS EXAMINE | 56 |
| WITHHELD BRADY MATERIAL AND OTHER DISCOVERY | 59 |
| DISCOVERY CONCEALED FROM THE DEFENDANT | 60 |
| PROSECUTOR MAY HIDE - DEFENDANT MUST SEEK | 61 |
| BRADY-AGURS-BAGLEY VIOLATION | 66 |
| CUMULATIVE EFFECT OF THE FATAL ERRORS | 72 |
| PREJUDICIAL PRETRIAL DELAY WAS INTENTIONAL | 75 |
| UNCONSTITUTIONAL SENTENCE | 79 |
| CONCLUSION | 82 |
| CERTIFICATE OF COMPLIANCE | 84 |
| STATEMENT OF RELATED CASES | 85 |

TABLE OF AUTHORITIES

Page

CASES:

A. L. A. Schechter Poultry Corp. v. United States,
295 U.S. 495, 529, 79 L. Ed. 1570, 55 S. Ct. 837 (1935) . . . . . 37

Apprendi v. New Jersey,
530 U.S. 466; 120 S. Ct. 2348; 147 L. Ed. 2d 435 . . . . . . . . . . 82

Banks v. Dretke,
540 U.S. 668 (2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

Berger v. United States,
295 U.S. 78, 55 S. Ct. 629, 79 L. Ed. 1314 (1935) . . . . . . . . . . 39

Blakely v. Washington,
159 L. Ed. 2d 403, 124 S. Ct. 2531 (2004). . . . . . . . . . . . . . . 80

Blodgett v. Holden,
275 U.S. 142, 147-48 (1927) . . . . . . . . . . . . . . . . . . . . . . . . . 38

Bracy v. Gramley,
520 U. S. 899, 909 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Brady v. Maryland,
373 U.S. 83, 10 L. Ed. 2d 215, 83 S. Ct. 1194 (1963) . . . . . . . .66

Brecht v. Abrahamson,
507 U.S. 619, 623, 123 L. Ed. 2d 353, 113 S. Ct. 1710 (1993). .71

Brooklyn Savings Bank v. O'Neil,
324 U.S. 697, 704, 89 L. Ed. 1296, 65 S. Ct. 895 (1945). . . . . .36

Chapman v. California,
386 U.S. 18, 24, 17 L. Ed. 2d 705, 87 S. Ct. 824 (1967) . . . . . .71

Coffin v. United States,
156 U.S. 432, 453, 39 L. Ed. 481, 15 S. Ct. 394 (1895). . . . . . .43

Cohens v. Virginia,
6 Wheat. 264, 404 (1821) . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Cole v. Arkansas,
333 U.S. 196, 201, 92 L. Ed. 644, 68 S. Ct. 514 (1948). . . . . . . 54

Correale v. United States,
479 F.2d 944, 947 (1st Cir. 1973). . . . . . . . . . . . . . . . . . . . . . 19

Davis v. Alaska,
415 U.S. 308, 316, 39 L. Ed. 2d 347, 94 S. Ct. 1105 (1974) . . . 57

Delaware v. Fensterer,
474 U.S. 15, 20, 88 L. Ed. 2d 15, 106 S. Ct. 292 (1985) . . . . . . 58

Delaware v. Van Arsdall,
475 U.S. 673, 679, 89 L. Ed. 2d 674, 106 S. Ct. 1431 (1986) . . 58

Dixon v Commissioner of Internal Revenue,
316 F.3d 1041 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . 63

Dunn v. Perrin,
570 F.2d 21, 25 (1st Cir.), cert. denied,
437 U.S. 910, 57 L. Ed. 2d 1141, 98 S. Ct. 3102 (1978) . . . . . . 44

Grenada County Supervisors v. Brogden,
112 U.S. 261, 269 (1884) . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Hunter v. State of New Mexico,
916 F.2d 595, 599 (10th Cir. 1990). . . . . . . . . . . . . . . . . . . . 54

Industrial Union Dept., AFL-CIO v.
American Petroleum Institute,
448 U.S. 607, 646, 65 L. Ed. 2d 1010, 100 S. Ct. 2844 (1980). .37

Innes v. Dalsheim,
864 F.2d 974, 978 (2d Cir. 1988) . . . . . . . . . . . . . . . . . . . . . 19

In re Winship,
397 U.S. 358, 364, 25 L. Ed. 2d 368, 90 S. Ct. 1068 (1970) . . . 43

Intermagnetics Am., Inc. v. China Int'l Trust and Inv. Corp.,
926 F.2d 912, 916-17 (9th Cir. 1991) . . . . . . . . . . . . . . . . . 63

