Alicia Venura # 14144-060
Honolulu Federal Detention Center
Po Box 30080
Honolulu, HI 96820

"Special Mail"

Legal Mail

Clerk of the Court
United States District Court
300 Ala Moana Blvd.
Honolulu HI 96850



