ORIGINAL

Alicia Veloria
Pro Se Petitioner
Honolulu Federal Detention Center
PO BOX 30080
Honolulu, HI 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 14 2008

at 2 o'clock and 30 min P M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| ALICIA VELORIA, ) | CV. NO 08-00019 SOM/BMK |
| Petitioner, ) | CR. NO 00-00145 SOM |
| ) | |
| Vs. ) | MOTION FOR INDEPENDANT PARTY TO PRESERVE |
| ) | CONTENTS OF VELORIA'S ATTORNEY-CLIENT FILE |
| UNITED STATES OF AMERICA ) | |
| Respondent ) | |
| ) | |

**DENIED**

UNITED STATES DISTRICT JUDGE

Comes now, ALICIA VERORIA, Pro Se, and respectfully requests that this Honorable Court appoint an independant party to inventory and preserve Defendant Veloria's Attorney-Client file.

Ms. Veloria submits this request on account of the significant differences between Attorney's and Client's recollection of events and information conveyed throughout the progression of Ms. Veloria's defense.

It appears, by the contents of the government's response, that counsels having previously represented Ms. Veloria, appear to be claiming no knowledge of the contents of Ms. Veloria's attorney-client communications. Additionally, in all likelihood, Ms. Veloria's "client file" may contain other important documents which may assist Ms. Veloria and this Court in the future.

At present, Shawn A. Luiz, Appellate Counsel has possession of all files and records generated and received by counsels throughout the progression of Ms. Veloria's criminal case.

WHEREFORE, for the above and forgoing reasons, Ms. Veloria respectfully request that this Honorable Court appoint an independant party to preserve and inventory the Contents of Defendant Veloria's Attorney-Client file.

Signed under penalty of perjury under 28 U.S.C. 1746, this 8th day of April, 2008.

*Alicia Veloria*
Alicia Veloria #14144-006
P.O. Box 30080, Honolulu, HI 96820