

U.S. Department of Justice

*CORRESPONDENCE*

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*  
*300 Ala Moana Blvd., Room 6-100*  
*Honolulu, Hawaii 96850*

*(808) 541-2850*  
*FAX (808) 541-2958*

April 15, 2008

Honorable Susan Oki Mollway
United States District Court Judge
Fourth Floor, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

      Re:  <u>United States v. Alicia Veloria</u>
           Cr. No. 00-00145 SOM

Dear Judge Mollway:

      Pursuant to the Court's oral order on Monday, March 31, 2008, the Government was to submit the declaration of Defendant Alicia Veloria's appellate counsel, Shawn Luiz, in the above-entitled matter on or about Friday, April 11, 2008. Unfortunately, Mr. Luiz was not able to comply with the Court's schedule. Therefore, I am requesting a one week extension in order to supplement the record with Mr. Luiz's declaration. I appreciate your concern in this matter.

      Directly after the March 31, 2008 hearing, I left a telephone message to Mr. Shawn Luiz informing him of this Court's extension to submit his declaration in this matter. On April 3, 2008, I sent a letter to Mr. Luiz reiterating the April 11, 2008 deadline. On Tuesday, April 8, 2008, I spoke directly with Mr. Luiz, again informing him of the April 11, 2008 deadline. Mr. Luiz assured me that he would have the declaration prepared and submitted by the deadline. Unfortunately, it did not occur to me until today that the deadline to submit Mr. Luiz's declaration expired last Friday.

APR 15 2008

Honorable Susan Oki Mollway
April 15, 2008
Page 2

    I apologize to the Court and Ms. Veloria for the delay in submitting Mr. Luiz's declaration and respectfully request an extension in which to file Mr. Luiz's declaration to be due on April 18, 2008. If you have any further comments or questions, please do hesitate to contact me.

                                       Very truly yours,

                                       EDWARD H. KUBO, JR.
                                     United States Attorney
                                     District of Hawaii

                                     _____
                                     THOMAS J. BRADY
                                     Assistant U. S. Attorney

TJB:sam

cc: Rustam Barbee, Esq.

    Alicia Veloria
    Pro Se Defendant