

# U.S. Department of Justice

*CORRESPONDENCE*

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*          (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

April 21, 2008

Honorable Susan Oki Mollway
United States District Court Judge
Fourth Floor, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

      Re:  <u>United States v. Alicia Veloria</u>
           Cr. No. 00-00145 SOM

Dear Judge Mollway:

     On April 16, 2008, this Court granted the Government's request for a one week extension, until on or before April 18, 2008 to submit the declaration of Defendant Alicia Veloria's appellate counsel, Shawn Luiz. My assistant left numerous voicemail messages on Mr. Luiz's work and cell phone. This morning, Mr. Luiz left a message on my assistant's voicemail indicating that he was off island and in depositions last week and was not able to work on the declaration.

     Mr. Luiz further stated that he would be able to work on the declaration from Tuesday - Friday of this week. Therefore, the Government respectfully requests for another one week extension to submit Mr. Luiz's declaration to the Court.

     If you have any further comments or questions, please do hesitate to contact me.

                        Very truly yours,

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                        THOMAS J. BRADY
                        Assistant U. S. Attorney

TJB:sam

cc:  Rustam Barbee, Esq.

     Alicia Veloria
     Pro Se Defendant

APR 2 1 2008