**ORIGINAL**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 28 2008
at 2 o'clock and 50 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ALICIA VELORIA,<br><br>     Defendant. | CV. NO. 08-00019 SOM/BMK<br>CR. NO. 00-00145 SOM<br><br>GOVERNMENT'S SUBMISSION<br>OF DECLARATION OF SHAWN LUIZ<br>IN SUPPORT OF THE GOVERNMENT'S<br>RESPONSE TO DEFENDANT'S<br>MOTION UNDER 28 U.S.C. § 2255<br>TO VACATE, SET ASIDE, OR<br>CORRECT SENTENCE; CERTIFICATE<br>OF SERVICE |

GOVERNMENT'S SUBMISSION OF DECLARATION OF
SHAWN LUIZ IN SUPPORT OF THE GOVERNMENT'S
RESPONSE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE

As stated it the Government's Response to Defendant's

motion under 28 U.S.C. § 2255 to vacate, set aside, or correct

sentence by a person in Federal custody filed on March 13, 2008, annexed hereto is the signed Declaration of Shawn A. Luiz dated April 25, 2008.

DATED: April 28, 2008, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
THOMAS J. BRADY
Assistant U.S. Attorney