## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by U.S. Mail:

Alicia Veloria                                April 28, 2008
Reg. No. 14144-006
Federal Detention Center
351 Elliot Street
Honolulu, Hawaii 96819

Pro Se Defendant

    DATED: April 28, 2008, at Honolulu, Hawaii.

_[signature]_