ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 01 2008

at 1 o'clock and 30 min P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.  00-00145 SOM |
| Plaintiff – Respondent | ) | Civil No.  08-00019 SOM/BMK |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR RECONSIDERATION OF** |
| ALICIA VELORIA, | ) | **VELORIA'S MOTION FOR RELEASE ON** |
| Defendant – Movant | ) | **BOND PENDING DECISION OF** |
| | ) | **§2255 MOTION** |
| | ) | |

*****************************************

Comes now, ALICIA VELORIA, Pro Se, and respectfully requests that this Honorable Court **RECONSIDER** Veloria's **MOTION FOR RELEASE ON BOND PENDING DECISION OF §2255** filed on 02/07/08.

This request is being submitted as there has been a change in several of the factors the Court considered in its initial denial on 02/08/08. For example, in its ORDER, the Court noted that it had not yet reviewed the government's response with respect to the numerous substantive issues raised within Ms. Veloria's §2255 motion. As of this date, both the government's response and Ms. Veloria's reply have been filed. Therefore, it is believed that an informed decision can be made at this time.

Additionally, the Court raised logistical issues regarding Ms. Veloria's MOTION FOR RELEASE ON BOND PENDING DECISION OF §2255 MOTION. Since Ms. Veloria is currently being held in the Honolulu Federal Detention Center, she is in the District of Hawaii and could be considered for placement under less restrictive conditions within this district until the Court is able to determine if and what remedies are appropriate in Ms. Veloria's case.

At this time, it is also important to consider the reality that any further delay could leave Ms. Veloria without remedy for the constitutional claims raised within her §2255 motion. Ms. Veloria only has 9 months remaining on her sentence, 6 of which she is entitled to serve in a Community Correctional Center.

This Court received Ms. Veloria's §2255 motion on 12/26/07 and it is believed that there has been adequate time to consider the merits of the claims. As such, if this Court sees that there are substantial questions of law to be considered, then it may place Ms. Veloria on less restrictive conditions until the disposition of the claims.

Placement in a halfway house or on home confinement three months early, under these circumstances would be reasonable. If the above options are not practical, then the execution of Ms. Veloria's sentence should be stayed so that she may reside with her father and brother on the Big Island and await a decision of her §2255 motion.

If this Court subsequently determines that no remedy is appropriate, then Ms. Veloria will gladly self-surrender to Honolulu F.D.C. to serve the remaining portion of her sentence.

In the event that this Court once again denies Ms. Veloria's REQUEST FOR RELEASE ON BOND, it is respectfully requested that this Court set forth in writing its reasons for said denial pursuant to Rule 9(b) of the Federal Rules of Appellate Procedure which requires the district judge to "state in writing the reasons taken" as discussed further in **United States v. Wheeler, 795 F.2d 839 (9thCir. 1986).**

WHEREFORE, Defendant - Movant requests this Court to acknowledge jurisdiction under 18 U.S.C. § 3143(b) and exercise its reasonable

discretion under Rule 46 of the Federal Rules of Criminal Procedure in granting the relief requested.

Dated this 29th day of April, 2008.

Respectfully Submitted,

_Alicia Veloria_

Alicia Veloria, Pro Se
Reg Number 14144-006
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

United States District Court

District of Hawaii

UNITED STATES OF AMERICA     )  Crim. No. 00-00145
                            )  Civil No. 08-00019 SOM/BMK
Plaintiff-Respondent       )  HON. SUSAN OKI MOLLWAY
                            )
        Vs.             )
                            )
ALICIA VELORIA            )  **CERTIFICATE OF FILING**
                            )
Defendant-Movant         )
                     **********************

Pursuant to the principles of Houston v. Lack, 487 U.S. 266, 276 (1988), the attached MOTION FOR RECONSIDERATION FOR RELEASE ON BOND was filed with the Court on this date by depositing three copies of same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to: **Clerk – U.S. District Court,** Prince Kuhio Federal building, 300 Ala Moana Blvd., Honolulu, HI 96850. **AUSA Brady,** PJKK Federal Building, 300 Ala Moana Blvd., Room 6-100, Honolulu, HI 96850.

I have read the foregoing and state that the facts are set forth upon personal knowledge and are ture and correct.

Signed under penalty of perjury under
28 U.S.C. 1746, this 29th day of
April, 2008

*Alicia Veloria*
Alicia Veloria
PO BOX 30080
Honolulu, HI 96820