

Alicia Velotria # 14144-006
Federal Detention Center Honolulu
PO Box 30080
Honolulu, HI 96820

HONOLULU HI 968
APR 30
2008

United States District Court
Clerk of the Court
300 Ala Moana Blvd
Honolulu, HI 96850

HONOLULU HI 968
APR 30
2008

RECE
CLERK U.S. DIST
APR 30
1:3 Q
DISTRICT O