cc: SOM

ALICIA VELORIA
#14144-006
P.O. Box 30080
Honolulu, Hawaii 96820

Clerk of the Court
Unite States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
APR 3 0 2008
1:30pm
DISTRICT OF HAWAII

April 29, 2008

Dear Clerk of the Court,

Attached please find a copy of the INMATE REQUEST TO STAFF (also known as a "cop out") that I submitted in an attempt to get Honolulu Federal Detention Center staff members to follow through on Judge Mollway's recommendation for re-designation. I ask that you file this document with the court as I believe it may become necessary in the future for me to refer to this document and the issue behind it. The handwritten portion is FDC's response to this inquiry.

I have been informed (by my Case Manager, Mr. Manini as well as the Unit Manager, Mr. Shelko) that as long as I am "designated" to Carswell F.M.C. in Texas, staff members here cannot work on my halfway house or perform any pre-release preparation. This has been extremely frustrating for me as it appears that, in my current state of "holdover" status, no institution or B.O.P. staff member need accept responsibility for the handling of my pre-release issues. Under normal circumstances, pre-release preparation takes approximately 3 months. As of today's date, I SHOULD have less than 3 months left to serve in an instution, as my sentence length and conduct entitles me to 6 months of halfway house placement.

Additionally, being held on "holdover" status precludes me from having my inmate property (which is stored in Carswell) as well as severly limiting my visitation privileges during my stay here in Honolulu Federal Detention Center.

Thank you for your time and consideration in this matter.

Sincerely,

*Alicia Veloria*
Alicia Veloria

cc. Honolulu Federal Detention Center/ ISM / Records Department

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) RECORDS/ISM | DATE: 4/15/08 |
|---|---|
| FROM: ALICIA VELORIA | REGISTER NO.: 14144-006 |
| WORK ASSIGNMENT: UNIT 3A ORDERLY | UNIT: 3A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Attached please see Judicial Order regarding my recent sentence reduction from 97 to 78 months.

Additionally, District Judge Mollway recommended that the BOP re-designate me to FDC- Honolulu as my prison sentence is nearly completed and I have a hearing on June 16, 2008 requiring my physical presence in the District of Hawaii.

Please re-designate me ASAP so that FDC-Honolulu staff can commence pre-release preparation for my likely release to an RRC in July 2008.

Thank you

cc. Honorable Judge Susan Oki Mollway

(Do not write below this line)

DISPOSITION:

We have been notified by the Designations & Sentence Computation Center about the crack reduction statue of your case. They are currently reviewing your case file. Awaiting further notice.

Signature Staff Member
Date 04/21/08

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper