# ORIGINAL

≈AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at __ o'clock and _46_ min. _P_M.
SUE BEITIA, CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR 00-00145SOM-01 |
| ALICIA VELORIA ) | USM No: 14144-006 |
| Date of Previous Judgment: 11/3/2003 ) | Rustam Barbee |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### AMENDED
Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __97__ months **is reduced to** __78 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  __30__          Amended Offense Level:  __28__
Criminal History Category: __I__          Criminal History Category: __I__
Previous Guideline Range: __97__ to __121__ months   Amended Guideline Range: __78__ to __97__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Judicial recommendation:  FDC Honolulu

Except as provided above, all provisions of the judgment dated __11/3/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __MAY 1 2 2008__            _/s/ Susan Oki Mollway_
                                          Judge's signature

Effective Date: _____         Susan Oki Mollway, United States District Judge
  (if different from order date)                  Printed name and title