Name: Silila Velora
Number: [illegible]
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

Legal Mail

HONOLULU HI 968
03 MAY 2008 PM 2 T

Honorable Judge Mollway
US District Court
300 Ala Moana Blvd
Honolulu, HI 96850

Legal Mail