CORRESPONDENCE



# CHAMBERS OF JUDGE SUSAN OKI MOLLWAY
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720    Facsimile No. (808) 541-1724

DATE:         May 14, 2008

TO:           Thomas J. Brady          **FAX: 2958**       Ph.: 9207
              Rustam Barbee            **FAX: 524-4306**   Ph.: 524-4406
              United States Probation Office   **FAX: 1345**

FROM:         Joni Gross, secretary to Judge Susan Oki Mollway

PAGES:        __4__ including this page

RE:           USA v. Veloria; Cr. 00-00145 SOM

SENDING:      Ltr to Judge Mollway from Alicia Veloria, dated May 12, 2008.

COMMENTS:     For your information.

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
MULTI COMMUNICATION REPORT              MAY-14-2008 11:27 AM WED


                                        FAX NUMBER   :  808 541 1724
                                        NAME         :  US DISTRICT COURT


                                        REF. NAME    :
                                        PAGES        :  4


1. SUCCESSFUL

                    FAX NUMBER                          NAME
        _____     _____

            2958
            1345
            95244306


2. UNSUCCESSFUL

                    FAX NUMBER                          NAME
        _____     _____




3. MULTI COMMUNICATION JOURNAL

NO.         NAME/NUMBER             START TIME    TIME     MODE      PAGE       RESULTS
_____   _____    _____  _____  _____   _____    _____
1159    2958                      05-14 11:25AM   00'32"  ECM BC    004/004    [ O.K ]
1159    1345                      05-14 11:26AM   00'30"  ECM BC    004/004    [ O.K ]
1159    95244306                  05-14 11:27AM   00'28"  ECM BC    004/004    [ O.K ]
```