No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) DC No. Cr. 00-00145-SOM |
|---|---|
| | ) District of Hawaii, Honolulu |
| Plaintiff-Appellee, | ) |
| | ) |
| vs. | ) APPEAL FROM THE JUDGMENT |
| | ) IN A CRIMINAL CASE, FILED |
| ALICIA VELORIA, | ) NOVEMBER 3, 2003 |
| | ) |
| Defendant-Appellant | ) |

MOTION TO WITHDRAW AS COUNSEL ON APPEAL
AND TO EXTEND TIME TO FILE OPENING BRIEF AND
TO SUPPLEMENT THE RECORD ON APPEAL

DECLARATION OF SAMUEL P. KING, JR.

CERTIFICATE OF SERVICE

SAMUEL P. KING, JR.
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 808-521-6937

Attorney for Defendant-Appellant

EXHIBIT 47

No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) DC No. Cr. 00-00145-SOM |
|---|---|
| | ) District of Hawaii, Honolulu |
| Plaintiff-Appellee, | ) |
| | ) |
| vs. | ) APPEAL FROM THE JUDGMENT |
| | ) IN A CRIMINAL CASE, FILED |
| ALICIA VELORIA, | ) NOVEMBER 3, 2003 |
| | ) |
| Defendant-Appellant | ) |

MOTION TO WITHDRAW AS COUNSEL ON APPEAL
AND TO EXTEND TIME TO FILE OPENING BRIEF AND
TO SUPPLEMENT THE RECORD ON APPEAL

SAMUEL P. KING, JR. hereby moves to withdraw as counsel on appeal. Counsel moves in addition, on behalf of Defendant-Appellant, to extend the time for filing the Opening Brief. Counsel also moves on Defendant-Appellant's behalf to supplement the record on appeal with a transcript of the hearing on the motion to suppress Defendant-Appellant's statement which was heard on November 26, 2002. This motion is based on the attached Declaration of counsel and the file in this case.

DATED: Honolulu, Hawaii, October 4, 2004.

SAMUEL P. KING, JR.
Attorney for Defendant-Appellant

No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) DC No. Cr. 00-00145-SOM |
|---|---|
| | ) District of Hawaii, Honolulu |
| Plaintiff-Appellee, | ) |
| | ) |
| vs. | ) APPEAL FROM THE JUDGMENT |
| | ) IN A CRIMINAL CASE, FILED |
| ALICIA VELORIA, | ) NOVEMBER 3, 2003 |
| | ) |
| Defendant-Appellant | ) |
| | ) |
| | ) |

## DECLARATION OF SAMUEL P. KING, JR.

I, SAMUEL P. KING, JR., declare and say:

I am personally familiar with the facts stated herein.

I am the court-appointed attorney for Defendant-Appellant.

I have received a Default Notice from this Court filed September 23, 2004, requiring me to file an Opening Brief in this case within 14 days. For the following reasons, I am unable to comply with the Default Notice, and I am requesting leave to withdraw as counsel on appeal in this case and requesting other actions as set forth below.

Defendant-Appellant and I are in complete disagreement as to how to proceed in this appeal. Ms. Veloria has insisted that I not file the Opening Brief in this case

until she and her friends in Alaska supply me with a promised summary of appeal issues. This summary was supposed to be supplied to me before this Court's reset Opening Brief deadline of August 27 and even long before that. I have still not received it.

Also, Ms. Veloria insists, as I indicated in my previous motions to extend time to file the Opening Brief, that certain issues be raised in the appeal brief which either are not supported by facts in the record or are more properly raised in a 2255 motion (ineffective assistance of counsel claims, etc.).

Ms. Veloria wrote me a letter dated September 13, 2004, insisting that I withdraw as counsel if we cannot agree on the appellate issues. We have not been able to resolve our differences since I received this letter.

I have prepared the "guts" of the Opening Brief, including one of the most difficult portions, the Statement of the Facts (which includes most of the facts relevant to most of the issues Ms. Veloria wants to raise), which is already 6,000 words in length. I have mailed the partial brief and a WordPerfect copy of it on disk to Ms. Veloria at her request.

Ms. Veloria and I cannot work together on this appeal any longer. Her insistence on doing things her way in inconsistent with my professional evaluation of this appeal and even inconsistent with what I feel is in the client's best interests. I cannot proceed with this conflict any longer. New counsel should be appointed to

represent Ms. Veloria.

