UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff-Respondant ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ALICIA VELORIA ) | |
| Defendant-Petitioner ) | |
| ) | |

\* \* \* \* \* \* \* \* \* \*

Pursuant to the principals of Houston v. Lack, 487 U.S. 266, 276 (1988), the attached RESPONSE TO GOVERNMENT'S SUBMISSION OF LUIZ'S DECLARATION was filed with the Court on this date by depositing three copies of same into the prison "legal mail" collection box, first class postage affixed and addressed to: **Clerk - U.S. District Court**, 300 Ala Moana Blvd., Honolulu, Hawaii  96850

**AUSA Brady,** 300 Ala Moana Blvd., Rm. 6-100, Honolulu, Hawaii  96850

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct to the best of my ability.

Signed under penalty of perjury under 28 U.S.C. §1746, on this 13th day of May, 2008.

*Alicia Veloria*

Alicia Veloria # 14144-006
P.O. Box 30080
Honolulu, Hawaii