LEGAL MAIL

Aloha Veloria Atkins-006
Federal Detention Center
P.O. Box 30080
Honolulu, HI 96820

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 15 2008
DISTRICT OF HAWAII

HONOLULU, HI 968
MAY 14 2008

Clerk of Court
U.S. District Court
300 Ala Moana Blvd.
Honolulu, HI 96850