CORRESPONDENCE

ALICIA VELORIA
#14144-006
Honolulu Federal Detention Center
PO Box 30080
Honolulu, Hawaii  96820

June 3, 2008

Honorable Judge Mollway
United States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

RE: U.S. v VELORIA
CR. NO 00-00145 SOM
CV. NO 08-00019  SOM/BMK

Honorable Judge Mollway:

I have a hearing scheduled in your courtroom on Monday, June 16th.  As I am representing myself pro se, I am not sure what to expect from this hearing. In order to prepare myself, and bring the necessary legal materials with me for the hearing, I humbly ask that the Court give me some indication as to what to expect to occur on this date.  If it is not necessary to bring with me the volumes of legal documents that have culminated over the years, then processing and transport on the day would go smoother for everyone invloved.

Additionally, two of my aunts are flying in from Texas to appear at the hearing. I respectfully request that the Court take this into consideration before deciding to postpone  this long-awaited, much anticipated hearing.

Thank you for your time and consideration.


Respectfully,

*Alicia Veloria*
Alicia Veloria

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 06 2008
DISTRICT OF HAWAII

cc.  AUSA Brady