Name: Alicia Veloria
Number: 14114-02
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

FEDERAL DETENTION CENTER
P.O. BOX 30080
HONOLULU, HI 96819
"SPECIAL MAIL"
DATE: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

HONOLULU HI 968
04 JUN 2008 PM 4 T

United States District Court
Honorable Judge Mollway
300 Ala Moana Blvd
Honolulu, HI 96850


USA FIRST-CLASS FOREVER