# MINUTES

CASE NUMBER: CR 00-0145SOM

CASE NAME: USA vs. Alicia Veloria

ATTYS FOR PLA: Thomas Brady

ATTYS FOR DEFT: Alicia Veloria (Pro Se)

INTERPRETER:

JUDGE: Susan Oki Mollway          REPORTER: Debra Chun

DATE: 6/16/2008          TIME: 9:00 - 11:40

COURT ACTION: EP: Motion to Vacate, Set Aside, or Correct Sentence -

Defendant Alicia Veloria present and in custody.

Court instructs the Defendant that she may not redact documents without leave of Court.

Discussion held re: what evidence the defendant could have presented if she had not signed the proffer letter.

Arguments.

Court contacts Rustam Barbee to see if he will represent the defendant for a limited evidentiary hearing.

Discussion held.

Defendant has no objection to being represented by Mr. Barbee.

Court appoints Rustam Barbee to represent Defendant for a limited evidentiary hearing on only the issue of how Defendant claims the proffer letter prejudiced her.

The evidentiary hearing is limited to exploring matters Defendant indicates could have been raised at trial that were either not raised at all, or were not raised in as much depth as they could have been given her concern that such evidence would open the door to rebuttal by the government using her debriefing statement.

The evidentiary hearing is set for 7/9/08 @ 9:00 a.m.

Court advises Mr. Barbee to review Defendant's claim numbers 6 - 12 and 41 for background information.

Mr. Barbee may, but is not required to, submit a supplemental brief concerning the subjects to be addressed in the evidentiary hearing. Whether or not Defendant submits such a supplemental brief, Defendant must submit a statement as to whether she is making a claim of actual innocence as to Count 1 and if so, whether she is saying that any of the incriminating statements in the proffer misrepresent what she actually said at the debriefing session. Brief and/or statement to be submitted by 12:00 p.m. 6/30/08.

Mr. Barbee to inform the CRM what witnesses he will be calling for the hearing.

Defendant submits to the Court her 2241 petition for filing.

Court appoints Mr. Barbee to represent the defendant for the 2241 petition.

Court will inform the Clerk's Office to assign that civil case to her as it relates to cases already before the Court.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.