ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop St., Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
E-mail: Rustam@HonoluluAttorney.com

Attorney for Petitioner
ALICIA VELORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICIA VELORIA,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil NO.   08-00019 SOM<br>CR. NO.   00-00145 SOM<br><br>SUPPLEMENTAL STATEMENT<br>REGARDING DEFENDANT'S<br>MOTION UNDER 28 U.S.C. SEC.<br>2255 TO VACATE, SET ASIDE OR<br>CORRECT SENTENCE;<br>CERTIFICATE OF SERVICE |

**SUPPLEMENTAL STATEMENT REGARDING
DEFENDANT'S MOTION UNDER 28 U.S.C. SEC. 2255
TO VACATE, SET ASIDE OR CORRECT SENTENCE**

Comes now, the Petitioner, ALICIA VELORIA, by and through Counsel and submits this Supplemental Statement as directed to do so by the Court at a hearing on June 16, 2008.

Petitioner/Defendant is not making a claim of actual innocense as to Count 1 of the Indictment, but is asserting that she was wrongfully convicted due to the deficient and ineffective assistance of defense counsel, Alexander Silvert and Winston D.M. Ling and/or the withholding of exculpatory evidence by the prosecution.

DATED: Honolulu, Hawaii, June 30, 2008.

_____
RUSTAM A. BARBEE
Attorney for Petitioner
ALICIA VELORIA

## CERTIFICATE OF SERVICE

I, RUSTAM A. BARBEE, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or faxed and/or hand-delivered and/or transmitted electronically via ECF to the following on June 30, 2008:

THOMAS J. BRADY, ESQ.
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
*Attorney for Respondent*
UNITED STATES OF AMERICA


DATED:   Honolulu, Hawaii, June 30, 2008.

RUSTAM A. BARBEE
Attorney for Petitioner
ALICIA VELORIA