EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALICIA VELORIA, | ) | CV. NO. 08-00019 SOM/BMK |
| | ) | CR. NO. 00-00145 SOM |
| Petitioner, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | DATE: July 21, 2008 |
| Respondent. | ) | TIME: 2:15 p.m. |
| | ) | JUDGE: Susan Oki Mollway |

<u>GOVERNMENT'S WITNESS LIST</u>

The Government hereby submits its witness list, attached hereto, for the hearing on Defendant Alicia Veloria's Motion to vacate, set aside, or correct sentence.

DATED: July 21, 2008 at Honolulu, Hawaii.

                                  Respectfully submitted,

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                  By <u>/s/ Thomas J. Brady</u>
                                      THOMAS J. BRADY
                                      Assistant U.S. Attorney

## **GOVERNMENT'S WITNESS LIST**

1. Alexander Silvert,
   First Assistant Federal Public Defender

2. Winston Ling, Esq.

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF

RUSTAM A. BARBEE, ESQ.   rustam@honoluluattorney.com   July 21, 2008
Attorney for Petitioner
ALICIA VELORIA


      DATED: July 21, 2008, at Honolulu, Hawaii.

      /s/ Shelli Ann H. Mizukami