EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALICIA VELORIA, | ) | CV. NO. 08-00019 SOM/BMK |
| | ) | CR. NO. 00-00145 SOM |
| Petitioner, | ) | GOVERNMENT'S EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | DATE: July 21, 2008 |
| Respondent. | ) | TIME: 2:15 p.m. |
| | ) | JUDGE: Susan Oki Mollway |

GOVERNMENT'S EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, for the hearing on Defendant Alicia Veloria's Motion to vacate, set aside, or correct sentence.

DATED: July 21, 2008 at Honolulu, Hawaii.

                                                Respectfully submitted,

                                                EDWARD H. KUBO, JR.
                                                United States Attorney
                                                District of Hawaii

                                                By /s/ Thomas J. Brady
                                                   THOMAS J. BRADY
                                                   Assistant U.S. Attorney

# **GOVERNMENT'S EXHIBIT LIST**

1. Memorandum of Interview dated September 3, 2001, conducted by Internal Revenue Service Criminal Investigation Division (14 pages).

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF

RUSTAM A. BARBEE, ESQ.    rustam@honoluluattorney.com    July 21, 2008
Attorney for Petitioner
ALICIA VELORIA


DATED: July 21, 2008, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　　　　/s/ Shelli Ann H. Mizukami