# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00145SOM |
| CASE NAME: | USA vs. Alicia Veloria |
| ATTYS FOR PLA: | Thomas Brady |
| ATTYS FOR DEFT: | Rustam Barbee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/21/2008 | TIME: | 2:20 - 3:05<br>3:15 - 3:20 |

COURT ACTION:  EP:  Evidentiary Hearing re: Motion to Vacate, Set Aside, or Correct Sentence -

Defendant Alicia Veloria not present, and discussion held re: how to proceed.

Court contacts FDC Honolulu, and Defendant present by phone (2:35 p.m.)

Discussion held re:  available options, and whether or not live evidence is necessary.

Mr. Barbee offers the following exhibits which were received into evidence by the Court for purposes of this hearing:

Exhibit 1 - 6 page report of Detective Thomas dictated 11/12/96;
Exhibit 28 - 2 page report of Officer Correia dated 7/13/96;
Exhibit 36 - Defendant's Freedom of Information Act request to the Big Island Police Dept dated 5/31/07 and the response;
Exhibit 37 Transcript of the trial proceedings 6/4/03 volume 2;
Closing argument by the government;
Notes from the Jury 2 and 6.

Mr. Barbee requests a recess in order to confer with the defendant.

3:15 p.m. - Defendant requests to be present in person, and this hearing is continued to 9/2/08 @ 9:00 a.m.

This is not a firm date, and parties may call the CRM to reschedule.

If called as a witness, Winston Ling may testify by telephone - no objection by the parties.

Submitted by: Toni Fujinaga, Courtroom Manager.