# ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop St., Suite 2606
Honolulu, Hawaii 96813
Telephone:  (808) 524-4406
Facsimile:   (808) 524-4306
E-mail: Rustam@HonoluluAttorney.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 22 2008

at 3 o'clock and __ min. P.M.
SUE BEITIA, CLERK

Attorney for Petitioner
ALICIA VELORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICIA VELORIA, | ) Civil NO.   08-00019 SOM |
| | ) CR. NO.     00-00145 SOM |
| Petitioner, | ) |
| | ) PETITIONER VELORIA'S |
| vs. | ) EXHIBITS 1, 28, 36-40; |
| | ) CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

## PETITIONER VELORIA'S  EXHIBITS 1, 28, 36-40

Comes now, the Petitioner, ALICIA VELORIA, by and through Counsel and submits the following Exhibits for the Court's consideration at an evidentiary hearing on her Motion.

| Exhibit No. | Description |
|---|---|
| 1 | Det. S. Thomas Report. |
| 28 | Officer S. Correia Report. |
| 36 | Veloria's FOIA Request, May 31, 2007 and response from Hawaii Police Department, June 28, 2007. |
| 37 | Partial Transcripts of Trial, June 4, 2003, pp. 66 and 70. |
| 38 | Partial Transcripts of Trial, June 6, 2003, pp. 87-88 and 123. |
| 39 | Note No. 2 from the Jury, June 10, 2003. |
| 40 | Note No. 6 from the Jury, June 12, 2003. |

DATED: Honolulu, Hawaii, June 21, 2008.

_____
RUSTAM A. BARBEE
Attorney for Petitioner
ALICIA VELORIA