```
Detective Samuel THOMAS        07-10-96                    F-00940
HCPD - Hilo Vice               Ofcr. S. CORREIA                  HL
                                                    PROM DETRI DRUG
```

PAGE 1 OF 2 PAGES

SEARCH WARRANT EXECUTED

07-10-96: Detective Samuel THOMAS of Hilo Vice executed a search warrant on the premises located at 69 Mauna Loa Street, Hilo, Hawaii. Said search warrant pertains to property that constitutes evidence of the commission of the offense of promoting a detrimental drug.

OFFICER'S OBSERVATIONS

07-10-96: Approximately 0945 Hrs.: While situated in the living room of the upstairs portion of this dwelling, I observed a male party (later identified as the suspect in this investigation, Myles KURASHIGE) to be walking up the stairs toward the front entrance door to the dwelling.

KURASHIGE approached the door which was left open and stated to me while I was sitting on a chair that he was looking for the tall skinny girl who lives here. I replied, "Who are you looking for? Alicia?" At this time, he stated, "No, the other skinny girl that lives here."

I stated that she was not here at the moment at which time KURASHIGE asked me, "Why, no mo weed?" I replied, "Yeah, get." KURASHIGE asked me if it was "good kind or what." I stated that the weed was "not bad" and asked how much he wanted. At this time, KURASHIGE replied that he wanted a "$25 bag." I replied that I would be able to get the weed for him at which time KURASHIGE asked to see it.

At this time, I observed KURASHIGE to be holding U.S. currency (several bills, unknown amount) within his hands. At this time, I alerted back-up officers to assist in effecting an arrest.

SUSPECT ARRESTED

07-10-96: 0945 Hrs.: The suspect in this case (Myles KURASHIGE) was placed under arrest for the offense of attempted promotion of a detrimental drug.

SEARCH INCIDENT TO ARREST

Upon conducting a search incident to arrest, I located

```
Detective Samuel THOMAS      07-10-96              F-00940
HCPD - Hilo Vice             Ofcr. S. CORREIA           HL
                                            PROM DETRI DRUG
```

PAGE 2 OF 2 PAGES

$40 in U.S. currency in the following denominations--two $20 bills--from within his front pants pockets.

ADVICE OF RIGHTS

07-10-96: 1045 Hrs.: I administered the Advice of Rights form utilizing HPD/PAT-022. KURASHIGE requested not to make a statement at this point in time.

DISPOSITION

I request that this case be left continuing and that a copy of this report be routed to the chief investigator (Detective THOMAS) for his review and final disposition.

ROUTE COPY OF REPORT TO DETECTIVE SAMUEL THOMAS

INV. CONTINUING

```
APPROVED  [signature] 33                    [signature]
          _____            Steven A. CORREIA    #274
DATE:     7-22-96                           PO       VICE          HL
                                            07-13-96         1300 HRS
```

07-15-96 MON 0946 HRS

0811v/10