ALICIA VELORIA
14144-006
FEDERAL MEDICAL CENTER
PO BOX 27137
FORT WORTH, TEXAS 76127

Hawaii Police Department
Chief
349 Kapiolant Street
Hilo, Hawaii 96720

RE: All police reports relating to Master report # F-00877 VELORIA

May 31, 2007

I am writing to request the following information pursuant to Title 5, United States Code, Sections 552, 552a:

All police reports relating to my arrest on July 10, 1996, having a Master report number of F-00877
F-00878/PROM DANG
F-00934/FORF
F-00935/FORF
F-00937/DRUG PARA
F-00938/PROM DETRI III
F-00939/PROM DETRI III
F-00940/ PROM DETRI
F-00910/ DRUG PARA

* Any and all information received pursuant to Hawaii Police Department investigations into this offense.

The information is sought for non-commercial purposes.

Please let me know if there are any duplication fees related to this request, however;

I request a waiver of any duplication fees related to this request for the following reasons:
I am incarcerated at the Carswell Federal Medical Center, and I earn .29¢ an hour.
I was previously considered "indigent" for the purposes of my federal trial and appeal.

If your agency denies this request in whole or in part, please specify the exemptions under Title 5, United States Code, Section 552 on which the denial is based.

I look forward to receiving a response to this request within twenty (20) working days, as required by statute.

Thank you for your assistance.

Respectfully submitted,


ALICIA VELORIA

# NOTICE TO REQUESTER
(Use multiple forms if necessary)

TO: Alicia Veloria
FROM: Hawaii Police Department, Records & ID, Lt. Randal M. Ishii, 808-961-2233
(Agency/name & telephone # of contact person at agency)
DATE REQUEST RECEIVED: 6/5/07
DATE OF THIS NOTICE: 6/14/07

GOVERNMENT RECORDS YOU REQUESTED (attach copy of request or provide brief description below):
1. See attached copy of request.

NOTICE IS PROVIDED TO YOU THAT YOUR REQUEST:

☐ Will be granted in its entirety.
☐ Cannot be granted because
    ☐ Agency does not maintain the records. Agency believed to maintain records: _____
    ☐ Agency needs a further description or clarification of the records requested. Please contact the agency and provide the following information: _____

    ☐ Request requires agency to create a summary or compilation from records not readily retrievable.
☒ Is   ☐ denied in its entirety ☒ will be granted only as to certain parts
based upon the following exemption provided in HRS § 92F-13 and/or § 92F-22 and other laws cited below (portions of records that agency will not disclose should be described in general terms).

| RECORDS OR INFORMATION WITHHELD | APPLICABLE STATUTES | AGENCY JUSTIFICATION |
|---|---|---|
| The names and identifying information for all parties other than the requestor | HRS §92F-13(1) | Invasion of personal privacy |

REQUESTER'S RESPONSIBILITIES:

You are required to (1) pay any lawful fees assessed; (2) make any necessary arrangements with the agency to inspect, copy or receive copies as instructed below; and (3) provide the agency any additional information requested. If you do not comply with the requirements set forth in this notice within 20 business days after the postmark date of this notice or the date the agency makes the records available, you will be presumed to have abandoned your request and the agency shall have no further duty to process your request. Once the agency begins to process your request, you may be liable for any fees incurred. If you wish to cancel or modify your request, you must advise the agency upon receipt of this notice.

METHOD & TIMING OF DISCLOSURE:

Records available for public access in their entireties must be disclosed within a reasonable time, not to exceed 10 business days, or after receipt of any prepayment required. Records not available in their entireties must be disclosed within 5 business days of this notice or after receipt of any prepayment required. If incremental disclosure is authorized by HAR § 2-71-15, the first increment must be disclosed within 5 business days of this notice or after receipt of any prepayment required.

Method of Disclosure:

☐ Inspection at the following location: _____.
☒ Copy will be provided in the following manner:
    ☐ Available for pick-up at the following location: _____.
    ☒ Will be mailed to you.
    ☐ Will be transmitted to you by other means requested: _____.

OIP 2 (rev. 7/05/05)

**ing of Disclosure:** All records, or first increment where applicable, will be made available or provided to you:

☐     On _____.
☒     After prepayment of fees and costs of $ 25.40 (50% of fees +100% of costs, as estimated below).
    Payment may be made by:   ☐ cash   ☒ personal check   ☒ Cashier's check or money order.

