1              IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF HAWAII

4  _____
5  UNITED STATES OF AMERICA,        )
6             Plaintiff,            )   CR. NO. 00-00145 SOM
7      vs.                          )
8  ALICIA VELORIA,                  )       VOLUME II
9             Defendant.            )    (Pages 1 - 172)
10 _____ )

13             TRANSCRIPT OF PROCEEDINGS

15      The above-entitled matter came on for
16 FURTHER JURY TRIAL commencing at 9:00 a.m. on
17 Wednesday, June 4, 2003, Honolulu, Hawaii,

19 BEFORE:    HONORABLE SUSAN OKI MOLLWAY
20            United States District Judge
21            District of Hawaii

24 REPORTED BY:   LISA J. GROULX, COURT REPORTER
25                Notary Public, State of Hawaii

                    LISA GROULX & ASSOCIATES
                        (808) 225-5701

```
 1    Q.   If I were to show you a copy of the
 2  photographic record that was filled out, would that
 3  refresh your recollection?
 4    A.   It might, but I did not fill out that
 5  photographic record.
 6         MR. LING:  Okay.  Permission to approach
 7  the witness, Your Honor.
 8         THE COURT:  Yes.  Yes.  You might want
 9  to put the mike down.
10    Q.   (By Mr. Ling) Has your memory been refreshed?
11    A.   Yes.
12    Q.   Okay.  The Nani Loa Hotel room bill was for a
13  Jay Whitney, right?
14    A.   Yes.
15    Q.   And it was dried marijuana in a ziplock bag
16  that was found on the window sill of bedroom number
17  one?
18    A.   Yes.
19    Q.   And did you get any fingerprints of that
20  ziplock bag?
21    A.   I'm not aware.
22    Q.   Okay.  And there was a court paper for
23  Jessica Delima that was found in a bag, correct?
24    A.   Yes.
25    Q.   And there was a glass smoke pipe with lighter
```

1  A. Good morning.

2  Q. In cross-examination yesterday you stated
3  that the search warrant that you were the affiant for
4  this location at 69 Mauna Loa Street listed the
5  defendant, Alicia Veloria, and other unknown persons;
6  is that correct?

7  A. Yes.

8  Q. Now did you have any intelligence that
9  someone other than Ms. Veloria was living at 69 Mauna
10 Loa Street?

11 A. No.

12 Q. After executing the search warrant on 69
13 Mauna Loa Street on July 10th, 1996, did anything
14 change your mind as to whether or not anyone else was
15 living at that location besides the defendant?

16 A. No.

17 Q. Did you find any male clothing there?

18 A. No.

19 Q. Did you find any male shoes or slippers?

20 A. No.

21 Q. And you've already testified that the
22 upstairs was separate from the downstairs; is that
23 correct?

24 A. Yes.

25 Q. How would you describe this residence

CERTIFICATE

STATE OF HAWAII         )
                        )SS.
COUNTY OF HONOLULU      )

I, Lisa J. Groulx, Court Reporter and Notary Public, State of Hawaii, do hereby certify:

That on June 4, 2003, at 9:00 a.m., that the proceedings contained herein was taken down by me in machine shorthand and was thereafter reduced to computerized transcription under my supervision; that the foregoing represents, to the best of my ability, a true and correct copy of the transcript of proceedings had in the foregoing matter.

I further certify that I am not of counsel for any of the parties hereto, nor in any way interested in the outcome of the cause named in this caption.

Dated this 9th day of February, 2004.

*[signature]*

LISA J. GROULX, COURT REPORTER
Notary Public, State of Hawaii
My commission expires: 5/15/06

LISA GROULX & ASSOCIATES
(808) 225-5701