IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

U.S. Government, Plaintiff(s)

vs.

Alicia Villaria, Defendant(s)

Civil No. _____

Criminal No. 00-00145 SOM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 10 2003

at ____ o'clock and 05 min. ___ M.
WALTER A. Y. H. CHINN, CLERK

NOTE FROM THE JURY #2

YOUR HONOR,

(1) Possession / If she knew the drugs were there ....... is that possession?

(2) If the drug was in the residence of Alicia does that necessarily constitute possession? Are any other elements required to constitute possession (e.g. knowledge)? (e.g. physical control)

DATED at Honolulu, Hawaii on 6/10/03

TIME: 10:58 AM

_____
Signature of Foreperson