IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**ORIGINAL**

| USA , | ) | Civil No. _____ |
|---|---|---|
| Plaintiff(s) | ) | Criminal No. 00-00145 SOM |
| vs. | ) | |
| Alicia Villoria , | ) | RESPONSE TO NOTE FROM JURY #6 |
| Defendant(s) | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2003

RESPONSE TO    NOTE FROM THE JURY #6       at 12 o'clock and 10 min. PM
WALTER A. Y. H. CHINN, CLERK

YOUR HONOR,

What does it mean phys. "physical control" mean in context to the definition of "possession" (pg 8 of instructions)

Response: To have physical control over something means to have control over where it is or what is done with it.

*Susan Oki Mollway*
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

DATED at Honolulu, Hawaii on 6/13/03

TIME: 10:50

Signature of Foreperson