## CERTIFICATE OF SERVICE

      I, RUSTAM A. BARBEE, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or faxed and/or hand-delivered and/or transmitted electronically via ECF to the following on June 21, 2008:

      THOMAS J. BRADY, ESQ.
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6-100
      Honolulu, Hawaii 96850
      *Attorney for Respondent*
      UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, June 21, 2008.

                                      RUSTAM A. BARBEE
                                      Attorney for Petitioner
                                      ALICIA VELORIA