# MINUTES

CASE NUMBER:      CR NO. 00-00145SOM

CASE NAME:        United States of America Vs. Alicia Veloria

ATTYS FOR PLA:    Thomas Brady

ATTYS FOR DEFT:   Rustam Barbee

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     07/25/2008               TIME:        11:24am-12:41pm

---

COURT ACTION:   EP: Continued Evidentiary Hearing Re-Defendant's Motion to Vacate, Set Aside, or Correct Sentence-The hearing took place at the FDC-Honolulu. Defendant present in Custody.

No Live Witnesses to testify.

Oral Argument Held on behalf of the Defendant and the United States of America.

This matter is hereby under advisement.

Submitted by Leslie L. Sai, Courtroom Manager