# RUSTAM A. BARBEE

Attorney at Law

1188 Bishop Street, Suite 2606 Honolulu, Hawaii 96813  (808) 524-4406 Fax (808) 524-4306

## FACSIMILE TRANSMITTAL

TO: Hon. Susan Oki Mollway
United States District Judge
District of Hawaii

Thomas J. Brady, Esq.
Assistant U. S. Attorney

FAX NO.   (808) 541-1724
(808) 541-2958

COMM. NO.

PAGES:   2
If all pages are not received, please call our office at (808) 524-4406

DATE:   7/25/08

RE:   **United States v. Alicia Veloria, Civil NO. 08-00019 SOM; CR. No. 00-00145 SOM**

COMMENTS:

SEE FOLLOWING PAGE

---

### *CONFIDENTIALITY NOTICE*

All of the information contained on this and all accompanying documents are confidential and intended to be legally privileged. This information is for the sole use of the intended recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this telecopy may result in legal action against you. If this telecopy is misdelivered, please notify our office at
(808) 524-4406.   *MAHALO!*



**Rustam A. Barbee**
Attorney at Law, LLLC

1188 Bishop Street, Suite 2606 • Honolulu, Hawaii 96813
Tel. (808) 524-4406 • Fax: (808) 524-4306

July 25, 2008

Honorable Susan Oki Mollway
United States District Court Judge
300 Ala Moana Blvd.
Honolulu, HI 96850

**VIA FACSIMILE (808) 541-1724**

RE: <u>United States v. Alicia Veloria</u>, Civil NO. 08-00019 SOM;
CR. NO. 00-00145 SOM

Dear Judge Mollway,

Petitioner, Alicia Veloria, through counsel, responds to the Court's inquiry of July 22, 2008 as follows:

1. Petitioner does not intend to present any witness testimony.

2. The government has indicated that it also will not be presenting witness testimony. Therefore, Petitioner has no objection to opposing witnesses.

3. Petitioner has not, at this time, invoked her 5th amendment privilege against self-incrimination since neither party has requested her testimony.

Sincerely,

RUSTAM A. BARBEE

cc: AUSA Thomas Brady via facsimile