5412958    US ATTORNEYS OFFIC                          03:39:49 p.m.    07-24-2008        1/3

CORRESPONDENCE



# FACSIMILE TRANSMITTAL
*COVER SHEET*

UNITED STATES ATTORNEY
DISTRICT OF HAWAII
ROOM 6-100, PJKK FEDERAL BUILDING
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850
PHONE: (808) 541-2850
FAX: (808) 541-2958

DATE:    July 24, 2008              # of Pages (incl. cover sheet)    3

| FAX NUMBER | PHONE NUMBER |
| --- | --- |
| 541-1724 | 541-1720 |

TO:    **Honorable Susan Oki Mollway**
       **Judge, United States District Court**

RE:  USA v. Alicia Veloria, Cr. No. 00-00145 SOM

FROM:    AUSA Thomas J. Brady

*SPECIAL INSTRUCTIONS:*

Attached please find my letter to you dated July 24, 2008.

5412958    US ATTORNEYS OFFIC        05:39:55 p.m.    07-24-2008    2/3



## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building                        (808) 541-2850
300 Ala Moana Blvd., Room 6-100      FAX (808) 541-3958
Honolulu, Hawaii 96850

July 24, 2008

Honorable Susan Oki Mollway                    ***Via Facsimile***
United States District Court Judge
Fourth Floor, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

              Re:  United States v. Alicia Veloria
                   Cr. No. 00-00145 SOM

Dear Judge Mollway:

        Pursuant to the Entering Order dated July 22, 2008, Document
Number 307, the Court requested that the parties respond to the
following inquiries:


        1)  What if any witnesses, will be called.

        The Government responds that it will not be calling any
witnesses based upon the representations made by Petitioner Alicia
Veloria on Monday, July 21, 2008. Specifically, Petitioner Alicia
Veloria is not challenging the accuracy and veracity of Special Agent
Jason Pa's memorandum of interview dated September 3, 2001, as well as
the declarations of Alexander Silvert, Winston Ling, and Shawn Luiz.


        2)  The Bases of Any Objections to Opposing Witnesses.

        Based upon the representations of Petitioner Alicia Veloria
on Monday, July 21, 2008, the Government does not believe Petitioner
will be calling any witnesses.  Indeed, Petitioner Veloria has stated
that after conferring with counsel, she has elected not to testify at
this proceeding.


        3)  In Petitioner's case, whether Petitioner is relying on
            the Fifth Amendment in declining to testify or would
            respond to questions if called by the Government.

        This request does not require the Government's response.

5412968          US ATTORNEYS OFFIC                                03:40:04 p.m.     07-24-2008          3 /3

Honorable Susan Oki Mollway
United States District Court Judge
July 24, 2008
Page 2


        If you have any further comments or questions, please do
hesitate to contact me.

                              Very truly yours,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              THOMAS J. BRADY
                              Assistant U. S. Attorney

TJB:sam

cc:   Rustam Barbee, Esq. (via facsimile)