# MINUTES

CASE NUMBER: CR 00-00145SOM

CASE NAME: USA vs. Alicia Veloria

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Susan Oki Mollway         REPORTER:

DATE: 07/28/2008                 TIME:

COURT ACTION: EO:

Alicia Veloria's Petition under 28 U.S.C. § 2255 is denied. A detailed written order will be issued and judgment will be entered against Veloria in the coming weeks.

cc: all parties of record.

Submitted by: Toni Fujinaga, Courtroom Manager.