Jackson v. Virginia,
443 U.S. 307, 314, 61 L. Ed. 2d 560, 99 S. Ct. 2781 (1979) . . . 53

Johnson v. Gibson,
169 F.3d 1239, 1252 (10th Cir. 1999) . . . . . . . . . . . . . . . . 54

Johnson v. Zerbst,
304 U.S. 458 (1938) . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

J. W. Hampton, Jr., & Co. v. United States,
276 U.S. 394, 406, 72 L. Ed. 624, 48 S. Ct. 348 (1928) . . . . . . .37

Kotteakos v. United States,
328 U.S. 750, 776, 90 L. Ed. 1557, 66 S. Ct. 1239 (1946) . . . . .71

Krulewitch v. United States,
336 U.S. 440 (1949) . . . . . . . . . . . . . . . . . . . . . . . . . . .50

Kyles v. Whitley,
514 U.S. 419 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Levander v. Prober,
180 F.3d 1114, 1119 (9th Cir. 1999) . . . . . . . . . . . . . . . . . .63

Lindsey v. Smith,
820 F.2d 1137, 1151 (11th Cir. 1987) . . . . . . . . . . . . . . . . 52

Marbury v. Madison,
5 U.S. 137, 177 (1803) . . . . . . . . . . . . . . . . . . . . . . . . . 35

McCarthy v. United States,
394 U.S. at 463-64, 89 S. Ct. at 1169 . . . . . . . . . . . . . . . . . 27

Miles v. United States,
103 U.S. (13 Otto 304) 304, 312, 26 L. Ed. 481 (1880) . . . . . . . 21

Mooney v. Holohan,
294 U.S. 103, 112, 79 L. Ed. 791, 55 S. Ct. 340 (1935). . . . . . . 66

Moore v. Illinois,
408 U.S. 786, 794-795,
33 L. Ed. 2d 706, 92 S. Ct. 2562 (1972). . . . . . . . . . . . . . . . . .66

Morgan v. United States,
304 U.S. 1, 18, 82 L. Ed. 1129,
58 S. Ct. 773, 58 S. Ct. 999 (1938) . . . . . . . . . . . . . . . . . . . . .52

Morrison v California,
291 US 82, 78 L Ed 664, 54 S Ct 281 (1934). . . . . . . . . . . . . . .48

National Cable Television Assn., Inc. v. United States,
415 U.S. 336, 342, 39 L. Ed. 2d 370, 94 S. Ct. 1146 (1974) . . .38

New York v. Hill,
528 U.S. 110, 114-15,
145 L. Ed. 2d 560, 120 S. Ct. 659 (2000) . . . . . . . . . . . . . . . .16

Nix v. Whiteside,
475 U.S. 157, 175, 89 L. Ed. 2d 123, 106 S. Ct. 988 (1986). . . 69

NLRB v. Catholic Bishop of Chicago,
440 U.S. 490, 511 (1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Olden v. Kentucky,
488 U.S. 227, 231, 102 L. Ed. 2d 513, 109 S. Ct. 480 (1988). . 57

Olmstead v. United States,
277 U. S. 438, 484 (1928) (Brandeis, J., dissenting). . . . . . . . . 62

Pyle v. Kansas,
317 U.S. 213, 215-216, 87 L. Ed. 214, 63 S. Ct. 177 (1942) . . 66

Roviaro v. United States,
353 U. S. 53 (1957) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Santobello v. New York,
404 U.S. 257, 262, 30 L. Ed. 2d 427, 92 S. Ct. 495 (1971) . . . 18

Stirone v. United States,
361 U.S. 212, 217, 4 L. Ed. 2d 252, 80 S. Ct. 270 (1960) . . . . 54

Strickland v. Washington,
466 U.S. 668, 694, 80 L. Ed. 2d 674, 104 S. Ct. 2052 (1984) . .68

Strickler v. Greene,
527 U. S. 263 (1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Tibbs v. Florida,
457 U.S. 31, 38, n.11,
72 L. Ed. 2d 652, 102 S. Ct. 2211 (1982) . . . . . . . . . . . . . . 42

Toscano v. CIR,
441 F.2d 930, 933 (9th Cir. 1971) . . . . . . . . . . . . . . . . . . . .63

Touche Ross & Co. v. Redington,
442 U.S. 560, 578, 61 L. Ed. 2d 82, 99 S. Ct. 2479 (1979) . . . 36

United States v. Abarca,
985 F.2d 1012, 1014 (9th Cir. 1993) . . . . . . . . . . . . . . . . . . . 16