There is also reason to delay the filing of the Opening Brief based on the United States Supreme Court's further consideration of the effect of the *Blakely* decision on the United States Sentencing Guidelines (now that we know the Supreme Court will be considering this issue this week and probably deciding the issue shortly thereafter). One of Ms. Veloria's issues on appeal has to do with sentencing enhancements which were not found by the jury (the amount of cocaine base and obstruction of justice). This issue will make a significant difference in Ms. Veloria's sentence if she is not able to obtain a reversal of her conviction - a probable sentence reduction of about three years and possibly more.

Also, one of the issues Ms. Veloria wants to raise on appeal involves the denial of her motion to suppress the statement she made pretrial pursuant to a proffer agreement. This is one of the issues on which Ms. Veloria and I disagree, but if she does want to raise the issue on direct appeal, the record on appeal should be supplemented with the transcript of the November 26, 2002, hearing. I have already requested that a copy of that hearing be prepared. The court reporter, Lisa Groulx, has advised me that the transcript can probably be ready by _____. The parties and the Court had a partial transcript of this hearing to which they referred during Defendant's motion to reconsider the motion to suppress which arose during trial, so much of what occurred in the original motion to suppress is already in the record on

appeal, but it is obviously preferable to have the entire transcript added to the record on appeal.

I apologize to the Court for the delay in submitting the Opening Brief in this case, but as stated above, the difficulty lies in the conflict between me and Ms. Veloria which is best solved at this time by appointment of new counsel for the appeal. There is no problem with Ms. Veloria having the Opening Brief take any form she desires, but not with my name on it considering what she wants done. This conflict with Ms. Veloria has been very emotionally and professionally draining on me, especially considering the fact that the Opening Brief is overdue, but submitting a brief under the circumstances has proved to be impossible. Ms. Veloria has a history of not taking her attorneys' advice, and these attorneys are then on her list of "ineffective assistance of counsel" claims. At this point, I have done as much for Ms. Veloria as I can as court-appointed counsel, and she wants me to withdraw as her attorney.

Also, because the *Blakely* issue may well be Ms. Veloria's best issue on appeal, it is appropriate to delay the filing of the Opening Brief pending the Supreme Court's resolution of the application of *Blakely* to the United States Sentencing Guidelines which, as stated above and as we all know, should be coming soon. In his latest letter to this Court, the US Attorney in this case, Mr. Brady, stated that he had no objection to a delay in the filing of the Opening Brief based on the *Blakely* issue. I have a

pending case with this Court in US v. Hayme, No. 03-10172, where the parties agreed to a stay of the appeal pending the outcome in *Fanfan* and *Booker*. In Hayme, this Court stayed the appeal to November 26, 2004, pending filing of a status report on the case. This should be done in this case as well, especially considering the fact, as stated above, that Ms. Veloria's sentencing issues are probably her best issues.

I respectfully request to be permitted to withdraw as counsel on appeal in this case for the reasons stated above. I also request that this Court permit the record on appeal to be supplemented with the transcript of the November 26, 2002, suppression hearing so that Ms. Veloria will have a complete record on this issue if she decides to raise it on direct appeal, and that the time for filing the Opening Brief in this case be extended (or suspended) pending the United States Supreme Court's action with respect to the application of *Blakely* to the Sentencing Guidelines.

I have contacted the US Attorney in this case, Mr. Brady, and he has no objection to the requests made herein.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, October 4, 2004.

SAMUEL P. KING, JR.
Attorney for Defendant-Appellant

No. 03-10626

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) DC No. Cr. 00-00145-SOM |
|---|---|
| | ) District of Hawaii, Honolulu |
| Plaintiff-Appellee, | ) |
| | ) |
| vs. | ) APPEAL FROM THE JUDGMENT |
| | ) IN A CRIMINAL CASE, FILED |
| ALICIA VELORIA, | ) NOVEMBER 3, 2003 |
| | ) |
| Defendant-Appellant | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the foregoing document and one copy of the Excerpts of Record were delivered to the Office of the United States Attorney, 300 Ala Moana Blvd., Room 6200, Honolulu, Hawaii 96850, on October 4, 2004.

DATED: Honolulu, Hawaii, October 4, 2004.

_____
SAMUEL P. KING, JR.
Attorney for Defendant-Appellant