For incremental disclosures, each subsequent increment will be disclosed within 20 business days after:
    ☐   The prior increment (if one prepayment of fees is required and received).
    ☐   Receipt of each incremental prepayment required.
Disclosure is being made in increments because the records are voluminous and the following extenuating circumstances exist:
    ☐   Agency must consult with another person to determine whether the record is exempt from disclosure under HRS chapter 92F.
    ☐   Request requires extensive agency efforts to search, review, or segregate the records or otherwise prepare the records for inspection or copying.
    ☐   Agency requires additional time to respond to the request in order to avoid an unreasonable interference with its other statutory duties and functions.
    ☐   A natural disaster or other situation beyond agency's control prevents agency from responding to the request within 10 business days.

## ESTIMATED FEES & COSTS:

The agency is authorized to charge you certain fees and costs to process your request (even if no record is subsequently found to exist), but must waive the first $30 in fees assessed for general requesters and the first $60 in fees when the agency finds that the request made is in the public interest. See HAR §§ 2-71-19, -31 and -32. The agency may require prepayment of 50% of the total estimated fees and 100% of the total estimated costs prior to processing your request. The following is the estimate of the fees and costs that the agency will charge you, with the applicable waiver amount deducted:

| | | | |
|---|---|---|---|
| Fees: | Search | Estimate of time to be spent: 15 minutes<br>($2.50 for each 15-minute period) | $ 2.50 |
| | Review & segregation | Estimate of time to be spent: 75 minutes<br>($5.00 for each 15-minute period) | $ 25.00 |
| | Other | _____<br>(specify applicable law) | $_____ |
| | Fees waived | ☒ general ($30)  ☐ public interest ($60) | <$ 30.00> |
| | **Total Estimated Fees:** | | $0.00 |
| Costs: | Copying | Estimate of # of pages to be copied: 79<br>(@ $1.00 for 1st page of each report and $.10 for each additional page.) | $ 16.00 |
| | Other | Postage<br>(specify applicable law) | $ 9.40 |
| | **Total Estimated Costs:** | | $25.40 |

For questions about this notice, please contact the person named above. Questions regarding compliance with the UIPA may be directed to the Office of Information Practices at 808-586-1400 or oip@hawaii.gov.

OIP 2 (rev. 7/05/05)

Harry Kim
*Mayor*



Lawrence K. Mahuna
*Police Chief*

Harry S. Kubojiri
*Deputy Police Chief*

# County of Hawaii
## POLICE DEPARTMENT
349 Kapiolani Street • Hilo, Hawaii 96720-3998
(808) 935-3311 • Fax (808) 961-8865

June 28, 2007

ALICIA VELORIA
14144-006
FEDERAL MEDICAL CENTER
PO BOX 27137
FORT WORTH, TEXAS 76127

Re: REQUEST FOR POLICE REPORTS

Pursuant to your request, the following is noted:

_____    Report is not available as:
          _____ more information needed; unable to locate report.
          _____ written authorization is required from party in interest.
          _____ a subpoena duces tecum is required.

  XX      Other: Enclosed are the copies of Police Reports F-00877, F-00878, F-00910, F-00934, F-00935, F-00937, F-00938, F-00939 and F-00940 as requested, along with a receipt for payment received.

If you have any questions regarding this information, please call Lt. Ishii of our Records and Identification Section at (808) 961-2232.

LAWRENCE K. MAHUNA
POLICE CHIEF

By_____
    RANDAL M. ISHII, LIEUTENANT
    RECORDS AND IDENTIFICATION SECTION

RMI: le

Enclosures

"Hawai'i County is an Equal Opportunity Provider and Employer"

POLICE DEPARTMENT
## COUNTY OF HAWAII
*OFFICIAL RECEIPT - RECORDS & IDENTIFICATION SECTION*

RECEIVED FROM Alicia Veloria   DATE 6/28/07

| RECORDS AND IDENTIFICATION | REPORT NO./QTY | AMOUNT |
|---|---|---|
| Crime & Traffic Reports | | |
| F-00877 | 1 | |
| F-00878 | 1 | |
| F-00910 | 1 | |
| F-00934 | 1 | $16.00 |
| F-00935 | 1 | |
| F-00937 | 1 | |
| F-00938 | 1 | |
| F-00939 | 1 | |
| F-00940 | 1 | |
| (postage) | | 9.40 |
| Subpoenas | | |
| vs | | |
| Photos | | |
| Mug Shots | | |
| Videos | | |
| Cassettes | | |
| License to Carry | | |
| **HAWAII CRIMINAL JUSTICE DATA CENTER** | | |
| Firearms Registration - First Time Applicant | | |
| Fingerprints | | |
| Public Access - Convictions Only | | |
| Public Access - Sex Offender | | |
| **MISC. COLLECTIONS (COUNTY ONLY)** | | |
| Reports Cost + postage = $25.40 | Reports TOTAL | $16.00 |

A 39501   CK #103   POLICE CHIEF By: [signature]