United States v. Adams,
634 F.2d 830 (5th Cir. 1981) . . . . . . . . . . . . . . . . . . . . . 27

United States v. Agurs,
427 U.S. 97, 49 L. Ed. 2d 342, 96 S. Ct. 2392 (1976). . . . . . . 66

United States v. Akinsola,
105 F.3d 331, 334 (7th Cir. 1997) . . . . . . . . . . . . . . . . . . 28

United States v. Alston,
974 F.2d 1206 (9th Cir. 1992) . . . . . . . . . . . . . . . . . . . . . 42

United States v. Ameline,
376 F.3d 967 (9th Cir. 2004). . . . . . . . . . . . . . . . . . . . . . . . 81

United States v. Anderson,
993 F.2d 1435 (9th Cir 1993) . . . . . . . . . . . . . . . . . . . . . . 29

United States v. Bagley,
473 U.S. 667, 87 L. Ed. 2d 481, 105 S. Ct. 3375 (1985) . . . . . 61

United States v. Balough,
820 F.2d 1485, 1491 (9th Cir. 1987) . . . . . . . . . . . . . . . . . . 9

United States v. Barrett,
982 F.2d 193 (6th Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . 23

United States v. Baum,
482 F.2d 1325 (2d Cir. 1973) . . . . . . . . . . . . . . . . . . . . . . . 52

United States v. Bensimon,
172 F.3d 1121, 1128 (9th Cir. 1999) . . . . . . . . . . . . . . . . . 58

United States v. Berry,
627 F.2d 193 (9th Cir. 1980),cert. denied, 449 U.S. 1113,
66 L. Ed. 2d 843, 101 S. Ct. 925 (1981) . . . . . . . . . . . . . . . 72

United States vs. Blankenship,
775 F. 2d 735 (6th Cir. 1985). . . . . . . . . . . . . . . . . . . . . . . 51

United States v. Bowler,
585 F.2d 851, 854 (7th Cir. 1978) . . . . . . . . . . . . . . . . . . . 19

United States v. Brooke,
4 F.3d 1480, 1489 (9th Cir. 1993) . . . . . . . . . . . . . . . . . . . 57

United States v. Bruce,
976 F.2d 552, 558 (9th Cir. 1992) . . . . . . . . . . . . . . . . . . . 21

United States v. Bustillo,
789 F.2d 1364 at 1367-68 (9th Cir. 1986) . . . . . . . . . . . . . . 9

United States v. Casallas,
59 F.3d 1173 (11th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . 28

United States v. Chemical Foundation, Inc.,
272 U. S. 1, 14-15 (1926). . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

United States v. Corbitt,
996 F.2d 1132, 1134 (11th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . 20

United States v. Cross,
57 F.3d 588, 591 (7th Cir.), cert. denied, 516 U.S. 955,
116 S. Ct. 406, 133 L. Ed. 2d 324 (1995) . . . . . . . . . . . . . . . . . . . . 28

United States v. Diaz-Vargas,
35 F.3d 1221, 1224 (7th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . 28

United States v. Dipentino,
242 F.3d 1090 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . 55

United States v. Doe,
374 F.3d 851 (9th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . 16

United States v. Dortch,
5 F.3d 1056, 1069 (CA7 1993) . . . . . . . . . . . . . . . . . . . . . . . . . 34

United States v. Drake,
673 F.2d 15, 20-21 (1st Cir. 1982). . . . . . . . . . . . . . . . . . . . . . . 45

United States v. Fields,
766 F.2d 1161, 1167 (7th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . 19

United States v. Frederick,
78 F.3d 1370 (9th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . 73

United States v. Garfield,
987 F.2d at 1424 (9th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . 28

United States v. Gibson,
726 F.2d 869, 874 (1st Cir.) . . . . . . . . . . . . . . . . . . . . . . . . . . 44

United States v. Green,
648 F.2d 587 (9th Cir. 1981). . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

United States v. Hasting,
461 U.S. 499, 505, 76 L. Ed. 2d 96, 103 S. Ct. 1974 (1983). . . 18

United States v. Hernandez-Escarsega,
886 F.2d 1560 at 1573 (9th Cir. 1989), cert. denied,
110 S. Ct. 3237, 111 L. Ed. 2d 748, (1990) . . . . . . . . . . . . . . . 9

United States v. Hibler,
463 F.2d 455 (9th Cir. 1972). . . . . . . . . . . . . . . . . . . . . . . . . . 72

United States v. Johnson,
89 F.3d 778, 783 (11th Cir. 1996). . . . . . . . . . . . . . . . . . . . . . 23

United States v. Kelly,
420 F.2d 26, 29 (2d Cir. 1969) . . . . . . . . . . . . . . . . . . . . . . . . 52

United States v. Kraus,
137 F.3d 447 (7th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . 27

United States v. Leslie,
759 F.2d at 371. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

United States v. Lincoln,
630 F.2d 1313, 1319 (8th Cir. 1980) . . . . . . . . . . . . . . . . . . . 42

United States v. Lovasco,
431 U.S. 783, 788-89 (1977). . . . . . . . . . . . . . . . . . . . . . . . . 73

United States v. MacDonald,
455 F.2d 1259, 1263 (1st Cir.), cert. denied, 406 U.S. 962,
92 S. Ct. 2073, 32 L. Ed. 2d 350 (1972). . . . . . . . . . . . . . . . . 44

United States v. Marion,
404 U.S. 307, 326 (1971) ). . . . . . . . . . . . . . . . . . . . . . . . . . . 74

United States v. Mezzanatto,
998 F.2d at 1455, reversed by the Supreme Court
513 U.S. 196 (1995) .................................. 20

United States v. McGovern,
822 F.2d at 743 ..................................... 19

United States v. Miles,
10 F.3d 1135, 1139 (5th Cir. 1993) ................... 21

United States v. Mozer,
828 F. Supp. 208 (SDNY 1993) ......................... 12

United States v. Mukai,
26 F.3d 953, 955 (9th Cir. 1994) ..................... 14

United States v. Olano,
934 F.2d 1425 at 1439 n.23 (9th Cir. 1991) ........... 9

United States v. Padilla,
982 F.2d 110, 113 (3d Cir. 1992) ..................... 53

United States v. Pierce,
893 F.2d 669, 676 (5th Cir. 1990) .................... 56

United States v. Powell,
587 F.2d 443 (9th Cir. 1978) ......................... 52

United States v. Raines,
362 U.S. 17, 21 (1960) ............................... 38

United States v. Range,
982 F.2d 196, (6th Cir. 1992) ........................ 43

United States v. Redondo-Lemos,
955 F.2d 1296 (9th Cir. 1992) ........................ 9

United States v. Redondo-Lemos,
817 F. Supp. 812 (9th Cir. 1993) ..................... 10

United States v. Semler,
883 F.2d 832, 833 (9th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . 14

United States v. Serubo,
604 F.2d 807, 818 (3d Cir. 1979) . . . . . . . . . . . . . . . . . . . . . . . 39

United States v. Smith,
648 F. Supp. at 498 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

United States v. Valencia,
___ (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

United States vs. Valasquez, Dominques,
Olamendi, and Gomez,
772 F. 2d 1240 (7th Cir., 1985) . . . . . . . . . . . . . . . . . . . . . . . 51

United States v. Valenzuela-Bernal,
458 U.S. 858; 102 S. Ct. . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

United States v. Wallace,
848 F.2d 1464, 1476 (9th Cir. 1988) . . . . . . . . . . . . . . . . . . . 72

United States v. Werker,
535 F.2d 198, 202 (2d Cir. 1976), cert. denied,
429 U.S. 926, 97 S. Ct. 330, 50 L. Ed. 2d 296 (1976) . . . . . . . 28

## CONSTITUTION

Article II, § 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Fifth Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

Sixth Amendment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

## STATUTES

| | |
|---|---|
| 18 U.S.C. § 3231 | 1 |
| 21 USC § 841(a)(1) | 1 |
| 28 U.S.C. § 530A | 62 |
| 28 U.S.C. § 1291 | 1 |

## RULES

| | |
|---|---|
| Rule 4(b) Federal Rules of Appellate Procedure | 1 |
| Rule 11(e)(1), Federal Rules of Criminal Procedure | 11 |
| Rule 11(e)(6), Federal Rules of Criminal Procedure | 11 |
| Rule 410, Federal Rules of Evidence | 13 |
| Rule 52(a), Federal Rules of Criminal Procedure | 50 |
| Rule 52(b), Federal Rules of Criminal Procedure | 9 |

## OTHERS

| | |
|---|---|
| I ABA, Standards for Criminal Justice 3-1.1(b) & (c) (1980). | 35 |
| Hill, 69 Colum. L. Rev. at 203 | 41 |
| Note, 76 Harv. L. Rev. at 1661 | 41 |
| "Prosecutor Misconduct In Two Recent High-Profile Cases: Why It Happens, and How We Can Better Prevent It," by Elaine Cassel, Findlaw Legal Commentary, Feb. 12, 2004. | 62 |